UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK TASSINARI, individually and on Behalf of all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>THE SALVATION ARMY NATIONAL CORPORATION, THE SALVATION ARMY I (EASTERN); THE SALVATION ARMY USA CENTRAL TERRITORY, THE SALVATION ARMY II (SOUTHERN), THE SALVATION ARMY III (WESTERN),<br>    Defendants | No. 21-CV-10806 |

## NOTICE OF APPEARANCE

Please notice the appearance of undersigned counsel for all Defendants in this case.

Dated: August 2, 2021

THE DEFENDANTS,
THE SALVATION ARMY NATIONAL CORPORATION, THE SALVATION ARMY I (EASTERN), THE SALVATION ARMY USA CENTRAL TERRITORY, THE SALVATION ARMY II (SOUTHERN), THE SALVATION ARMY III (WESTERN),

By their attorneys,

BARTON GILMAN, LLP

  /s/ Kevin Hensley
Kevin Hensley (BBO# 554824)
KHensley@bglaw.com
Barton Gilman LLP
75 Federal Street, 9th Floor
Boston, MA 02110
Phone: (617) 654-8200

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2021.

/s/ Kevin Hensley_____