# UNITED STATES DISTRICT COURT
for the
### District of Massachusetts

| | |
|---|---|
| Mark Tassinari et al. *Plaintiff* v. The Salvation Army National Corporation et al. *Defendant* | Case No. 1:21-cv-10806 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: August 31, 2021

/s/Janet Herold
*Attorney's signature*

Janet Herold, Bar No. 632479
*Printed name and bar number*
Justice Catalyst Law
123 William Street, 16th Floor
New York, NY 10038
*Address*

jherold@justicecatalyst.org
*E-mail address*

646–877-4510
*Telephone number*

*FAX number*

[Print] [Save As...] [Reset]