IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, RANDY OWENS, AND JOHNATHAN ANDERSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>V.<br><br>THE SALVATION ARMY NATIONAL CORPORATION; THE SALVATION ARMY, A NEW YORK CORPORATION,<br><br>Defendants. | CASE NO. 1:21-CV-10806 |

### DECLARATION OF COLONEL KENNETH O. JOHNSON, JR.

I, Colonel Kenneth O. Johnson, Jr., do hereby swear, affirm and attest as follows:

1. I am the National Chief Secretary of The Salvation Army and Vice President of The Salvation Army National Corporation, a New Jersey corporation (the "National Corporation"). I am an ordained minister of the Gospel, being an Officer of the Salvation Army. I am familiar with the operations of the National Corporation, have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to the truth of these facts. I submit this Declaration in support of Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint.

2. The Salvation Army is an international religious and charitable organization, a branch of the Christian Church, and is a church for all purposes.

3.  As a matter of The Salvation Army's worldwide ecclesiastical structure, there are several separate Salvation Army religious and non-profit corporate entities that have been established within the United States. The National Corporation is one such entity.

4.  The National Corporation acts only as an administrative coordinating office to support the activities of The Salvation Army in the United States – it does not operate any religious or charitable programs and does not control the operations of The Salvation Army, a New York corporation (the "New York Corporation") or of any of the corporate entities that conduct the activities of the other three geographic Territories of The Salvation Army within the United States. In particular, the National Corporation does not own, lease, or operate any Adult Rehabilitation Centers ("ARCs").

5.  All of the activities of the National Corporation are conducted under the supervision of the Board of Trustees/Directors of the National Corporation and are not under the control of the New York Corporation or any of the other Outside Defendants.

6.  The National Corporation is incorporated in the State of New Jersey and has its headquarters in Alexandria, Virginia, from which it directs, controls, and coordinates its operations.

7.  The National Corporation does not operate, and is not registered to do business, within the Commonwealth of Massachusetts.

8.  The National Corporation has no control over, or involvement in, any decisions to discharge beneficiaries from ARC programs within Massachusetts or anywhere in the geographic area in which the New York Corporation operates, which comprises the states of Connecticut, Delaware, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Puerto Rico, the Virgin Islands, and certain counties in Kentucky (the "Eastern Territory"), or any ARC programs anywhere.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 21, 2021 at Alexandria, Virginia.

_____
Colonel Kenneth O. Johnson, Jr.