IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK TASSINARI**, **RICHARD ESPINSOA**, **RANDY OWENS, and JONATHAN ANDERSON**, individually and on behalf of all others similarly situated,<br><br>  *Plaintiffs,*<br><br>  vs.<br><br>**THE SALVATION ARMY NATIONAL CORPORATION and THE SALVATION ARMY, A NEW YORK CORPORATION**,<br><br>  *Defendants*. | Civil Action No. 1:21-cv-10806-LTS |

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

Please take notice that Amy F. Robertson, counsel for Plaintiff, has changed firm and contact information.  Please serve all pleadings on:

>   Amy F. Robertson
>   Fox & Robertson, PC
>   1550 Larimer Street.
>   Suite 1113
>   Denver, CO 80202
>   303-951-4164
>   arobertson@foxrob.com

Respectfully submitted,

*/s/ Amy F. Robertson*

Amy F. Robertson
Fox & Robertson, PC
1550 Larimer Street.
Suite 1113
Denver, CO 80202
303-951-4164
arobertson@foxrob.com

Attorney for Plaintiffs

DATED:  September 28, 2021

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated on the NEF as non-registered participants on September 28, 2021.

/s/ Mikhal Kidane
Mikhal Kidane
Paralegal
Civil Rights Education and Enforcement Center