AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Mark Tassinari et al  ) | |
| *Plaintiff* ) | |
| v.  ) | Case No. 1:21-cv-10806-LTS |
| The Salvation Army National Corporation et al  ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date:  01/27/2022

/s/ Matthew J. Murray
*Attorney's signature*

Matthew J. Murray (CA SBN 271461)
*Printed name and bar number*

Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
*Address*

mmurray@altshulerberzon.com
*E-mail address*

(415) 421-7151
*Telephone number*

(415) 362-8064
*FAX number*