IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE SALVATION ARMY, A NEW YORK CORPORATION<br><br>*Defendant.* | Civil Action No.: 1:21-cv-10806-LTS |

**Stipulation and Proposed Order Regarding Modified Discovery and Case Schedule**

WHEREAS, Defendant represents that it has been working diligently to collect, review, redact, and produce what has turned out to be a more voluminous amount of material than Defendant anticipated, in accordance with the Parties' April 12, 2023 Joint Report Re Case Schedule (ECF #130), the Parties' April 26, 2023 Stipulation Re Section 504 and Joint Report Re Case Schedule (ECF #133), and the Court's April 13, 2023 and May 4, 2023 Orders (ECF #132, 134);

WHEREAS, Defendant represents that it will have produced a significant portion of the material by the August 1, 2023 deadline contemplated by the case schedule;

WHEREAS, Defendant estimates it needs an additional three weeks to complete production of the remaining documents, largely due to the high page count of the remaining beneficiary files that were the last to be scanned—upwards of 120,000 pages that need detailed redactions and careful review;

WHEREAS, Plaintiffs have agreed to this extension and Defendant has, in turn, agreed to extend Plaintiffs' deadlines accordingly;

WHEREAS, Defendant represents that it has been unable to locate 37 files from the random sampling of beneficiary files and BITS data agreed to by the parties; and

WHEREAS, the parties have agreed that Defendant will produce 37 alternative files selected by Plaintiffs;

THEREFORE, the parties stipulate and request that the Court adjust the discovery and case schedule as follows:

1. Defendant's production of Beneficiary files and corresponding BITS database information, with personally identifiable information redacted (referred to as "Category 1: ARC Applicants and Participants" in the Parties' April 12, 2023 Joint Report Re Case Schedule (ECF #130)), will include documents for 37 files selected by Plaintiffs to replace the 37 files from the random sampling that Defendant has been unable to locate.

2. Defendant will complete production of all outstanding documents by **August 24, 2023**.

3. All requests for production of documents, interrogatories, and requests for admission must be served by **November 29, 2023**, assuming Defendant completes its productions by August 24, 2023.

4. All depositions and discovery, other than expert depositions and discovery, must be completed by **January 12, 2024**.

5. Experts must be designated by **March 1, 2024**.

6. Rebuttal trial experts must be designated by **April 1, 2024**.

7. All trial experts must be deposed by **May 1, 2024**.

8. Class certification motions must be filed by **May 31, 2024**.

9. Dispositive motions must be filed by 60 days after the Court's order on Plaintiffs' motion for class certification.

So Stipulated.

Dated: July 26, 2023

Justice Catalyst Law
Altshuler Berzon LLP

By: /s/ Matthew Murray
LUCY BANSAL (*Pro Hac Vice*)
CONNIE CHAN (*Pro Hac Vice*)
JANET HEROLD (Bar No. 632479)
MATTHEW MURRAY (*Pro Hac Vice*)
CHRISTINE SALAZAR (*Pro Hac Vice*)
Attorneys for Plaintiffs

Dated: July 26, 2023

Crowell & Moring LLP
Barton Gilman, LLP

By: /s/ Katie Erno
THOMAS GIES (*Pro Hac Vice*)
CHRISTINE HAWES (*Pro Hac Vice*)
KATIE ERNO (*Pro Hac Vice*)
ANDREW BAGLEY (*Pro Hac Vice*)
KEVIN HENSLEY (Bar No. 554824)
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

This is to certify that on July 26, 2023, a copy of the foregoing was served upon all parties via the Court's ECF system.

/s/ Kevin Hensley
Kevin Hensley

## [PROPOSED] ORDER

The foregoing Stipulation is approved, and the Court adopts the foregoing amendments to the case schedule set in the April 12, 2023, Joint Report re Case Schedule (ECF #130), the April 26, 2023 Stipulation Re Section 504 and Joint Report Re Case Schedule (ECF #133), and the Court's April 13, 2023 and May 4, 2023 Orders (ECF #132, 134), in this matter.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE LEO T. SOROKIN
JUDGE, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS