**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**MARK TASSINARI, RICHARD ESPINOSA, AND JOSEPH ALMEIDA**, individually and on behalf of all others similarly situated,

Plaintiffs,

**v.**

**THE SALVATION ARMY, A NEW YORK CORPORATION,**

Defendant.

**CASE NO. 1:21-CV-10806-LTS**

**DECLARATION OF KATIE ERNO IN SUPPORT OF THE SALVATION ARMY'S MOTION FOR SUMMARY JUDGMENT**

I, Katie Erno, do hereby swear, affirm and attest as follows:

1. I am counsel at the law firm of Crowell & Moring LLP, and counsel of record for Defendant The Salvation Army, a New York Corporation ("Defendant" or "TSA") in the above-captioned matter. I submit this declaration in support of TSA's Motion for Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to the truth of these facts.

2. TSA submits the following exhibits for consideration, filed concurrently with the Motion:

   a. TSA Adult Rehabilitation Centers Handbook of Standards, Principles and Policies, produced by TSA as TSA0000260. A true and correct copy of this document is attached hereto as Exhibit 1.

b. On February 8, 2023, Plaintiffs deposed Lt. Colonel James Betts in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 2.

c. On February 7, 2023, Plaintiffs deposed Major Beth Muhs in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 3.

d. Screenshots from The Salvation Army website pages, https://www.salvationarmyusa.org/#whatwedo, last accessed on June 30, 2025. A true and correct copy of these pages is attached hereto as Exhibit 4.

e. On March 24, 2023, Plaintiffs deposed Reverand Donald Coombs in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 5.

f. TSA Standards of Adult Rehabilitation, produced by TSA as TSA00004160. A true and correct copy of this document is attached hereto as Exhibit 6.

g. U.S. Drug Enforcement Agency ("DEA") Drug & Chemical Evaluation Section re: Buprenorphine, dated March 2025, https://www.deadiversion.usdoj.gov/drug_chem_info/buprenorphine.pdf (last accessed June 30, 2025. A true and correct copy of this document is attached hereto as Exhibit 7.

h. DEA Drug & Chemical Evaluation Section re: Methadone, dated March 2025, https://www.dea.gov/sites/default/files/2020-06/Methadone-2020.pdf) (last accessed June 30, 2025. A true and correct copy of this document is attached hereto as Exhibit 8.

i. On December 13, 2022, TSA deposed Plaintiff Joseph Almeida in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 9 and is subject to TSA's Motion for Leave to File Under Seal, filed herewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 1st day of July in Washington, D.C.

*/s/ Katie Erno*
Katie Erno

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DECLARATION OF KATIE ERNO IN SUPPORT OF THE SALVATION ARMY'S MOTION FOR SUMMARY JUDGMENT** was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 1, 2025.

/s/*Daniel W. Wolff*
Daniel W. Wolff