# Exhibit 1

# THE SALVATION ARMY
# ADULT REHABILITATION CENTERS

# HANDBOOK

# of

# STANDARDS, PRINCIPLES AND POLICIES

Approved by the
COMMISSIONERS' CONFERENCE

February 2020



CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# INTERNATIONAL MISSION STATEMENT

The Salvation Army, an international movement, is an evangelical part of the universal Christian Church. Its message is based on the Bible. Its ministry is motivated by the love of God. Its mission is to preach the gospel of Jesus Christ and to meet human needs in His name without discrimination.

# FOREWORD

"The Social Work is as truly an integral part of The Salvation Army as are literature, its meetings, or any other of its manifold operations. …Without its Social Work, the Army would be only partially qualified for the work God has given it to do." These are the words of General Bramwell Booth in 1915. He went on to say, "It is incumbent upon the Army to imitate its Master and go about doing good to the bodies as well as to the souls of men, and to do so in an effective and therefore in a systematic manner."

In the book "In Darkest England and the Way Out" William Booth described the mission of The Salvation Army as "the proclamation of salvation in Christ and a caring ministry to the temporal ills besetting mankind." Unlike many other religious denominations, The Salvation Army has refused to separate the prac tice of religion from its ministry to those in need. Our present day mission is to preach the Gospel of Jesus Christ and meet human needs in his name without discrimination.

In the view of our national legal counsel "there is no Salvation Army institution or program which better exemplifies the essential religious and charitable mission of the Army than the Adult Rehabilitation Centers. By concentrating on those in serious need, through a pervasive program of religious services and counseling, through a work therapy program that is calculated to be character building, the centers represent the very essence of The Salvation Army mission. The fact that the rehabilitation program of the centers is made possible by contributions from the general public, without government funding, allows them to be independent and free, to be quintessential Salvation Army institutions."

This edition of the Adult Rehabilitation Center Handbook of Standards, Principles and Policies is in that tradition. It reflects the changes in thought and practice as well as in laws since the previous edition. Each edition has built on the added wealth of practical and theoretical experience and each has reflected more effective techniques and the use of up-to-date knowledge, tools and facilities.

Men and women, who can no longer cope with life, find in the centers a haven of loving care while they pull together the shreds of their lives. Here each one is helped to develop the spiritual base on which to build the moral, physical, educational, vocational, health and emotional resources he or she needs to be a part of the larger community.

The Salvation Army's distinguishing feature in its rehabilitation service continues to be its strong belief in spiritual regeneration. This spiritual core comes through those Army officers and all others who are privileged to be part of this Salvation Army service.

This handbook is for the guidance of those who serve God through their work in Adult Rehabilitation Centers.

Commissioner Kenneth Hodder

National Commander


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# THE PURPOSE AND FORMAT OF THIS HANDBOOK

*PURPOSE OF THIS HANDBOOK*

This handbook delineates current operating principles, ideals, philosophy, and goals, and provides navigational landmarks to stimulate vision and imagination. It does not set down detailed rules that must be followed in each center. Specific directives, as needed, come from the territorial commander through the Adult Rehabilitation Center Commander.

This handbook can be used as:

1. A guide for improving existing programs;
2. A basis for standard setting and program operation;
3. Guidelines and interpretation for planning new facilities and programs;
4. An educational resource for in-service training of administrators, new staff, volunteers, and others concerned with rehabilitation programs;
5. Information for advisory organizations and for the public on the philosophy and management of the center.

*FORMAT OF THIS HANDBOOK*

This handbook is designed as a resource and a guide for operating an adult rehabilitation center. The loose-leaf format is used to simplify making revisions, additions, and corrections. It is divided into eight units:

I. Background Information about The Salvation Army and the Development of the Adult Rehabilitation Center Program.
II. Definition of the Adult Rehabilitation Center and of Beneficiaries.
III. Administering the Center.
IV. Staffing the Center.
V. The Rehabilitation Program.
VI. Building and Equipment.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

VII. Community Relations.

VIII. Resources.

When a unit covering a broad area is used separately for some specific purpose, all of Unit I and Unit II should accompany it as these set the framework for the center program.


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# TABLE OF CONTENTS

UNIT I .......... 1

HISTORY AND STRUCTURE OF THE SALVATION ARMY .......... 3

ORIGINS AND DEVELOPMENT OF THE ADULT REHABILITATION CENTER .......... 5

- WHY THE ADULT REHABILITATION CENTER? .......... 5
- DEVELOPMENT IN THE UNITED STATES OF AMERICA .......... 6

UNIT II .......... 9

THE ADULT REHABILITATION CENTER .......... 11

THE PURPOSE OF AN ADULT REHABILITATION CENTER .......... 11

THE SPIRITUAL BASE .......... 12

THE REHABILITATION PROGRAM .......... 13

THE BENEFICIARIES .......... 13

UNDERSTANDING THE DISAFFILIATION PROCESS .......... 14

- MEN AND DISAFFILIATION .......... 15
- WOMEN AND DISAFFILIATION .......... 16
- ALCOHOL, OTHER DRUGS, ADDICTIONS AND DISAFFLIATION .......... 16

UNIT III .......... 18

ADMINISTERING THE CENTER .......... 21

- TERRITORIAL RELATIONSHIPS .......... 21

LOCAL SALVATION ARMY RELATIONSHIPS .......... 22

- ADMINISTRATIVE RELATIONSHIPS .......... 22
- COLLECTION OF MATERIALS .......... 22
- CORPS COMMUNITY CENTER .......... 22
- ADVISORY ORGANIZATIONS .......... 23
- COORDINATING COUNCIL .......... 23

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

THE STAFF ........ 24

COVERAGE ........ 25
TELEPHONE SUPERVISION ........ 25

LEGAL STATUS OF BENEFICIARIES ........ 26

THE STANDARDS ........ 26
RELIGION ........ 27
DISTINCTIONS BETWEEN BENEFICIARIES AND EMPLOYEES ........ 27
BENEFICIARY/EMPLOYEE RATIO ........ 27
REHABILITATION EMPLOYEE TO BENEFICIARY RATIO ........ 28
LENGTH OF STAY ........ 29
GRATUITIES ........ 29
DEFICITS ........ 29
WORK THERAPY BALANCE ........ 30

REPORTS ........ 30

RETENTION/DESTRUCTION OF DOCUMENTS, ........ 31

FINANCES ........ 31

DONATIONS-IN-KIND ........ 31
HEALTH CARE ........ 33
WORLD SERVICES ........ 33

NECESSARY CONTROLS ........ 33

SCHEDULES ........ 34
AFTER-HOURS CONTROLS ........ 34
WEEKENDS AND HOLIDAYS ........ 34
EMERGENCIES AND FIRST AID ........ 35

REPAIRS, EQUIPMENT AND MAINTENANCE ........ 35

SUPPLIES ........ 35

FOOD ........ 36
OTHER ........ 36

FOOD SERVICE ........ 36

HOUSEKEEPING ........ 37

UNIT IV ........ 38

STAFFING THE CENTER ........................................ 40

PROFESSIONAL STANDARDS AND TECHNICAL SKILLS ........................................ 41

WORKING CONDITIONS ........................................ 42

OFFICER APPOINTMENTS ........................................ 44

THE ADMINISTRATOR ........................................ 44
THE ASSISTANT ADMINISTRATOR ........................................ 44
OTHER OFFICERS ........................................ 45
ADMINISTRATIVE PERSONNEL ........................................ 45
OFFICE PROCEDURES ........................................ 45
MAINTENANCE ........................................ 46
COMMUNITY RELATIONS ........................................ 46

PROGRAM PERSONNEL ........................................ 46

COUNSELORS ........................................ 47
HEALTH CARE ........................................ 48

PRODUCTION PERSONNEL ........................................ 48

VOLUNTEERS ........................................ 49

OTHER PERSONNEL ........................................ 50

STAFF AS A TEAM ........................................ 50

STAFF MEETINGS ........................................ 51
GRATUITY MEETINGS ........................................ 52
PRODUCTION ASSISTANTS AND HELPERS ........................................ 52

THE DISTINCTION BETWEEN EMPLOYEES AND BENEFICIARIES ........................................ 53

CHART OF STAFF ORGANIZATION ........................................ 54

UNIT V ........................................ 55

THE REHABILITATION PROGRAM ........................................ 58

CASE FINDING ........................................ 58
CASE RECORD ........................................ 59
MEDICAL INFORMATION ........................................ 60
CLOSED RECORDS ........................................ 61
CONFIDENTIALITY OF RECORDS ........................................ 61
RETENTION AND DISPOSITION OF RECORDS ........................................ 61

INTAKE ........................................ 62

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

STARTING THE PROCESS ........ 63
EVALUATING ELIGIBILITY ........ 64
NEXT STEPS ........ 66
WORK THERAPY ASSIGNMENT ........ 66
INTAKE CHECKLIST. ........ 67

SPIRITUAL DEVELOPMENT ........ 68

CORPS COMMUNITY CENTER PARTNERSHIP ........ 69
THE SETTING FOR RELIGIOUS WORSHIP ........ 70
GROUP ACTIVITIES ........ 71
ADHERENTS' PROGRAM ........ 73

WORK THERAPY ........ 75

INDIVIDUAL SPIRITUAL COUNSELING ........ 76

SPIRITUAL COUNSELING ........ 77
AIDS TO INDIVIDUAL COUNSELING ........ 78

HEALTH CARE ........ 78

ADMISSIONS EXAMINATION ........ 80
ONGOING HEALTH CARE ........ 80
BENEFICIARY FINANCING OF HEALTH CARE ........ 82

GROUP EXPERIENCE ........ 82

ORIENTATION GROUPS ........ 83
COUNSELING GROUPS ........ 84
OTHER GROUP EXPERIENCES ........ 85

EDUCATION ........ 87

LEISURE TIME ........ 88

UNSTRUCTURED ACTIVITIES ........ 88
STRUCTURED ACTIVITIES ........ 89
SPECIAL PROJECTS - HOBBIES ........ 89
THE CANTEEN ........ 90

THE GRATUITY ........ 91

ADMINISTERING THE GRATUITY - MEASURING PROGRESS ........ 91

COMPLETION OF THE PROGRAM ........ 92

CRITERIA OF REALISTIC PROGRESS ........ 93
EMPLOYMENT ........ 94
AFTERCARE SUPPORT SYSTEM ........ 95


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

TRANSITION FACILITIES ........ 95
CASE RECORDS AND RESEARCH. ........ 96

UNIT VI ........ 98

BUILDING AND EQUIPMENT ........ 100
EMPLOYEE HOUSING ........ 101
SAFETY, FIRE, FIRST AID ........ 101

CENTER LOCATION ........ 102

CENTER SIZE ........ 103

ADMINISTRATION AND PROGRAM AREAS PUBLIC ROOMS ........ 104
PUBLIC ROOMS ........ 104
PROGRAM OFFICES ........ 106

LIVING AREAS ........ 106
FOOD PREPARATION AND STORAGE ........ 107
DINING ROOM ........ 107
SLEEPING AREAS ........ 108

UNIT VII ........ 110

COMMUNITY RELATIONS ........ 112
DONATED GOODS ........ 113

THE CENTER IN THE COMMUNITY ........ 113
EMERGENCY DISASTER SERVICE ........ 115

PUBLIC RELATIONS INCLUDING PUBLICITY ........ 116
AUTHORIZED CONSENT FORM ........ 120

UNIT VIII ........ 121

HANDBOOKS ........ 123
INFORMATION FOR BENEFICIARIES ........ 123
MANUAL FOR PRODUCTION ASSISTANTS AND HELPERS ........ 125
DONATED GOODS: ESSENTIALS OF OPERATION ........ 125

FORMS ........ 127


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

Beneficiary Application for Admission ........ 128

Beneficiary Application for Admission PAGE 2 ........ 129
Beneficiary's Admittance Statement ........ 130
Room and Board agreement ........ 131
Personal Property Agreement ........ 132
Progress record of Beneficiary ........ 133
Beneficiary Work Therapy Progress and Performance Report ........ 134
Medical Information ........ 135
Authorization for release of information ........ 136
Discharge Summary ........ 137

THE SALVATION ARMY OFFICIAL STATEMENTS, POLICIES AND GUIDELINES ........ 138

The Salvation Army's Position on Alcohol and Drugs ........ 139
The Salvation Army's Position on Gambling ........ 140
The Salvation Army Policy and Guidelines on Confidentiality and the Protection of

Guidelines for Licensing by Governmental Bodies ........ 144

COMMUNITY RESOURCES FOR INFORMATION AND LEADERSHIP ........ 145

BIBLIOGRAPHY ........ 152

TERRITORIAL AND DIVISIONAL BOUNDARIES MAP ........ 153

# UNIT I

# BACKGROUND INFORMATION ABOUT

# THE SALVATION ARMY

# AND

# THE DEVELOPMENT OF THE

# ADULT REHABILITATION CENTER PROGRAM


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT I

## TABLE OF CONTENTS

HISTORY AND STRUCTURE OF THE SALVATION ARMY ........................ 3

ORIGINS AND DEVELOPMENT OF THE ADULT REHABILITATION CENTER ........................ 5

WHY THE ADULT REHABILITATION CENTER? ........................ 5

DEVELOPMENT IN THE UNITED STATES OF AMERICA ........................ 6

# HISTORY AND STRUCTURE OF THE SALVATION ARMY

In 1865, William Booth, an ordained minister with the Methodist New Connexion, aided by his wife Catherine, formed an evangelical group dedicated to preaching among the unchurched people living in the midst of appalling poverty in London's East End.

Booth's ministry recognized the interdependence of material, emotional and spiritual needs. In addition to preaching the Gospel, Booth became involved in the feeding and shelter of the hungry and homeless and in alcohol rehabilitation.

Booth and his followers, originally known as The Christian Mission, became The Salvation Army in 1878, when that organization adopted a quasi-military pattern. Booth became "the General" and officers' ranks were given to his ministers.

The Salvation Army has functioned successfully within that unusual structure for more than a century. Its outreach has been expanded to include 134 countries and its officers preach the Gospel in over 175 languages.

The basic social services developed by William Booth, including those of the Adult Rehabilitation Centers, have remained outward, visible expressions of the Army's strong religious principles. In addition, new programs which address contemporary needs have been established. Among these are disaster relief services, day care centers, summer camps, holiday assistance, services for the aging, shelters for battered women and children, family and career counseling, vocational training, correctional services and drug rehabilitation.

The General, with headquarters in London, is the international leader of The Salvation Army. In the United States, the National Commander coordinates the functions of The Salvation Army from headquarters in Alexandria, Virginia.

For administrative purposes, the nation is divided into four territories: Eastern with headquarters in West Nyack, New York; the Central with headquarters in Hoffman Estates, Illinois, the Southern

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

with headquarters in Atlanta, Georgia; and the Western with headquarters in Rancho Palos Verdes, California. Each territory is under the leadership of a territorial commander.

Territories are made up of smaller units known as divisions. There are 40 in the United States and a divisional commander heads each. Divisions consist of corps community centers, which are the basic units of The Salvation Army, and various specialized center. The functions of each corps include religious and social services which are adapted to local needs. Each corps is usually under the supervision of a corps officer, ranging in rank from lieutenant to major.

The adult rehabilitation centers located geographically in the divisions are administered by the Adult Rehabilitation Centers Command in each territory.

Salvation Army fund-raising campaigns are principally conduct ed on a local and regional basis. There is limited fund-raising at the national level. The most widely used practices are the traditional Christmas kettle campaign, direct mail appeals and planned giving. However, the use of the internet in fund raising is becoming more common. In addition, foundation grants and federal, state and local government grants provide funds for some Army services.

Nationwide uniformity of policy is the responsibility of the Com missioners' Conference, whose membership includes the National Commander, the four territorial commanders, the five Presidents of Women's Ministries, the National Chief Secretary and the four territorial Chief Secretaries. Standing commissions study Salvation Army programs and procedures and then make recommendationsto the Commissioners' Conference.

Advisory organizations, comprised of lay business people and civic leaders, perform a valuable service by providing advice and acting as a liaison between The Salvation Army and the community. A national advisory board makes its recommendations to the Com missioners' Conference.

The Salvation Army is a member of many religious and social welfare agencies and associations.

Each territory functions, for legal purposes, through a separate religious and charitable tax-exempt corporation, having a board of trustees or directors, articles or a certificate of incorporation and by laws, with the National Commander as chairman of the board.

The Salvation Army's church membership consists of adherents, soldiers and officers. Adherents are persons who consider The Salvation Army to be their place of worship. Soldiers are required to sign a declaration of faith and practice known as the Soldier's Covenant and have the privilege of wearing uniform. All have opportunity to provide volunteer service to the Army. Soldiers, who have served for more than six months may apply to the College/School for Officers' Training and, if accepted, enroll as cadets. These are two-year, in-residence training facilities in Suffern, New York; Chicago, Illinois; Atlanta, Georgia, and Rancho Palos Verdes, California. Upon graduation from these colleges/schools, cadets become fully ordained ministers and receive the rank of lieutenant.

With this religious heritage and motivation, The Salvation Army continues its unique service to all people in the name of Christ.

## ORIGINS AND DEVELOPMENT OF THE ADULT REHABILITATION CENTER

*WHY THE ADULT REHABILITATION CENTER?*

William Booth's purposes, at first, were beautifully simple and direct: to evangelize the masses. He believed that flouting the Divine laws and rebelling against the sovereign rule of God create the ills of the world.

Booth discovered early in his ministry that attention to physical as well as spiritual needs was necessary to make evangelism effective. One incident emphasized this. Crossing London late one night in 1888, he saw men who were without resources sleeping under a bridge. A wakeful night followed. The next day he directed his son Bramwell, who was his top aide, to do something about the problem. This particular experience was the beginning of The Salvation Army's social work program. William Booth's book, In

Darkest England and the Way Out, published in 1890, brought the Army's social work program forcibly to the attention of the British public. The essence of the plan was to help people to their feet by being sure that they had shelter, food, clothing and work, along with spiritual evangelism.

Social work directed first to the needs of men and quickly thereafter to women and children emerged early in Booth's plans and became an integral part of The Salvation Army. He started his campaign in order to save souls. But he quickly realized that the ap palling temporal circumstances of a vast number of people made their salvation unlikely unless attention was given also to their basic material needs.

*DEVELOPMENT IN THE UNITED STATES OF AMERICA*

Within ten years of the founding of The Salvation Army in the United States, social service work with men was instituted. Commander Frederick de Lautour Booth-Tucker developed the principal concepts of In Darkest England and the Way Out into programs in the late 1800s, shortly after he assumed command in this country. The Army offered food depots and inexpensive hotels called Metropoles for men; and industrial homes, which were forerunners of today's adult rehabilitation centers.

In the early days, men with pushcarts were sent out to collect paper and other salvage. By 1898 the Army had eight salvage depots and five wood yards. The Men received a small sum from the sale of the goods collected and were given food and lodging. Horses and wagons eventually supplanted the pushcarts, and in turn were supplanted by the familiar Salvation Army Trucks. The Basic Pattern of gathering discarded materials, sorting, processing, and selling them has continued to this date.

In those early days, the Army had remarkable success chiefly through its evangelistic efforts. The results, for the man and his family of the conversion and rehabilitation of a drunkard, made an immediate and favorable impact on the religious and social work worlds. Over the years, new activities and techniques have been added to increase the program's effectiveness in meeting the needs


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

of people who come for care. This is in keeping with William Booth's emphasis on always using the most modern methods and the best trained staff available.

This ministry was tested by the depression of the 1930s that brought a tremendous increase in applicants. Transient shelters were developed to relieve some of the immediate need. Eventually, however, Army officers in this program felt a divine discontent that spiritual results seemed to be minimal. This led to the 1944 institutes through which the Service to Man program was born with its renewed emphasis on both spiritual and social rehabilitation. Then, in 1969, in response to a growing need, women were admitted to centers that were equipped to work with them. During the late sixties and early seventies men and women with a variety of other concerns began to ask for service. At the same time, the centers began to be more racially integrated reflecting the population of the local com munities and the average age of the residents dropped.

Commissioner Edward Parker, first National Social Work Secretary in the United States, wrote, "If a man's body and mind are redeemed for society we have performed a meritorious service. But if this be the final fruit of our labor, we have fallen short of our all important role. The men coming to these institutions are often steeped in sin have sunk so low that they have lost faith in them selves. There is no real hope or real help for them apart from the Salvation of God."

Those fundamental purposes and means remain. They are rein forced today through counseling and other programs designed to help each one coming into care develop the skills, and the spiritual, physical, and emotional strengths needed.

Participants in the program are exposed, gently but firmly, to opportunities for regeneration based on a personal relationship with God. Many have found a rewarding life-style through Christian living. Within this setting of spiritual awakening, a program has been built that can meet the spiritual and social needs of individuals who have been unable to deal with life's issues.

An important part of the program continues to be work therapy. This brings personal satisfaction and a sense of self-worth by


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

encouraging productivity and self-sufficiency. And the program returns a rehabilitated person to the community, which enhances the quality of that community.

The program of the adult rehabilitation center is unique among social agencies for it combines the Army's fundamental spiritual aims with social work concepts and techniques. The center is a true expression of the ministry of The Salvation Army — love of God and a practical concern for the needs of humanity.


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT II

# BACKGROUND INFORMATION ABOUT

# THE SALVATION ARMY

# AND THE DEVELOPMENT OF THE

# ADULT REHABILITATION CENTER PROGRAM


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT II

## TABLE OF CONTENTS

THE ADULT REHABILITATION CENTER ....................................................11

THE PURPOSE OF AN ADULT REHABILITATION CENTER .................... 11

THE SPIRITUAL BASE ..........................................................................12

THE REHABILITATION PROGRAM............................................................ 13

THE BENEFICIARIES ............................................................................13

UNDERSTANDING THE DISAFFILIATION PROCESS ................................14

MEN AND DISAFFILIATION.................................................................... 15
WOMEN AND DISAFFILIATION ............................................................... 16
ALCOHOL, OTHER DRUGS, ADDICTIONS AND DISAFFLIATION............. 16

# THE ADULT REHABILITATION CENTER

An adult rehabilitation center serves men and women with social, emotional and spiritual needs who have lost the ability to cope with their problems and provide for themselves. The center provides adequate housing with group and individual counseling and work therapy in clean, wholesome surroundings. Physical and spiritual care prepares the beneficiaries to re-enter society and return to gainful employment. Frequently those rehabilitated are reunited with their families and resume a normal lifestyle. The work therapy compo nent of the center includes the collection and processing of donated materials and the operation of Salvation Army family/thrift stores in which restored materials are sold at moderate prices. Proceeds from these stores assist in supporting the program of the centers.

The program is available without discrimination in keeping with The Salvation Army's National Policy on Non-Discrimination in Programs and Delivery of Services.

The program at the adult rehabilitation centers is not licensed; government regulation is only appropriate in areas of basic health and safety, such as compliance with building codes, including certificate of occupancy requirements, and compliance with health codes, including food service permit requirements. See The Salvation Army Guidelines For Licensing By Governmental Bodies.

# THE PURPOSE OF AN ADULT REHABILITATION CENTER

The primary purpose of an adult rehabilitation center is the spiritual regeneration and rehabilitation of men and women who have undergone a process of disaffiliation from those significant ties which enable individuals to take advantage of the opportunities and cope with the tribulations of everyday life. These men and women may be challenged morally, physically, emotionally and socially. More importantly, they are often handicapped spiritually. The center


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

affords them the opportunity to gain insights into their problems, while acquiring self- respect, and to develop moral and spiritual principles of conduct and work habits that will enable them to gain purpose and meaning in their lives.

This makes for a complex operation requiring a carefully organized combination of spiritual endeavor; applied social services, education, effective use of the unique work therapy component, referral when necessary to medical and or psychological care, and the practical application of sound business principles. This requires close coordination with and careful use of all community resources.

## THE SPIRITUAL BASE

The entire program of an adult rehabilitation center is built on a spiritual motivation — a desire to help men and women as an expression of Divine love. This is the permeating and motivating force behind the work of every officer and staff member connected with the center as they apply a variety of spiritual, social, vocational, educational and counseling techniques and approaches.

A direct spiritual approach is a necessary part of this overall program. The Salvation Army is firm in the belief that human regeneration is found only through Jesus Christ. The hope is that each beneficiary will see God as loving, merciful, and forgiving, concerned about personal failings and unhappiness, and waiting for the opportunity to lift his or her burdens. For this to be effective, the Spirit of God must pervade the entire center and all its activities. This is the base on which each part of the program is built and from which each member of the staff operates. Spiritual care includes individual and group spiritual counseling and attendance at religious services, bible classes and intentional modeling of Christian lifestyle by members of the center staff. The center requires each beneficiary to participate in all religious and spiritual activities and thus provides the opportunity for each beneficiary to gain full insight into spiritual values.

The administrator, usually Salvation Army officer and an ordained minister always carries the responsibility for guiding this program, assisted by the chaplain, by other officers and staff, and by the local Corps Community Center, local churches and religious resources in the community.

## THE REHABILITATION PROGRAM

Rehabilitation is the process of restoring or introducing beneficiaries to their best possible level of functioning. It includes all aspects of the center program — the spiritual emphasis, to bring people into an effective relationship with God; work therapy; health and education; social and leisure-time activities; individual and group spiritual counseling; the living arrangements; the general aura of the center. The program is as tangible as the workbench at which beneficiaries repair appliances for sale in one of the thrift stores, or as intangible as the all-pervasive atmosphere of cheerfulness, attractiveness, challenge, hope, and helpfulness that is present in each center.

The rehabilitation program is developed by the center staff to meet the specific needs of each beneficiary. The first and essential step is for the staff to help the beneficiaries recognize the issues within themselves and in their environments that brought them to the center. All beneficiaries are challenged to give conscious attention to all of their needs, not just to their physical survival. For some, this may be their first experience in working toward productive and satisfying lives. For others, it may mean working toward reestablishing relationships and careers, or building new ones. Applicants who cannot do this are not ready for a rehabilitation program.

The first and highest priority of the rehabilitation program is to bring the beneficiary into a helpful and effective personal relationship with God.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

## THE BENEFICIARIES

Beneficiaries are men and women who: Voluntarily enter the center only to benefit from the rehabilitation program; Have identifiable primary and possibly secondary issues that can be addressed within the framework of the center organization and program;

1. Commit themselves to a period of six to twelve months of full-time and comprehensive rehabilitation appropriate to their needs and to their spiritual, physical and emotional condition.
2. Live in the center for its rehabilitative benefits;
3. Enter fully into all components of their individually designed rehabilitation program including work therapy.

"Beneficiaries" is the preferred term used when talking with and about those who are in the program. "Beneficiaries" is the term that applies legally and that is used in this Handbook.

## UNDERSTANDING THE DISAFFILIATION PROCESS

Generalizations cannot precisely describe the condition of the men and women who become beneficiaries of adult rehabilitation centers. There are, however, common characteristics among them, which stem from a series of disruptive events in their lives, all of which can be included under the classification of disaffiliation.

Disaffiliation is the process whereby individuals, either voluntarily or involuntarily have been cut off from a variety of social, racial and cultural backgrounds. These backgrounds, while varying from affluent mainstream American society to less privileged social and minority groups, at one time did provide some degree of identity and stability in their lives.

This process can be attributed to such stressful situations as family strife, economic upheavals, emotional challenges, educational deficiencies, alcoholism, drug abuse and other addictions, and vocational deficiencies. Such problems may lead to new affiliations

with subcultures within our society that promote continued behaviors of self-destruction, breakdown of the family unit as well as complex emotional and physical issues. Many have been part of the subculture for many years and come to the center suffering from anger, grief, mild forms of depression and other resulting conditions.

These new affiliations bring a sense of alienation from the larger society and eventually to rejection of generally accepted beliefs, behaviors and social institutions. Ultimately this leads to rejection of one's self and of one's Creator, to feelings of degradation and help lessness, to a sense of powerlessness to control one's life.

All of the men and women who come to the adult rehabilitation centers fall somewhere along the continuum ranging from estrangement from family, home, and/or community; to complete isolation from self and the world in general.

*MEN AND DISAFFILIATION*

The men who come to the adult rehabilitation centers are predominantly between 21 and 65 years of age. The reasons for coming to the centers are varied. Some have experienced multi-generational and/or dysfunctional families. They often have multiple children with multiple partners. A few are widowers, more have had poor marriages, and an increasing number have never been married and while having many relationships have never been part of a long term stable one. Some have held regular jobs, but not recently; some have not held jobs very long; and an increasing number have never held permanent jobs. They may have rejected the work ethic, or they may have lacked an economic opportunity or never developed any marketable skills. Many have not completed high school, however, a number have finished college and have advanced degrees. Many, if not most, have criminal records and are often dealing with current legal issues. There does not appear to be a pattern of ethnicity, age, or socio-economic background.

There is, for most, a continuing pattern of weak and/or lost interpersonal relationship skills. For many, there are both physical

and mental problems, sometimes as a result of a variety of individual experiences. They frequently abuse alcohol and other drugs and suffer from other addictions as a way to escape from the abject misery of their life-style or simply to kill time. Drug use is a way to participate in the typical companionship of the street.

*WOMEN AND DISAFFILIATION*

Women come to the centers from backgrounds similar to those of the men, and with the same characteristics. The differences are related to traditional thinking about customary behavior.

In times past, women were expected to marry, or to remain within the protection of the family circle. They did not take to the street looking for opportunity, nor did they strike out on their own. Women who abused alcohol or other substances were hidden in the community or went undiagnosed. Many are addicted to prescription medications.

The situation changed during the latter part of 20th century as women sought more independence and liberation. With this freedom has come the pressure to "make it." Some of those who fail to do so and who lack the qualities that give stability to their lives turn to unacceptable behavior, for example, alcohol and other drug dependency or prostitution. Many are lonely, depressed, bored, and sometimes suicidal. They are withdrawn and difficult to reach, often torn between the pull of family and security, and the need for independence. Society's attitude toward such women is an added handicap for those who want help. Special skills are called for from those who give this help. Concerns about children, who have been left with relatives or friends, or are cared for by government child services agencies, is a major element for many and getting the children back may be a motivation for rehabilitation. Women come into the centers with complex emotional issues. Many women come from abusive relationships and homes. Trust is an element that is foreign to most women who are disaffiliated.

*ALCOHOL, OTHER DRUGS, ADDICTIONS AND DISAFFLIATION*

The majority of the men and women admitted to the adult rehabilitation centers may be described as alcohol or drug abusers. Many are cross-addicted with other substances. Despite the amount of research that has been done, there remain many unanswered questions as to why people drink and use drugs and why these substances affect people in different ways. Overdependence on alcohol and/or other substances may well be a secondary symptom arising from other problems, or it may be the primary cause for a person's inability to cope with their life.

The adult rehabilitation center serves the addictive drinker, the problem drinker, and the abuser of other substances as well as those with other and sometimes multiple addictions and other challenges. The challenge is to help such men and women develop a more lasting and satisfying way to deal with their problems. The center's program leading to rehabilitation is designed for this purpose.

# UNIT III

# ADMINISTERING THE CENTER

# UNIT III

## TABLE OF CONTENTS

ADMINISTERING THE CENTER ........ 21
TERRITORIAL RELATIONSHIPS ........ 21

LOCAL SALVATION ARMY RELATIONSHIPS ........ 22
ADMINISTRATIVE RELATIONSHIPS ........ 22
COLLECTION OF MATERIALS ........ 22
CORPS COMMUNITY CENTER ........ 22
ADVISORY ORGANIZATIONS ........ 23
COORDINATING COUNCIL ........ 23

THE STAFF ........ 24
COVERAGE ........ 25
TELEPHONE SUPERVISION ........ 25

LEGAL STATUS OF BENEFICIARIES ........ 26
THE STANDARDS ........ 26
RELIGION ........ 27
DISTINCTIONS BETWEEN BENEFICIARIES AND EMPLOYEES ........ 27
BENEFICIARY/EMPLOYEE RATIO ........ 27
REHABILITATION EMPLOYEE TO BENEFICIARY RATIO ........ 28
LENGTH OF STAY ........ 29
GRATUITIES ........ 29
DEFICITS ........ 29
WORK THERAPY BALANCE ........ 30

REPORTS ........ 30

RETENTION/DESTRUCTION OF DOCUMENTS, ........ 31

FINANCES ........ 31
DONATIONS-IN-KIND ........ 31
HEALTH CARE ........ 33
WORLD SERVICES ........ 33

NECESSARY CONTROLS ........ 33
SCHEDULES ........ 34
AFTER-HOURS CONTROLS ........ 34
WEEKENDS AND HOLIDAYS ........ 34
EMERGENCIES AND FIRST AID ........ 35


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

REPAIRS, EQUIPMENT AND MAINTENANCE ........................................... 35

SUPPLIES ........................................................................................... 35

FOOD ........................................................................................... 36

OTHER ........................................................................................... 36

FOOD SERVICE ........................................................................................... 36

HOUSEKEEPING ........................................................................................... 37

# ADMINISTERING THE CENTER

The administrator of an adult rehabilitation center, typically a Salvation Army officer and a minister of the Gospel is responsible for the total operation of the center, but particularly for the religious program and the spiritual well-being of beneficiaries and all staff.

The administrator is responsible for many interdependent functions and relationships: (1) maintaining the spiritual emphasis; (2) managing an institution where people eat, sleep, and engage in a rehabilitation program; (3) developing and supervising a complex rehabilitation program; and (4) operating a salvage program to convert donations-in-kind to cash to support the expenses of the center. The administrator is responsible for budget preparation and controls, for staffing, for maintenance of plant and equipment, and support of retail operations. The administrator must also develop and maintain solid relationships in the community and must work cooperatively with other Salvation Army units.

The administrator has the responsibility for the ongoing evaluation of the entire center and for preparing the material for the territorial annual review.

These several responsibilities are touched on in this unit and are discussed in more detail in the remainder of this handbook.

*TERRITORIAL RELATIONSHIPS*

The administrator works directly with the territorial Adult Rehabilitation Centers Commander on all policy matters relating to the center operation. This includes budget, property, annual evaluation, personnel, and administrative studies. All contracts are submitted through the ARC Command for approval, as are major purchases. The Adult Rehabilitation Centers Commander, will be sure that pertinent policies are observed. This includes inspections and meeting health and safety codes, and personnel practices including insurance protection for staff and beneficiaries. The departmental fund is ad- ministered by the Adult Rehabilitation Centers Command, which also collects the world services funds,


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

insurance premiums and replacement reserves for property and vehicles from the individual centers.

## LOCAL SALVATION ARMY RELATIONSHIPS

*ADMINISTRATIVE RELATIONSHIPS*

An adult rehabilitation center is generally one of several Salvation Army programs in a community. It relates administratively to the Adult Rehabilitation Centers Command. Procedures have been worked out through the years to create a mutually helpful relationship between the center, the corps community center, divisional headquarters, and other branches of Salvation Army service which may be located in the same community. Procedural relationships are governed by official minutes and vary somewhat from territory to territory. The basic principle is one of mutual cooperation; the center, along with other Army units, will make every effort to render assistance when possible.

*COLLECTION OF MATERIALS*

The administrator is the only Salvation Army officer authorized to arrange for the collection of gifts-in-kind such as furniture, cloth ing and other material for resale or for welfare purposes. Exceptions are for those areas not covered by center operations, canned goods collected for welfare purposes or articles designated for seasonal activities or emergencies/disasters. Territorial minutes govern corps rummage sales and corps-operated thrift stores.

*CORPS COMMUNITY CENTER*

Mutual cooperation between the adult rehabilitation center and the corps community center is essential. This is good for the spiritual enrichment of both soldiers of the corps and of center beneficiaries and the general good of The Salvation Army in the community. The corps will support the religious endeavors of the center and the center will encourage beneficiaries to take part in all appropriate


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

ways in corps activities. Cooperation is needed with respect to publicity and to salvage operations. The responsibility for developing and maintaining this one-Army commitment rests with the center administrator and the corps officer. See Units V and VII for details.

*ADVISORY ORGANIZATIONS*

The Manual of Advisory Organizations provides for the centerto have a committee within the local Salvation Army advisory board.

The center should also have an advisory council and may have an auxiliary. The advisory board committee consists of three to five advisory board members and others as appointed. The administrator has a voice in the selection of the committee members and in naming the chair of this committee. The council is made up of three designated members of the advisory board, and 20 to 30 others from the community. There is no suggested number of members for the auxiliary. It is the administrator's responsibility to see that these advisory groups are consulted and are kept informed about the center's aims and activities and needs. They should be involved in budget preparation and in the annual review. Members are ambassadors of goodwill and of helpful service. They may give direct help in the rehabilitation program, and technical help in administration, in pro duction, property matters, and legal matters and in community relationships. They are a pool from which to draw for volunteers.

The administrator is a designated member of the local Salvation Army advisory board, and the designated representative to the advisory council, and the auxiliary. He or she is expected to attend these meetings as an active and interested member.

*COORDINATING COUNCIL*

A coordinating council made up of representatives of each Army unit in the local community is the vehicle through which agreements are reached about publicity, community relationships, and cooperation among Salvation Army units.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

Examples include relationships with federated funds, community planning organizations, civic, religious and other groups; timing of intensive drives for clothing and furniture; mutual help among local Army units; and collection and distribution of goods donated for emergencies or disasters.

Territorial minutes govern agreements between the adult rehabilitation center and other local Salvation Army units. For example, they deal with the following: who is to pay for clothing and furniture from a family/thrift store, what the charges are to be, and how the request is to be made. Details should be worked out through the coordinating council and made known to every appropriate staff member in each local Salvation Army unit. The center is not to be used as an emergency shelter for those who have no wish or need to become beneficiaries.

## THE STAFF

The quality of the staff determines the quality of the center's program. The administrator is responsible for assuring that the staff has the qualifications and experience for the positions they fill, and that there are enough staff members to carry out the many components of the rehabilitation program. The administrator's skills are needed in staff selection, in the ability to delegate wisely and in developing all staff individually and as a team dedicated to the rehabilitation of each beneficiary. Staff must be selected who understand and support the spiritual program of the center and who can serve as role models for the beneficiaries.

To assist in management duties, the administrator must also have competent staff for supervision, for financial matters, for statistical reports, for community relationships, and for telephone coverage. There must be also competent secretarial help for the administrative, program, and production components. Letters and reports must be prepared and filed, business matters tended to, bills checked and paid. All staff, including officers and non-officers, students and volunteers, must be fully aware of and supportive of the spiritual purposes of the center and must understand and abide by the

confidentiality rules of the center. A copy of The Salvation Army's policy on confidentiality and the protection of personal privacy is found on page163. There is also a sample release of information form on page 157. Detailed information about staffing the center is in Unit V.

*COVERAGE*

Twenty-four hour coverage is required, with one person on duty at all times. This person must know how to handle emergencies and be familiar with the rules of the center regarding admission after hours. Written reports are to be prepared covering each such event.

*TELEPHONE SUPERVISION*

Persons assigned to telephone duties must be carefully trained and supervised because telephone communication is critical to the management of the center. Business details, appointments and consultation involving beneficiaries, truck calls all flow through telephone communication. For many, the only contact the caller will have with The Salvation Army is by telephone, so all calls must be courteously and accurately handled.

There must be twenty-four hour telephone availability in the area where the on-duty person is located in case of emergencies. A reasonable schedule is to be set up and publicized for pick-up calls, referrals and other business matters. Truck calls are handled by a team in the phone room, which is separate from other operations. Business and professional calls should be handled by administrative or program personnel.

Complaint and nuisance calls require tact, time, and patience. The administrator or a person with authority to do so should handle these. Written reports of such calls are recommended.

 **CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO**

# LEGAL STATUS OF BENEFICIARIES

The primary religious purpose of the centers and The Salvation Army insulate the centers from government regulation by virtue of the Free Exercise Clause of the First Amendment to the United States Constitution. The fact that the centers exist primarily for the spiritual regeneration of men and women is the principal basis of The Salvation Army's position that Federal, State or local government may not regulate the center program, other than to ensure the safety of the facilities and the basic health of the beneficiaries.

In addition to the spiritual program, all beneficiaries are required to participate in work therapy, designed to teach the beneficiary good work ethic and to restore a sense of self-esteem. By its nature, work therapy raises the question whether beneficiaries are employed by The Salvation Army and therefore subject to various laws that regulate the employment relationship. Because beneficiaries voluntarily participate in the religious and charitable rehabilitation program, including work therapy, for their own benefit, not that of The Salvation Army, the beneficiaries are not employees for any legal purpose, particularly under the Federal Fair Labor Standards Act for minimum wage and overtime requirements. National Legal Council has consistently advised that the beneficiaries of the centers are not employees for the purposes neither of the Fair Labor Standards Act nor for purposes of any law, Federal, state or local, based on an employment relationship.

*THE STANDARDS*

There have been developed over the years a number of standards to be followed by the adult rehabilitation centers which assist in establishing that beneficiaries are not employees for the purpose of the Fair Labor Standards Act and other employment laws. These standards are reflected in the statistics recorded by the centers annually and compiled in the "National Composite Analysis." The forms for this are sent to every center at the end of the fiscal year and provide a picture of each center on September 30.

 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

*RELIGION*

The most important standard is that Christian religious principles must pervade the center program and that participation of the beneficiaries in the religious aspects of the program be mandatory. Records must demonstrate that the centers are primarily religious institutions, that every aspect of the center program involves a spiritual element, and that the beneficiaries have voluntarily entered the centers to benefit from the religious program. Spiritual Counseling notes must be made of all interviews and must reflect an interest in the spiritual well-being of the beneficiary.

*DISTINCTIONS BETWEEN BENEFICIARIES AND EMPLOYEES*

In recognition that the rehabilitation process is a gradual and continuing process, separate residential facilities should be made available, where possible, so that, even if beneficiaries graduate from the program and work at the center as employees, they are not living side by side with beneficiaries. If employees continue to live in the center, their number should not be more than 10% of the average number of beneficiaries at the centers. Because of the different purposes of the work they perform at the centers, beneficiaries and employees must necessarily perform distinctly different tasks at the centers. Beneficiaries should not be in supervisory positions, should not be put in positions that involve significant responsibilities, should not be in positions where they handle money, should not be in positions with access to case records, and should not drive motorized vehicles. Employee records should be maintained in the administration office. Beneficiary records should be meticulously maintained in the program office.

*BENEFICIARY/EMPLOYEE RATIO*

There should be no more than one employee for every two beneficiaries in the center, excluding program, and Family/Thrift Store employees.

The primary purpose of the center is the rehabilitation of the beneficiaries. The collection, processing and sale of the donations

secondary. Although the collection, processing and sale of the donations is essential for the work therapy component, and to provide most of the funds necessary for the support of the rehabilitation program; the collection, processing and sale of the donations-in-kind cannot take precedence over the rehabilitation program. It has been determined that an appropriate balance will be maintained if there are at least two beneficiaries for every employee (excluding store employees and professional employees).

Where the ratio of beneficiaries to employees drops below two to one, the primary purpose of the center is subject to question. Where the ratio is less than two to one, the administrator should take steps to correct the ratio.

Because some employees are more productive, there will be a temptation to utilize them in the collection, processing and sale of the donations-in-kind rather than to use beneficiaries. Since the work is essential to the work therapy component, this temptation must be resisted.

Where the ratio is less than two to one, there is an implication that the center is a commercial establishment, operated to increase sales revenues, and that the beneficiaries are of secondary importance, possibly exploited as poorly paid employees because the cost of their labor is less than that of employees.'

*REHABILITATION EMPLOYEE TO BENEFICIARY RATIO*

Because the fundamental purpose of the centers is the rehabilitation of the beneficiaries, the ratio of rehabilitation employees to beneficiaries should be no less than 1 to 10 at any center. Rehabilitation employees include all Salvation Army officers, the program director, chaplains, counselors, intake counselors, residential managers, chaplain, and, where applicable, in each case pro-rated based on the hours worked. It is important that all counseling sessions be recorded and counted. By recording counseling sessions with beneficiaries, even short sessions with the officer administrators, the fundamental rehabilitative purpose of the centers is supported.

*LENGTH OF STAY*

Beneficiaries should not stay in the center more than one year. Beneficiaries should only be admitted with primary or other issues that the center program is designed to alleviate. If after a year the issue or issues have not been dealt with, or at any point the beneficiary is not making progress in overcoming the issues, the beneficiary should be discharged. On occasion when a beneficiary is enrolled in education or vocational training programs in the community and needs a short period of time to complete the program, allowance can be made as long as the case record clearly indicates the reason and the anticipated termination. Beneficiaries should never be graduated from the program simply to get around this length ofstay requirement.

*GRATUITIES*

The gratuities paid to beneficiaries must be calculated to evidence the beneficiary's progress in the rehabilitation program, not to compensate the beneficiary for work performed. Procedures for administering the gratuity must be set up and approved by the administrator, in keeping with national and territorial policy. The administrator or a designated staff person chairs the weekly conference at which the amount for each beneficiary is determined. It must be clear that the gratuity relates to progress or lack of in the rehabilitation program and that it in no way is compensation for work done in the center as part of work therapy. The amount never approaches prevailing wage scales but is periodically reviewed and increased. The maximum is maintained regardless of length of stay of the beneficiary. When the beneficiary first enters the center, the beneficiary can be given a canteen card/token.

*DEFICITS*

Because the centers are charitable, non-profit rehabilitation institutions, not commercial facilities for raising money for The Salvation Army, the centers will generally not have surpluses after deduction of donations–in-kind. Indeed, consistent with their


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

rehabilitative purpose, the center should be managed to avoid such surpluses by increasing program expenditures, if applicable, to supplement the rehabilitation of the beneficiaries.

*WORK THERAPY BALANCE*

A sensitive area of administration is that of maintaining an appropriate balance between work-therapy and the rest of the rehabilitation program. There are many intangibles. The attitude of the beneficiary may be as important as the development of specific skills and the production of saleable goods. It is essential for the beneficiary to participate a full day in the work therapy component, to the extent that he or she is physically, emotionally, or mentally able to do so. Beneficiary participation in work therapy is regularly evaluated and documented to the benefit of the beneficiaries' overall progress. At the same time, the work therapy component must be run efficiently, with waste avoided, and equipment and supplies conserved, and the best possible financial return realized to avoid unnecessary expenditures. In the final analysis, an efficiently run total program is of the greatest benefit for the beneficiary.

## REPORTS

The administrator is responsible for the preparation and submission of necessary reports, such as census, finances, and staff. Some reports are needed also for use in the local community. The national standard statistical and financial report forms are to be used in each center. One administrative staff person should be made responsible for seeing that the data is gathered and compiled for the admin istrator. Forms required for the annual review and for the annual questionnaire are to be prepared in a timely and complete manner. Territorial policy determines what other reports are to be made to the territorial Adult Rehabilitation Centers Commander.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

## RETENTION/DESTRUCTION OF DOCUMENTS, FINANCIAL RECORDS AND CORRESPON DENCE

Records are retained or destroyed in keeping with The Salvation Army Adult Rehabilitation Center Records Manual. A copy of this manual may be obtained from the territorial Adult Rehabilitation Centers Commander.

## FINANCES

The administrator is held responsible for center funds, which are a public trust. He or she is responsible for preparing the budget maintaining the budgeted level of income, and for seeing that expenditures are made in keeping with budgets as approved through channels. All centers are to use the standard financial accounting and bookkeeping forms and procedures for reporting income and for paying bills, salaries and reimbursements. Bills are to be paid promptly. The administrator must be alert about the accuracy of all financial matters. Competent staff are essential to help do all of this. The center and individual beneficiaries will be eligible for support through a variety of sources: surplus commodities, supplies and equipment accessed by government, food stamps, health-care and tax-supported services. Territorial minutes govern the conditions under which beneficiaries or their families contribute financially to an individual's rehabilitation costs.

*DONATIONS-IN-KIND*

The Salvation Army receives, from the public, donations of personal property of various kinds; clothing, furniture, bric-a-brac and a variety of other items no longer needed by a household or a business. The center is the facility for the conversion to cash of these donations to The Salvation Army; the rehabilitation program being financed in part by the added value given to these donations-in-kind in the collection, sorting, repair and marketing of these donations-in-kind and, in part, by an appropriation from the original value of the donations-in-kind to cover any deficit of the center.

In the operation of the centers, The Salvation Army distinguishes between the value of the donations-in-kind as originally received from the donor, constituting donations to The Salvation Army, and the additional value resulting from the various operations of the centers.

Based upon professional appraisals, the value of the donations-in-kind in the hands of the donor is calculated to be 30% of the gross sales. The center accounts for this original value as if the donations in-kind were "purchased" from The Salvation Army, rep- resenting the "cost of goods sold," the remaining 70% of the gross sales being determined to be the operating income produced by the center. The center remits to territorial headquarters on a monthly basis the value of the donations-in-kind for credit to the Command fund. The departmental fund is applied first, to cover the operating deficits of the centers; second, to other needs of the Adult Rehabilitation Centers Command including capital requirements; and third, to other territorial institutions and programs.

It is expected that the expenses of operating a center will exceed the operating income (after the value of donations-in-kind has been deducted) because the beneficiaries admitted to the center for rehabilitation do not, and cannot be expected to, produce more than they receive in the residential rehabilitation program.

Thus, the centers, like the corps and other institutions of The Salvation Army, are not self- supporting, but are dependent upon the general public for support, in the case of the centers in the form of an allocation of some part of the original value of the donations-in-kind. The accounting records of the centers and the Adult Rehabilitation Centers Command reflect the fact that the donations-in-kind are made to The Salvation Army, that the income of the center is calculated after deducting the value of the donations-in-kind, and that the donations-in-kind are applied to cover the operating deficits of the centers.

With infrequent exceptions, the operating income of the center, after the value of donations-in- kind has been deducted, will be less than the expenses of operating the center, particularly because of the

expenses involved in the rehabilitation program. Where a center realizes a surplus even after deducting the value of the donations-in-kind, it would appear that the beneficiaries are producing more than they receive, that the center is being operated for a profit like a commercial establishment, and that the beneficiaries are only poorly paid employees subsidizing the surpluses of the center. Such surpluses are to be avoided, where appropriate, by supplementing the rehabilitation program.

*HEALTH CARE*

We work with beneficiaries for available and adequate health care. The staff needs to know each beneficiary's eligibility for programs such as Medicare, Medicaid, disability, vocational rehabilitation, and Veterans Administration and should possess the knowledge to help beneficiaries learn how to use these resources.

*WORLD SERVICES*

Each center is responsible for raising its goal for World Services. The methods for gathering this money are governed by territorial minutes.

## NECESSARY CONTROLS

Maintaining order and continuity in a program as complex as an adult rehabilitation center is an absolute essential. The subject is so complicated that it cannot be adequately dealt with in a way that meets the needs in every center. There are some general rules that can be stated that will benefit all beneficiaries and at the same time be useful for staff. It is important that these be worked out together, that each beneficiary and each staff member knows what these are and obeys them. Rules are to be spelled out in the information package given to each resident. These should be approved by command headquarters and thoroughly discussed in the orientation meetings with beneficiaries.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

Among the rules to be observed are schedules for getting up, for lights out, for meals, and for required attendance at religious ser vices, work therapy, and counseling sessions. There are also rules for smoking areas, protection of personal belongings, curfew and when the center is locked for the night.

The no drinking, no-drugs rule is standard for every center and for all persons who live in the center.

*SCHEDULES*

Waking and starting times will vary from center to center. Meal times, counseling sessions, work therapy schedules, and activities are all geared to these. For example, trucks generally cannot make morning pick-ups earlier than 8:00 or 8:30, and should be back and unloaded before the evening meal. Whatever schedule is posted must be observed in the interest of beneficiaries learning to followsome order in their lives.

*AFTER-HOURS CONTROLS*

Curfew should be clearly posted and made known to all beneficiaries. It is an important point of disciplined behavior that each beneficiary should observe. The staff member who is in control of the main entrance has the authority to admit beneficiaries and other residents. This person needs guidance about how to handle clearly difficult situations, particularly those involving after-hours admissions and needs access to a backup person who has the authority to give advice regarding what action to take. In all such situations, a written report is required.

*WEEKENDS AND HOLIDAYS*

It is essential that activities for weekends and holidays be well planned and adequately staffed. These can be difficult times for those who have been accustomed to heavy drinking or other substance use at such times or who are separated from family as a result of their residence in the center. Special celebrations and programs should be planned: for example athletics, arts and crafts, music, painting, writing, and excursions to nearby theaters or places of interest.

Sched ules for staff must be arranged for full coverage. Volunteers can be particularly helpful for weekend and holiday activities.

*EMERGENCIES AND FIRST AID*

The administrator must have a well-designed plan for handling emergencies and accidents.

The plan must be in writing and it must be known and understood by every staff member.. All cases of acute illness and all accidents are to be handled immediately and a written report prepared and reported according to local territorial policy.

*MEDICATIONS*

Medications, prescriptions and over-the-counter drugs should be stored in a secured space, with access restricted to specified personnel An accurate log of what is made available.

## REPAIRS, EQUIPMENT AND MAINTENANCE

Major building repairs and purchase of major equipment follow procedures set down by territorial headquarters. The administrator is responsible for keeping the building and equipment in usable and clean condition.

Property maintenance is a continuing and extensive need as the building is used 24 hours a day, year round, for sleeping, eating, recreation, work therapy and other center activities. Repairs and maintenance should be done professionally, keeping the costs within budgeted limits. Staff employees may be used for this work only when they are known to have the necessary skills.

## SUPPLIES

Keeping the center stocked with consumables needed for the daily operations requires careful organization, shopping, and control. Quality and price should be checked regularly by comparison-shopping. Quantities ordered at one time depend on price, storage space,


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

and the rate of consumption as well as shelf life. The administrator will want to set up a perpetual inventory and a method to control access to supplies. All purchases should be spot-checked from time to time, and must be made within budgetary limits.

*FOOD*

Budget, advance menu planning, seasonal availability, and price govern food purchasing. Substandard grades are not to be used, and premium grades may be too expensive. Advance menu planning dictates the quantities and the items to be purchased. Purchase orders should be in writing and approved by the administrator or designated staff person. One person should be assigned to check the deliveries to be sure merchandise ordered is delivered.

Staple items such as canned and dehydrated foods, sugar, salt, flour, and condiments should be purchased in sufficient quantity to get a good price. Perishables such as fresh meat, fish, poultry, milk, fruits, and vegetables should be purchased frequently.

*OTHER*

Cleaning, maintenance and office supplies should be purchased through a requisition system with numbered purchase orders. Purchase orders should not be honored or payment made unless signed by an authorized staff member.

Production supplies are generally made as large-scale purchases. Quality and price plus anticipated need and storage space govern buying such items. Items with short shelf life should be purchased in limited quantity.

Getting bids for food and other supplies based on the combined volume of all Salvation Army units in the community may significantly reduce costs.

## FOOD SERVICE

Meal planning and food service are important to the overall atmosphere of the center. Good food, properly prepared and attractively served is vital.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

Since food is one part of health education, meals should be varied and nutritionally balanced, with no monotonous repetition. Each menu should be planned in advance with due attention to prices and seasonal availability. Some centers appoint a committee, including a nutritionist, chef and beneficiaries, to help with this. Clean uniforms are to be worn by those in the kitchen. Hands face and hair must be clean. In some states hair and hands must be covered. Some beneficiaries will have their work therapy assignments in the kitchen or dining room. They are under the skilled supervision of the Food Service Director or chef, a paid employee who can supervise people as well as prepare food.

## HOUSEKEEPING

Cleanliness needs to be maintained to preserve and enhance the comfortable and attractive atmosphere of the center and to set a standard and an example for the beneficiaries.

Every area, from the smallest closet to the largest storage rooms, should be cleaned regularly. All sleeping and eating areas, activity rooms, dining rooms, kitchens and washrooms should be cleaned daily. Windows, furnishings and lockers should be carefully maintained. Care must be taken to avoid unsightly wax buildup and soil in public areas and rooms. Institutional odors can be avoided by wise selection of cleaning and disinfectant supplies.

Beneficiaries are required to keep their beds and living spaces neat. The administrator will want to be sure that furnishings, mattresses, springs, and bedding are in a condition to make this possible. A replacement schedule should be established and maintained so that all furnishings and equipment are in good condition and safe touse.

Cleaning is included in the work therapy program, so is done under the supervision of a skilled and informed supervisor. The work is generally done during the regular workday.

# UNIT IV

# STAFFING THE CENTER


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT IV

## TABLE OF CONTENTS

STAFFING THE CENTER....40
PROFESSIONAL STANDARDS AND TECHNICAL SKILLS....41
WORKING CONDITIONS....42

OFFICER APPOINTMENTS....44
THE ADMINISTRATOR....44
THE ASSISTANT ADMINISTRATOR....44
OTHER OFFICERS....45
ADMINISTRATIVE PERSONNEL....45
OFFICE PROCEDURES....45
MAINTENANCE....46
COMMUNITY RELATIONS....46

PROGRAM PERSONNEL....46
COUNSELORS....47
HEALTH CARE....48

PRODUCTION PERSONNEL....48

VOLUNTEERS....49

OTHER PERSONNEL....50

STAFF AS A TEAM....50
STAFF MEETINGS....51
GRATUITY MEETINGS....52
PRODUCTION ASSISTANTS AND HELPERS....52

THE DISTINCTION BETWEEN EMPLOYEES AND BENEFICIARIES....53

CHART OF STAFF ORGANIZATION....54

# STAFFING THE CENTER

The program of the adult rehabilitation center is unique among social agencies for it combines the Army's fundamental spiritual aims with social work concepts and techniques. A center is comprised of administration, a residence, and a rehabilitation program which includes a work therapy component. A staff with a wide range of skills is required to run such a diverse program so that it is effective.

It is essential for all personnel in an adult rehabilitation center to be sympathetic to the Army's Christian beliefs and, ideally, each should have a personal, dynamic relationship with God so they can both appreciate and work in harmony with The Salvation Army's acceptance of the power of God to change completely and permanently the lives, personalities and behavior of beneficiaries and others.

A Salvation Army officer, assisted by other officer and non-officer personnel, usually administers the center. Staff is assigned to specific duties on the basis of their qualifications to work in administration, in program, in production, or in maintenance. This includes professional, para-professional, and non-professional po sitions, paid and unpaid (volunteer) staff, as well as officers and non-officer employees. Consideration should be given also to internships and student placements from professional and technical schools. Soldiers and adherents of corps community centers and members of local churches may be an excellent source for salaried and volunteer staff.

It is important to maintain a proper balance among the number of staff assigned to administration, program, production and main tenance. These functions are so interrelated that the program cannot be effective without this balance. Written records are also essential to each function, so adequate administrative support must be available. Every member of the staff is to understand and abide by the center policy on the confidential handling of all information about beneficiaries. The center staff should include an appropriate mixture of women and men. Both should be appointed or employed

for any assignments for which they have the training and experience and that are compatible with their personal capacities and commitments.

*PROFESSIONAL STANDARDS AND TECHNICAL SKILLS*

The professional worker is defined as a person who has earned a graduate degree from an accredited school or university in a field pertinent to the center's program. As an alternative, some professional employees will meet the requirement for membership in, or licensing by, the related professional body. Because they may be working alone and without technical supervision, such employees should have had sufficient prior experience under qualified supervision to assure their competence.

Para-professional and non-professional workers should have had sufficient education and experience to give them an intelligent grasp of the implications and requirements of the job, an appreciation of the principles of the job, and the ability to write clearly. No one with less than junior college education or the equivalent should be considered for positions where professional skills are required. The term "equivalent" applies to those who are exceptionally mature, who have undertaken self-education through workshops and reading, and who have extensive and high-quality experience in working with people. All individuals in this group should be under the direct supervision of a qualified professional, as described above, or have access to a qualified person. Beneficiaries should never be assigned work therapy in the program services and graduates should not be employed as a professional or paraprofessional, regardless of qualifications, until they have been employed in some other position for a year or more.

Those in the production and administration positions must have the qualifications needed to handle the technical aspects of their positions. Maturity and flexibility are essential for each staff member. No specific age rule will assure these qualities. Some beneficiaries may have the skill and capacities to become employees after graduation from the center program. Graduates should not be

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

employed in positions that require handling cash as a beginning employee position.

*WORKING CONDITIONS*

Administrators, as Christian employers, have an obligation to treat the staff of the center with civility, honesty and fairness. Because loyalty and idealism are characteristics of center staff, care must be taken not to exploit them by excessive hours or workloads. An Employee's Manual, available from the Adult Rehabilitation Centers Command, is the guide to standards and practices. These practices are administered without unlawful regard to the age, sex, ethnicity, nationality, or disabilities of those employed. This is consistent within The Salvation Army's Equal Employment Opportunity Policy.

Each territory has an approved employee manual with an ARC addendum for reference to the rights, responsibilities and benefits. It is the responsibility of the center administrator to ensure that each employee has access to the employee manual.

There should be a brief of appointment for each officer, and a job description for each employee. Each staff member, paid or unpaid, should have a copy for his or her assignment. The conditions of employment should be in writing and agreed to by the administrator and by the staff member. These working conditions apply to all staff, including volunteers, students and interns.

Although The Salvation Army has not conceded that the employ ees are covered either by the Fair Labor Standards Act or by state minimum wage laws (because the center is a religious institution), as a matter of national policy all employees are paid at least the minimum wage and overtime compensation provided for in theFair Labor Standards Act and any state minimum wage law providing for more. Every effort should be made to pay amounts consistent with salary scales for comparable positions in the general community.

**Evaluation -** Staff have the right to know what is expected of them. Their work is to be evaluated with their supervisors at stated

intervals, not less than every12 months, and a written report prepared and filed. Opportunity is given for staff members to correct errors of fact and to add personal comments.

**Hours of Work -** Work hours must be in keeping with those in the community at large, generally 40 hours a week. Staff schedules will have to be adjusted to meet the needs of the beneficiaries of the center, for some require early morning, late afternoon, or evening help. Professional and secretarial workers must be willing to adjust their time within the overall number of hours per week.

**Living Arrangements** – A limited number of program staff may live at the center. Convenience positions may be important in fulfilling the assigned duties that support the program including: the resident manager, assistant resident manager, cook and maintenance positions. Resident employees and beneficiaries are required to reside in separate dorm and/or room spaces. The number of resident employee positions *must* not exceed 10% of the in-house beneficiaries. Human Resources communicate requirements, requests and time limits to all resident employees. Former program beneficiaries files are closed and an employee file must be created. Resident employees are provided, when available and approved by program administration, time to live in the center without paying room and board, generally up to 60 days. If those that complete the ARC program are employed by the center, they may never perform in prior work therapy assignments. Resident employee program activities must be voluntary and are not required. A goal for resident employees is to find employment and a sober living housing, outside of The Salvation Army, as space may be limited, and the program priority is housing beneficiaries.

**Office Space -** Private interviewing space is essential for the administrators, chaplains and counseling staff and for other staff who may from time to time hold a private interview with a beneficiary. This gives dignity, privacy, and confidentiality that demonstrates to beneficiaries an understanding and acceptance of them as individuals.

**Safekeeping -** The center must make provision for the safe-keeping of employees' personal possessions while at work.

**In-Service Training -** The center provides opportunities, consistent with territorial policy and center budget, for staff members to improve their skills through continuing education, seminars and conferences.

**Personnel Records -** Personnel records are to be maintained in keeping with current territorial policy. Records are secured against loss or unauthorized access and are retained or destroyed in keeping with Army policy.

## OFFICER APPOINTMENTS

*THE ADMINISTRATOR*

Adult Rehabilitation Centers are under the direction of officers and/or employees known as administrators. The administrator is responsible for the entire operation of the center, including the demands of institutional management, the demands of the work production program, the demands of the rehabilitation of beneficiaries, and, basic to all else, the spiritual activities and tone. This officer is responsible also for training assistants and trainees, and for recruiting suitable young people for future officership, possibly in the Adult Rehabilitation Centers Command. In all of this, the administrator will have the help of officer and non-officer personnel.

*THE ASSISTANT ADMINISTRATOR*

When possible, a man or woman officer is assigned to the center as second-in-command, and is expected to help carry the load of administrative responsibility. As associates and partners, they share in decision-making. Generally, they will have had prior appointments as trainee officers. As assistant administrators they will have additional opportunities for learning and for experience. They need to become thoroughly familiar with this Adult Rehabilitation Center Handbook of, Standards, Principles and Policies, as well as Somebody's Brother, the history of the Men's Social Service Department, by Edward H. McKinley.

Some officers are appointed as assistants after years of service in other branches of Salvation Army work. They bring with them new experiences and ideas which enrich the program. They are expected to absorb the specialized knowledge and unique philosophy of center programs and administration in the hope that they can move into administrator appointments.

*OTHER OFFICERS*

Other appointees to adult rehabilitation centers include men and women officers with specialized skills, as in-service trainees, and assistants to the administrator. They are each a member of the center's management team.

Officers with special skills are used in the program where they can make the greatest contribution; for example, as chaplain, counselor, social worker, occupational therapist, nurse, statistician, secretary.

Officers appointed for in-service training usually have had some experience or training that can be built on for advancement as they develop their learning and skills.

Assistants to the administrator carry duties as assigned by the administrator.

*ADMINISTRATIVE PERSONNEL*

The administrator needs staff with a range of skills; program direction and supervision, personnel management, financial management, housekeeping, production and retailing, building and vehicle maintenance, community relations. Some of these functions will be will be carried by the administrator. He or she must have the professional staff necessary for program, finances, and community relations. To use these staff members effectively, there must be needed support persons. Any of these positions may be filled by officer or non-officer, paid or unpaid staff. Each one must understand and abide by the rules regarding confidentiality. The componentsof administering the center are discussed in Unit III

TSA0000315 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

*OFFICE PROCEDURES*

Basic office procedures require office staff for financial accounting, human resources, statistical recording and reporting, food stamp application and records, telephones, and general administrative skills such as typing and filing.

*MAINTENANCE*

Paid staff is required for property and equipment maintenance, managing the residence, and food service. Staff members should have the technical knowledge and skills needed to do the work and should have the ability to train beneficiaries who are under their guidance for work therapy. Beneficiaries may be assigned to non-supervisory tasks as part of their work therapy program.

*COMMUNITY RELATIONS*

The community relations program needs the skilled guidance of a professionally qualified person. Some centers use a full-time person, others find a part-time person effective. In some instances, public relations services may be purchased for a special occasion or a limited time. This can be valuable if the right public relations firm or person is obtained. The results of such service should be carefully evaluated against the cost. Members of advisory groups and other volunteers are sometimes helpful. Also, local professional public relations societies generally have a public service committee that might be asked to help. The components of the community relations program are discussed in Unit VII.

## PROGRAM PERSONNEL

The multiplicity of services of an effectively organized program requires a staff with special training. Centers will want to use, to the greatest possible extent, the skill and knowledge represented by professional workers. This is part of the obligation to beneficiaries. Such staff may include social workers and , spiritual counselors for individual and group counseling, intake workers, chaplains, and other professional staff as available by location. These positions may be filled by officer or by non-officer personnel, by unpaid or

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

paid staff, by professionals or by para-professionals in selected assignments. Some staff will be full-time, some part-time, and some will be on a consultation basis. In particular, center personnel or beneficiaries may need to consult with outside medical personnel, psychologists or psychiatrists. All must support the religious mission of The Salvation Army. Some professional personnel for program are essential, along with ade- quate administrative help. The various components of the rehabilitation program are discussed in Unit V.

*SPIRITUAL COUNSELORS*

The adult rehabilitation center program requires the full-time presence persons who are in alignment with our mission, demonstrate professionalism in their conduct, and have sufficient knowledge to aid in helping others. This typically requires employing persons who personally appreciate the Christian, holiness perspective of life transformation. It also includes hiring persons with sufficient education, or certification such as a bachelor's or master's level degree in a relevant field (e.g., Christian counseling. counseling, psychology, rehabilitation, or social work). Experience in the helping professions is also considered as part of the employment application.

The Functions of this staff include:

- Intake processing;
- Personal ID assessment;
- Assisting with spiritual matters;
- Interviewing and Spiritual counseling, both individual and group;
- Facilitating groups;
- Planning the rehabilitation program and developing individu- al rehabilitation plans for and with beneficiaries;
- Referring beneficiaries to community resources appropriate to their needs;

- Following through on recommendations of physicians, therapists and others;
- Helping beneficiaries with personal matters, such as eligibility for public services, referral for legal problems, and relationships within the center;
- Case recording;
- Planning and preparation to re-enter the community;
- Graduation and follow-up.

The professional workers who carry these responsibilities do so under the authority of the administrator, as an extension of the Christian pastoral care of the Officer. Each one must be qualified by education, skills, and personality to carry out the responsibilities. Included must be the ability to work comfortably with all components of the program. These staff members are usually called counselors. In some states, this term and the term social worker have specific legal definitions. Our usage of the word counselor is to infer Christian counseling, the advising on one's character and is seen as an extension of pastoral counseling. The title is not to infer any type of clinical care or services.

*HEALTH CARE*

Required medical care is referred to medical professionals available in the community.

Center staff should be available to help beneficiaries follow through on the physician’s recommendations. The recommendations should be documented in the file. Personal healthcare is addressed in life skills education groups or individual counseling.

## PRODUCTION PERSONNEL

Production personnel are concerned with maintenance, dispatching and unloading of trucks, with sorting, baling and repairing donated goods, and with selling such goods in bulk and in neighborhood family/thrift stores. They may be officer or non-officer personnel, salaried or volunteer or student. They must have


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

the technical skills needed to do their assigned tasks. They must also have the personal qualities needed to help the beneficiaries assigned to them as part of their work therapy program. This means also that each member of the production team has the religious and moral qualifications to help in supervising employees.

Generally, production personnel include:

- **Supervisory personnel** who organize the work therapy program, as- sign activities to beneficiaries, and instruct them in carry- ing out their assigned duties.
- **Skilled personnel** who are employees with specialized skills required to carry out duties beyond those which can be expected of beneficiaries. These might include furniture repair, refinishing and reupholstering, renovation of electric and electronic appliances, stove and other repairs, and supervision of beneficiaries assigned to the specialized shops. Production components of the adult rehabilitation center program are discussed in Unit III, Unit V, and Unit VI.

## VOLUNTEERS

Volunteers, or unpaid staff, enrich the services of an adult rehabilitation center by their presence and the skills they offer. They are members of the staff, the only distinction being that they are not employees. They may be assigned to any position for which they have the needed qualifications. A volunteer is not used to replace an essential salaried person. Volunteers are provided training and supervision to ensure they understand the boundaries, ethics, policies, and procedures of working with a vulnerable population.

The corps community center soldiers and adherents, and members of local churches, who are qualified, should be encouraged to volunteer, particularly in the religious ministry. The informed interest of members of advisory boards, councils and auxiliaries can be strengthened through volunteer service at the center. Service clubs, junior leagues and church groups are also excellent sources for volunteers.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# OTHER PERSONNEL

Territorial minutes govern the use of persons from two other sources. The court may assign persons to the center for community service in addition to, or in lieu of, a fine or incarceration. The public welfare department may assign persons to assist a community service agency as payment on a welfare benefit. The Salvation Army reserves the right not to accept an individual assigned.

For each person so assigned, there must be a written agreement between The Salvation Army and the court or public welfare department concerning the terms of the assignment the duties to be performed, over how long a period of time, and how Workers' Compensation Insurance is to be provided. All persons assigned from these sources must understand and adhere to confidentiality policies.

Persons from these two sources are not part of the work therapy program as they are not beneficiaries.

# STAFF AS A TEAM

The administrator must encourage a team spirit and enthusiasm for the opportunities to help the men and women in the program.

It is evident that the employees and consultants primarily concerned with intake, individual counseling, medical and psychological services, promoting and supervising group meetings and leisure-time activities cannot effectively carry out their functions without reference to the value of the work therapy component in the beneficiary's overall rehabilitation. At the same time, the employ- ees primarily concerned with the work therapy component cannot serve effectively if they are not also aware of the position of the beneficiary as a person who is present in the center for rehabilitation purposes.

It could be tempting for employees whose primary responsibility is production to consider the beneficiaries working under them as


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

helping to discharge this responsibility. It is easy to concentrate on production activities to the exclusion of other components of the program. Employees' interest in producing within the work therapy component is important, but must be seen as a means rather than the end.

Staff should be challenged to take a personal interest in the beneficiaries, using their position to seek to make good producers out of poor producers. Dealings with the beneficiaries, while firm and businesslike, must be modified by the fact that work assigned to them is for therapy. They should be challenged with the dual opportunity that it provides. Only in this way will staff become effective members of the entire team, working to one end; the rehabilitation of the beneficiaries.

The rehabilitation program is anything but easy. Administrators of the centers cannot

possibly run them alone. They need help far beyond that which can be expected from personnel directly assigned to working in the counseling program, or in production, or in administration. A team

spirit and enthusiasm for the opportunities to help men and women on the part of all employees of the center, no matter what their primary duty, is necessary to accomplish the task of rehabilitation.

*STAFF MEETINGS*

Staff meetings are an important way to instill and maintain this sense of shared responsibility. At such meetings the less tangible and the more idealistic aspects of the rehabilitation program can be identified and reinforced.

Team building, fostering a feeling of partnership in the programs and problems of the center, is an important function of staff meetings. The frank sharing of questions by all staff and the request for help to find answers is effective in gaining needed help and the loyal and intelligent cooperation of staff members.

The size of the center governs the number and type of meetings held. In small centers it might be practical for the administrators to


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

meet with key employees each morning. In large centers, weekly staff meetings on a more formal basis are necessary. Such meetings are concerned with the overall organization and administration of the center.

Key employees, should take part in week- ly staff meetings so that every beneficiary can be reviewed at least every thirty days. The content of the discussion of each beneficiary should be entered in the case record.

Staff meetings can be valuable in developing strategies and rehabilitation plans for ministering to individual beneficiaries. Problems concerning the difficult beneficiary, shared by the group and faced on a group basis, will often reveal solutions that might not occur to staff individually. This assures staff cooperation in carrying out the suggestions which they have made. These discussions also help re-inforce the role of the employee in relation to that of the beneficiary, when they are carrying work assignments.

Staff meetings can also be used for in-service training for all staff.

*GRATUITY MEETINGS*

A group also meets in a weekly gratuity meeting to consider each beneficiary and to decide what therapeutic adjustment should be made in the amount of the gratuity. Such a meeting is an excellent opportunity for an expression of opinion by the various counselors and supervisors concerning specific beneficiaries, their problems and their progress. This is also a further opportunity for the administrator to make appropriate comments concerning attitudes, goals, and philosophy. The counselor should keep notes about the discus- sion to be entered in the case record for follow-up at an appropriate time. See discussion under “Gratuity” in Unit V below.

*PRODUCTION ASSISTANTS AND HELPERS*

Staff meetings with production assistants and helpers are an important part of employee training and supervision. Business details, responsibility to beneficiaries, and safety are covered here. Type of goods to be solicited, ways of meeting the public, proper

answers to questions frequently asked by donors, proper handling of goods donated, incentive payment plans, for example, can be discussed in such meetings.

This is also the opportunity for impressing upon the production assistants and helpers their responsibilities for the beneficiaries working with them. Every device should be used to inculcate in them an enthusiasm for the goals and ideals of the center program and every effort must be made to gain their cooperation in meeting these goals.

This group, or a sub-group, might also deal with matters such as safety measures, reviewing accidents, and care of vehicles. Assistance for meetings can often be obtained from the insurance company covering the automotive equipment, the safety committee of the local police force, or the National Safety Council.

## THE DISTINCTION BETWEEN EMPLOYEES AND BENEFICIARIES

Each staff member must recognize that beneficiaries must be assigned work that is distinguishable from that performed by staff. This is the work therapy component of their rehabilitation program. It takes time, thought, effort, and great skill to provide beneficiaries the opportunity to work in the many parts of the center program. Employees create the framework that makes this possible Program staff in consultation with production staff make appropriate work therapy assignments.

The distinction in responsibilities between a beneficiary and an employee must be kept clear. Beneficiaries are assigned to various tasks as part of their rehabilitation program, while employees are retained to do specific services.

Beneficiaries are evaluated on the basis of total progress made toward defined goals. They receive no salary while they are beneficiaries. Employees are evaluated on the basis of their skill and experience, and the degree of responsibility carried. They are paid a salary and related benefits. Employees are compensated for

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

overtime; beneficiaries never work overtime. Income taxes and FICA taxes are deducted from the wages paid to employees; there are no tax deductions from the gratuities given to the beneficiaries. Employees are covered by workers' compensation, unemployment compensation and disability benefits laws; beneficiaries are covered by none of these. Employees must produce at a satisfactory level and they are retained only if the quantity and quality of their work meet requirements; beneficiaries are expected to progress toward rehabilitation and graduation. Employees supervise other employees and beneficiaries; beneficiaries are not given positions of responsibility over employees or other beneficiaries. Employees handle cash; beneficiaries do not. Employees drive motor vehicles; beneficiaries do not.

The personal affairs of employees are of concern in relation to their functioning and general well-being; the personal affairs of beneficiaries are of concern in relation to their rehabilitation.

## CHART OF STAFF ORGANIZATION

The administrator, the chief executive, is usually a Salvation Army officer or an employee appointed by the territorial commander on recommendation of the Adult Rehabilitation Centers Commander. Other Army officers may be appointed to specific positions. The administrator is responsible for assuring that Salvation Army policies for the center are carried out. A staff of officers and non-officers assist with this.

There will be variables in the organizational structure according to the size of the operation, budget, geographical location, and other factors. What is important is for a line of authority, responsibility and accountability to be clearly set down and made known to all employees and beneficiaries.

 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT V

# THE REHABILITATION PROGRAM


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT V

## TABLE OF CONTENTS


THE REHABILITATION PROGRAM ........ 58

- CASE FINDING ........ 58
- CASE RECORD ........ 59
- MEDICAL INFORMATION ........ 60
- CLOSED RECORDS ........ 61
- CONFIDENTIALITY OF RECORDS ........ 61
- RETENTION AND DISPOSITION OF RECORDS ........ 61

INTAKE ........ 62

- STARTING THE PROCESS ........ 63
- EVALUATING ELIGIBILITY ........ 64
- NEXT STEPS ........ 66
- WORK THERAPY ASSIGNMENT ........ 66
- INTAKE CHECKLIST. ........ 67

SPIRITUAL DEVELOPMENT ........ 68

- CORPS COMMUNITY CENTER PARTNERSHIP ........ 69
- THE SETTING FOR RELIGIOUS WORSHIP ........ 70
- GROUP ACTIVITIES ........ 71
- ADHERENTS' PROGRAM ........ 73

WORK THERAPY ........ 75

INDIVIDUAL SPIRITUAL COUNSELING ........ 76

- SPIRITUAL COUNSELING ........ 77
- AIDS TO INDIVIDUAL COUNSELING ........ 78

HEALTH CARE ........ 78

- ADMISSIONS EXAMINATION ........ 80
- ONGOING HEALTH CARE ........ 80
- BENEFICIARY FINANCING OF HEALTH CARE ........ 82

GROUP EXPERIENCE ........ 82

- ORIENTATION GROUPS ........ 83
- COUNSELING GROUPS ........ 84
- OTHER GROUP EXPERIENCES ........ 85

EDUCATION ........................................ 87

LEISURE TIME ........................................ 88

UNSTRUCTURED ACTIVITIES ........................................ 88
STRUCTURED ACTIVITIES ........................................ 89
SPECIAL PROJECTS - HOBBIES ........................................ 89
THE CANTEEN ........................................ 90

THE GRATUITY ........................................ 91

ADMINISTERING THE GRATUITY - MEASURING PROGRESS ........................................ 91

COMPLETION OF THE PROGRAM ........................................ 92

CRITERIA OF REALISTIC PROGRESS ........................................ 93
EMPLOYMENT ........................................ 94
AFTERCARE SUPPORT SYSTEM ........................................ 95
TRANSITION FACILITIES ........................................ 95
CASE RECORDS AND RESEARCH. ........................................ 96

# THE REHABILITATION PROGRAM

The program in an adult rehabilitation center includes at least the following components: intake; spiritual development; individual and group counseling; leisure-time activities; work therapy; recovery meetings and programs; health care and health education; ba- sic education; and aftercare planning. The emphasis given to each component depends on the individual needs and capacities of the beneficiary and the resources of the center. The plan made with each beneficiary, based on an assessment of presenting problems, needs, strengths and resources, must be regularly evaluated and revised to keep it related to need and progress. Clear goals should be established so that progress can be measured.

The several components of the program are described in the sections that follow. Spiritual development through attendance at worship, chapel, devotions and bible study are required of all residents. Because substance abuse and other addictions are a problem to most of those who come to the adult rehabilitation centers, the resources section of this handbook includes several program suggestions specific to this. Additionally, self-help support programs such as Celebrate Recovery, Alcoholics Anonymous/Narcotics Anonymous, Alcoholics Victorious and others should be part of the center's program so that a supportive program with which the beneficiary has experience can be available in the community to which the beneficiary returns.

*CASE FINDING*

Potential beneficiaries come to the adult rehabilitation center by referral from community services, judicial referrals (social agencies, churches, and synagogues), health-care facilities, informed individuals, and through acquaintance with a present or former beneficiary. Some are "walk-ins." Some learn about the center from the Army's out- door work, community networks of homeless persons and twelve- step programs, as well as through attendance at a Salvation Army service, or referral from another Army unit.

Penal institutions, mental-health facilities, and hospitals are also sources for referrals. Care must be taken to ensure that such referrals meet the criteria for admission including the ability to participate in work therapy, and that pressure to accept beneficiaries from these facilities does not preempt use of space needed for others. Centers do not accept known sexual offenders, arsonists, those with severe psychotic disorders or those on strong medications for mental illness, without which they may be a danger to themselves or someone else. Also, the centers do not accept individuals with mental conditions that require ongoing medical supervision or that otherwise cannot be accommodated in the program. Parole officers may need help in understanding that work therapy is one component of a total rehabilitation program. Care should be taken when admitting applicants from the same correctional facility, gangs, or court stipulated individuals.

Appropriate case finding is often a result of a deliberate and accurate public-information strategy. In addition to printed materials and news media, staff presentations about the rehabilitation program will increase community awareness of the various components that make the ARC program unique. Current and former beneficiaries who wish to do so may be included in the public-information programs.

Rehabilitation staff has the primary responsibility for recruiting beneficiaries and assuring that occupancy for beneficiaries is at least 90% of the center's capacity.

*CASE RECORD*

The beneficiary case record is essential to the entire rehabilitation program and to legally support the status of the beneficiaries as voluntarily participants in the religious and charitable rehabilitation program for their benefit, not employees of The Salvation Army.

A proper case record includes:

- Intake form with basic personal data; rehabilitation and/or their treatment history; education, employment history and religious affiliation

- Signed Beneficiary Admittance Forms.
- Signed agreement to the conditions of admittance to the center.
- Assignments to sleeping area
- Work therapy
- Itemized clothing inventory
- Issue clothing/voucher
- gratuity record
- Assessment forms and results
- Rehabilitation plan.
- Release of Information forms,
- Drug and Alcohol History From
- Spiritual Assessment
- Progress notes of spiritual growth and activity.
- Copies of all correspondence concerning the beneficiary.
- Chronological recording of factual material.
- Reports of formal and informal interviews and counseling sessions. Periodic evaluation of progress medical history forms.
- Room and Board agreement.
- Discharge Summary
- Contact information after graduation.

Only one case record is kept and chaplains and all program staff should enter in the case record quickly and discard temporary notes.

The file should not contain original copies of legal or personal papers. It is protected at all times against unauthorized access.

*MEDICAL INFORMATION*

As part of the application process, each beneficiary completes a medical information form. Notes pertaining to treatment outside the


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

program (hospital or clinic) or the appropriate release form may be retained in the beneficiary case file.

*CLOSED RECORDS*

A case is closed when the beneficiary completes the program and/or leaves the center, including in those cases in which a beneficiary becomes an employee of the center. Subsequent contacts should be noted in the file, showing the date, the occasion, and any other information that can be useful in understanding the former beneficiary and the progress made. This data forms a valuable research base for evaluating results and planning future programs.

*CONFIDENTIALITY OF RECORDS*

The Salvation Army's official position on confidentiality is set forth in The Salvation Army Policy and Procedures located in the minute book. It contains a Release of Information form which is to be completed for all materials released from the case record. No case records are to be released, even when court ordered, without the approval of the Adult Rehabilitation Centers Commander after involvement of legal counsel. Each Release of Information form shall be signed and dated by a beneficiary and the signature verified by comparing to signatures in the case record. Only the specifically ordered or requested sections of case files should be released after approval from Command legal counsel.

*RETENTION AND DISPOSITION OF RECORDS*

Beneficiaries' records are retained or destroyed in keeping with SA Records Manual and retention schedule for Adult Rehabilitation Centers. A copy of this manual is available on the Salvation Army's intranet database and contains the process which is to be followed regarding the protection of case records and the beneficiary's rehabilitation program beginning with the intake experience. It is

 **CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO**

important that all steps in the process are followed as these are the foundation on which the rehabilitation program is based. Intake is done or supervised by the designated senior staff member, usually an Intake coordinator, who along with other program leadership, makes the decision regarding admission. In all centers, a specific mature and trained individual is designated to carry the intake functions of interviewing, obtaining and recording personal data, evaluating eligibility for admission, and inducting beneficiaries into center routines and activities. In some centers it may make sense for all counselors to share the intake responsibility. When absolutely necessary, specifically trained, competent, and supervised clerical staff may take the preliminary face sheet information.

## INTAKE

*STARTING THE PROCESS*

The men and women who come to the center often lack the social skills that keep a person within the bounds of acceptable behavior. They are apt to be confused and suspicious so that it is difficult to develop a trusting relationship. It is important to allay fear and to help the applicant understand the opportunities for rehabilitation and his or her responsibilities in this process. The formalities of the intake procedure lay the foundations for this.

The best way to begin is an open, easy discussion of why the applicant has come to the center, what he or she sees as personal challenges or issues, review of past attempts at rehabilitation, identification of barriers to rehabilitation, discussion of family relationships, review of legal issues and their hopes and commitments for rehabilitation. In turn, the staff person at intake should describe briefly and simply what the center program is and what the beneficiary's responsibilities and opportunities are. An information pamphlet about the center program can help the new beneficiary understand the program at the ARC.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

If the staff person and the applicant decide to proceed, the standard intake forms should then be completed. This process of recalling and recording facts about one's life is an important step in rehabilitation. Some data must be obtained at this point — name, age, sex, height, weight, color of eyes and hair, ethnicity, social security number, religious and spiritual background and history, citizenship, and whom to notify in an emergency.

A work history and educational history should be started, although this may have to be supplemented later. It is important to learn also what the beneficiary's prior experience has been in an adult rehabilitation center or similar programs under other auspices. A medical history form should be filled out to highlight specific problems and as a guide for medical personnel who may be called upon to provide medical services for the beneficiary. These records, too, may have to be supplemented at a later time. The legal prohibitions against the employment of aliens who are not eligible to work do not apply to beneficiaries because they are not employees.

At this point or later, an understanding is to be reached regarding financing the beneficiary's rehabilitation program. Some will have non-earned income available which can be applied for room and board costs. For most, there will be no reimbursement to the Army. National policy governs payments by beneficiaries.

Before the applicant is admitted, he or she must sign the nationally approved beneficiary's admittance statement which clearly defines the beneficiary as a program participant and not as an employee. This designation is important because it defines the role of the beneficiary in work therapy as having been assigned an activity which helps to develop good work ethics and skills for future employability upon completion of the program.

An inventory shall be completed of all items brought into the center by the beneficiary. When the beneficiary arrives with excessive or inappropriate items, they will need to make arrangements for storage. The inventory is signed and dated by the new beneficiary and will be updated as new purchases are made. The inventory will be used by the staff persons during locker inspections.

*EVALUATING ELIGIBILITY*

A significant part of the intake procedure is what the applicant considers to be the chal- lenges, primary and secondary life issues, for which rehabilitation is being sought, and what the applicant hopes to accomplish through the rehabilitation program. The counselor and the applicant must agree that there is a primary challenge that can be addressed by the center and that the applicant is willing and able to fully participate in the rehabilitation program. The following criteria help evaluate eligibility:

1. The applicant is an adult who has identifiable life issues that can be dealt with by the center program, for example:
   - Alcohol and/or drug abuse;
   - Problems with violence or offensive behavior; (but not dangerous to others);
   - Markedly poor employment history, such as an inability to hold jobs:
   - Pornography or inappropriate sexual behavior
   - Emotional instability, evidenced by lack of dependability, quick temper, marked neurotic behavior, marked self-centeredness, anti-sociability, emotional immaturity, secretiveness, anger, depression, serious unresolved grief, the results of childhood abuse and others;
   - Prison record, either parole or discharge;
   - Mental institution provisionally released patient with mild disorders;
   - Domestic problems, such as desertion and physical abuse;
   - Chronic vagrancy orhomelessness,
   - Educational deficiencies.
2. In addition to other problems, the applicant may have spiritual issues, such as being spiritually immature, lacking understanding about God; having no religious background, may be an unbeliever; or may be very angry with God and/or the church


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

3. The applicant admits the need for rehabilitation and commits to full participation in the program.
4. The applicant agrees to participate in all parts of the rehabilitation program. The program plan for rehabilitation is written by the staff at intake or within the first 72 hours by a spiritual counselor and is signed by the applicant.

Applicants whose issues cannot be accommodated within the resources of the center will not be accepted; for example the senile, those with mental disorders that are more than mild, arsonists, sex offenders, those with permanent physical disabilities that cannot be treated or accommodated in the center program, those who can- not establish that they are drug and alcohol free according to the applicable territorial policy; those whose only need is for shelter or employment.

Intake staff must always offer alternative community resources for any applicant who refuses or is denied acceptance into the program. These plans can often be worked out with the help of other community services. Such disposition is to be documented.

The staff at intake will at times be confronted with difficult decisions. Are we able to help this person? Can the disability be accommodated in the center? For example, is the person physically able to engage in work therapy? Should the repeater be given another chance? Generally, the option is to take a chance even though the beneficiary may later have to leave the program. In such instances, the reasons would be fully explained and an opportunity to return be offered when s/he is more ready for the program.

Clear guidelines need to be set for readmission of repeaters. The number of repeaters may be as high as 40% in some parts of the country. There are many instances in which repeaters have finally found themselves, have become Christians, or have accepted another religious faith, and have become staunch citizens. In general, acceptance is indicated when applicants during former stays have made genuine efforts to understand and face their difficulties, no matter how slight the progress. Guidelines for re-entry should be established.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

A real effort must be made to be objective regarding the progress made by repeaters. The decision must not be prejudiced by the way he or she left the program earlier unless a crime was committed or a do not re-admit notice was issued by the Command.

*NEXT STEPS*

Once the applicant has been accepted, the applicant should be given a brief tour of the facility and a photo identification badge. The badge should carry only the identification Adult Rehabilitation Center, the address, and the holder's name (no Salvation Army Shield). Canteen credit should be arranged as part of the intake process.

When necessary appointments are made for health examination.

A policy of issuing clothing at intake is strongly recommended. Almost invariably, an applicant arrives with little or no extra clothing and will need garments to allow him or her to clean up and make a presentable appearance. An appropriate amount clothing, shoes and hygiene supplies are provided at intake. This policy of issuing appropriate clothing should continue throughout the beneficiary's stay in the center. The inventory of personal belongings started at intake should be updated each time clothing is provided or purchased.

*WORK THERAPY ASSIGNMENT*

It is recommended that all of the following steps be taken before a beneficiary is given a work therapy assignment: preliminary interview, acceptance for intake, data gathering and recording, evaluation of eligibility, acceptance as a beneficiary, introduction to living quarters, and appointments with the doctor and others as needed. The work therapy assignment is made then, although it may have to be changed when the staff has more information about the new beneficiary's skills, aptitudes, and health. Determining the initial work therapy assignment, and all subsequent ones, requires a close and cooperative relationship between program and production staff involved. The decisions must be made jointly by those who know what assignment will best meet the needs of the beneficiary.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

*INTAKE CHECKLIST*

The decision to admit an applicant is made by the designated staff person after the following steps have been completed:

Standard application information is recorded:

- Age, sex, weight, height, color of eyes and hair, ethnicity, social security number, citizenship.
- An assessment is made of the primary and all other needs as stated by the applicant or as observed by the intake worker.
- An Assessment is made of the applicant's readiness for rehabilitation.
- A work history has been documented in the file.
- A history of registrations in adult rehabilitation centers or in similar programs is recorded.
- The name, address, and telephone number of the person to be notified in the event of an emergency is recorded.
- The Beneficiary's Admittance Statement has been signed.

The following steps are taken after the applicant has been accepted into the center:

- An inventory is made of the personal articles s/he is bringing into the center, and is signed by the beneficiary.
- Appointments needed to design the rehabilitation plan are made, for example with the counselor and the chaplain.
- Needed clothing is issued, sufficient for two complete changes.
- Canteen credit is arranged.
- A photo identification badge is issued.
- A booklet about the center programs, the rules and regulations is given to or posted for the beneficiary. This booklet, which is prepared at the individual centers, is to be approved by the Territorial Command Headquarters.


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

– An assessment of needs is made.

The content of the application form and other recorded information is verified with the applicant for its accuracy and completeness.

Information on some points, for example work history, mayneed to be supplemented in later interviews. The standard Beneficiary Admittance Statement is to be used.

## SPIRITUAL DEVELOPMENT

An adult rehabilitation center offers an excellent opportunity for the successful presentation of the gospel, Christian life style and spiritual values. Every beneficiary should be exposed to a direct spiritual approach reflecting the Army's firm belief that human regeneration is found only through Jesus Christ. For this to be effective, the Spirit of God should pervade every aspect of the center program.

Men and women who enter the center program bring with them a broad range of religious experience. In the name of religion some will have had rigid controls placed on behavior. Some will have had no religious training. Some have been disillusioned by the behavior of role models. Some will have had a warm and loving relationship with a caring God while others will see God as a threatening and punishing force. Each person's real or perceived religious experience differs from that of others. Eternal spiritual truths that can be a continuing support as well as an anchor in time of trouble are the basis for spiritual development. The particular needs of each beneficiary should be assessed and a plan developed for that person's spiritual growth. Narrow interpretations of doctrinal positions and the Army's traditional approaches may not be the most effective for each beneficiary.

The center's structured program of chapel services, daily devotions, Bible study, activities at the corps community center and counseling, along with the examples of Christian living of staff, are the framework for the spiritual development of beneficiaries.

*CORPS COMMUNITY CENTER PARTNERSHIP*

The corps community center is a cherished partner in the spiritual growth of center beneficiaries. The corps officer and the center administrator share the commitment of bringing all people into a closer relationship with God. This commitment is shared also by soldiers and adherents. Tangible ways to experience this are:

- The corps officer and the center administrator can exchange pulpits, thus enriching both ministries.
- The center administrator will encourage beneficiaries to take part in corps programs, including worship services, men's fellowship club, the women's ministry activities, and special events in each case giving due consideration to the protection of children in corps activities.
- Soldiers and adherents who are identified with the corps can volunteer for assignments at the center. Such persons would be significant witnesses as leaders of Bible study classes, or music groups, or being a friend.

The commanding officer will encourage soldiers and adherents to warmly welcome those who come from the center for worship services and for other activities. The corps officer will help those in the corps understand that acceptance in the corps setting can be the confirmation of Christian love. This can be enormously helpful to those many beneficiaries who have a fragile balance of self-respect, and who are struggling to take charge of their own lives. This participation in the corps is a significant part of the rehabilitation plan for each beneficiary. Efforts should be made to reach out to families of beneficiaries who live in the community providing a welcome to corps activities.

- Groups from the corps or individual musicians would be a joyful addition to chapel services and to entertainment programs at the center.
- The corps officer, adult rehabilitation center officers or other qualified rehabilitation staff may teach the adherents' class. The corps officer is responsible for the soldier preparation class, and for presenting the names to the corps (Pastoral Care


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

Council) senior census board. In some territories, soldiers may also be made in the centers.

- The corps officer or the administrator installs adherents. The corps officer swears-in the soldiers from the center.
- The adult rehabilitation center administrator and the corps officer will encourage beneficiaries to make The Salvation Army their church home. When the beneficiary leaves the center community, both officers will put the beneficiary in touch with the Army in the new community so that an officer can welcome him or her into the corps family.

The fellowship which the beneficiaries receive from the adult rehabilitation center and the corps will encourage beneficiaries to establish a church home in the Army or elsewhere. The fellowship which leads to development of spiritual values is part of The Salvation Army mission.

All beneficiaries should be encouraged to find a church where they are comfortable and welcomed before they leave the center.

*THE SETTING FOR RELIGIOUS WORSHIP*

For many men and women who enter adult rehabilitation centers, their memories about religious worship are tied to an ecclesiastical atmosphere, enhanced by religious symbols. The feeling of worship can be revived through the atmosphere of the chapel as a sanctuary. The furnishings enhance this. A printed program for the Sun- day morning worship service is an effective means of lending an air of importance and careful preparation to this service. The Army's songbook, "Songs of Salvation," specially produced for institutional use, is recommended. It includes well-known hymns, the words and music are readable, and the keys are within the range of the voices. The use of praise and worship songs and music can also enhance the worship experience as long as appropriate accompaniment is available and the songs are led by people who know them.

Bibles provided in the chapel or given directly to the beneficiaries are very helpful for their spiritual growth.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

*GROUP ACTIVITIES*

Groups are used frequently for conducting the spiritual activities of the center. Such activities allow for various sized groups, up to and including the entire population of the center. All beneficiaries who are not away from the building are required to attend:

- Sunday morning chapel service;
- Mid-week service;
- Daily devotions;
- Bible classes at least once a week.

It is recommended that at least two other optional programs be added, for example:

- A vesper service Sunday evening;
- Adherents' program;
- Christian living classes;
- Others, such as personal growth.

**Sunday Morning Chapel Service -** This service must have the personal attention of the adult rehabilitation center administrator in planning and leadership. It is not necessary for the administrator to present the sermon every Sunday morning, but the administrator should make certain that a competent person is appointed topresent an interesting and appropriate message. The service should be run on Salvation Army lines without attempting to introduce church rituals. A bright, happy, appealing service is the goal. A real challenge to Christian living should be included, presented in positive and encouraging terms.

The value of the service will be greatly enhanced by the participation of the beneficiaries, collectively and individually.

Responsive reading of the Scriptures is one means of group participation. Individuals may be invited to read the Scripture portion of the day. Beneficiaries with special talents, as singing, should be encouraged to participate. This should be planned ahead of time and the person's name included on the printed program.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

The standard Salvation Army's seeker's register or CHQ approved format should be available and used for tracking ARC seekers.

Men and women completing the program (alumni) and their families and friends should be invited to attend if they have not found a church home elsewhere.

**Midweek Service -** This is the second service at which weekly attendance is required in every center. Careful planning is necessary to create a different atmosphere with a contrasting format to that of the Sunday morning chapel service. This service affords an opportunity to obtain as speakers local ministers or Army officers or soldiers who are not available on a Sunday morning. Non-Army speakers need to be carefully briefed on their approach and the purpose of the center. This service should be kept short, free and easy, with lots of singing. Outside musicians soloists or groups, vocal or instrumental are particularly welcome for this service.

**Daily Devotions -** This is the third service at which attendance is required. The service should be no more than 5 minutes. A devotional reading, such as excerpts from The Upper Room, a few Bible verses, and a prayer will suffice. Daily devotions, conducted consistently by people who believe in what they are doing, can be an effective and appreciated start to the day.

**Bible Classes -** Bible study classes are the fourth required attendance, at least one per week per resident. Additional Bible study courses conducted by a competent teacher should be offered on a volunteer attendance basis as part of the schedule. Bible classes that address specific needs of beneficiaries, such as a total lack of Bible knowledge or no understanding of the concept of God, can be developed and be the required class.

The teachers may have their own Bible course that they wish to present. The administrator should approve this before it is used. The standard church Sunday school lessons or those used by The Salvation Army are good. Some have found the Army's correctional services bureau Bible courses quite effective. They are available in English and Spanish. When the Bible course is formalized to this extent, a certificate should be given at the end of the course.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

**Sunday Evening Vesper Service -** When a corps is near enough to the center, men and women could be encouraged to attend the corps evening service. If this is not possible, a vesper service should be held in the center. Such a service is traditionally one of song, with congregational singing enhanced with solos and other musical items as opportunity presents itself. Beneficiaries with sufficiently good voices should be encouraged to take part in this way. Other musccians may be brought in, for example church soloists and choirs.

**Music Groups -** Depending on the talents of residents a choir, praise band or other music groups may be organized. These can greatly enhance the worship experience as well as the development of individual residents. The leaders of music groups should be sufficiently skilled to provide a good experience and should not be beneficiaries.

**Grace Before Meals -** The daily devotions can serve as grace before breakfast or the evening meal, but a brief prayer could be a part of other meals.

*ADHERENTS' PROGRAM*

Becoming part of the adherents' program marks major progress in the beneficiary's rehabilitation.

An adherent is a person of good standing and character who, by attendance and financial support, considers The Salvation Army to be his or her place of worship. This status is open to any converted beneficiary in an adult rehabilitation center, with the approval of the senior census board at the corps community center where the name is to be added to the roll. This may be the only church membership ever held by some beneficiaries.

Those who wish to become adherents attend six weeks of classes at the center, conducted by the administrator, the corps officer, or by a qualified person assigned by the administrator. This will cover Salvation Army history and the eleven doctrines.

Upon completion of the class, a beneficiary may become an adherent, provided that he or she makes a confession of faith and


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

meets the following criteria:

a. Is over 14 years of age;

b. Is not an active member of another religious body;

c. Is willing to have his or her name entered on government census records as an adherent of The Salvation Army;

d. Attends Army meetings;

e. Desires an Army officer to conduct the ceremonies of marriage, dedication of children, and funeral;

f. Is willing, so far as possible, to financially support the work of the Army.

A formal enrollment should be conducted. This ceremony confirms the progress made by the beneficiary. It is a happy time as well as a solemn one. Flags are posted with the new adherent(s) on the platform. The administrator or the corps officer reminds each one about the privileges and responsibilities being accepted. Framed certificates are presented, also a card for the wallet. Pictures are taken and each new adherent is encouraged to share these with the family and significant others. This major advance is noted in the case record.

Adherents may wear the prescribed uniform of maroon jacket with Salvation Army crest and pin, navy or black pants or skirt, white shirt or blouse, black shoes and tie. These are issued by the center.

Once enrolled, adherents serve in religious and certain other functions of the center. They may:

- Assist the administrator in chapel services.
- Conduct a midweek service on their own; including the preaching if qualified.
- Lead the daily devotions for a certain number of days. The material to be used is selected with the guidance of a designated staff member.
- Act as members of the fellowship committee, meeting each new person that comes into the center, answering questions,

and generally making the new person feel welcome.

- Be hospital visitation team members, with the administrator, to help meet the personal needs of any beneficiary who is ill.
- Monitor the residence, keeping the place in order and helping each individual adhere to the rules.
- Act as ushers at the Corps

Adherents help set the spiritual tone of the center. They should have some regular class time together as a group, perhaps in preparation for the Sunday morning chapel service.

## WORK THERAPY

Work therapy is a major ingredient in the beneficiary's rehabilitation for it brings the self- esteem of being purposefully occupied.

The beneficiary is providing a useful service in the center, and is developing marketable work ethics, habits, and skills that will benefit them in the future. Every beneficiary must have a work therapy assignment

The program staff, particularly the rehabilitation counselors and the production staff must decide together what work assignment will best meet the needs of each beneficiary Production staff must be sensitive to the particular problems and potential skills of each beneficiary. A goal is to help the beneficiary overcome work-related challenges. For some this will mean learning to talk with the supervisor rather than walking off the job. For some it means learning self-control. For some it means learning new skills. Whatever the need, the goal is to help the beneficiary become a productive citizen when returning to the community. For some this may require referral to com- munity resources for testing and retraining in new skills. During the orientation period, usually thirty days, beneficiaries will not be assigned to work therapy away from the center.

Each beneficiary's progress in the work therapy program is reviewed monthly by the production supervisor and the program staff, and changes indicated are made. These reports of progress made and of problems to be worked on are discussed with the


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

beneficiary, and become part of the case record.

## INDIVIDUAL SPIRITUAL COUNSELING

Individual spiritual counseling is the key to the center's entire rehabilitation program, beginning at intake and continuing according to the rehabilitation plan Sbut at least bi-weekly throughout the beneficia- ry's stay. It is usually done by the assigned counselor, supplemented by the administrator, chaplain, and other staff persons. It may be in formal sessions or casually. All counseling should be carried out in keeping with the rehabilitation plan for the individual.

Counseling begins at intake when immediate goals are set, based on the discussion between the staff worker and the applicant.

Spiritual Counseling sessions are used, to review progress, and to revise and update the rehabilitation plan. In addition to helping with specific problems, these interviews should include an agreement about what the beneficiary's basic and immediate problems are and a plan should be made for dealing with them. Overcoming social and spiritual handicaps and developing rewarding work habits are long-range goals through the application of biblical principles and faith. Individual counseling will always recognize the release from guilt and shame and the inner strength that a spiritual experience brings.

Formal counseling concludes with graduation. Contacts following this are generally informal. Some beneficiaries bring in their spouse and other family members for counseling sessions when staff resources are sufficient. For some, these visits continue after the beneficiary has left the center. Generally, staff resources do not allow for extended family/marriage counseling. Referral to outside agencies is to be used when family/marriage counseling is needed.

All contacts should be promptly recorded in the beneficiary's case record. The fact of the interview, whether or not requested by the beneficiary, the attitudes during the interview, changes in information and any new information learned, and any definite, significant decisions made, should be carefully noted. Lengthy details should be avoided unless they have specific significance in



 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

the work with the individual.

Informal counseling occurs at other times and places than the formal interviews held by appointment in the staff member's offices and should be noted in the case record. In fact, for the men and women in the adult rehabilitation centers it may be unwise, especially in the first days after admission, to formalize plans and discussions. Beneficiaries can be so overwhelmed as to be unable to profit by the formal interview. Casual but carefully planned and directed words, dropped informally in shops, corridors, recreation rooms anywhere that the men and women can be seen without the appearance of a planned meeting — all come within the broad definition of counseling. The planned office interview is not to be avoided, but the need for flexibility is to be recognized. Planned interviews should be scheduled by the counselor.

*SPIRITUAL COUNSELING*

The opportunity to discuss spiritual matters must always be available for men and women in the center. All officers as well as the chaplain and other staff members should be sensitively alert to such opportunities. Ultimately, it is the administrator's responsibility to be sure that individual spiritual counseling is given. The administrator must be ready to talk with the beneficiaries who are conditioned enough by their experience in the center to be ready to talk about spiritual concerns.

In many instances equally effective work can be done in bringing men and women to a definite spiritual decision by means of individual counseling as well as by the traditional Salvation Army method of invitation to public confession at the altar. The Sunday morning chapel service and other such gatherings should include a warm invitation to ask for help. When it appears that individuals are ready, they may be invited to a counseling session. Usually it is more effective to keep the door open by frequent general invitations rather than to single out an individual for unasked-for attention. The emotional connotations about religion make an easygoing, unhurried approach in this area important. Seekers in religious services should be seen by the chaplain or some other assigned individual during the


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

week following the service and the interview recorded in the case record. Notes should indicate activity such as going to the altar and the re- sulting changes in attitudes and behavior as well as attendance at special events such as retreats, Bible conferences and congresses.

*AIDS TO SPIRITUAL COUNSELING*

Resources for counseling are often available within communities served by the adult rehabilitation centers. These resources may include psychological testing, psychiatric intervention, grief, anger or abuse counseling and vocational guidance. Physicians may be helpful in providing needed medical services.

The internet provides a myriad of helpful information. Literacy programs, employment training and development are some of the resources.

Networking has become very important for staff to use in their work in the community. Knowing agencies and individuals, support groups and churches is most helpful information for beneficiaries to have available as they reconstruct their lives.

Networking also is a source of referral to the centers of those in need of rehabilitation. Rehabilitation staff needs to develop a network of agencies, churches, business and community leaders.

Adult rehabilitation centers will vary from location to location in the availability and skill of professional staff. In some instances professional staff members are available on a regular basis; in most cases, local resources such as community hospitals, medical centers and health-related social service agencies must be utilized.

## HEALTH CARE

Because long-standing disease or disability, irregular living habits and personal neglect are often factors in a beneficiary's breakdown, health care is a central component in the rehabilitation program. This includes:

- Medical assessment and follow-through on recommendations made at that time;


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

- Continuing health care, including health education, taking prescribed medications, and following recommended procedures;
- Provisions for emergencies and first aid.

The aim of the health-care program is to help the beneficiary reach and maintain optimum physical condition. The adult rehabilitation center staff and the beneficiary work on this together so that ultimately the beneficiary will take personal responsibility for their own health care.

The center will want to develop a cooperative working relationship with community health-care facilities such as clinics, hospitals and their outpatient departments, also with health-related organizations and service clubs with a health-care interest. Such clubs are often generous in providing orthopedic appliances, eyeglasses and dentures.

Physical rehabilitation requires careful and persistent follow-up of the findings and recommendations, as many personal, social, and financial factors are involved. Recommendations are the responsibility of the examining physicians. Helping the beneficiary carry out the recommendations must be worked out in cooperation with the administrator and center staff. This may be done by an individual staff member or by a combination of counselors, health-care consultants, production staff, and others as appropriate. Personnel from nearby medical and other professional schools may be helpful also.

Except for communicable diseases, the acceptance of the physician's recommendations is always the beneficiary's decision to make. Often persons are fearful about medical or surgical procedures and may need time and encouragement. Wise and effective staff will try to help the beneficiaries understand their needs and develop a positive attitude about the potential results of following through on all proposed health care.

*ADMISSIONS EXAMINATION*

An initial physical examination by a qualified medical professional would benefit the new beneficiary. This is also the beginning of health- care education.

The admissions examination serves three purposes:

1. It is the basis for the physical rehabilitation plan. This examination will not always reveal all of the beneficiary's disabilities. It will indicate what further examinations are needed and appointments can be made to get these underway.
2. It identifies communicable diseases, thereby protecting other beneficiaries and the community and pointing to the need for treatment. It is understood that all beneficiaries could be at risk of transmitting communicable diseases, therefore all safety precautions should be implemented within the center for the safety of all.
3. It protects the beneficiary from being given potentially damaging assignments. For example, a limiting heart conditionor a hernia will be found at once.

The admissions examination should include arrangements for supplementary examinations such as chest X-rays, and laboratory tests including blood work, as well as treatment plans in another facility for those with communicable diseases.

*ONGOING HEALTH CARE*

Center staff should be aware of all physical and health problems at the time the beneficiary is admitted, and arrangements should be made for the beneficiary to receive the help prescribed by the examining physician. Additional examinations, medications, medical or surgical procedures, or appliances may be needed. The help needed may come from qualified personnel on the center staff, but most often from community health-care services.

Prescriptions, written by a qualified physician, shall be filled by beneficiaries at their own expense or by payment from the community. Each prescription should be destroyed when no longer required or effective. For the protection of the beneficiary, all

medicines should be stored in secured space, with access restricted to specified personnel. An accurate written log of medication prescribed and used, and any reactions, must be noted. This becomes part of the beneficiary's record. Some states now require the medications to be in the beneficiary's possession and not held separately. When this is the case the beneficiaries must have the ability to keep them locked in their room or dormitory.

Over the counter drugs or non-prescription drugs shall be used only with the direction of qualified medical personnel. If held at the center, these drugs are also to be stored in a centrally secured space with access restricted to specified staff. Purchase of these drugs shall be at the beneficiaries' expense. Center staff should be conscious that many over the counter medications contain narcotic drugs that will cause a positive drug test if taken by the beneficiary. Center personnel should never dispense any medicines.

**Appliances** are needed by a high percentage of the men and women who enter the center; for example, dentures, glasses, orthopedic shoes, trusses, braces, and such. It is important that these be provided as part of the rehabilitation program where affordable means are available.

**Health education** goes on throughout the beneficiary's stay in the center. It should be part of all physical examinations and included in all discussions of medications, procedures, and appliances. It should also be part of the audio-visual program and of group meetings. Good health habits, effects of alcohol and other drugs, diet, exercise, handling stress, dental hygiene, learning how to use the body are all part of this. Community health service agencies can be invited to help with this program.

A smoking cessation program should be available at each adult rehabilitation center. Classes can be in-house or in the community and are often available at low or no cost.

**Every beneficiary must know emergency, accident, and first aid plans.** This, too, is learning how to be responsible for personal health and safety and for the safety of others. The center plan for handling emergencies on a 24-hour basis is to be given in writing to each new beneficiary and is included in orientation sessions and in small group meetings.

Information about procedures in an emergency, location of emergency exits, lighting, emergency shelters, fire exits/escapes, and evacuation procedures need to be made available to beneficiaries, staff and other who are at an adult rehabilitation center. Fire drills and escape exercises should be carried out at least every six months. These details should be included in the handbook of information for beneficiaries.

*BENEFICIARY FINANCING OF HEALTH CARE*

Insofar as possible, beneficiaries will need to find ways to finance their health-care needs. Staff should help each one learn what the resources are in the community, the eligibility conditions, and how to get the needed financial aid. This, too, is part of the re- habilitation process.

## GROUP EXPERIENCE

Life in an adult rehabilitation center is a group experience. It is an important part of the rehabilitation process; the needs for socialization and learning to relate to others are generally present in beneficiaries. Being part of a group helps shy, withdrawn, hostile, aggressive persons learn to relate to others in a more acceptable way. Men and women who have gained new understanding of their personal problems through these experiences are found to be ready to accept spiritual values as one basis for solving such problems.

Groups are used as one way to conduct the ongoing activities of the center. They are used also as a particular technique in some types of therapy.


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

*ORIENTATION GROUPS*

Orientation meetings are needed to help new beneficiaries understand what the program requires of each of them, what the center offers, and what the rules call for. These meetings reinforce the points discussed during the intake process. It is understandable that applicants are under considerable stress during intake; they are anxious about being accepted and about what the program will be. The orientation meetings are an effective way to further the induction process and to impress on new residents the serious program they are entering and the opportunities the center offers.

Such meetings preferably are conducted by the administrator with the assistance of someone from program production and house staff. The tone of the meeting is one of challenge and of friendly welcome to the center. Information should be given, questions and comments should be invited and handled. Above all, the sessions should be interactive.

House rules and work routines are an immediate interest. It is desirable not to have too many rules; the fewer the rules the greater the space for personal expression. Also, the administration is challenged to develop the attitude and spirit that brings out the teamwork and shared feelings. Indifference and antagonism result from an overload of “don’ts.” It is wise to appeal to the higher interests of the men and women for their own well-being now and for their future development.

All aspects of the program need to be discussed. Spiritual activity and involvement, work therapy, journaling, counseling, groups/ group therapy, substance abuse education, relapse prevention, 12-step requirements, literacy class, computer labs/learning centers and attendance are major topics. Additionally, scheduling and location of classes/sessions shall be pointed out. Rehabilitation staff should conduct this portion of the orientation.

The reasons for the adult rehabilitation center should be discussed, even though this was covered at intake. The purpose is to get the men and women to think about what they can do to better

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

themselves while in the center. Specific suggestions of a simple or direct nature may be made, such as: the opportunity to deal with physical defects such as a hernia, bad eyes or teeth, or a general rundown condition; the opportunity to find constructive and satisfying substitutes for excessive substance use; or the opportunity to enjoy simple and happy religious worship.

It will be good to get the men and women to enter into a discussion of some given subject, for example: “Why are you here?” or “What do you want to get out of this program?” The opinions expressed to such questions are in themselves not as important as the attitudes revealed, and the exercise in self-expression.

*SPIRITUAL COUNSELING GROUPS*

Experience in structured groups is one method used in the program. Group participation provides a medium for honest mutual sharing and for strengthening and enriching individual members.

Structured groups usually include 10 to 15 beneficiaries led by a person skilled in-group leadership. Individuals are challenged to understand themselves, to face their problems, and to take appropriate steps to remedy them.

The leader may direct the discussion, may use the permissive or non-directive approach of encouraging participation, or may use a technique somewhere between these two extremes. A device such as a thought-provoking written passage or a short suitable film or a leading question can initiate discussion. The object is to get participants to talk, to share ideas and experiences. An opening observation by one member tends to stimulate responses in a chain reaction. Experience suggests that progress may be made in this way that is beyond what can be obtained in individual counseling. Participants are often willing to express themselves in the less personal atmosphere of the group. Using the interactive journals will help the participants discuss their responses to the questions and share answers with the group.

Levels or phase groups assist the men and women in meeting the requirements at each level/phase. Through group interactive discussion, growth and understanding develop which leads beneficiaries to acceptance and direction for their lives. They

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

become much healthier and develop more positive attitudes.

Group counseling has a unique value. It is based on the curative or socializing effect of a group, and on the development of friendly contacts in a secure atmosphere of help provided by the group leader in a controlled environment. In this interaction of the beneficiaries with each other, each one feels more secure as he or she discovers that others have similar or worse problems and that not all difficulties are caused by unique failure or inadequacy. This recognition permits the beneficiaries to identify themselves with other members of the group, lessens anxiety, and develops readiness to try to help others. This experience encourages the group members by giving them a feeling of solidarity and of getting along with other people.

The leader fosters an atmosphere of trust through interest, respect, understanding, and empathy and encourages open and direct communication by refraining from criticism and censure. This generally results in a lessening of fears and anxieties and lets the person mobilize their abilities to cope with personal problems. Specific techniques are designed to produce change in symptoms; for example, phobias, obsessive-compulsive acts, and maladaptive behavior pat- terns. These techniques may include interpretation of unconscious fantasies and beliefs, also suggestions, modeling of fearless behavior, setting an example of reasonableness and rationality, promoting self-understanding through insight, and the management of reward and punishment. Through the interaction with the leader the beneficiary acquires more adaptive skills in socialization and in interpersonal relations.

*OTHER GROUP EXPERIENCES*

Alcoholics Victorious, Celebrate Recovery, Alcoholics Anonymous, Narcotics Anonymous, and Gamblers Anonymous, and Overcomers Outreach offer excellent group experiences as do many other support groups. While primarily organized around the needs of those with compulsive behaviors, they can be all-inclusive and become a means to helping residents face a range of serious life problems. Information regarding any of the groups named above can

be obtained at their web sites listed in the Resources section on pages cix-cxi.

**CDs, DVDs, videos, and other media sources** are an educational and stimulating way to introduce a topic for group discussion. Materi- als are available on almost any subject appropriate for the center's program. The public library, health department, board of education, and community service organizations are excellent resources to use. The Salvation Army also has some available and an annotated list of suggested titles. The leader must always preview the presenta- tion for its suitability and to prepare to lead the discussion. Many come with a discussion guide. The leader can start discussion with an open-ended question such as: How true to life is it? How does it relate to personal experience? What does it say to you? The leader must be prepared for the delayed reactions, which may appear many days later.

There are now many well-made religious materials on the market. Their use in the spiritual program of the center is recommended. The Bible classes could be built around one of a series, such as the life of Paul. Weekly use for a period of eight to ten weeks is appropriate and practical. Short serial films are more practical and more effective than some of the older feature-length pictures. The longer ones might be used for special occasions. Sources of such materials are listed in the Resources section on pages cix-cxi.

**Discussion groups** on topics of special interest are helpful. These may be current events, cultural subjects, Bible study, health care, matters relating particularly to the center, or the neighborhood.

A team of senior beneficiaries and graduates can be helpful to each other through sharing experiences and expectations. Such a group can offer the center the benefit of their thinking and can serve as leaders or helpers in selected activities. They can be models for other beneficiaries. Many centers have developed mentoring programs where senior beneficiaries or alumni mentor new beneficiaries. The experience, insight and understanding they provide are most useful.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# EDUCATION

Helping beneficiaries remedy their educational deficits is an essential part of the rehabilitation program. For some this means help in earning the General Equivalency Diploma. For some it means tutoring to acquire a special skill. It might mean, in some instances, learning to read and write and do simple arithmetic. All beneficiaries should be equipped to read and write enough to manage such daily affairs as shopping, applying for a job, renting a living space. Centers should consider including some training in the use of computers.

This kind of group and individual teaching is suitable for part-time staff, volunteers, students, or as an added responsibility for someone on staff.

Computer labs/learning centers are strongly encouraged because they provide a setting where computer education, GEDpreparation, reading, writing, math and science instruction, and employment services can be taught. Foundations have provided equipment/funds to assist in developing this resource for beneficiaries. Using inter- net services has been extremely helpful in exposing beneficiaries to many more resources. Additionally, experience with computers will help graduates to compete for employment when they leave the center.

Most centers will have some beneficiaries with an excellent educational background. Such persons should be asked to help in the education program. This could be as a volunteer, or where appropriate, as a work therapy assignment.

The supervisor in the individual work therapy assignment should also be alert to the beneficiary's education needs and help in what ways he or she can. In some instances, it may be good for a beneficiary to go outside the center for this learning opportunity.

Involvement and progress in educational activities should be recorded in the case record.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# LEISURE TIME

Leisure-time activities are a component of the rehabilitation program. They serve the dual purpose of providing wholesome activities for otherwise idle time, and, more importantly, they encourage socialization. Beneficiaries are forced to relate to others in the center's leisure-time program. Requiring beneficiaries to participate in activities away from the center helps them to learn the resources in the community for free and low cost recreation when they leave the center.

A range of structured and unstructured activities should be carefully planned to suit the interests and abilities of the beneficiaries. They should be encouraged to take part in both. It is neither possible nor desirable to fill every waking moment with planned activities.

Everyone needs some time to use as they please. Leisure-time activities are an excellent place to use volunteers, board and auxiliary members, and corps community center soldiers and adherents. Qualified beneficiaries or graduates should also be used.

*UNSTRUCTURED ACTIVITIES*

These need little or no active direction or promotion. Essentials are staff on call, proper space, and equipment. These can include table games such as checkers, chess, dominoes, billiard and pool tables, table tennis, shuffleboard. The rooms used should be suitably furnished with adequate lighting. Bowling alleys provide a good opportunity for team and for individual bowling.

Other unstructured activities, more geared to personal enjoyment, include reading, listening to or performing music, writing, watching television.

Various forms of media have been used for years in many centers; these have been somewhat supplanted by television. They should not be abandoned, however, simply because television is less expensive and easier to provide once the original equipment has been obtained.

As a Christian, holiness church providing a residential experience


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

and television channels that promote content that is contrary to our values, such as rated R movies are to be not allowed at the center or blocked from availability. Each Command may develop their list of blocked television channels that must be enforced at each ARC. Many corps have gyms, pools and other recreational facilities that are offered to the center for use of the beneficiaries. In some communities the YMCA may offer memberships.

*STRUCTURED ACTIVITIES*

Many of the games can become part of a structured activity program. Table tennis and pool tournaments create a great deal of in- terest, enjoyment, and opportunities to compete individually and in teams. It may be possible to organize an occasional game night when volunteers, expert in various games, are brought in to demonstrate their skills and instruct beneficiaries in the fine points of their specialties.

Birthday parties held once a month honoring and recognizing all the men and women who have birthdays within that month are effective in drawing out the shy, reserved, and withdrawn persons in a constructive way. Effort on the part of the administrator and other staff members can promote free tickets to athletic events such as hockey games, prizefights, ball games and such, and to such cultural events as music, theater, and shows. Wisely distributed, these can be greatly appreciated. In warm weather, outdoor activities such as picnics, organized baseball teams, and such are enjoyed and often are an effective means of encouraging healthful group participation.

*SPECIAL PROJECTS - HOBBIES*

A variety of special projects is recommended to allow beneficiaries to pursue some special interest or to develop a new one. Volunteers are particularly helpful in these programs.

Where space permits, a hobby shop will be appreciated. The activities will vary according to space and facilities available, the interests of the men and women, and the instructional and supervisory assistance that can be obtained. For example, simple woodworking involving the use of jigsaws can be established.

Most of the materials for such activity will be readily available from non-repair- able furniture in the shops of the center. Number painting, leather- work, felt-craft are other examples. Ceramics, photography, plastics--the list can be enlarged indefinitely are some of the suggested activities appropriate to a hobby project.

*THE CANTEEN*

The canteen or snack bar is universally recognized as an essential part of the leisure-time program of the center. According to center size, the canteen ranges from a modest facility to a spacious, elaborate, and especially built room with a large refrigerator, grills, a counter with benches or refectory-type tables and chairs, and a large selection of items that appeal to both men and women.

The canteen is effective in making the center self-contained so that it is not necessary for the residents to go out for personal items and thereby face the temptation of the neighborhood bar and other undesirable street activities. The items most in demand are a good variety of candy, toilet articles including shaving necessities and cosmetics, toothpaste and brushes, sandwiches, ice cream, coffee, and soft drinks. In centers serving women, their special needs should be taken into consideration in buying supplies for the canteen.

Canteen hours should coincide with the leisure-time program activities. If space permits, one or more automatic dispensing or vending machines in the canteen area may be useful to extend the ser- vice of the canteen beyond the hours when it can be kept open. The number of such machines will be dictated by the size of the center. Generally, these machines will be installed free of charge if their use maintains a certain minimum level. In small centers with limited space machines have been used in place of a canteen.

Prices should be kept just high enough to pay for stock replacement and the small overhead that is involved. This will encourage the residents to patronize the snack bar rather than leave the premises for the same purchases. Also, the canteen should not be seen as a major money-making enterprise. Any profit that is made should be used to extend the recreation program; for example, to purchase sports events tickets, or to pay for special programs or


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

parties. These funds may not be used for physical plant alterations or to purchase items that are considered standard equipment.

Observing how the canteen is run, and becoming familiar with the quality and the prices of the merchandise are part of the beneficiaries' learning experience. The canteen must be run on a businesslike basis, and must be competentlystaffed. This is an excellent place to use an advisory or auxiliary member or other volunteer, as well as beneficiaries under the supervision of a qualified person. Cash receipts are to be turned in to a responsible person every evening at the close of the canteen hours. Stock on hand should be checked frequently and replenished promptly.

## THE GRATUITY

Every beneficiary receives a gratuity each week that they are in the center. It is one means of enhancing self-respect through being able to provide for small personal needs. Because the weekly level depends on the beneficiary's progress in overcoming the problems that brought them to the center, it acts as a motivation and as a reward. It encourages and reinforces gains. It also points out failures. The amount varies from center to center within a maximum set by national policy.

### *ADMINISTERING THE GRATUITY - MEASURING PROGRESS*

Because the gratuity is an integral part of the rehabilitation program, the amount for each beneficiary is agreed to in weekly meetings. These meetings are chaired by the administrator or adesignated staff member and are attended by the supervisors and counselors who relate directly to the beneficiaries.

To fulfill its rehabilitative function, the gratuity cannot be given routinely, nor can the amount be automatically and uniformly set. The emphasis is on progress. Those who have a problem of get- ting along with a supervisor at work can be rewarded for accepting direction and doing the assigned work. Unreasoning temper or no cooperation could mean a cut in the gratuity.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

There is an established procedure whereby the beneficiary may raise questions about this measurement of his or her progress.

General principles should be kept in mind in determining amounts and formulas by which increases or decreases will be made, always within the limits set by national and command policy:

- The amount of the gratuity, both upon admission and the maximum, should represent a spending allowance clearly differentiated from wages.
- Increases and decreases in amount are reviewed week by week.
- The differences in amount from person to person must be based on careful and thoughtful considerations. The differences are to be amply documented in the beneficiary's record so that, given two people of equal stays in the center, but with different gratuity levels, their case histories substantiate such differences.
- While the gratuity itself or its amount is not and cannot be governed by the work done, a beneficiary's response to work therapy can properly influence the gratuity as part of the rehabilitation program. Thus, the improvement of work habits, together with the response to other aspects of the overall rehabilitation program, enter into gratuity considerations.

## COMPLETION OF THE PROGRAM

Completion of the program is the logical outcome of the beneficiary's stay at the center. The length of time needed, and the degree of progress will differ from person to person. Some will drop out along the way, and some will be incapable of rehabilitation. Many will complete the program.

Alleviation of the identified problems, and development of self-sufficiency, leading to gainful employment, are the goals of the program, and determine when a person is ready to leave the center. The time generally ranges between six and 12 months. The administrator and staff, who are responsible also for helping the beneficiary determine next steps, make this decision. This will

include knowing what resources the community offers and how to use them.

Completing the program is a happy ceremonial occasion, with flags, music, a certificate, refreshments, and an audience. There is a change in living arrangements. The active case record is closed if the beneficiary becomes an employee or when the beneficiary moves out of the center.

*CRITERIA OF REALISTIC PROGRESS*

There is a point at which it is appropriate for beneficiaries to Graduate from the program and secure employment. Employment is sought in the community, or and at the Salvation Army, as jobs are available.. The time cannot be predetermined, but there are some positive indications of readiness:

1. General progress in the rehabilitation program;
2. A sincere interest in spiritual matters, based on consistent, day-to-day living in addition to a religious profession of faith;
3. Improved work habits;
4. Increased reliability;
5. Remaining free of alcohol and drugs;
6. Renewing or establishing membership in a church;
7. Securing a sponsor/mentor and home group/support system;
8. Securing housing;
9. An attempt to make restitution for former wrongs;
10. A growing interest in helping newcomers to the centers understand, participate in, and profit from the rehabilitation pro- gram.

The fact that the beneficiary has completed all of the requirements of a level/phase program indicates readiness to graduate. The beneficiary's readiness for moving out of beneficiary status will be indicated by some combination of these criteria, along with others that the administrator and staff will agree about. No rehabilitation plan should be accelerated to benefit the center.

*EMPLOYMENT*

The majority of men and woman who graduate from the center should move to employment in the community. Center staff has an obligation to assist with this. Certainly encouragement, suggestions, counseling, and help with an employment application are to be given. Center staff will help a beneficiary who is nearing completion of the program to make connections with possible employers, and learn how to use community resources for job finding.

A clear policy should be in place stating the amount of time available for job search and interviewing. Work therapy is 40 hours, but helping the beneficiary find employment as part of the plan for moving out of the center must have priority. Some beneficiaries may avoid looking for employment, using this as an excuse to remain in the center's protective environment. Others may use outside interviews as a way to escape work therapy. The skilled counselor will use these situations as opportunities to help beneficiaries understand progress and potentials and to decide on next steps. The counselor will arrange the time needed for job hunting and changes in the living situation, and will be sure that the graduate who moves into outside employment has funds to carry him or her to the first payday. Some graduates move to employment status in the center. This decision is based on the situation of the individual. The same criteria are used as for the person who goes to employment outside the center which is that the beneficiary will have completed the program before employment. The case record is closed and an employee's personnel record is opened. The disposition is noted in the case record. The former beneficiary moves off the building, either to a totally new living situation or to housing facilities provided by, but separate from, the center.

A residential employee is an employee of The Salvation Army who temporarily lives at the center for the mutual convenience of the employee and the center. Such positions include the residence manager, head cook, maintenance, This CHQ approved positions that may allow, but not require living at the center.

When housing or transitional living services in the community are limited it may be necessary for an employee to continue to live at the

center for a limited period of time, in any event no more than 60 days. See Unit IV, “Working Conditions– Living Arrangements” above. The number of resident employees must be less than 10% of the numbers of beneficiaries in the program.

*AFTERCARE SUPPORT SYSTEM*

Alumni who move away from the center need the assurance of the center’s continuing interest in them. Some alumni graduates have families to whom they return. Many alumni graduates are alone, perhaps in a rooming house or single-room-occupancy hotel, or a transition facility where the loneliness can destroy the progress that has been made.

Alumni graduates should be invited to take part in holiday activities, special occasions (such as a sobriety awards time or alumni meeting), chapel, and other events. Suitable graduates may be asked to speak at any one of these meetings.

The center will evince a continuing interest in each graduate. Some may move away too far for personal involvement. When this is the case, appropriate referrals should be made to local Salvation Army corps or other programs that may be helpful in the transition. Some may wish to sever all ties. Generally, alumni graduates welcome the support of warm, caring, and interested staff.

Some alumni graduates will have made The Salvation Army their church home either in the local community or elsewhere. The local corps officer should be notified of their presence and every encouragement given to strengthen their rehabilitation and regeneration.

*TRANSITION FACILITIES*

Transitional living services afford graduates who are gainfully employed the opportunity to transition back to the community by living in a less structured, clean and sober environment. This service allows for a period of adjustment whereby residents are able to acclimate to community living over a specific length of time, usually six months with possible monthly extensions to a maximum of one year, and to develop the financial resources essential for effective

total re-entry. In some areas the resources are adequate to meet the needs of graduates. When there are not enough resources or when there is a need for a Salvation Army facility the center will make an effort to provide transitional housing. The size and type of facility can vary from single family houses to a block of apartments in an apartment house to purpose built facilities with separate apartments. Whatever type of facility it should be in a residential neighborhood, preferably away from the center, with adequate provision for helping the resident become independent.

There should be written procedures for application equally available to all graduates who are gainfully employed. The program staff should review the application to be sure the applicant has a clear plan for the future.

A written agreement outlining all expectations including, the fees, security deposit, expected length of stay, six months to a year, drug and alcohol testing, hours of visitation and visiting areas, housekeeping responsibilities, procedures to be followed for late or non-payment of fees, should be signed by the applicant.

A program of group meetings and individual counseling specific to the needs of current residents should be in place and appropriate staff to carry it out, and be sure the residents are complying with the expectations.

Care should be taken to ensure that all graduates have equal opportunity to benefit from the facility and it does not become an ex- tension of the center with only center employees.

The facility and all furnishings and equipment should be maintained at the same standard as the center itself.

*CASE RECORDS AND RESEARCH*

The case is closed when the beneficiary completes the program, leaves the center and/or becomes an employee of the center. However, subsequent contacts should be noted in the file, showing the date, the occasion, and any other information that can be useful in understanding the former beneficiary and the progress made. This data forms a valuable research base for evaluating results and planning future programs. In the center where a serious attempt is being


**CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO**

made to gather data for research purposes, requests for visits for formal follow-up interviews are made of graduates or beneficia- ries who left before completing the program. Where such a desired formal follow-up involves a person now living in another city, the former beneficiary's expenses connected with the interview should be paid. All research use of case records is done in conformity with The Salvation Army's policy on confidentiality.


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT VI

# BUILDING AND EQUIPMENT


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT VI

## TABLE OF CONTENTS

BUILDING AND EQUIPMENT .......... 100
- EMPLOYEE HOUSING .......... 101
- SAFETY, FIRE, FIRST AID .......... 101

CENTER LOCATION .......... 102

CENTER SIZE .......... 103

ADMINISTRATION AND PROGRAM AREAS PUBLIC ROOMS .......... 104
- PUBLIC ROOMS .......... 104
- PROGRAM OFFICES .......... 106

LIVING AREAS .......... 106
- FOOD PREPARATION AND STORAGE .......... 107
- DINING ROOM .......... 107
- SLEEPING AREAS .......... 108

 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# BUILDING AND EQUIPMENT

The adult rehabilitation center is the residence for beneficiaries and some staff, the facility in and from which the work therapy program operates, and the base for administering the entire rehabilitation program. It should therefore be designed, located, equipped, and operated with all of these purposes in mind. The comfort, health, and safety of the beneficiaries and of the staff are essential for an effective service to be given. The building, the equipment, and the furnishings must meet Salvation Army standards as well as all local building and safety codes. These generally cover structure, deco- rations, lighting, ventilation, water systems, heating and air conditioning systems, waste disposal, fire protection, machinery, and appliances. Evidence of compliance should be prominently displayed.

Lighted EXIT signs are required, as are battery-operated lights attached to the circuit so they come on automatically in the eventof a power failure. Emergency back-up generators should be available to provide electricity to at least the residence and kitchen.

All parts of the building should be cheerful and well lighted. Wall and floor finishes are to be sanitary and attractive.

Drinking fountains are to be placed so as to be convenient for staff and beneficiary use. The number should meet local code requirements. Staff and guest washrooms must be in a visible location.

The administrative and program offices, and the consultation/ group rooms, are to be private with suitable furniture and equipment. Living areas are to be kept clean, painted, repaired as needed, and the furnishings kept cheerful, comfortable and in good repair. A furnishing replacement plan should be in place, funded and adhered to. A quiet place for beneficiaries to talk with visitors should be provided, also a public telephone for private calls.

For those centers accepting both men and women as beneficiaries, there must be separate sleeping and washroom facilities, also


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

separate access to these. Where possible, separate reading/quiet rooms, TV rooms, libraries, and space for leisure-time activities should be provided.

Space for leisure-time activities must be adequate and accessible; furnishings and equipment are to be appropriate and in good repair.

The center should be readily accessible by public transportation to beneficiaries, applicants, staff, visitors, and the public who come to the center for whatever purposes. Off-the-street parking is to be provided for staff, visitors, and center vehicles. If this is not possible, local ordinances regarding parking must be observed.

As good neighbors, the Army must see that all center buildings and grounds are attractive and well cared for. Those who live in the building will be asked not to congregate around the entrance. Provision for smoking should be made away from entrances and not visible from the street with appropriate means for discarding butts.

Several factors must be taken into consideration when deciding whether all center functions will be in the same building. Administratively, this is good. From the rehabilitation program standpoint, it is good for housing and work to be separated, as there is a psychological advantage to coming from and going to work. However, a work therapy program several blocks away from the housing unit can create problems, one of which is transportation.

*EMPLOYEE HOUSING*

Live in staff/employee housing, suitable housing, separate from the center when possible should be available for graduates that become employee. Employees that are live-in as a part of their employment agreement are provided comfortable, secure and self-contained facilities that are required to be separate from beneficiary dorms or rooms. Employees and beneficiaries cannot be housed in the same rooms. Private rooms are assigned with priority to live-in employees, when available.

*SAFETY, FIRE, FIRST AID*

Every precaution must be taken to promote the safety of

beneficiaries and of staff. Local and national safety codes are the minimum to be followed in existing plants, in new buildings, or in remodeling old ones. All exits are to be clearly marked and lighted at all times; the number and location must meet local codes. All persons in the facility must have an immediate means of exit, without recourse to keys or personnel to unlock doors or windows. All fixtures and equipment are to meet safety standards.

Required first aid supplies and equipment are to be accessible, well- maintained, and ready to use. All center personnel should be trained in Universal Precautions and kits containing materials to clean up and remove blood and other body fluids should be placed in all center facilities.

Fire is a particular concern because of the quantity of combustible materials that are brought into the center each day and other goods that are stored there. The solutions used in renovating donated goods are often toxic or flammable. Fire-safe storage for these goods and materials is essential. There must also be strict control of smoking in all adult rehabilitation centers and in areas around the facilities not designated as smoking areas. There are to be working smoke alarms in place throughout the facility, and all local fire codes are to be met.

Each center is to have a first aid and safety education and training program, including evacuation plans, the proper use of first aid and emergency fire-fighting equipment. This training program is to be conducted at regular intervals for all staff and all beneficiaries.

One or more members of the staff must have current CPR and First Aid training, including the minimum required by any applicable law.

## CENTER LOCATION

An attractive environment for the center is highly desirable. At times zoning regulations can be an obstacle to this. The center's production program in some communities classifies the center as industrial, forcing it to locate in an industrial/manufacturing area. Special negotiations, along with a careful campaign of education and understanding, may be necessary to help public officials


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

recognize the value to the beneficiaries of locating the center in a desirable area.

Other considerations include the safety of the neighborhood, the kinds of business, schools and shops nearby, accessibility on foot and by public transportation, the coming and going of motor vehicles, parking, and the feasibility of an on-site thrift store.

## CENTER SIZE

The size of the center should be determined by the need for rehabilitation services for both men and women in a given area. This will help establish bed capacity and the amount of space and equipment required to carry on the center's functions of housing and feeding, program activities, work therapy, bulk sales and thrift stores, and the administration of the total rehabilitation program.

The principles to consider when planning a new center or remodeling a present one include:

1. The potential number of men and women needing rehabilitation.
2. The most effective size in relation to the total program.
3. The ability of the community to support the center through donations and thrift store purchases.
4. The ideal size in relation to the production program.
5. Availability of funds.

The size of the community and its ability to support the center activities may be the easiest factor to evaluate.

Problems can arise if the community cannot donate the kind and quality of useable material needed for an effective work therapy program. This should not outweigh the other factors.

Sufficient space should be provided to handle all donated goods including clothing, furniture, bric-a-brac, and small electric appliances. Outdoor storage is not acceptable.


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

While all of this is important and must be taken into account, the primary consideration must always be the needs of those who come for admission. This is less tangible and therefore more difficult to evaluate. It is, however, the motivating force for establishing a new center, relocating, or expanding an existing one.

## ADMINISTRATION AND PROGRAM AREAS PUBLIC ROOMS

*PUBLIC ROOMS*

Public rooms include those areas used by beneficiaries, staff and the general public. They do not include sleeping areas or offices. Centers will have a variety of public rooms depending on pro- gram and space. Such rooms may be used for one or more purposes.

Chapel: A separate room of adequate size for religious services is required in all centers. It should be far enough away from the kitchen and dining areas that the noise of food preparation and the cooking odors do not disturb the worship service. The chapel should have enough space to seat at least 150% of the center's bed capacity, to accommodate families and other visitors. The amount of square feet required is governed by local codes.

Seating, furnishings, and decoration should enhance the atmosphere of worship. The chapel furnishings should be of professional construction or commercially manufactured. A piano and/or organ in excellent condition are standard equipment. Drums, guitars and sound equipment and other instruments may be added as needed. An adequate sound system should be standard equipment.

Recreation/Game Rooms: The rooms for recreation are to be attractive and usable. Modern, comfortable chairs of heavy duty fabric and construction are recommended. Lighting and decorating can make the space bright and inviting. Other furniture and equipment depends the size of the room. Sturdy tables for pool, shuffleboard, table tennis, and tables for games such as checkers and chess are the usual furnishings. Adequate ventilation is very import- ant as this is a room that often is occupied at capacity.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

Canteen: The canteen may be built into one end of the recreation/ game room, or it should be located close by. Size and stock depend on the makeup of the resident population. Provision must be made for the canteen to be locked in off hours.

Television Rooms: At least two television rooms are required in each center, to allow some preferences for programs. Comfortable chairs and subdued, indirect lighting increase pleasure in viewing. Where there is no other space available, the television set(s) can be placed at one end of the recreation/game room. These rooms should be large enough to accommodate small group counseling sessions and/or educational classes.

Library/Reading Room: Each center needs a library/reading room that is well-stocked with appropriate books and current magazines, and daily and weekly newspapers. Furnishings should include comfortable chairs and tables appropriate general lighting, perhaps bridge type floor lamps.

Music Room: A music room with comfortable chairs adds to the pleasures of the center. Music equipment should be sturdy and adequate, with high fidelity and accurate tuning. Tapes, CDs and all equipment need to be checked regularly to be sure the quality is maintained and the content is suitable. All equipment should have headphone jacks. Speakers should be disabled so as to allow multiple beneficiaries to enjoy diverse music.

Classrooms: Enough rooms that hold 15 to 25 persons to accommodate all beneficiaries are useful for group therapy, Bible classes, and other small-group activities. This space can double for other uses when not needed for a specified activity.

Large group meeting rooms: Meeting space for larger groups and classes is a must. Using the recreation room for these meetings may encourage more residents to attend. Using the chapel or dining room is generally not recommended but may be necessary in older centers. At least one room should be available to hold the capacity of the center and more if people from outside the center are in attendance.

Hobby Shop: A hobby room may be considered when

appropriate. Lockable storage should be provided.

Computer lab: A separate room with appropriate equipment and lockable storage should be provided. The room should be locked at all times except when in use and a staff person is on duty.

*PROGRAM OFFICES*

Adequate office space and furnishings are required for the staff in at least four program areas:

1. Intake and Reception need to be near the main entrance to the center, where the newcomer can easily find them. Privacy is essential.
5. Spiritual counseling is best where there is a quiet, private and comfortable space for individual counseling. This can be located wherever it is most conducive to use by beneficiaries, generally an office space. Offices for spiritual counseling should be not be in isolated or little traffic areas. The use of shared work spaces is often encouraged. Appropriate lockable storage should be provided within shared office space. In cases where computers are used, or shared individual passwords are to be used.
6. Consideration for each room should be given to ensure an easy exit in case of an emergency, such as a hostile beneficiary. Therefore, the worker should always be mindful of the exit and can exit themselves to ensure their safety.

Additional office space must be provided for other program personnel, such as interns, vocational guidance, recreation, or volunteer leaders. Each office should be suitably furnished and equipped. An imperative is that locked files in a locked room are provided for all case records. Protection against unauthorized access to confidential records must be provided.

## LIVING AREAS

The living areas of the center are an important component of the rehabilitation program. This includes space and equipment for food

preparation and eating, sleeping, bathroom facilities, and laundry.

*FOOD PREPARATION AND STORAGE*

Food service may be provided within the center or contracted out to a food-service company. All health and sanitation codes must be strictly adhered to. Required health certificates for food handlers must be kept current and posted. Food-service staff will plan each menu in advance, in consultation with the administrator or designated staff member. This encourages a variety in meals and in balancing the food intake. It is also essential for budget and quality control.

Stainless steel kitchen equipment is recommended for counters, sinks, hoods, stove fronts, dishwashers, and steam table. The quality of the stainless steel and the temperature controls must meet local code requirements. The number of persons to be served will determine the amount and size of kitchen equipment.

Food Storage: All centers need two food-storage facilities for maximum economy and administrative efficiency. One is to be large enough to allow economical buying of staples in wholesale lots and should include walk-in refrigerated and freezer space for perishables. This space is to be locked and access is to be controlled by a supervisor designated by the administrator. The second food-storage area, to be controlled by the chef, should be immediately adjacent to the kitchen. A two-day supply of both staples and refrigerated foods should be stored here, and restocked daily.

*DINING ROOM*

The dining room must be large enough to seat all of the beneficiaries and all staff at one time without crowding, plus some additional space. This allows for guests on special occasions. The number of square feet per chair and the ventilation must meet health and sanitation code requirements.

Dining tables should have attractive tops with a surface that is easily maintained. Round tables that seat six comfortably encourage socializing.

It is very important that the dining room be well ventilated, well lighted and attractively decorated. Beneficiary talent that is well supervised might be considered to do the decoration.

A separate small dining room can be useful for special meetings or for entertaining. Meal meetings with groups of employees, beneficiaries, volunteers, visiting groups, and advisory group members are needed from time to time. Staff should not consistently eat in a room separate from beneficiaries and employees.

*SLEEPING AREAS*

Sleeping areas should be clean, safe, attractive, and comfortable. They should be separated from the work production area, such as sorting, baling, painting, and refinishing. They should not be above these work areas unless the building is thoroughly fireproof and stairwells do not lead directly between the sleep and work areas.

Drapes, bedcovers, wall color, and pictures all add to the sense of warm personal space. A variety of room sizes and furnishings lends mobility to bed assignments. This makes it possible for a beneficiary to move to progressively more desirable rooms as an incentive in the rehabilitation program. Decisions about this should be made by the staff person who has the best knowledge about the individual.

Dormitories should accommodate no more than five or six beneficiaries and no less than three. Smaller rooms are desirable. Some single rooms should be available for those who have earned this, or for those who should be temporarily isolated for health or safety reasons.

Local codes and Salvation Army standards determine the amount of floor and air space for each bed.

Thirty-six inch width beds are minimum standard for all adult rehabilitation centers. The mattresses should be good not lumpy and covered with a suitable sanitary material. There should be at least one complete change of linen for each bed.

Personal storage space is required for each beneficiary. For dormitories, this is an individual locker large enough for clothing to

be on hangers. Lockers with sloping tops, closed bottoms, and with individual locks are the standard. Additional secure storage space for large items, such as suitcases, should always be provided. Locks and keys should be provided by the center. Master keys should be available only to designated employees.

# UNIT VII

# COMMUNITY RELATIONS


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT VII

## TABLE OF CONTENTS

COMMUNITY RELATIONS ........ 112
DONATED GOODS ........ 113
THE CENTER IN THE COMMUNITY ........ 113
EMERGENCY DISASTER SERVICE........ 115
PUBLIC RELATIONS INCLUDING PUBLICITY ........ 116
AUTHORIZED CONSENT FORM ........ 120

# COMMUNITY RELATIONS

The adult rehabilitation center will be one of several Salvation Army services in the local community. Relationships with all other Army units must be in keeping with the Army's overall plan in the community.

There are three components to consider:

1. The center, as a rehabilitation service, has special relationships specific to its program, its responsibilities, and its opportunities. It cultivates resources among local agencies for extending service to beneficiaries, and it accepts referrals from these and other agencies.
2. The center has a specific need to advertise, publicize, and interpret its program so that the community will understand and support the program through the do- nation of goods and through the purchase of items from the family/thrift store.
3. There are guidelines in each territory covering the responsibilities and privileges of the center, Corps or headquarters for the receipt of in-kind and cash donations.

The governing principles are cooperation, honesty, accuracy, and a dignified and considerate approach. Operations and purposes of the center must be described to the community and other Salvation Army services in ways that are understandable. The differences between beneficiaries and employees must be kept clear. The picture must be one of men and women who are doing useful work which benefits them in their rehabilitation. They are people with serious life problems that have been too much for them to cope with, and which the Army is trying to help them handle. The program is made possible through goods donated and bought by the public.

There are many ways by which the community relations responsibilities of the center can be carried out. Many will naturally fall on the administrator. The person who can create an effective program and talk about it convincingly is in demand for

appearances beforeservice clubs, church groups, PTAs, and others in the community. The development of a speaker's bureau is essential.

Qualified public relations staff should guide the center's community relations program. Territorial minutes govern local Salvation Army relationships; including who speaks for the Army and how public and other community relationships are to be handled.

Working with Divisional Headquarters, Area Commands and other local units is most effective when there is mutual trust and cooperation.

*DONATED GOODS*

The most visible component of the center program is the pick- up and the sale of donated goods. The quality of advertising, the handling of telephone calls for pickup, the manners of production assistants and helpers, the location and appearance of drop boxes, certified collection centers, and family/thrift stores all influence the way the community views the center program. For many, these form the only picture they have of The Salvation Army.

The Adult Rehabilitation Centers Commander will have guide-lines in each territory covering these many parts of the program.

## THE CENTER IN THE COMMUNITY

The adult rehabilitation center is a local agency. Generally there are a number of social agencies in the communities where centers are located. These agencies engage in a variety of welfare, leisure-time, and health activities under both governmental and voluntary auspices.

It is the privilege and the duty of the administrator to see that the center becomes recognized among this community of agencies as one of them.

The helping agencies of a community have a common interest in the general well-being of all the people. Their diversified approach


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

es and responsibilities represent the structure required to encompass overall community needs. The center shares in these community objectives and is part of this community of helping services.

Because the center administrator represents The Salvation Army as well as the center, there must be agreement about who in the various services of the Army carries responsibilities in working with the other agencies. There are councils of agencies in most communities that serve people who are in addictions and/or are homeless. The center should hold membership in such groups, along with other branches of Salvation Army service. Where only one membership is permitted to an organization and another Army unit holds this, the center should become part of the related committee structure as a distinct and semi-autonomous branch of the local Salvation Army. Networking with social service agencies, government agencies and various service providers will benefit the beneficiaries and the center.

Traditionally, most of the work of such health and welfare federations is carried on through committees, whose personnel is made up of agency representatives. The center should be part of these with the administrator or members of the staff representing the center and The Salvation Army. Not all such committee work will be directly connected with the primary activities of the center. The center should, however, take part because the diversified interests and the committee work with people engaged in other fields are both broadening and rewarding.

There are practical and beneficial aspects of center participation in community affairs. A specific one is learning about additional services that will help beneficiaries overcome their problems. This leads to referrals to other agencies and, in turn, to receiving referrals from them, since referral for service is a two-way street. The most frequent referrals made by the center are for health care, mental health services, education, vocational rehabilitation and employment opportunities.

Well written leaflets or pamphlets explaining the services available, the limitations, and the conditions for intake facilitate mutually

satisfactory referrals. A series of such pamphlets could be addressed to particular referring agencies, for instance, to general welfare agencies, to rehabilitation agencies, to parole officers and prison authorities, to hospitals, to ministers and other workers in religious settings. Employers should also be informed about the center program. All locally prepared leaflets/pamphlets need to be reviewed and approved by command headquarters.

Referrals and intake are valuable in public interpretation of the Army's approach. The primary and most direct method of service to the community is through service to the men and women who enter the centers as beneficiaries.

Most divisional headquarters communities have adult rehabilitation centers located within their geographic area of responsibility. A spirit of mutual cooperation should exist in order to ensure a quality community-wide Salvation Army image. This will also call for the best use of financial resources.

*EMERGENCY DISASTER SERVICE*

Emergency disaster services are provided to the community by the adult rehabilitation center as part of the total Salvation Army team. The Salvation Army Manual for Emergency Disaster Service should be in the possession of every administrator and its contents thoroughly understood. The administrator should be part of the local community-wide planning, in keeping with the provisions of the manual.

After all such planning has been completed, however, there is often a wide gap between anticipated needs and the demands of the moment when actual disaster strikes. For this reason, the adult rehabilitation centers, with their fleets of trucks capable of transporting quantities of goods, and their warehouses containing clothing and household supplies, can be helpful in time of disaster.

The generous use of all resources to help alleviate suffering and want created by a major disaster is within the finest traditions of Salvation Army and Christian service and is expected without

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

question.

The work appropriate to the adult rehabilitation center in such a situation must be coordinated with that of the rest of The Salvation Army in the community. Command headquarters must be kept informed as to the coordination of efforts with other expressions of Army service. This must be done in a timely manner in order to provide emergency service without delay. In rare instances an emergency canteen is housed at the adult rehabilitation center with volunteers (including some from the adult rehabilitation center) serving the needs of police and firemen at major conflagrations and similar disasters, or at major public events. The rules for such activities need to be worked out in a spirit of cooperation according to the conditions existing in the local community.

At present, local civil defense may or may not be organized to deal adequately with all types of disaster. The principle of civil defense is sound, and the adult rehabilitation center should be represented in the local organization. It is usually wise for the center to be represented directly, and in cooperation with other Armyunits.

## PUBLIC RELATIONS INCLUDING PUBLICITY

Contacts with the public are designed to further public interest in the center and to gain support for its program. The center must always be placed in the total context of The Salvation Army.

The most persuasive approach to the public is the daily contact with media, merchants, service agencies, contributors, and the business community. The manner in which the business and the program are carried forward greatly influences the public attitude toward the center. Handling mail and telephone calls, the appearance and manners of the production assistants and helpers, the thank-you for donated goods — all make up the image the public holds about the center.

The spontaneous attitude of center personnel is part of public relations, including how they treat the public, and what they say about the center among their acquaintances and families.


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

Family/thrift store appearance and the courtesy of store personnel are very important in creating a good feeling about the program and the Army.

A more direct public relations effort includes:

1. Getting information out about the center and its program;
2. Interpreting for the public the significance of the program and its value to the community;
3. Publicizing the center to keep its name before the public.

These three types of efforts are inseparable. When asking for donated goods, the center's name becomes known along with why the goods are needed and how they are used in the rehabilitation process.

The center trucks, drop boxes, certified collection centers, and family/thrift stores are very visible means of keeping the center name before the public. Each must be clean and well-marked. For the trucks, the approved graphics are to be used by all centers. Stores are to be designated as The Salvation Army Thrift or Family Store. News stories in newspapers and on radio and television are effective if there is newsworthy activity within the center. News items need pictures and human-interest stories. These have to be used with discretion, as generally the media want names and identifying data. The center must forego the opportunity to get a meaningful story in the paper if it would result in a violation of a beneficiary's confidence. Such stories can effectively be used in talks before service clubs, church groups, fraternities, social agency groups, and others when the speaker has the opportunity to control the data used. The Salvation Army's policy on confidentiality and the protection of personal privacy must be adhered to regarding use of names, stories, and pictures of beneficiaries.

Pictures of prominent citizens taking part in public functions, such as new store openings, dedications of new or expanded facilities, and annual meetings are usually acceptable by local newspapers and other media. Neighborhood newspapers are often

the easiest to break into. They ask that the material be written so that it does not have to be edited or rewritten. Local names are important in these neighborhood papers. Material for metropolitan papers and radio and TV must be carefully screened to avoid feeding them insignificant items. When the occasion warrants, an early notice to the media will bring reporters and cameras to the scene.

Making news is the ability to recognize newsworthy items when they develop. No opportunity should be lost to present news items that enhance the image of the center and its program.

Tour groups are another effective means for public information and interpretation about the center. These are developed through invitations to appropriate groups, by talks, literature, and letters, and by a well-publicized open house. Some requests may follow a good media story. Other tours may be arranged in connection with the regular meetings of the local ministerial association, service club, or similar organization. Where center facilities permit, food should be served with or without being paid for by the visitors. The confidentiality and privacy of the beneficiaries must always be respected in accordance with The Salvation Army's National Policy and Guidelines on Confidentiality and the Protection of Personal Privacy.

Promoting tours presupposes a center where facilities, furnishing, and general appearance will do justice to the program, and where disclosure of the participation of beneficiaries in the program can be avoided (unless consented to by the beneficiary). Where an adequate program is being maintained and there is good housekeeping, even limited facilities are attractive to a touring group. Such tours are effective when carefully prepared interpretations and explanations are presented before, during, and immediately after the tour. Care must be taken that the presentation is accurate, factual, and matter of fact. Overselling is to be avoided. At the same time, enthusiasm for the objectives and accomplishments of the center should be shown.

Attractively produced interpretative literature should be handed out at the end of the tour. Such literature can be obtained from National or territorial headquarters. When it is possible to produce

something attractive locally, the pictures of the actual places, facts, and statistics that apply to the individual center are more effective.

Advertising is important, especially for store openings and other special occasions. The Adult Rehabilitation Centers Command in each territory regulates the extent to which newspaper and television advertising may be used.

Spot announcements can be arranged on radio and television stations, often without cost. Announcements should be made about special occasions such as a clothing drive or a ceremony to which the public is invited. Good public service announcements and TV spots have been developed and are available through the Adult Rehabilitation Centers Command.

Supermarket bags are sometimes suitable for an appeal.The usual practice is to take the bags used by the supermarket and print a message on them at the center's expense. It should suggest that the bag be used to accumulate clothing and other articles for pickup by the truck on its next round. The telephone number for pickup should be given on the bag.

This technique should be used on a special-occasion basis. Care needs to be exercised that the supermarket manager is not inconvenienced.

Fliers might be distributed to public utility companies, laundry firms, and similar organizations to be placed in their packages or mail. Billboards, preferably donated, are another means to get and keep the name of the center before the public. In all such advertising, it is appropriate to name the particular articles that are most needed by the center at that particular time.

Mailers and advertising to gated communities. "Good Turn Days" with scouts and other groups. Local companies will sponsor these

events and provide printed bags and advertising. It is also an opportunity to share The Salvation Army story and encourage youth to avoid drugs and alcohol. Divisional and Area Command newsletters and mailings announcing special adult rehabilitation center events, graduate stories and donation numbers help educate those within the Army.

All public relations efforts should be planned and coordinated with the local corps, area command or divisional headquarters. Often the community relations personnel can be helpful in planning campaigns and making contact with the media.

*AUTHORIZED CONSENT FORM*

In the event of a beneficiary being named or pictured, a consent form must be on file.

# UNIT VIII

# RESOURCES


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# UNIT VIII

## TABLE OF CONTENTS

UNIT VIII ........ 121

HANDBOOKS ........ 123

- INFORMATION FOR BENEFICIARIES ........ 123
- MANUAL FOR PRODUCTION ASSISTANTS AND HELPERS ........ 125
- DONATED GOODS: ESSENTIALS OF OPERATION ........ 125

FORMS ........ 127

- Beneficiary Application for Admission ........ 128
- Beneficiary Application for Admission PAGE 2 ........ 129
- Beneficiary's Admittance Statement ........ 130
- Room and Board agreement ........ 131
- Personal Property Agreement ........ 132
- Progress record of Beneficiary ........ 133
- Beneficiary Work Therapy Progress and Performance Report ........ 134
- Medical Information ........ 135
- Authorization for release of information ........ 136
- Discharge Summary ........ 137

THE SALVATION ARMY OFFICIAL STATEMENTS, POLICIES AND GUIDELINES ........ 138

- The Salvation Army's Position on Alcohol and Drugs ........ 139
- The Salvation Army's Position on Gambling ........ 140
- The Salvation Army Policy and Guidelines on Confidentiality and the Protection of
- Guidelines for Licensing by Governmental Bodies ........ 144

COMMUNITY RESOURCES FOR INFORMATION AND LEADERSHIP ........ 145

BIBLIOGRAPHY ........ 152

TERRITORIAL AND DIVISIONAL BOUNDARIES MAP ........ 153



CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# HANDBOOKS

The Adult Rehabilitation Centers Commander in each territory has a number of handbooks to guide the operation of the several facets of the adult rehabilitation center. These are mentioned in the appropriate units of this handbook:

The Salvation Army Manual for Emergency Disaster
Service Adult Rehabilitation Center Employee's Manual
Food Service
Family/Thrift Store
Manual for Production Assistants and Helpers

*INFORMATION FOR BENEFICIARIES*

Individual centers will want to prepare another handbook — Information for Beneficiaries. The information must be tailored to fit the specific center. This handbook is to be approved by the territorial Adult Rehabilitation Centers Commander before it is used.

The information to be covered in this document is outlined on the pages which follow. The material should be specific and clear, the design attractive, the paper used of good quality.

Information should be given to or available for each applicant at admission. The content should be reviewed as part of the intake process to be sure the new beneficiary understands the commitments being made. It should be discussed also in the orientation sessions.

Each center is to prepare its own booklet as details of time, procedures, and staffing will differ from center to center. The booklet should be approved by Adult Rehabilitation Centers Commander.

It is important that the booklet be simply written and attractive in appearance. A member of the advisory board, advisory council, or

 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

auxiliary, or a service club or business associate might volunteer to prepare and reproduce this. The content must be clear and precise, and positive rather than prohibitive.

The following topics are to be included:

1. Support for the beneficiary's decision to enter the program;
2. The purpose and function of the center;
3. A list of the program components and what the beneficiary is to do in each, including at least: religious activities, work therapy, individual and group counseling, health care, and leisure time;
4. A map of the building including location of the various offices and services as well as living quarters (exits must be clearly shown);
5. A list of staff names, positions, locations in the center, and ways to schedule needed appointments;
6. Schedules for getting up and lights out, meals, work therapy, canteen, curfew, and others as needed;
7. Rules governing alcohol and other substances, including control and distribution of all medications;
8. House rules governing care of sleeping and storage areas;
9. Levels of discipline and controls for infraction of rules;
10. Rewards and punishments with respect to following the agreed-to rehabilitation program, including work therapy;
11. Security of personal possessions;
12. Clothing and linen distribution;
13. Out-of-pocket expenditures;
14. Smoking;
15. Bathing and laundry;
16. Building passes;
17. Conduct as a member of a family of beneficiaries;

18. Graduation and post-graduation.

The content should be helpfully and cheerfully written and illustrated to overcome the negative impact of the necessary rules.

*MANUAL FOR PRODUCTION ASSISTANTS AND HELPERS*

A Manual for Production Assistants and Helpers, developed by the Western Territory, has been approved for national use. It has been printed by the Southern Territory and is available to the four United States territories.

*DONATED GOODS: ESSENTIALS OF OPERATION*

National policy governs the handling of donated goods. Each person involved in this aspect of the center program is to be familiar with the content of the handbook, which covers the following:

**Organizational Principles**

**Gathering the Material**

The Truck Fleet
Truck Calls
Truck Solicitation

**Receiving Goods From Donors**

Careful Handling of Donated Goods
Courtesy in Dealing with Donors
Discontinued Collection of Certain Items

**Valuation of Donated Personal Property**

Appraising the Value of Donated Goods
Using Official Receipts
Reporting to the Internal Revenue Service

**Thanking the Donor**

**Unloading Donated Goods from Trucks**

**Sorting, Baling, Storing, Repairing, Renovating**

**Disposing of Donated Goods**

Selling in Bulk
Selling in Family Thrift Stores
Pricing
Determining Length of Time Goods Remain in Store
Staffing the Store
Establishing Store Hours


**CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO**

# FORMS


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

THE SALVATION ARMY ADULT REHABILITATION CENTER

# BENEFICIARY APPLICATION FOR ADMISSION

Application Date: ____________________

Name______________________________________________________________
Last First Middle

At what phone number can you currently be contacted? _________________________

Date of Birth:_____/___/_____ Birthplace:___________________, _____

Age:_________Height:_________Weight:________lbs. Eyecolor: __________

HairColor:___________Social Security Number:__________-_______-_______

Driver's license: #____________________, State_______. If none, so state_____.

In case of emergency, whom shall we contact? _________________________________

Relationship?________________ Phone # (______)______-________

Address:___________________________________________________________
Street City State Zip

Salvation Army Centers ARCs to which you have been admitted and reason for leaving:

1. Center_______________From_______To________Reason: _____________
2. Center_______________From_______To________Reason: _____________
3. Center_______________From_______To________Reason: _____________
4. Center_______________From_______To________Reason: _____________
5. Center_______________From_______To________Reason:______________

Referred here by whom? ________________________________________________

1. The problem(s) I seek help for:
   Religious_____Relationship(s)_________Drinking or Drug Misuse_______Employment______
   Family_______Homeless______Sex_______Other ____________________

2. The help I have sought to date with the problem(s):
   Religious Counseling _______ Salvation Army Centers_ Goodwill________________
   Half-way Houses _______ Hospitalization______ Psychological_____________
   A.A. or N.A. _______ Medication _____ Employment Services _

   ~~Others:~~ ___________________________________________________________

3. Occupation best qualified for by training and experience: _____________________________

   Other occupations in recent years:

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# BENEFICIARY APPLICATION FOR ADMISSION CONTINUED

4. What kinds of work have you done in the past? ______________________________

______________________________________________________________________

Do you have any special skills? ______________________________________________

______________________________________________________________________

5. Education and Training: (Circle Highest Grade Completed) 1 2 3 4 5 6 / 7 8 9 / 10 11 12
Elementary School — Jr. High — Sr. High
1 2 3 4 College — 1 2 3 4 Trade, Specialty, Apprenticeship ______________ Name

6. Religious Preference: Protestant________ Denomination ___________
Catholic______ Orthodox______ Jewish__________ Other:_____________ None _________

Have you accepted Christ as your Savior? ______________________________

7. Health: Good_______ Fair________ Poor ________

I will need attention for_______________________________________________.

Medications_______________________________________________________.

8. Military Service: Total number of years_________ Branch(s) ______________________

Serial number:_____________________________ Type of discharge ___________________

9. How did you learn of this Center? ___________________________________________

10. How long are you planning to stay? __________________________________________

11. What benefits are you now receiving?___________________ Social Security ______________

General Assistance____________________ Other Income____________________ None______

12. Have you been in prison?_________ Where? ______________________________________

13. Are you on parole or probation now?_________ State________ Federal_______ County ________

Crime convicted of_________________________ Time served__________ Where ___________

Parole/Probation Officer's name:_____________________________ Phone: _______________

Date of Expiration_________/_____/_____

14. Have you ever been arrested due to alcohol? ___________________________________

15. Will you submit to a physical examination? ___________________________________

Applicant's Signature

Form to be completed by: Beneficiary
Form to be reviewed by: Staff Member (Print Application on 1 piece of paper


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

THE SALVATION ARMY ADULT REHABILITATION CENTER

# BENEFICIARY'S ADMITTANCE STATEMENT

I recognize my need for assistance and hereby apply for admission to the Adult Rehabilitation Center. I understand that The Salvation Army is a branch of the Christian church and a charitable organization and that this Adult Rehabilitation Center is a Christian religious facility dedicated solely to the social and physical rehabilitation and the spiritual regeneration of those persons who are in need of such assistance.

I further understand that this Center is not under any legal obligation to provide any services to me including room or board; and that I am a beneficiary seeking admission to a rehabilitation program solely for my own benefit, and that I am not an employee of this Center.

I understand that my admission and continued residence is dependent upon my needing assistance and my willingness to help myself and others so situated, including the voluntary performance of such duties as may be assigned to me which I understand are in furtherance of my rehabilitation.

I agree for myself, my heirs or assigns, that should any accident occur involving personal injury to myself or loss or damage to my property during my residence in this Center, to hold The Salvation Army free and harmless from any and all liability in connection therewith, except to the extent caused by the negligence or willful acts of The Salvation Army.

I understand that all my personal property is subject to search and inventory controls. Any personal property left upon my departure from this Center and not claimed within thirty days by me or by my authorized representative shall become the property of The Salvation Army to dispose of in furtherance of the religious and charitable program of the Center.

I agree to participate in all religious services and program events as arranged by the Administrator or other Center program personnel.

I agree not to enter or remain in this building under the influence of intoxicants or enter the building with such in my possession. I agree to submit to such testing as The Salvation Army may impose to confirm the foregoing.

Signature of Beneficiary

___________________________________

Witness                                        Date

**FOR OFFICE USE ONLY**

| | |
|---|---|
| Date Admitted ______________ | Work Therapy Assignment ___________________ |
| Room Assigned ______________ | Referred to us by ___________________ |
| Date of leaving ______________ | Reason for Leaving ___________________ |

FormtobeSignedat intakeby: Beneficiary
Form to be witnessed by: Staff Member



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

THE SALVATION ARMY ADULT REHABILITATION CENTER

# ROOM AND BOARD AGREEMENT

I understand that The Salvation Army is a branch of the Christian church and a charitable organization and that this Adult Rehabilitation Center is a Christian religious facility dedicated solely to the social and physical rehabilitation and the spiritual regeneration of those persons who are in need of such assistance.

I understand that, while ability to pay for service is not a criterion for admission to the Adult Rehabilitation Center program, beneficiaries admitted to the Center for rehabilitation shall be required to pay room and board when receiving outside income such as social security, state and local welfare, military or disability benefits. Direct payments made to The Salvation Army by a welfare department are considered towards the full charge of room and board and not a percentage.

I understand that the room and board fee shall be established at **75%** of the outside income, but shall not exceed the cost of room and board as determined annually by an approved formula, which is currently **$ per week**. Based on the income I am receiving, the amount I will pay is **$ per week**. Room and board is payable monthly, due by the 5th of eachmonth.

Since the room and board fee covers cost only and not the "value" of comparable room and board if purchased at restaurant and lodging house rates, I am aware that this fee does not cover the cost of the program, and, therefore, does not in any way diminish my required participation in the Center program.

I understand I must abide by all rules of the house and that by paying room and board I do not have additional privileges. I must remain alcohol-free and drug-free. If I break any of the rules, I understand that I could be required to leave.

Date ______________ Signature of Beneficiary ______________________________

Date ______________ Witness ______________________________

Form to be completed by during intake: Beneficiary
Form to be witnessed by: Staff Member

THE SALVATION ARMY ADULT REHABILITATION CENTER

PERSONAL PROPERTY AGREEMENT

I hereby declare that all my personal possessions are listed below and I further agree and understand that I must give proof of purchase for any item that I bring into the building in the future. I further understand that I cannot take anything from the building that is not duly recorded as my personal property or has not been issued to me by The Salvation Army.

Include description of all items and clothing worn or brought by the beneficiary on the day of admission.

| Quantity | Specify Item | Describe (Brand, color, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Date

Signature

Witness

Form to be Signed by: Beneficiary
Form to be completed & witnessed by: Staff Member

THE SALVATION ARMY ADULT REHABILITATION CENTER

## PROGRESS RECORD OF BENEFICIARY

_______________________________________________
Street City State Zip

Name ofBeneficiary: ______________________________________________

Date Admitted:__________________ Date of Birth: _________________

WorkTherapyAssignment:__________ Gratuity: ____________________

A beneficiary is admitted because of need and temporary life issues, and never because the Center needs him/her. Our religious activities, counseling, work therapy, and recreation program are intended to minister to the needs of the individual and address temporary life issues. The Center's rehabilitation program does not alleviate permanent handicaps (e.g., amputee, deafness, poor vision, etc.). We acknowledge our intention is to assist persons in coping with these health issues.

**Date | Record of Interviews, Behavior, Progress, Problems and Needs Assessment, Etc.**

(Name)________________________is a (age)____________(gender)____________who

requested admission due to a history of the following: □ alcohol misuse □ drug misuse

□ emotional instability □ homelessness □ domestic problems □ legal issues □ known mental

health issuesand___________________________________________________________.

This person is [□ not] currently on parole or probation. This person has been recommended

for □ in-house work therapy assignments only or □ inside &/or outside work therapy

assignments.

IntakePersonnel:___________________________________________Date: ____________

Form to be completed by: Staff
This initial entry is completed at intake and includes a written summary of the beneficiary.

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

THE SALVATION ARMY ADULT REHABILITATION CENTER

# Beneficiary Work Therapy Progress and Performance Report

**BeneficiaryName:______________________________ Current Phase: ______________**

**WT Assignment:_______________________ WT Supervisor:_______________________**

**Checkhere, if personhasbeen in thisassignment for lessthan 3 weeks _______________**

| **Category** | **Poor** | **Fair** | **Good** | **Excellent** | **Comments?** |
|---|---|---|---|---|---|
| Comprehension:<br>Understands directions & expectations | | | | | |
| Punctuality:<br>Reports to work on time | | | | | |
| Reports back from breaks on time | | | | | |
| Takes appropriate bathroom breaks | | | | | |
| Appearance:<br>Appropriate manner of dress | | | | | |
| Appropriate level of cleanliness | | | | | |
| Cooperation:<br>Follows directions | | | | | |
| Takes direction well, from supervisor | | | | | |
| Pitches in where needed when asked | | | | | |
| Shows initiative | | | | | |
| Has positive attitude towards WT | | | | | |
| Works with peers | | | | | |
| Focus:<br>Works until task is finished | | | | | |
| Person stays in work area<br>(Doesn't wander off- or sit around) | | | | | |
| Makes a valuable contribution to WT | | | | | |
| Maintains healthy boundaries with others | | | | | |
| Concentrates on their work, not other's | | | | | |

**Report Written by:_______________________________ Date:___/___/_____ Title:________________**

**Report Reviewed with Beneficiary by:____________________________ Title:_____ Report Read by**

**Beneficiary (Signed):__________________________________________________ Date: ___/___/______**

Form to be completedby: WorkTherapySupervisor
Form to be completed on a monthly basis.

TSA0000404 **CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO**

THE SALVATION ARMY ADULT REHABILITATION CENTER

NFIDENTIAL **Medical Information** CONFIDENTIAL

**Applicant**________________________________________**Male**______**Female**_______

**Age**_______ **Date of Birth**______/_____/__________ **Weight:**__________**lbs.**

**DIRECTIONS: Please CIRCLE if you have any of these conditions now or within the past six (6) months. Severe**

| | | |
|---|---|---|
| **aches** | **Diabetes** | **Anxiety** |
| **Severe pains** | **Serious Accident or Injury** | **Trauma Survivor / PTSD** |
| **BackPains** | **Severe itchingor rashes** | **Boils** |
| **Hernia** | **Extreme tiredness even after rest** | **Extreme tiredness** |
| **Epilepsy** | **Open wounds that tend not to heal** | **Knocked Unconscious** |
| **Seizures** | **Blood while urinating** | **Venereal Disease** |
| **TB – Tuberculosis** | **Jaundice (yellow eyes or skin)** | **Alcohol Misuse** |
| **Heart Trouble** | **Severepains inarms orlegs** | **Stiff muscles and joints** |
| **Liver Problems** | **Swollenorstiffjoints** | **Arthritis** |
| **Kidney problems** | **SexuallyTransmittedDisease** | **Varicose Veins** |
| **Bladderinfections** | **Tumor** | **Mental Illness** |
| **Bladder Problems** | **Operation** | **Bipolar Disorder (Manic Depression)** |
| **Tootiredto eator batheyourself** | **Frequent illnesses** | **Anemia** |
| **Bodily Disability** | **Rheumatism(Arthritis)** | **Dizzy Spells** |
| **Bodily Deformity** | **Kidney stones** | **Fainting Spells (morethan 2x in life)** |
| **Confinedto bedby anillness** | **A Chronic Disease** | **Depression** |
| **Schizophrenia** | **Suicide Attempt** | **Drug Misuse** |
| **Cancer** | **Allergies** | **Hemorrhoids** |
| **Hepatitis** | **Water Retention** | **High Blood Pressure** |

**Other:** ________________________________________________________________

**How do any of the above conditions affect your life?**________________________________

________________________________________________________________

**How do any of the above conditions affect your ability to work?**________________________

________________________________________________________________

Signed:__________________________________________Date:___/__/________

ReviewedbyStaff:__________________________________Date:_____/___/______

Form to be completed by: Beneficiary
Form to be reviewed by: Staff Member - Intake

TSA0000405 **CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO**

THE SALVATION ARMY ADULT REHABILITATION CENTER

# AUTHORIZATION FOR RELEASE OF INFORMATION

***Section 1: Complete all blank lines***

Date: ________________________

Havingbeen fully informed of the circumstances in connectionwith the request for

information, I________________________________________________hereby freelygive
(Name of Beneficiary)

consent for________________________________________________________to release
(Name of Program)

***Section 2: Mark at least one***

The specific information to be released is as follows:
_____ Progress Record (e.g.,letters/correspondence,phonecalls,abstinencetesting,etc.)
_____ Medical Information (e.g., form, mediations used)
_____ Other (specify): _________________________________________________________

***Section 3: Mark at least one***

This information is needed for:

☐ Court ☐ Education or Schooling
☐ Employment ☐ Progress follow-up
☐ Welfare ☐ Treatment (e.g., Hospital, mental health, etc.)
☐ Vocational Rehabilitation ☐ Other: _________________________

***Section 4:Beneficary and a person witness this document and dates their signature.***

This consent is subject to revocation in writing at any time and unless an earlier date is specified, this consent expires, in any event, 365 days after discharge.

_____________________________________________ ____________________
Signature of Beneficiary (or authorized person) Date

_____________________________________________ ____________________
Witness Date


CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

# THE SALVATION ARMY ADULT REHABILITION CENTER

## DISCHARGE SUMMARY

Date:________________________________ Name:______________________________

DateofLastAdmission:________________ Social Security #: ____________________

LengthofStay: ______________________ Date of Discharge: ___________________

□ This person was previously admitted within the last 10 years from the above date of discharge. Previous admissions should be in this same file folder, and as needed another volume indicated.

## *DISCHARGE SUMMARY*

**REASON FOR DISCHARGE**

- ❑ Planned Discharge
- ❑ Returned Under the Influence
- ❑ Curfew Violation
- ❑ Drinking/Using on Premises
- ❑ AWOL
- ❑ Misconduct
- ❑ Other&/orComment(specify)_______________________

**EVALUATION OF BENEFICIARY'S USE OF PROGRAM**

Rate beneficiary's work therapy performance (Circle): Poor Fair Good Excellent

Rate beneficiary's house performance (Circle): Poor Fair Good Excellent

Rate beneficiary's program performance (Circle): Poor Fair Good Excellent

Rate beneficiary's overall performance (Circle): Poor Fair Good Excellent

**READMISSION PLAN**

Based on the beneficiary's overall performance and nature of discharge, is he/she recommendedforreadmissionwithoutconditions: YES NO

If "no," clearlystate recommendations to bemet at the time ofnext request for admission.
_______________________________________________________________

_______________________________________________________________

**PARTICIPANTS IN DISCHARGE SUMMARY REVIEW**

**Readmissionplan:** Approved Disapproved Amended

ByOfficer / Administration:________________________________________Date: __________

Formtobecompletedby:Staff Basic Beneficiary Record

This Discharge Summary should be completed immediately after the discharge, and include multi-staff input .2012 PRD Revised: 11/25/2008

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# THE SALVATION ARMY OFFICIAL STATEMENTS, POLICIES AND GUIDELINES

# APOSITION STATEMENT

## *The Salvation Army's Positionon Alcohol and Drugs*

The Salvation Army accepts that many drugs beneficial to health can produce addiction. Only the physician can weigh the advantages and the risks attendant on their prescription for each patient.

The deliberate misuse of any drugs to induce either oblivion or hallucinatory states is condemned. The physical, mental and emotional disturbances due to such misuse are well known to Salvation Army personnel, who will continue to offer treatment to the victims of addiction, realizing that such practices stem from deep emotional and spiritual problems and are peculiarly common in young persons.

By far the most common drug addiction is to alcohol, and this addiction is on the increase in most parts of the world. The Salvation Army, recognizing both spiritual and temporal dangers inherent in the use of alcoholic beverages, has historically required total abstinence of its soldiers and officers. While not condemning those outside its ranks who choose to indulge, it nevertheless believes total abstinence to be the only certain guarantee against overindulgence and the evils attendant on addiction.

We believe that there exists a direct connection between the incidence of addiction and the easy availability of alcoholic beverages and the increasing social acceptance of their consumption. We are, therefore, active in supporting legislation likely to reduce the consumption of alcohol.

While attitudes toward both the cause and treatment of alcoholism have changed radically in the past 100 years, The Salvation Army, which maintains large treatment programs in many parts of the world, still believes that total abstinence is the only successful course open to an addict. Its programs use the best of medical and psychological treatment, but realizing that, in most instances, profound social and moral issues are involved, they draw on a long experience in social rehabilitation in which the power of God unto salvation has proved the most effective agent of character change and therefore the most effective force in rehabilitation.

Recommended for approval by the Commissioners' Conference November 1971 Approved by International Headquarters May 1982

# APOSITIONSTATEMENT

## *The Salvation Army's Position on Gambling*

The Salvation Army believes that gambling engages its participants and promoters in an exercise of greed contrary to biblical moral teaching. Gambling at best wastes personal resources, and at worst afflicts millions througha lifestyle of compulsive behaviors and destructive influences. We believe gambling is wrong, regardless of any perceived benefit of entertainment, charity, or personal gain, even when its destructive influences may not be seen on an individualbasis.

The Salvation Army prohibits gambling in its programs, properties, and fund- raising activities. Its officers and soldiers personally vow not to gamble. The Army urges all individuals and institutions torecognizethe moral andsocial costs of gambling in the United States.

Official sanction and public acceptance of gambling is, in the opinion of The SalvationArmy, contrarytotheChristianprinciplestowhichwesubscribe.

**Note: The Columbia encyclopedia defines gambling as the "betting of money or valuables on, and often participation in, games of chance..."* Some examples of gamblingincludecasino games,statelotteries,andbettingonsports.

Recommended for approval by the Commissioners' Conference October 2003 Approved by International Headquarters November 2004

# The Salvation Army Policy and Guidelines on Confidentiality and the Protection of Personal Privacy

A. POLICY

People seek help from Salvation Army program units when they have specialneeds which may range from fairlysimple to painfully difficult. Theirneedforservice and the helpthat canbe givenis determined through sharing factual and personal information. Forthis to be effective, there must be trust that the program unit will hold the shared information confidential.

Therefore, the commitment to confidentiality extends to all Salvation Army officers, employees, and volunteers. It includes the knowledge that a person is or has been a recipient of service. The Salvation Army will consider carefully matters of confidentiality as they obtain within the particular setting and commit itself to the highest level of agency practice within a given community.

The presumption of confidentiality applies to The Salvation Army unit as a whole, not only to an individual staff person, since client information is normally shared internally for legitimate purposes of training, supervision, records accountability, and expanded client service.

Principles ofconfidentialityand how these arecarriedforward in the program unit will be part ofthe orientation of each new employee, advisory organization member, and other volunteers. As a general principle, no information about individuals receiving Salvation Army services will be disclosed outside of the organization except when informed written consent has been obtained from the service recipient. National Salvation Army guidelines, which are received and updated periodically regarding particular confidentiality issues, should be available to all staff.

Individual program units will assume responsibility for being fully aware of and responsive to the requirements pertaining to confidentiality that impact upon them as a result of contractual commitments, the requirements of law specific to the program, the demands of standard-setting bodies, as well as Salvation Army standards for the particular program.

B. GUIDELINES

The following guidelines are issued in connection with The Salvation Army Policy Statement on Confidentiality and the Protection of Personal Privacy.

1. Fact of Participation

The fact that an individual is or has been a participant in a Salvation Army social service or community service program should not be disclosed outside The Salvation Army unit, except as may be specifically defined in the national standards in effect for the particular kind of program. This restraint will not apply to public meetings or programs in which participants take part as "members," e.g., troop activities, community center programs, and boys' clubs.

Inquiries by visit, telephone or letter regarding a participant in a Salvation Army residential program should be answeredwith the statementthat information as to whether a particular individual is or has been in residence cannot be divulged; that, if in fact the individual is in residence, he/she will be advised of the inquiry, and that, at his/her discretion, the client will or will not communicate with the inquirer.

2. Disclosure to Other Organizations

Disclosure of limited client information to other socialservice agencies, for the purpose of a referral to or from The Salvation Army, generally would be permitted if a determination is made that the disclosure is in the interest of the client.

Before client records can be disclosed to individuals or agencies outside of The Salvation Army, the written consent of the client must be obtained. The consent should be in writing and should identify the information to be disclosed, the person or agency to whom it will be disclosed, the purpose of the disclosure, and the date upon which the client's consent

expires. Use of the Authorization for Release of Information form is recommended for this purpose. The form may be found in the resource, *"Basic Social Services -- A Primer of Policies, Standards, and Procedures."*

On the other hand, information is to be withheld where The Salvation Army is required by law (as in alcohol and drug programs regulated or funded by a federal agency or in child care or health care facilities, which disclosure is prohibited by state regulations) and/or where by contract The Salvation Army has agreed to maintain the confidentiality of client records.

Disclosure of information relating to program participants should not be made to employers, credit agencies, unions, or other similar organizations, except under terms and conditions contractually defined where employment is an integral part of the program (e.g., contracts with federal or state correctional authorities for early release programs), or at the request, and with the consent of the participant.

If there is doubt about whether client information should be disclosed, local legal counsel should be obtained and the appropriate Salvation Army administrative headquarters should be consulted before the information is disclosed.

3. Clearing House

Whereas, as a general rule, there is no objection to participation by The Salvation Army in clearing houses, there are any number of situations in which such disclosure is prohibited by contract or regulation or where disclosure of the information could damage the client. Because of the varied and fluctuating makeup of the usual Army case load, written consent of the client should be included in the clearing house procedure. The information provided to the clearing house should be limited to that which is necessary for the clearing house to perform its basic function. The clearing house should provide some written statement (e.g., agreement or policy statement) that the clearing house will limit the further disclosure of such information.

Where clearing house information is shared electronically by several agencies through computer access, the clearing house should have written agreements from each participating agency limiting computer access to appropriate staff at each agency.

4. Information to the Client

Where required by Federal, State or local law or a funding contract, upon written request by a client, The Salvation Army will provide such requesting client access to information contained in his/her own case record. In other cases, The Salvation Army will consider whether such access is in the best interest of the client and does not involve a risk of harm to others. Before allowing such access by a client, The Salvation Army will redact information about any individuals other than the requesting client. If the record contains counseling records or other information relating to the client's psychiatric, psychological or mental health conditions, the professional responsible for the client's treatment will review the records to determine whether the release of the information is appropriate. If disclosure is determined not to be appropriate, the records will not be disclosed to the client unless required pursuant to a court order. Information disclosed should be limited to that which is included in the formally completed and approved case record. The formal case record should contain only factual information and formal conclusions, not informal counselor notes and/or casual observations. Information contained in the record that was provided by other agencies or individuals, and not Salvation Army personnel, should not be disclosed to theclient.

5. Law Enforcement Personnel

Except where a crime has been committed at a Salvation Army institution, disclosure to law enforcement agencies, whether local or state police, district attorney or the FBI, of the participation by an individual in a Salvation Army program, or of information contained in record, should be refused.

Whether served by an attorney in a civil action or at the instance of a governmental agency, a subpoena served on The Salvation Army for information regarding a participant should be

resisted. It is noted that a subpoenais not the same as a court order. Specifically, local legal counsel should be retained to appear in court to move to quash the subpoena, thus compelling the person seeking disclosure of the information to show the court good cause for such disclosure, in order to request acourt order. In any case,beforeany actionistaken,the local Salvation Army operation should contact its immediate administrative headquarters.

Since an arrest warrant or a search warrant is a court order which has been issued by a court after a showing of probable cause, if such a warrant is presented to a Salvation Army facility relating to a client in residence, The Salvation Army facility should cooperate with the law enforcement agency in making the arrest or the search, preferably in a manner which will involve the least disruption of the program at the facility.

Because law enforcement personnel are precluded from conducting a search of a residence without an arrest or search warrant, and because a criminal summons does not constitute a warrant, The Salvation Army should not produce a participant or otherwise cooperate with law enforcement personnel seeking to serve a criminal summons on a resident at a Salvation Army institution. Law enforcement personnel should be advised that they will be required to produce a valid arrest or search warrant before The Salvation Army will cooperate with them, whether in making the arrest or the search, on the terms set forth in the prior paragraph. (This paragraph added per NLC's letter of August 17, 2001)

6. <u>Release of Records Under Court Order</u>

The Salvation Army is the owner and controller of all client records. No records may be removed from Salvation Army premises or transmitted to other parties without specific written approval by The Salvation Army officer in charge or the executive director, in consultation with local legal counsel.

In the event that Salvation Army client records are required by order of a court of competent jurisdiction, when good cause for such disclosure has been determined by the court, the records which have been subpoenaed by the court shall be delivered to the court, on the date requested, only by The Salvation Army officer in charge or the executive director or other staff as designated in writing.

If the court requires a review of a client record, The Salvation Army representative shall bring (not send) the record to the court, and request that the court review such record in closed chambers and admit only the minimum portion of such record which is relevant to the proceedings under consideration.

7. <u>Limitations of Court Testimony</u>

No Salvation Army personnel shall testify concerning areas of a client's life for which they are not fully educated and licensed to make appropriate professional assessments.

8. <u>Child Abuse</u>

Notwithstanding any other provisions of these guidelines, Salvation Army facilities will comply with all state and municipal laws requiring reporting to governmental agencies of instances of child abuse. Failure to comply with such laws can result in criminal sanctions.

Original Policy Approved by CC May 1981
Original Guidelines Approved by CC May 1984
Revision approved by CC October 2012

# Guidelines for Licensing by Governmental Bodies

Human services has become a highly diversified and at the same time a highly specialized field of endeavor. The Salvation Army has kept pace with these changes, maintaining trained staff and a high level of accountability to the community.

Because of the constitutional questions and legal implications which arise whenever a program carried on by a religious body is to be regulated in any way by a governmental body, the following guidelines are provided for determining whether in a given instance the request for licensing/accreditation/certification will be accepted or resisted:

1. Where the conditions of the license relate only to matters of health and/or safety, as opposed to program, or when the primary function of the program, such as a medical facility, is health and safety, the program will not be operated without a license.

   The courts have ruled that health and safety are considered as matters of "overriding public interest" which supersede the concept of separation of church and state and legal counsel has advised that the program cannot be operated on a lawful basis without a license in these instances.

2. Adult Rehabilitation Centers will not be licensed except in areas of health and safety. The program of the Adult Rehabilitation Centers will not be licensed.

3. Normally licensing will not be approved. Other than Adult Rehabilitation Centers, consideration will be given to approving licensing in Salvation Army programs under all the following circumstances:

   a. The program concerned is considered sufficiently important to The Salvation Army at the particular geographic location; and

   b. The license is essential to operating the program; and

   c. The regulations and requirements imposed by the license do not interfere with the exercise of religion or otherwise impair the program; and

   d. The licensing and the resulting standards and requirements are clearly applicable to the program in question.

4. The final decision with regard to accepting or resisting licensing will be made by the Territorial Board of Trustees/Directors.

Approved by Commissioners' Conference May 1984
Last reviewed by Commissioners' Conference February 1994


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

# COMMUNITY RESOURCES
# FOR INFORMATION AND LEADERSHIP

# COMMUNITY RESOURCES FOR INFORMATION AND LEADERSHIP

Every community has a range of services available to work with the center staff in the rehabilitation program. Most communities have a directory of services with up to date contact information. Every center should have a copy of the directory for regular reference. Also within most communities there is an association of agencies working with groups such as the homeless or people in addictions. It is important for the center to be represented in such associations. The following resources are national or regional resources that may be helpful for consultation or materials that would be helpful in the center program.

## ABOUT ALCOHOL AND OTHER SUBSTANCES

| | | |
|---|---|---|
| Al-Anon Family Group Headquarters | **PH:** | (888) 425-2666 |
| 1600 Corporate Landing Parkway | | (757 563-1600 |
| Virginia Beach, VA 23454-5617 | **FAX:** | (757) 563-1655 |
| **website:** www.al-anon.org | | |
| | | |
| Alcohol Anonymous World Services, Inc. | | |
| P.O. Box 459 | **PH:** | (212) 870-3400 |
| New York, NY 10163 | | |
| **website:** www.aa.org | | |
| | | |
| Alcoholics Victorious National Headquarters | **PH:** | (503) 416-8303 |
| Beaverton, OR 97005 | | |
| **website:** www.alcoholicsvictorious.org/ | | |
| | | |
| Celebrate Recovery | | |
| **website:** www.celebraterecovery.com | | |


CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

Drug Recovery Anonymous
P.O. Box 8107
Prairie Village, KS 66208
**website:** www.draonline.org

| | | |
|---|---|---|
| Gamblers Anonymous | **PH:** | (213) 386-8789 |
| P.O. Box 17173 | **FAX:** | (213) 386-0030 |
| Los Angeles, CA 90017 | | |
| **website:** http://www.gamblersanonymous.org | | |

| | | |
|---|---|---|
| National Association for Children of Alcoholics | **PH:** | (888) 55-4COAS |
| 10920 Connecticut Avenue; Suite 100 | | (301) 468-0985 |
| Kensington, MD 20895 | **FAX:** | (301) 468-0987 |
| **website:** www. nacoa.org | | |

| | | |
|---|---|---|
| National Association on Drug Abuse Problems | **PH:** | (212) 697-2939 |
| 355 Lexington Avenue | **FAX:** | (212) 969-1170 |
| New York, NY 10017 | | |
| **website:** www.nadap.org | | |

| | | |
|---|---|---|
| Narcotics Annonymous | **PH:** | (818) 773-9999 |
| P.O. Box 9999 | **FAX:** | (818) 700-0700 |
| Van Nuys, CA 91409 | | |
| **website:** www.na.org | | |

| | | |
|---|---|---|
| National Council on Alcholism and Drug Dependance | **PH:** | (212) 269-7797 |
| 217 Broadway #712 | | |
| New York, NY 10007 | | |
| **website:** www.ncadd.org | | |

| | | |
|---|---|---|
| National Council on Alcholism and Drug Dependance | **PH:** | (212) 269-7797 |
| 217 Broadway #712 | | |
| New York, NY 10007 | | |
| **website:** www.ncadd.org | | |

| | | |
|---|---|---|
| National Council on Problem Gambling | **PH:** | (202) 547-9204 |
| 730 11th St, NW, Ste 601 | | |
| Washington, DC 20001 | | |
| **website:** www.ncpgambling.org | | |

| | | |
|---|---|---|
| Overcomers Outreach | **PH:** | (800) 310-3001 |
| 12828 Acheson Dr. | **FAX:** | (562) 898-2211 |
| Whittier, CA 90601 | | |
| **website:** www.overcomersoutreach.org | | |

**FOR EDUCATION OF STAFF**

| | | |
|---|---|---|
| Rutgers Center of Alcohol Studies | **PH:** | (732) 445-2190 |
| 607 Allison Rd. | **FAX:** | (732) 445-3500 |
| Piscataway, NJ 08903 | | |
| **website:** alcoholstudies.rutgers.edu | | (848) 445-2190 |

| | | |
|---|---|---|
| University of Utah | **PH:** | (801) 585-5286 |
| School of Alcoholism and Other Drug Dependencies | | |
| 30 N. 1900 E., ROOM 1C307 | | |
| Salt Lake City, UT 84132-0006 | | |
| **website:** www.medicine.utah.edu/uas | | |

| | | |
|---|---|---|
| University of South Dakota | **PH:** | (800) 233-7937 |
| *(for BS in Alcohol and Drug Studies)* | | |
| 414 E Clark St. | | |
| Vermillion, SD 57069-2390 | | |

**SOURCES FOR LITERATURE AND AUDIOVISUALS**

All of the organizations listed above will have current literature available for staff use and for distribution to beneficiaries. Additional sources include:

| | | |
|---|---|---|
| American Correctional Association | **PH:** | (703) 224-0000 |
| 206 N. Washington St | **FAX:** | (703) 224-0179 |
| Alexandria, VA 22314 | | |
| **website:** www.aca.org | | |

American Home Economics Association
2010 Massachusetts Avenue
Washington, D.C. 20020

| | | |
|---|---|---|
| Christian Literacy Associates | **PH:** | (412) 364-3777 |
| 311 Cumberland Rd. | | |
| McCandles PA 15237 | | |
| **website:** www.christianliteracy.com | | |

| | | |
|---|---|---|
| Formation Press, Inc.; *J. Keith Miller* | **PH:** | (512) 338-4821 |
| PO Box 203061 | | |
| Austin, TX 78720-3061 | | |
| **website:** www.keithmiller.com | | |

| | | |
|---|---|---|
| The Jesus Film Project | **PH:** | (407) 826-2300 |
| 100 Lake Hart Drive | | (407) 826-2375 |
| Orlando, FL 32832 | | |
| **website:** www jesusfilm.org | | |

| | | |
|---|---|---|
| Ashley Addictino Treatment Centers | **PH:** | (800) 7 99-4673 |
| 800 Tydings Rd. | | (410) 273-6600 |
| Harve de Grace, MD. 21078 | | |
| **website:** ashleytreatment.org | | |

Hazelden **PH:** (800) 328 -9000
P.O. Box176 (651) 213-4200
15251 Pleasant Valley Rd.
Center City, MN.55012-0176
**website:** www. hazelden.org/web/public/education.page

Herald House/Independence Press **PH:** (800) 767-8181
1001 W. Walnut St. **FAX:** (800) 767-8181
Independence, MO 64050-3562
**website:** www.heraldhouse.org/

Modern Talking Picture Service
5000 Park Street North
St. Petersburg, FL. 33709

National Fatherhood Initiative **PH:** (301) 948 -0599
12410 Milestone Center Drive, Suite 600 **FAX:** (301) 948 -4325
Germantown, Maryland 20876 info@fatherhood.org
**website:** www.fatherhood.org fathersource@fatherhood.org

Channing Bete Company **PH:** (800) 477-4776
*(Scriptographic Booklets)* **FAX:** (800) 499-6464
One Community Place
South Deerfield, MA 01373-7328
**website:** www.channing-bete.com

The Change Companies **PH:** (888) 889 -8866
5221 Sigstrom Dr. **FAX:** (775) 885-0643
Carson City, NV 89706
**website:** www.changecompanies.net

Tyndale House Publishers, Inc. **PH:** (800) 323-9400
351 Executive Dr. **FAX:** (800) 684-0247
Carol Stream, IL 60188
**website:** www.tyndale.com

Walt Disney Educational Media Company
500 South Buena Vista Street
Burbank, CA. 91521

**U.S. Government Sources**

U.S. Government sources sometimes have publications available free in limited quantity. The basic source is the U.S. Government Printing Office. Or- ders are by code number and prepaid. An excellent local source for free materi- als is the local U.S. Representative or Senator.

National Clearinghouse for Family Planning Information
1530 Jefferson Street
Rockville, MD. 20814

National Institute on Alcohol Abuse and Alcoholism NIAAA
5635 Fishers Lane, MSC 9304
Bethesda, MD. 20892-9304
**website:** www.niaaa.nih.gov

National Institute on Drug Abuse NIDA **PH:** (301) 443 -1124
6001 Executive Blvd. Room 5213
Bethesda, MD. 20892-9561
**website:** www.nida.nih.gov

# BIBLIOGRAPHY


## THE SALVATION ARMY

*Social Services for Men, Standards and Practices*, 1948

*Standard Procedure for Rehabilitation Program in All Centers*, 1950

*Handbook of Standards, Principles and Policies*, 1960, 1987

*ARC Guidelines for Self Evaluation*, 1996

*Definitive Statement of Services and Activities in the United States of America*, 1979

*Commissioners' Conference*

*Minutes Territorial Minutes*

*Orders and Regulations for Staff Officers*, 1904

*Orders and Regulations for Social Officers (Men)*, 1915

*Proceedings, Western Territory*
Men's Social Department Officers'
Councils 1960, 1962, 1964

*Guidelines for Residential Services for Women Alcoholics*
Central Territory 1975
Eastern Territory 1976

*The Salvation Army Adult Rehabilitation Center Records Manual*, 1985.

*Paul W. Mourning, Esq. Presentation to Southern Territory ARC Officer's Councils, Colorado Springs, Colorado,* September 15, 2008.


 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO


The Salvation Army
Territorial and Divisional Boundaries
West Nyack, NY
New York, NY
Union, NJ
Alexandria, VA
Puerto Rico & Virgin Islands
Rio Piedras
Revised: July 1, 2010, Alexandria, VA
Portland
Boston
Hartford
Syracuse
Philadelphia
Pittsburgh
Baltimore
Washington
Southfield
Cleveland
Cincinnati
Charlotte
Atlanta
Tampa
Louisville
Jackson
Grand Rapids
Indianapolis
Milwaukee
Des Plaines
Chicago
Peoria
St. Louis
Brooklyn Center
Omaha
Kansas City
Oklahoma City
Dallas
Denver
Phoenix
Seattle
Portland
Sacramento
San Francisco
Los Angeles
Long Beach
San Diego
ALASKA
Anchorage
HAWAII
Honolulu
Guam
Pohnpei
The Marshall Islands and FSM
National Headquarters
Territorial Center
Divisional Center

# INDEX
(See also Table of Contents)

ADHERENTS
- Criteria 85
- Definition 85
- Enrollment 85
- Functions 86
- Program 85
- Relationship to Core Community Center 80
- Role in Worship Services 86
- Uniform 86

ADMINISTERING THE CENTER 27

ADMINISTRATIVE PERSONNEL 54

ADMINISTRATIVE RELATIONSHIPS 28

ADMINISTRATOR
- Adherents Program 85
- Admissions Examination 91
- As a Spiritual Base 16, 27
- Building and Equipment 42
- Center in the Community 130
- Chapel Service 83
- Completion of the Program 105
- Collection of Materials 28
- Community-wide Planning 132
- Definitions of 53, 64
- Emergencies and First Aid 41
- Finances 37
- Food Preparation 122
- Gratuities 35, 62, 104
- Housekeeping 44
- Orientation Groups 95
- Selection of Committee Members 29
- Spiritual Counseling 89
- Staff – Leading 60
- Staff – Selection 30
- Staff – Working Conditions 51
- Supplies 42
- Reports 36
- Responsibilities 27, 80
- Skills 30

- Beneficiary Application for Admission 149-150
- Beneficiary's Admittance Statement 151
- Examination 91-92
- Personal Property Agreement 153
- Room and Board Agreement 152

ADMISSION

ADULT REHABILITATION CENTER
Building and Equipment, Description 115
Community Relations 129
Counseling Resources 89
Emergencies 93
Group Experience 94
Healthcare 91
Local Army Relationships 27
Orientation Groups 95
Origin and Development 7
Purpose and Definition 15
Rehabilitation Program 17
Spiritual Base 16

ADVERTISING
Donated Goods 130
Public Relations 136

AFTERCARE SUPPORT SYSTEM 108

AFTER-HOURS CONTROLS 41

ALCOHOL AND DRUGS
Alcohol, Other Drugs and Disaffiliation 21
Position Statement 161

APPLIANCES FOR BENEFICIARIES
Financing Healthcare 39
In Ongoing Healthcare 93

APPLICATION FOR ADMISSION 149-150

ASSISTANT ADMINISTRATOR 53

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)

AUTHORIZATION FOR RELEASE
OF INFORMATION FORM 157

AUTHORIZED CONSENT
FORM (See Authorization for release
of information form) 157

BENEFICIARIES
Adherents Program 85
Admissions Examination 92
Application for Admission 149-150
Beneficiary to Employee Ratio 33
Canteen 102
Case Finding (New Applicants) 69
Corps Community Center 80
Completion of Program 105
Counseling Groups 96
Definition 17
Distinctions Between Beneficiary
and Employee 33, 63
Education 99
Emergency and First Aid Plans 93
Employment 106
Gratuities 35, 104
Group Activities 82
Group Experience94
HealthCareandFinancing 39, 94
Information For Beneficiaries 143
Legal Status 32
Leisure Time 100
Length of Stay 35
Necessary Controls (Rules) 40
Orientation Groups 95
Prescriptions 92
Records 73, 109
Rehabilitation 17
Special Projects/Hobbies 102
Spiritual Counseling 89
Support and Finances 37

BIBLE CLASSES
AND BIBLE STUDY 16, 82, 84, 98, 120

BIBLIOGRAPHY 175

BUILDING AND EQUIPMENT
Administration and Program Areas 119
Adult Rehabilitation Center 115
Appearance 116
Decoration 115
Dining Room 123
Employee Housing 116
Food Preparation and Storage 122
Live-In Staff 116
Living Areas 122
Location 118
Program Offices 121
Public Rooms 119
Safety, Fire First Aid 117
Size 118
Sleeping Areas 123
Space Requirements 115

CANTEEN
Hours 102
Prices 103
Staffing 103
Vending Machines 102

CASEFINDING 69

CASE RECORD
Content 70
Closed Records 72
Forms 149
Heath Record 94
Research 109
Retention and Disposition 73

CENTER IN THE COMMUNITY 130

CENTER LOCATION 118

CENTER SIZE118

CHAPEL 69, 80, 81, 82, 83, 89, 119

CHART
OF STAFF ORGANIZATION 64

CLASSROOMS 120

 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)


CLOSED RECORDS 72

COLLECTION OF MATERIALS 28

COMMUNICABLE DISEASES 91,92

COMMUNITY RELATIONS
- Donated Goods 130
- Emergency Disaster Service 132
- Governing Principles 129
- Personnel 55
- Public Relations/Publicity 133

COMMUNITYRESOURCESLIST 169

COMPLETION OF THE PROGRAM
- Aftercare Support 107
- Case Recordsand Research 109
- Criteria of Realistic Progress 105
- Employment 106
- Transition Facilities 108

COMPUTER LAB 121

CONFIDENTIALTY
- Of Records 72,109
- Salvation Army Policy and Guidelines 163

CONTROLS
- After Hours 41
- Emergencies/First Aid 41
- Medications 42
- Rules 40
- Schedules 40
- Weekends/Holidays 41

COORDINATING COUNCIL 29

CORPS COMMUNITY CENTER 6,28,80

COUNSELING
- Aids to Individual 89
- Groups 96
- Individual 87
- Spiritual 89

COUNSELORS 56

CRITERIA OF REALISTIC PROGRESS 105

DISAFFILIATION
- Alcohol, Other Drugs 21
- Men and Disaffiliation 19
- Understanding the Process 18
- Women and Disaffiliation 20

DISASTER SERVICE
- Emergencies 132
- In Handbooks 143

DISCUSSION GROUPS 98

DISTINCTION BETWEEN EMPLOYEE AND BENEFICIARIES 33,63

DIVISIONAL BOUNDARIES MAP 176

DONATED GOODS
- Donations-in-Kind 37
- Handbooks/Policy 143,145
- Material Collection 28
- Pickup and Sale 130

DONATIONS-IN-KIND 27, 34, 35, 37-39

EDUCATION
- For Beneficiaries 99
- Health 93
- Safety 117
- Staff In-Service Training 53

ELIGIBILITY
- Beneficiaries for Healthcare 39,94
- Beneficiaries for Public Services 57
- Intake Evaluation 75

EMERGENCIES
- Accidents 41
- Administrator's Plan 41
- Beneficiary's Knowledge 93


 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)


Disaster Service 132
Fire 117
First Aid 41, 117
Safety 93
Staff Coverage 31

EMERGENCY DISASTER SERVICE 132

EMPLOYEE HOUSING 116

EMPLOYMENT FOLLOWING GRADUATION 106-107

EQUIPMENT
(See Building and Equipment)

FINANCES
Donations-in-Kind 37
Gratuity 35, 103
Health Care 39, 94
Medications and Appliances 39
Reports 36
World Services 40

FIRE
Drills 94
Safety, Fire and First Aid 117

FIRST AID
Necessary Controls and Plan 41

FOOD
Dining Room 123
Preparation and Storage 122
Service 43
Supplies 42

FORMAT OF THIS HANDBOOK iv

FORMS
Authorization for Release of Information 157
Beneficiary's Admittance Statement 151
Beneficiary's Application for Admission 149-150
Beneficiary Work Therapy Progress and Performance Report 155
Discharge Summary 158
Medical Information 156
Personal Property Agreement 153
Progress Record of Beneficiary 154
Room and Board Agreement 152

GAMBLING, OFFICIAL POSITION ON 162

GRADUATION
Completion of the Program 105
Handbooks 145

GRATUITY
Administering and Measuring Progress 104
Meetings 62
Purpose 35, 103

GROUP EXPERIENCE
Counseling Groups 96
Orientation Groups 95
Other Group Experiences 98

HANDBOOKS
Donated Goods 145
Information for Beneficiaries 143
Production Assistants and Helpers 145

HEALTH CARE
Admission Examination 91
Appliances 39, 92, 93
Education 90
Emergencies 41, 90, 93
Financing for Beneficiary 39. 94
First Aid 93
Health Records 94
Medical Record 71
Medications and Appliances 39, 90
Ongoing 92
Personnel 57


 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)


Program 90

HISTORY AND STRUCTURE OF THE SALVATION ARMY 5

HOBBIES 102

HOUSING
Adult Rehabilitation Center 15
Employee 116
Graduates 52, 107
Staff 52
Transition Facilities 108

HOUSEKEEPING 44

HOUSE RULES
After Hours 41
Confidentiality 54, 72
Handbook 144
Intake Checklist 79
Orientation Groups 95
Schedules 40
Weekends/Holidays 41

INDIVIDUAL COUNSELING 87
Aids 89
Spiritual Counseling 89

INTAKE
Beneficiary's Admittance Statement 74
Checklist 78
Clothing 77
Evaluating Eligibility 75
Repeaters 77
Starting the Process 73
Work Therapy Assignment 78

LEGAL STATUS OF BENEFICIARIES
Beneficiary/Employee Distinctions 33
Beneficiary/Employee Ratios 33, 34
Deficits 35
Gratuities 35
Length of Stay 35
Religion 33
Standards 32
Work Therapy Balance 36

LEISURE TIME
Canteen 102
Hobbies 102
Structured Activities 101
Television 101
Unstructured Activities 100

LENGTH OF STAY 35

LIBRARY/READING ROOMS 120

LICENSING GUIDELINES 166

LIVE-IN STAFF 116

LIVING AREAS
Dining Room 123
Food Preparation and Storage 122
Sleeping Areas 123

LOCAL SALVATION ARMY RELATIONSHIPS
Administrative 28
Advisory Organizations 29
Collection of Materials 28
Coordinating Council 29
Corps Community Center 28

LOCATION OF CENTER 118

MAINTENANCE
Administrator's Role 42
Property 42
Requisition System 43
Staff Required 55

MANUAL FOR PRODUCTION ASSISTANTS AND HELPERS 145

MEDICAL RECORD 71

MEDICATIONS
Controls 41



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)

Fee Levels and Financing 39
Health Education 93
Prescriptions 92
Warnings 93

MEETING ROOMS - LARGE 121

MEETINGS
Gratuity 62, 104
Orientation for Beneficiaries 95
Production Assistants and Helpers 62
Salvation Army Advisory Board 29
Staff 61

MEN AND DISAFFILIATION 19

MISSION STATEMENT i

MUSIC ROOM 120

NECESSARY CONTROLS
After-Hours Controls 41
Emergencies and First Aid 41
Schedules 40
Weekends and Holidays 41

NEWS STORIES 134

OFFICE PROCEDURES 55

OFFICE SPACE 52

OFFICER APPOINTMENTS
Administrative Personnel 54
Administrator 53
Assistant Administrator 53
Community Relations 55
Maintenance 55
Other Officers 54

OFFICIAL STATEMENTS/POSITIONS
On Alcohol and Drugs 161
On Gambling 162
On Confidentiality and Privacy 163
Guidelines for Licensing by Government Bodies 166

ORIENTATION GROUPS 95

ORIGINS AND DEVELOPMENT OF THE ADULT REHABILITATION CENTER 7

OTHER OFFICER POSITIONS 54

PERSONAL PROPERTY AGREEMENT 153

PERSONNEL
Administrative 54
Officer 53
Other Personnel 59
Practices, Insurance 27
Production 59
Program 55
Volunteers 59

PRODUCTION PERSONNEL 58

PROFESSIONAL STANDARDS AND TECHNICAL SKILLS 50

PROGRAM OFFICES 121-122

PROGRAM PERSONNEL
Counselors 56
Health Care 57

PUBLIC RELATIONS/PUBLICITY
Advertising 136

Community Relations 55, 129
Publicity 133

PUBLIC ROOMS 119

PURPOSE OF AN ADULT REHABILITATION CENTER 15

PURPOSE OF THIS HANDBOOK iv

RATIO OF EMPLOYEES TO BENEFICIARIES 33

 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)


RECORDS
- RETENTION/DESTRUCTION 36, 73

RECREATION/GAME ROOMS 120

REHABILITATION PROGRAM, THE
- Aftercare Support System 107
- Beneficiaries 17
- Case Finding 69
- Case Record 70
- Closed Records 72
- Confidential Records 72
- Definition 17
- Donations In-Kind 37
- Intake (Starting the Process) 73
- Medical Record 71
- Retention and Disposition of Records 73

RELIGION 33

REPAIRS, EQUIPMENT AND MAINTENANCE 42

REPEATERS 77

REPORTS 36

RETENTION/DESTRUCTION OF DOCUMENTS 36

ROOM AND BOARD AGREEMENT 152

RULES (See House Rules)

SAFETY
- And Beneficiaries 93
- Fire, First Aid 117
- Production Assistants and Helpers 62

SALVATION ARMY
- (See "The Salvation Army")

SCHEDULES
- (See "Necessary Controls")

SLEEPING AREAS 123

SPIRITUAL
- Activities 82
- Adherents Program 85
- Base 16
- Bible Classes 16, 82, 84, 98, 120
- Chapel 69, 80, 81, 82, 83, 89, 119
- Community Center 80
- Counseling 89, 121
- Development 79
- Devotions 69, 80, 82, 83, 86
- Grace Before Meals 84
- Group Activities 82
- History of the Salvation Army 5
- Midweek Service 83, 85
- Motivation 16
- Purpose of Rehabilitation Center 15
- Religion 33
- Role of Corps 80

SPOT ANNOUNCEMENTS 136

STAFF
- Administrative Personnel 54
- After Hours Controls 41
- As a Team 60
- Chart of Staff Organization 64
- Community Relations 55
- Counselors 56
- Coverage 31
- Distinction with Beneficiaries 63
- Emergencies and First Aid 41
- Evaluation 52
- Gratuity Meetings 62
- Health Care 39, 92
- Health Education 58
- Hours of Work 52
- In-Service Training 53
- Live-In Staff 116
- Living Arrangements 52
- Maintenance 55
- Office Space 52
- Office 55
- Personnel Records 40, 144 53
- Production Assistants and Helpers 62
- Program Personnel 56


 CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

INDEX
(See also Table of Contents)

Repairs, Equipment
and Maintenance 42
StaffMeetings 61-62
StaffingtheCenter 49
Telephone Supervision 31
Volunteers 59
Working Conditions 51

STORAGE
Beneficiary's Personal 124
Combustibles 117
Donated Goods 130
Food and Preparation 122-123
Lockable 121

STRUCTUREDACTIVITIES 101

SUPPLIES
Food 42
Other 43

TELEPHONE
At the Adult Rehabilitation Center 115
Telephone Book Listing 136
Supervision 31

TELEVISION
Advertising 136
Rooms 120
Unstructured Activities 101

TERRITORIAL BOUNDARIES MAP 176

TERRITORIAL RELATIONSHIPS 27

THE SALVATION ARMY

History and Structure 5
Mission Statement i
Official Statements, Policies and
Guidelines 161

TRANSITION FACILITIES 108

U.S. Map of Territories and
Divisions 176

VOCATIONAL GUIDANCE 90, 122

VOLUNTEERS 59

WEEKENDS AND HOLIDAYS 41

WOMEN
Disaffiliation 20
Supplies for the Canteen 102

WORK THERAPY 86

WORKING CONDITIONS
OF STAFF 51

WORLD SERVICES 40

WORSHIP
Adherents' Role 85
Music Groups 84
Setting forReligious Worship 82

 CONFIDENTIAL PURSUANT
TO THE COURT'S DEFAULT PO