# Exhibit 4





Hunger

Offering a range of programs and support to strengthen families and individuals.

Food Pantries



Homelessness

Providing a wide range of social services, programs, and facilities to individuals and families in need.

View Homelessness

Commitment to Serving All

Media Contacts

Annual Reports

Ways to Give

Donate Money

Find Help Near You

What services are you looking for?

City or Zip Code Search

Home About Us Services More

Search Services

Search Services



Contact Us

About Us

About The Salvation Army




2,479,842 people received necessary holiday assistance through The Salvation Army.

The Salvation Army's holiday assistance programs provide food, gifts, and other essential items to those in need during the holiday season. Through initiatives like toy drives, meal distribution, and the Angel Tree program, The Salvation Army aims to ensure everyone gets to experience the joy of the holidays.

Share Story

Donate

## News

Filter

Home About Us Services More

Utility Rent Assistance

Homelessness




### How to Talk to Your Kids About Homelessness With Compassion and Honesty

As parents, we've all experienced that moment — you're walking down the street with your child when they notice someone holding a sign or sleeping on a be

Read Article ↗

News




### How The Salvation Army Fosters Hope: Keeping Ukrainian Refugee Children From Going Hungry

On World Refugee Day, we recognize the Salvation Army's vital role in helping refugee families rebuild their lives.

Read Article ↗

News



### The Salvation Army Honors Veterans During 87th National Donut Day Celebrations

"Cake Boss" Buddy Valastro Teams Up With The Salvation Army for National Donut Day Celebration

Read Article ↗

ers

y

Contact Us

About Us

About The Salvation Army




Email

Phone

Home About Us Services More

Utility Rent Assistance

Home

View Pages

Affiliate Sites

Ways to Give +

Services +

Find My Local Salvation Army

Contact Us

About Us

About The Salvation Army

Leadership

History

Employment Opportunities

Love Beyond

Commitment to Serving All

Media Contacts

Annual Reports

Ways to Give

Donate Money

Find Help Near You

What services are you looking for?

Home About Us Services More

https://www.salvationarmyusa.org/#whatwedo

Home Services About Us Newsroom Ways to Give Contact Us

Salvation Army Nation
Find Service Centers



https://www.salvationarmyusa.org/#whatwedo

Home | Services | About Us | Newsroom | Ways to Give | Contact Us

Salvation Army National
Find Service Centers

Local Salvatio

Love B

$25 a month su

Give Once

Services

View All

- Spiritual and Worship Services
- Youth Services
- Anti-Human Trafficking
- Utility Rent Assistance
- Adult Program Services
- Domestic Violence
- Homelessness
- Poverty
- Kroc Center
- Donation Drop-off
- Giving Back
- Holiday Giving
- Family Services
- Recovery
- Health Services
- Thrift Stores
- Disaster Relief
- Correctional Services
- Hunger
- Senior Services
- Family Counseling