# Exhibit 6

EXHIBIT
107

# SOAR: Standards of Adult Rehabilitation

THE SALVATION ARMY

DOING THE MOST GOOD

Adult Rehabilitation Centers Command
Eastern Territory
Lt. Colonels Dennis & Lynn Gensler
Major Douglas Bartlebaugh
Major Beth Muhs
Rev. Dr. Donald Coombs
Jennifer Burger

September 15, 2021

## Joined Together... a Holy Temple

Consequently, you are no longer foreigners and aliens, but fellow citizens with God's people and members of God's household, built on the foundation of the apostles and prophets, with Christ Jesus himself as the chief cornerstone. In him the whole building is joined together and rises to become a holy temple in the Lord. And in him you too are being built together to become a dwelling in which God lives by his Spirit.

Ephesians 2:19-22 (NIV)

## Living Worthy... Keeping the Unity

As a prisoner for the Lord, then, I urge you to live a life worthy of the calling you have received. Be completely humble and gentle; be patient, bearing with one another in love. Make every effort to keep the unity of the Spirit through the bond of peace.

Ephesians 4:1-3 (NIV)



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004161

Dear Friends:

The Adult Rehabilitation Centers continue to most likely be the best representation of the aspirations of the Founder. He envisioned a ministry, alive with the sound of praise, watching lives transformed, seeing individuals restored, and relationships reunited. This Territory joins the other three in being beacons of the Light into the darkness of communities and sharing the Good News of salvation and sanctification.

We remain focused on continuing the mission of Jesus Christ until He returns. We are steadfast in our doctrine and mission strategies. We are flexible and adaptable to the needs of the local community. We are united in fighting this spiritual war that affects the whole of mankind. Truly, we rejoice with you when a life surrenders and embraces the peace found in personal relationship with Jesus Christ.

This booklet is the second edition of a work provided in 2005. It is revised to reflect recommendations from the field as well as insight from Command. It is the standard for all centers within the Eastern Territory and will be amended as required. It serves second to The Salvation Army, Adult Rehabilitation Centers Handbook of Standards, Principles, and Policies as well as National and Territorial Minutes.

Please consult with Center Administrators and then CHQ if you have any questions or concerns. We invite and encourage your feedback.

May GOD bless you mightily with His presence and power!

In HIS Service… and yours.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004162

# Table of Contents


THE PROGRAM STANDARD ........ 6

OUR FOUNDATIONAL PRINICPLES ........ 7

THE RESIDENTIAL REHABILITATION PROGRAM ........ 9

STANDARDS: UNITY IN SERVICE ........ 10

ADMISSION CRITERIA ........ 17

THE UNDERGRADUATE PHASE TRACK ........ 19

STANDARDS FOR PHASES ........ 20

TRACK ONE: PHASE ........ 21

A MATTER OF TIME ........ 25

TRACK TWO: TUNE-UP ........ 26

TRANSITION TRACK ........ 27

STAFF HOUSING ........ 28

POLICY AND PRACTICES OF THE PROGRAM ........ 29

- Worship Essential (WE) ........ 30
- Educational Curriculum (EC) ........ 33
- Beneficiary Education Programs (BEP) ........ 36
- Teaching & Leading (TL) ........ 37
- Program Components (PC) ........ 38
- Fellowship (FL) ........ 40
- Program Staff Development (PSD) ........ 41
- Counseling Care (CC) ........ 43
- Beneficiary Documentation and Record (BDR): ........ 46
- Redirection and Discipline within the Center (RDC) ........ 50
- Work Therapy (WT) ........ 52

- **Residential Living (RL) ........ 54**
- **Transition Track (TT): ........ 62**
- **Alumni Housing Option ........ 64**
- **Staff Housing ........ 65**
- **Alumni Ministry Services ........ 66**
- **Relationship with Corps and the Division (RCD) ........ 67**
- **State and Community Supports (SCS) ........ 68**
- **Recognition towards Rehabilitation (RTR) ........ 70**
- **Community Hosting and Self-care Support (CHSS) ........ 71**
- **Outreach Services ........ 72**

**APPENDIX A ........ 73**

# THE PROGRAM STANDARD

The ARC ministry of the Eastern Territory (ET) is a blending of unity with liberty. It provides a standard system in the delivery of rehabilitation care. Standards are developed and utilized to ensure the effective quality of rehabilitative care to all program participants, who are referred to as beneficiaries. This care is first and foremost a Scriptural call to restoration (Galatians 6:1-2).

Consistent use of appropriate, approved terminology is crucial to describing the scope of the rehabilitation program. Our terminology will reflect the focus on soul care and the holistic restoration of the person to their highest level of functioning within their community. We avoid the use of certain terminology in writing and in describing our program to avoid any confusion with the usage of secular, clinical, or other types of care.

Parameters are given to provide both consistency and flexibility. We need to be consistent in the delivery of quality care, and yet, allow adaptability to local needs. Having phase objectives, using approved curriculum, flexible time frames, and the usage of approved tracks provide the parameters.

Centers can modify their program graph, curriculum, and other phase objectives with approval from CHQ. Approval is required to ensure each center provides a comprehensive, quality program in alignment with the standards. CHQ always retains the center's official copy, and any center at any time can request in writing modifications to their graph. Some centers will use electives offered throughout the year, and thus it would seem like their graph would need to be updated repeatedly. This is not the case, but rather, the curriculum and phase objectives can be approved for flexible use throughout the year.

Center leadership is vital to the effective delivery of services. Mission alignment with all program staff is of tremendous importance.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004165

# OUR FOUNDATIONAL PRINICPLES

The Salvation Army Adult Rehabilitation Centers (ARC) are partakers in the mission, and thus reflect each component of its mission statement which states the following:

> The **Salvation Army**, an international **movement**, is an evangelical part of the universal Christian church. Its **message** is based on the Bible. Its ministry is **motivated** by the love of God. Its **mission** is to preach the gospel of Jesus Christ and to meet human needs in His name without discrimination.

The four "m" words provide our general methodology. First, the ARC are partakers in a **movement**. This infers that we are both active and adaptive. As a residential program, we are active in addressing the myriad of infirmities that plague our communities and afflict the beneficiaries. We are involved in communities to enhance services for our beneficiaries represented only as "…an evangelical part of the universal Christian church." We are adaptive, seeking the most effective means of ministry to a local community, and particularly, to the individual seeking our service(s). This **movement** of service is reflective of James' teaching regarding the integration of both faith and works as experiences for every believer (James 2:14-26).

Our **message** to the beneficiaries, alumni, families, friends, and the greater community is "…based on the Bible." All materials used with the ARC program require alignment with Biblical, Scriptural principles and practices. We do allow the use of secular resources when they do not contradict or conflict with the message of the Bible. We find ourselves in alignment with Paul's approach to ministry (1 Corinthians 9:19-27). Central to our message is teaching God's methodology of holiness living. We find the five essential elements of every church to be foundational as well as functional with each center. They are worship, teaching, fellowship, service, and prayer (Acts 2:42-47). We provide these five essentials in a residential capacity whereas most churches use them non-residentially. As a holiness church, we provide an atmosphere conducive to engaging with God as well as a sober-minded approach to living in accordance to God's standards.

Our **motivation** is to love God completely (Mathew 22:37). Therefore, due to His love for us, begin loving others in a godly manner (John 3:16; 1 John 4:7-12). We believe every applicant is led to contact us by the prevenient grace of God, and as His ambassadors, we seek to minister in His name and through His methods (John 6:44). Our goal is to help the applicant obtain their needs, such as becoming a beneficiary, and to engage us in conversations that are full of the hope found in Jesus Christ (1 Timothy 1:1).

The **mission** continues to be to witness to the unsaved and to disciple those who already having a saving relationship with Christ (Matthew 28:19-20). We also desire to meet human needs as commanded by Christ (Matthew 25:35), and as representatives of His love, compassion, justice, and mercy (2 Corinthians 5:20; John 13:34; Micah 6:8).



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004166

# The Essential Elements
## Acts 2:42-47

- 1. **Worship and Prayer**: Daily devotions, Vespers (mid-week service), Sunday service, counseling, and when offered choir or chorus groups.
- 2. **Fellowship:** Dorm life, groups, and recreation.
- 3. **Teaching:** Daily devotions, Vespers service, Sunday service, Bible study, and education classes. Counseling is the process of individual application of God's standards, and therefore includes the Apostles' teaching.
- 4. **Service:** Center chores, work therapy, and community projects.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004167

# THE RESIDENTIAL REHABILITATION PROGRAM

The ARC has undergraduate and graduate levels. All persons enter the program voluntarily because they desire to help themselves and others. These levels are designed to help persons as per their request and according to the center's ability.

The undergraduate level consists of either the (1) **phase track** (PT), or (2) the **tune-up track** (TUT). These two tracks are designed to help a person become restored from various problems. There is never a requirement for any clinical diagnosis, history of substance misuse, or homelessness. Rather, as all churches, we help people with their problems within the scope of our ministry, and according to the center's local ability.

The graduate level consists of the **transition track** (TT). The transition track is designed to quickly help a person who has graduated the phase track and is employed to save funds and move into appropriate housing.



# STANDARDS: UNITY IN SERVICE

The following are minimum standards that each of the centers in the Territory must meet in both the Phase and Tune-up Tracks.

1. **Individual counseling** is to be conducted as follows:
   a. By an assigned counselor who will continue to be the beneficiary's counselor throughout their entire stay.
   b. Formal counseling sessions will last approximately 45 minutes.
   c. Sessions are to not be disturbed by incoming phone calls and pages over the intercom.
   d. Informal counseling sessions are to be counted on the statistics. The session can be documented on an incident report, observation report, or case management note.
   e. The center will demonstrate a method of scheduling to allow for appointments, formal counseling sessions, work therapy, etc.
   f. (Formal counseling sessions will be conducted at a) minimum of every other week (i.e. bi-weekly).
   g. Centers with an average counselor to beneficiary ratio of 1:25 will have weekly sessions with their beneficiaries.
   h. Counselors will not routinely carry a caseload greater than 35 persons.
   i. Intake counselors will not carry a caseload greater than 15 persons.
   j. Senior Counselors and Lead Counselors most likely will have a caseload of approximately 20 persons but may at times be required to have up to 35 persons.
   k. In a private office setting. Discussions in the warehouse, van rides, etc. are not considered formal individual counseling time.
   l. With counselors approved by CHQ. Volunteers and interns must have CHQ approval to provide counseling. A LASK interview is required for all persons who provide any type of individual counseling.
   m. Every session requires documentation on a CHQ approved form.

We provide individual counseling to give witness to the unsaved and to disciple the saved. The counseling is thoughtful, caring, compassionate, and redemptive. We focus on restoring persons from sin (Galatians 6:2), helping people find healing (James 5:16), and equipping people with coping skills to handle life's adversities (Ephesians 3:20; Philippians 4:11-12). Our counseling focuses on character formation with using Jesus Christ as the only Supreme character to compare as well as imitate (Ephesians 5:1-2). We teach people to renew their minds holistically and use the three dimensions of a Christ-like mind to renew the mind (Romans 12; Philippians 2:1-8).



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004169

2. **Education classes and curriculum are to be approved by CHQ and** should have the following minimum standards:
   a. Meet for a minimum of 30-45 minutes.
   b. Provide at least 20 minutes' worth of education material allowing the remaining time to be used for discussion.
   c. Provide information relevant to the common needs of the beneficiaries.
   d. Be diverse in topics based on the needs of the community and the participants. We don't want the curriculum to be only on substance abuse or associated conditions.
   e. The expectation is for program staff to teach between one to four education classes per week.

> We provide educational classes to increase knowledge of information that complements a Christian worldview as taught in the Bible (2 Timothy 1:14). We utilize approved curriculums that equip participants with coping skills, life skills, and a host of other helpful concepts. We provide this in a group format to increase understanding of each other as well as to learn from one another (Proverbs 27:17). Education classes always have an agenda (i.e., lesson plan), and the teacher is always prepared. Handouts are anticipated for most sessions.

3. **Group Processes** are to be provided in accord with the following guidelines:
   a. Beneficiaries are in groups with their assigned individual counselor.
   b. Sessions are a minimum of 45 minutes, occurring at least once per week.
   c. The group is closed, allowing no new members after the first week.
   d. The group meets for 8-12 sessions as a closed group.
   e. Group process may include accountability questions in the tradition of the Wesleyan, holiness movement.

4. **Group Discussions** are to be (provided) in accordance with the following guidelines:
   a. Beneficiaries may be assigned to groups with the facilitator who is a counseling staff member.
   b. Sessions are a minimum of 30 minutes long.
   c. The group may be either closed or open (e.g. allowing new members) as decided by center leadership.

5. **Group Focus** (i.e. Focus Group) are to be provided in accord with the following guidelines:
   a. This group focuses on a specific topic with a plan for assisting persons with development (e.g., ACOA, anger management, etc.).

b. Beneficiaries may be assigned to groups with the facilitator being another counseling staff member.
c. Sessions are a minimum of 45 minutes long.
d. The group may be either closed (i.e., no new members) or open (i.e., allowing new members) as decided by the center leadership.
e. The facilitator must be approved by the center leadership as having the knowledge and abilities as well as the boundaries needed to facilitate the group.

6. **Phase Groups** are typically…
   a. Led by a staff counselor,
   b. Beneficiaries attend as per their phase, and thus move to the next group when they advance in their phases, and
   c. Discussion is determined by the leader, the members, or a topic as approved by the Administrator.

> We provide group experiences because we believe a smaller size, more intimate atmosphere is conducive to many people's growth. Jesus used this principle by limiting his disciples to the number 12 (Luke 6:12-16), and yet there were numerous others who also followed (Luke 10:1). We believe this is another aspect of "fellowship" as taught in Acts 2:42-47. Our groups are to always be nurturing, assisting with the fostering of all persons participating and contributing. The facilitator is to monitor involvement, and as required, intervene to ensure the objectives and guidelines of the group are followed.

7. **Development of a Self-care Support System (SCSS):** All centers must require an undergraduate beneficiary to develop a support system to help themselves during the program and following discharge. The self-care support system includes all the following:
   a. Church of one's own choosing. However, proselytizing to other churches and faiths not within the Christian church tradition is <u>not</u> allowed.
   b. Support groups, such as:
      1) Celebrate Recovery
      2) Alcoholics or Narcotics Anonymous
      3) Adult Children of Alcoholics
      4) Promise Keepers Men's Bible Study
      5) Women's Bible Study
      6) Weight Watchers
      7) NAMI Support Group (National Alliance for the Mentally Ill)
      8) Group Therapy (outpatient group from a treatment provider in the community).
      9) Grief and Loss Support Groups (*many churches are now offering them!*)
      10) Sex and Love Addicts Anonymous

11) Bible studies at local churches that address the issues presented by the beneficiary as needing rehabilitation.
12) Any church ministry or local formal organization that is approved by the Administrator.

c. Self-care support systems should be an individualized plan developed between beneficiary and counselor with approval from supervisors. The goal is to have the beneficiary develop a plan that will change their style of coping with the issues from which they are challenged.
d. Beneficiary should attend between three to seven self-care support groups per week, including inside and outside meetings.

> The goal of developing a self-care support system is to teach through experience how to develop healthy, nurturing relationships that foster holistic growth. "Self-care" is used to describe the need for the participant to assume the responsibility for how the relationship is developed and used. It does not infer ability to save one's self, or that one does not need God. Rather, self-care truly begins in response to God's instructions (e.g., 2 Kings 5:11-14; John 5:8). "Support" is descriptive of both the needs identified by the beneficiary as well as the help provided by the community. "System" refers to reliance on more than one element. For example, we encourage the formation of many means of support, such as Celebrate Recovery, a church fellowship, a Bible study, a home group of a 12 Step Meeting, etc. This system is to provide the on-going care post-discharge.

8. **Development of a Feedback Support System (FbSS):** Every undergraduate beneficiary will be required during either phase two or three, or within the first 60 days of the TUT, to obtain a sponsor/mentor.
   a. Sponsor – person of a 12 Step tradition who gives guidance for applying the 12 Steps and other books to their lives.
   b. Christian Mentor – person of the Christian faith who gives guidance for applying Scriptural principles to life issues. The Christian mentor provides discipleship to the beneficiary.
   c. Mentor (other) – person who gives guidance for applying principles of another self-care program to life issues (i.e., Weight Watchers, or NAMI leader).
   d. A weekly meeting with the sponsor/mentor should occur with the beneficiary.
   e. The sponsor or mentor should have a specific plan of guiding the beneficiary. For example, a Christian mentor would attend a Promise Keepers' or men's Bible study and they would review their notes of the meeting together each week.

The center ministers according to the needs of the beneficiary, and this objective assists a person with moving from an attendee in the support system to a participant. Developing a Feedback Support System ensures the beneficiary is applying their Self-care Support System as designed. It encourages the engagement of dialogue as well as accountability. Even Moses required in Exodus 17:11 the need of two persons to uphold him. Timothy needed Paul to mentor him, and Paul used Barnabas (Acts 9; 11:25-26). The center's program promotes the concept that each beneficiary needs a mentor, and we encourage them to choose one in alignment with their chosen SHSS. For example, a person who chooses Bible studies through churches would have a disciple for a mentor, and a person who chooses the Twelve Step programs would find a sponsor to help him or her learn to apply the steps to their challenges.

9. **Grant Board meetings/program staff meetings/gratuity meetings** are to be conducted weekly under the direction of the Administrator(s) to:
    a. Adjust the amount of gratuity given to each beneficiary.
    b. Make arrangements for changes in work therapy assignments.
    c. Facilitate scheduling of counseling times and outside appointments.

Grant Board meetings serve an administrative purpose to ensure the essential needs and services are being provided to the beneficiary. The meeting reviews each person's status in the program, their participation in all aspects, and assignments including likely advancements in phases.

10. **Counseling Services staff meetings** are to be conducted as follows:
    a. Under the leadership of Administrator or either the Lead Counselor or Senior Counselor.
    b. For the purpose of reviewing the progress or regress of beneficiaries.
    c. With only members of the counseling department team as approved by the center leadership.
    d. With the highest respect for privacy, professionalism, and service toward the beneficiaries discussed.
    e. To provide new information (i.e., training) on issues relevant to assisting beneficiaries.

The counseling services staff meeting is optional and is used with only the counseling team members present. This meeting provides a highly confidential setting for case review of the delicate aspects of those persons whom we serve. We explore more effective means of assisting and learn from one another various approaches to assisting the beneficiaries.

11. **Beacons toward the Light:** All centers need to be active in their community and serve as beacons pointing the lost to the Light. Therefore, each center must provide a minimum of the following:
    a. Participation in the local Corps and Divisional advisory board.
    b. Participation in the divisional ministries as approved by CHQ.
    c. Attend the Corps unless given a waiver from CHQ leadership with rationale.
    d. Consider providing self-care support meetings open to the community at least once per week.
    e. Consider at least once per week a family support meeting open to the beneficiaries' families. This may include Al-Anon or Celebrate Recovery. This may also include an education class with approved curriculum.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004174

f. Consider an inviting worship service for family members of beneficiaries to attend at least on a monthly basis. Centers worshipping with their local Corps are already providing this objective through their joint meetings.
g. Center staff should consider participating in local community groups, such as homelessness committees, clergy associations, and other opportunities to share and cooperate with others in human service.

> The center is truly a beacon of God's Light to the community. We point people to God by offering our facility as a meeting place for groups. These groups must be in alignment with our scope of services as well as approach to ministry. Attendees must adhere to campus rules as guests of the center.
> The center may provide a family education class for adults only. We are not equipped to provide individual or family counseling at this time, and want to avoid counseling minors, even with their parent's or guardian's consent. The beneficiary is always the main person whom we are helping, and we trust the information provided through education will also be of service to the whole family.

# ADMISSION CRITERIA

The ARC has "wide open" doors regarding our admissions policy. We primarily accept most persons who apply to the center's program within the approximate age range of 21-65. We require no payment for the program services, and only collect room & board from a person with an on-going income once that person has already stayed. We require no financial support from family members. We accept persons with legal issues, and request persons with known warrants apply to the program, and then with our letter, request the judge to allow them admission into the program. We allow most psychotropic medications and allow many of the medications used to treat chemical dependency. We don't allow medications that are known as substances of abuse (i.e., narcotics).

We accept applications for admission from <u>everyone</u>. The center ministers without any discrimination. For a person to be an applicant, they must first complete the Beneficiary Application for Admission (BAA) and the Medical Information (MI) form. These two forms are required as part of the application process. The Initial Assessment (IA) is mostly used <u>after</u> the Beneficiary Application for Admission (BAA) and the Medical Information Form (MI) are completed. We always want to read, in their writing, the Beneficiary Application for Admission (BAA) and the Medical Information Form (MI). We then conduct the Initial Assessment (IA). Applicants may respond differently to questions in writing with the Beneficiary Application for Admission (BAA) and the Medical Information Form (MI) than they do to questions asked out loud on the Initial Assessment (IA). We use both writing and listening to ensure the accuracy of the person's needs prior to admission. Whenever possible, we prefer to mail, email, or fax the Beneficiary Application for Admission (BAA) and the Medical Information Form (MI), have them completed, and sent back for review. We would then proceed with the Initial Assessment (IA) as previously described.

The only time an Initial Assessment is completed prior to the Beneficiary Application for Admission (BAA) and the Medical Information Form (MI) is when the circumstances prohibit the person from receiving and completing the documents prior to arrival at the center. If the Initial Assessment (IA) is completed prior to the Beneficiary Application for Admission (BAA) and the Medical Information Form (MI), the person is told they are "provisionally approved pending their completion of the Beneficiary Application for Admission and the Medical Information form."

Whenever anyone is declined admission, it is always because <u>the staff has determined they would benefit from a different or higher level of care</u>.

There are some medical and/or mental health conditions that typically warrant a review by CHQ prior to admission (CARES Review):

- Persistent psychotic disorders, such as schizophrenia
- Active tuberculosis
- Spinal injuries that have caused paralysis
- Persons who "brag" about their anger management issues
- Persons who are unwilling to use their medication as directed

- □ Persons who require the use of a service animal should have their application reviewed in consultation with CHQ.

There are some legal issues conditions that requires a review by CHQ (i.e., CARES Review) prior to admission. They include the following:

- □ Persons convicted or pending trial for arson
- □ Persons pending trial for Indecent Exposure (sexual)
- □ Persons pending trial for Sexual Assault (1, 2, or 3)
- □ Persons pending trial for Rape
- □ Persons pending trial for Attempted Rape or Sexual Assault
- □ Persons pending trial for Risk of Injury to a Minor (sexual)
- □ Persons on parole from other states
- □ Court mandated persons from other states.

Persons who have a pending court case for any of the aforementioned may still apply, but their application's processing will be on hold until the court case is resolved. An applicant with the aforementioned charges pending cannot use admission to the ARC ministry as part of resolving their court case.

We can inform agencies and applicants that persons previously convicted of a sexual offense do require a higher level of care. A formal written application and assessment is not required to deny admission. A CARES review is NOT required for a registered sexual offender. A registry of convicted sexual offenders are listed on the Dru Katrina Sjodin National Sex Offender Public Website at **https://www.nsopw.gov**

Please remember that all persons who are on probation from another state must have permission from the local probation office to be in your state. If they are not willing to have you confirm this with their probation officer & your state's probation department, then they are not to be admitted.

Previous beneficiaries whose conduct warranted a Confidential Warning with a specifier of "Do Not Admit/Readmit" may be informed, "Based on your previous participation, CHQ has determined you require a higher level of care." A formal written application and an assessment is not required to deny admission.

CHQ will be providing information on the new Program Resource Disk to assist with pre-screening persons who have psychotic disorders and other conditions beyond our competence.

# THE UNDERGRADUATE PHASE TRACK

**The Phase Track** is our traditional program. Beneficiaries move through a series of four developmental phases at their individual pace. Each phase addresses different issues. Individual counseling, education classes, groups, and a host of other activities are offered throughout the track.



# STANDARDS FOR PHASES

CHQ requires the approval of all centers' curriculums. We do this to ensure quality of the materials used, and to avoid usage of information that may conflict with our theology and mission (e.g., A Course in Miracles). Another reason for the approval process is to develop a list of approved curriculums for all centers to use in further development of their program. See Appendix A for a current list of all approved curriculum. Please honor this practice and allow us to continue to add curriculum to Appendix A. The updated list is found on the ARC Forms Database listed under the Program folder as "Approved Curriculum for Education."

Phase length is determined by the minimum time required to complete all the curriculum as well as phase objectives. All phases have a range, and the maximum is determined by adding four weeks to the minimum. The "maximum" is the length a beneficiary can participate in any phase without the required advancement meeting.

An Advancement Meeting (AM)**:** Once a person hits the maximum time allowed in any phase, they are required by CHQ to have an advancement meeting. This meeting is arranged under the direction of the center leadership or their designated counselor (i.e., Lead Counselor, or Senior Counselor). The beneficiary and the primary counselor also attend. Other staff members who may also be of assistance are often there. They ask the beneficiary, "How can we help you succeed?" This meeting is not used to shame the beneficiary or put them on the "hot seat." Rather, the intention is to see if there are needs not being met, and what the center team can do to assist the person. Another maximum time frame of two weeks is allowed for that beneficiary to complete all the requirements of the phase. The Advancement Meeting must be documented with an Observation Report or a Progress Note. An AM is required to ensure that persons have adequate counseling advice to successfully graduate the program. The AM must minimally include the beneficiary, their assigned counselor, and the Administrator. Upon completion of the AM, the beneficiary, as well as their counselor, will have received feedback on how to help the beneficiary progress to the next phase.

Stabilization is the time period a person is on when they first enter the program. The maximum time allowed for stabilization is 30 days from the date of admission. Ideally, centers may want to consider a standard 14-day stabilization. However, the maximum time for any new person entering the center is 30 days from the date of admission. Persons returning to the center's program cannot be penalized for wanting or needing to return by automatically adding stabilization beyond the standard for any new participant. Personal Reflection Time (PRT) is the only approved term to be used when referring to a beneficiary's restriction to the building and limitation of phone and/or visitor privileges. Terms such as blackout, quarantine, etc. are inappropriate for our ministry.

# TRACK ONE: PHASE

The Phase Track of the Standardized Program will consist of four phases (e.g., stages). The Phase Track is based on a developmental model of individual formation.

All phases will be named the following:

Phase 1: Orientation
Phase 2: Education
Phase 3: Development
Phase 4: Reinforcement

**Minimum Requirements for Phase 1: Orientation**

- Spiritual Orientation: A single education class on the purpose, mission, and values of The Salvation Army provided by an Officer.
- Work Therapy Orientation: A single orientation class on the purpose of work therapy. This class is also required to be provided by an Officer.
- Guideline Orientation: A single education class on the rules.
- Program Orientation: A single education class on the overview of the Phase track.
- Attendance of a Bible Study.
- Participation in Chapel and other religious services, including devotions.
- Participation in work therapy (see: Recommendations for Orientation to Work Therapy).
- CHQ approved videos may be used to substitute for the orientation videos.
- There must be a CHQ approved education curriculum addressing the issue of substance abuse. An ideal curriculum is the Substance Abuse Group Education (SAGE) or Relapse Traps.
- Determine identification needs

**Minimum Requirements for Phase 2: Education**

- There must be a CHQ approved education curriculum addressing the issue of substance abuse. An ideal curriculum is the Substance Abuse Group Education (SAGE) or Relapse Traps.
- At least one of the following topics:
  - Basic Living Skills
  - Emotions Management
  - Health Education
  - Relationship Education
  - Spiritual Formation
- At least one class session on building a support system:
  - Church or other religious faith institution
  - Self-care support groups such as Celebrate Recovery, Alcoholics Anonymous, Weight Watchers, etc.
- At least one class session on building a feedback system:
  - Sponsor or mentor
  - Accountability group or home group
- Attendance of a Bible Study.
- Participation in Chapel and other religious services, including devotions.
- Participation in Work Therapy.
- Begin to work on obtaining any missing ID

**Minimum Requirements for Phase 3: Development**

- Various education classes as developed by the counseling staff with the approval of CHQ.
- At least one the following topics:
    - Basic Living Skills
    - Emotions Management
    - Health Education
    - Relationship Education
    - Spiritual Formation
- Or, completion of other education series.
- Person must have a written support group plan.
- Person must have a chosen sponsor or mentor.
- Attendance of a Bible Study.
- Participation in Chapel and other religious services, including devotions.
- Participation in Work Therapy.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004182

**Minimum Requirements for Phase 4: Reinforcement**

- Continuation of Feedback and Self-care Support Systems.
- Education series on Regression Prevention, Relapse Prevention, or other curriculum on the topic of regression that has been approved by CHQ.
- Setting Up for Success Education Series requires a minimum of the following four classes, and these cannot be delegated to community adjunct services, but rather must occur on-site:
    - Job Search
    - Dressing for Success
    - Finding a Place to Live
    - Budgeting
- Attendance of a Bible Study
- Participation in Chapel and other religious services, including devotions.
- Participation in Work Therapy.
- Graduation will only occur following the approval of a transition plan (TP). Transition plans must address the following:
    - Employment
    - Plans for continuing the feedback system
    - Plans for continuing the self-care support system
- The ARC cannot and will not make employment a condition of graduation.
- Beneficiaries will only seek employment after they have completed all the requirements of Phase Four. For example, regression prevention has eight lessons that are required. A beneficiary is not able to start a job search until they have completed all eight classes of regression prevention or a similar course.
- The official date of graduation occurs the day prior to employment, regardless of employer. The celebration of graduation can occur at a later date (ex. the following Sunday).
- The ARC will grant graduation certificates in private if requested by a beneficiary.
- Persons desiring to use the Transition Track will be given the privilege if they have demonstrated progress and growth during the Phase or Tune-up Track.
- Participation in Transition Track is only offered as requested by the beneficiary and are never a guarantee of employment with The Salvation Army, nor a requirement towards graduation.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004183

# A MATTER OF TIME

All centers will monitor the time a person spends in each part of their program. We will ensure that no beneficiary can reside longer than one year.

The following are the minimum times for the Phase Track:

Phase One: Orientation = 2 weeks minimum
Phase Two: Education = 6 weeks minimum
Phase Three: Development = 6 weeks minimum
Phase Four: Reinforcement = 8 weeks minimum

TOTAL **MINIMUM** FOR ALL PHASE TRACKS = 22 weeks

Each center should develop the maximum time for each Phase based on the requirements. CHQ strongly advises that maximum time frame be focused on completion of the education material plus 4 weeks. For example:

Phase One: Orientation = 4 weeks maximum
Phase Two: Education = 10 weeks maximum
Phase Three: Development = 10 weeks maximum
Phase Four: Reinforcement = 12 weeks maximum

TOTAL **MAXIMUM** FOR ALL PHASE TRACKS = 36 weeks



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004184

# TRACK TWO: TUNE-UP

**The Tune-up Track** (TUT) may be used in any center. The program is designed for a previous graduate who needs readmission to the program. It is a compacted program providing targeted services to specific needs.

The preadmission criteria for this specific track is as follows:

- Graduated within the last year (i.e., 12 months) from an ARC.
- Graduated during most recent admission.
- Previous completion of all requirements in the Phase Track.
- Center is able to provide this readmitted beneficiary weekly counseling.

The following are the specific minimum standards for providing a Tune-up Track at an ARC:

- Tune-up Track is 90 days.
- Orientation series with all new beneficiaries.
- If the following two courses are not offered as an education class, the TUT participant must take them as independent study: Relapse Traps or Substance Abuse Group Education
- If the following two courses are not offered as an education class, the TUT participant must take them as independent study: Relapse Prevention or Regression Prevention material with others who are in phase four of the phase program.
- Beneficiary should also attend other education classes and groups as assigned by primary counselor.
- Person must have a written support group plan by 60th day or they are transferred to the Phase Track.
- Person must have a chosen sponsor or mentor by 60th day or they are transferred to the Phase Track.
- Attendance of a Bible Study.
- Participation in Chapel and other religious services, including devotions.
- Participation in Work Therapy.
- Other educational requirements may also be included as per local center leadership.
- Beneficiary may transition to phase track if needed but will not be allowed to return to the tune-up track during this admission.
- Beneficiary qualifies for the Transition Track once they have graduated on their 90th day.
- Search for employment begins on their 91st day.
- Graduation will occur on their 90th day if they are not using the Transition Track. Otherwise, they will postpone their graduation until they have secured employment.
- The ARC will grant their graduation certificate in private if requested by a beneficiary.

# TRANSITION TRACK

**The Transition Track** (TT) is offered to current beneficiaries. No person is ever admitted into transition without first graduating the phase track or tune-up track. The following standards apply to all Transition Tracks:

- The participant must be a recent graduate of an ARC.
- Participation in the Transition Track is an elective and cannot be required of any participant.
- The center is under no obligation to offer the Transition Track to every beneficiary. It is an elective, offered to those persons who continue to demonstrate a positive influence on others.
- An employee of The Salvation Army may choose to participate in the Transition Track. Participation and completion are never a factor in their employment status. This is an elective option for persons graduating from the center's level 1 programming.
- Time allowed for transition is a minimum of two weeks and a maximum of 8 weeks or 60 days.
- No Room & Board is collected in the Transition Track.
- 100% of all earned income must be accounted for each pay period.
- A primary counselor or other assigned staff person will monitor the beneficiary's compliance to the program.
- The following is a list of the only expenses allowed to be subtracted from the net earned income:
    - Child support
    - Purchase of a bus pass
    - $20 for miscellaneous expenses
    - Medical supplies
    - Cell phone
- Beneficiary must provide a receipt for all expenses other than the $20 per week.
- No gratuity is given to any beneficiary once they receive their first paycheck.
- Beneficiary must comply with all house rules/guidelines.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004186

# STAFF HOUSING

The center's administrator has the discretion to allow certain employees to live on campus at the residence for an unspecified period due to the nature of the employment position. This is referred to as staff housing (SH). For example, the residence manager may be allowed to live at the center and thus would pay both room and board. The residence manager is referred to as a live-in employee (LE).

The Eastern Territory has no employment positions that require a residency at the center. The administrator is not authorized to require any person to live on campus as a condition of their employment.

Live-in Employees are not to be considered as program participants. They are not required to attend whole house meetings or participate in any center activity unless they are being financially compensated for the time (i.e., paid their wage). If they happen to be a former beneficiary, they are not held accountable to the conditions of their Transition Plan.

An administrator who has concerns about the well-being, self-care, and other aspects of this live-in employee has the same privilege as with any employee of inquiring with care. They may express concern, offer feedback, and give solicited guidance. They may not care-take, control, or try to manage the employee's "off the clock" conduct.

When a live-in employee violates any of the center guidelines, their stay at the center may be terminated. They never pay rent, nor do they have a lease. As all other persons, they stay as guests of The Salvation Army, and financially reimburse with a room and board fee only for the time they have already stayed.

Upon a change of local administration, the live-in employee may be given a 90-day written notice as to the discontinuance of their guest status at the center.

# POLICY AND PRACTICES OF THE PROGRAM

The ARC ministry utilizes The Salvation Army Adult Rehabilitation Centers Handbook of Standards, Principles and Policies (a.k.a., Green Book) as the primary guide. This Standard Program writing is the Eastern Territory's application of the primary guide. Any discrepancy is resolved by referencing the Green Book and utilizing its guidance.

This text has identified various sections and statements to help the centers with guidance, discussion, and compliance for the purpose of keeping unity. The sections are listed as follows:

- Worship Essential (WE)
- Educational Curriculum (EC)
- Beneficiary Education Programs
- Teaching and Leading (TL)
- Program Components (PC)
- Fellowship (FL)
- Program Staff Development (PSD)
- Counseling Care (CC)
- Beneficiary Documentation and Record (BDR)
- Redirection and Discipline within the Center (RDC)
- Work Therapy (WT)
- Residential Living (RL)
- Transition Track (TT)
- Alumni Housing (AH)*
- Staff Housing (SH)
- Alumni Ministry Services (AMS)
- Relationship with Corps and the Division (RCD)
- State and Community Supports (SCS)
- Recognition towards Rehabilitation (RTR)
- Community Hosting and Self-care Support (CHSS)
- Outreach Services

*In limited circumstances these are off site Alumni Housing facilities in compliance with the green book standard and approved by CHQ/THQ.

**Worship Essential (WE)**

WE101 A weekly chapel/worship service at the center is provided every Sunday. We also hope a joint periodic service will be held at the Corps. Only with written approval may a routine united service at the local Corps be allowed to substitute for the center's service. The written approval is reviewed each January for reconsideration.

WE102 A vespers/mid-week/chapel service at the center is provided every week and is led by the ARC assigned Officer.

WE103 A daily devotional time is provided for all persons living at the center, and unless excused due to a working shift, all persons living at the center are required to attend.

WE104 All program participants regardless of phase or track are required to attend a weekly Bible study.

WE105 The assigned Officer(s) of The Salvation Army is considered the commissioned minister at the Adult Rehabilitation Center. This is a clergy role like pastoral care at any church. The duties of the Officer are to provide Christian care according to the standards and principles of The Salvation Army. The title of Administrator and/or Program are secondary to the primary role as clergy. The title of Lt., Capt., Major, or Lt. Colonel always precedes the assignment, and designates the clergy role and rank within that role.

WE106 As an Officer of TSA, all communication with any program participants or alumni is considered pastoral care unless the person is an employee at the ARC. Rarely are Officers also in the role of pastor to an employee, and this only occurs because the employee has chosen an additional pastoral relationship. Employment is never based on a pastoral care relationship.

WE107 The role of worship in the center is to glorify GOD the FATHER, celebrate HIS SON JESUS CHRIST, and to ask for the infilling of the HOLY SPIRIT. We glorify GOD for all HE has done in our lives, throughout the world, and extending to all time.

WE108 Worship services are to invite all attendees to actively engage in proclaiming the glory of GOD.

WE109 Worship services involve singing songs, praying, testifying, preaching, and teaching. These are essential, required elements at every ARC. All elements are only provided within the Christian faith.

WE110 Services held at the center may include an invitation to family and friends. These open services are therefore not considered private, and thus, beneficiary recognition is always optional. For example, a beneficiary has every right to request no public acknowledgement of receiving any award or being named in any manner (e.g., bulletin) for any open service.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004189

WE111 CHQ requires all centers to hold at least one evangelistic campaign*. A special evangelism campaign is to be held minimally once per calendar year. Advent and Lenten services are not considered to be an evangelistic campaign. You may hold your evangelistic campaign during the same week, but it must include more than noonday services. *One day special events are not considered an evangelistic campaign. The center may need to alter education classes during these two weeks per year. However, group discussion sessions and prayer meetings may be helpful to ensure beneficiaries still can process life's issues. It may be necessary to make adjustments to the class schedule to accommodate the added activity and not over tax the beneficiaries mentally and physically during these weeks. Perhaps exchange the added chapel service for another class on the schedule each night.

WE112 Please ensure your center holds special events for Holy week. Events include special speakers, festivities, and other forms of celebration.

WE113 Please ensure your center holds special events for Advent. Events include special speakers, festivities, and other forms of celebration.

WE114 An evangelistic series is expected to be conducted at some time during the year. This may be held during Holy week and may include a special speaker or several different Corps Officers from the area. Lent and Advent provide opportunity to conduct special services to focus on the significance of these events in our faith. This allows our beneficiaries to learn by experience why we celebrate.

WE115 Every beneficiary is to be provided a personal copy of the New Testament or the complete Bible within 7 days of admission. It may be presented as a welcoming gift during their first chapel or vespers service. It is preferred the Scripture be a translation that is contemporary and gives a basic understanding. It is suggested that all chapel Bibles be the same translation for the sense of continuity.

WE116 All centers are encouraged to provide in coordination with the local Corps an Adherents / Soldier course on at least a yearly basis.

WE117 THQ and CHQ require that your center maintain an up-to-date Seekers Registry that specifies Seekers I and Seekers II. Any printed form of a registry (e.g., notebook, electronic file that is printed, etc.) that provides the first and last name, date, and designation of Seeker 1 or 2 is fine.

WE118 All persons participating in the Transition Track must have a pre-approved Transition Plan. All participants will be held accountable to their approved Transition Plan.

WE119 Whenever possible, each ARC is expected to worship with the local Corps. This worship service is in addition to any provided at the local center (refer to 101).

WE120 Please communicate with the local Corps officer, inviting them to provide at the ARC a weekly Bible study or other group which provides spiritual formation.

WE121 Please communicate with the local Corps officer about becoming more involved with the beneficiaries at the center and then following up with their families.

WE122 Please communicate and coordinate with the local Corps activities in which there may be mutual worship, fellowship, and teaching.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004191

**Educational Curriculum (EC)**

EC101 An Officer of TSA teaches the Orientation to The Salvation Army and covers during this lesson an overview of the history of The Salvation Army.

EC102 An Officer of TSA teaches the Orientation to Work Therapy and covers during this lesson an overview of the role of work therapy.

EC103 An Officer may elect to use an approved video with handouts to cover either the Orientation to TSA or Orientation to Work Therapy sessions. Both classes may be taught via a video with a handout if preferred by the Officer.

EC104 The center must provide a class entitled, "Orientation to the Guidelines." This class discusses an overview of the Unified Center Guidelines, including any CHQ approved addendums.

EC105 The center must provide a class during phase one entitled, "Orientation to the Program." This class explains the objectives of each phase and an overview of how the entire program works.

EC106 An education class is taught on how to develop a self-care support system. This may include becoming involved in groups such as Celebrate Recovery, Twelve Step groups, etc.

EC107 A separate education class is taught on how to obtain a sponsor and/or a mentor (i.e., feedback system). The class includes information on how to evaluate who would make an appropriate sponsor and/or mentor.

EC108 The center provides a structured, approved curriculum addressing the topic of substance abuse. This curriculum must focus on how one becomes abstinent and copes with stressors typically identified within the first three months of sobriety.

EC109 The center offers other educational classes that address the needs of the local community as evaluated by the leaders of the center. These classes may include topics such as spiritual formation, conflict resolution, etc.

EC110 All education classes require an outline format to be used. These outlines are subject to review by CHQ.

EC111 All education classes must use approved curriculum, and changes to the courses assigned per phase must receive CHQ approval prior to the change. For example, a center may change the curriculum for phase two, but it must be approved by CHQ prior to the change.

EC112 Education during phases one and two on the topic of substance abuse must specifically address early abstinence issues, and not relapse prevention, which is appropriate

for 90 plus days of abstinence. These are two differing time periods (pre and post 90 days) and thus require a different curriculum with a different focus.

EC113 The ARC uses curriculum that always complements the traditional teaching view of Christianity.

EC114 The ARC may address non-religious issues in the center's program curriculum since our mission involves meeting practical needs (e.g., resume preparation, budgeting, etc.).

EC115 The ARC ministry will address contemporary life issues in our courses/curriculum. For example, substance misuse is a major affliction in society, and described in Scripture as the sin of drunkenness. We will address this life issue by presenting it through a Christian, holiness teaching, and as necessary, integrate it with practical steps to achieving a life of sobriety from addictive substances. This is our holiness message as well as heritage.

EC116 All centers will require the development of a self-care support system during phase three. The beneficiary develops a system that meets his or her individual needs and is approved by their assigned counselor in consultation with center leadership. Examples of the support system may include participation in grief and loss groups, outside Bible studies, Twelve Step meetings, Celebrate Recovery, Rational Recovery, etc.

EC117 All centers will require the development of a feedback system in phase three. The beneficiary develops this system that meets his or her individual needs, and the assigned counselor in consultation with center leadership gives guidance of the relationship. During this time, a mentor and/or sponsor is obtained by the beneficiary.

EC118 All centers encourage the beneficiary during phase three to become involved in their self-care support system by participating in their activities. For example, a beneficiary may demonstrate being involved and becoming invested by volunteering with the organization or church (e.g., greeter, cleaning up after, making the coffee, etc.).

EC119 CHQ requires an approved course of Regression Prevention be taught during phases three or four. This course must address how the beneficiary will become aware of their potential regression post-graduation and discharge from the center. This is a crucial part of education. Centers may elect to provide an approved relapse prevention curriculum as a substitute for Regression Prevention.

EC120 The center must provide a course entitled, "Setting Up for Success." This course requires a minimum of 4 topics be covered as separated classes in the series, and they are as follows: Budgeting, employment search (e.g., role play job interviews, resume preparation), dressing for success (e.g., job interviews), and local housing options for graduates. This education cannot be delegated to an outside agency or agencies, but rather may include them. This course may be taught by volunteers at the center.

EC121 All persons in phase four are required to attend a church of their choice. CHQ prefers they begin attending a church on a biweekly basis during phase four. The church may also



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004193

be the Corps or the ARC as per the choice of the beneficiary. Proof of attending an outside church is expected (e.g., bulletin). Persons of other religious faiths may choose the ARC and continue attending our services to meet this requirement.

EC122 All persons in phase four and the tune-up track are required to begin using the Transition Plan. Ideally, this begins as a worksheet at the beginning of phase four and ends as an approved document upon completion of the phase. The document is required, and all applicable signatures are also required.

EC123 The center must adhere to Command policy that NO employment opportunities with TSA are promised or offered prior to a person being qualified to graduate from phase four. Graduates with over one year of discharge from the center are welcome to apply for counselor positions if they meet the job description qualifications. Counselors of the ARC would not be considered an approved live-in employee of the ARC.

EC124 Graduation is an exciting time for the graduate as well as all others living at the center. All graduates receive a certificate either in a public ceremony at the center, or in private as per their request. The center may celebrate awarding certificates at a minimum monthly. Ideally, a weekly presentation during a Sunday chapel service at the ARC is encouraged.

EC125 Job Search: Beneficiaries who desire employment prior to discharge must first complete all requirements of phase 4. Once they have completed the phase 4 requirements, they may enter "job search." The center provides either 1 full day or two half days to begin looking for employment. The PRD has various forms to assist with this process.

EC126 Employment is not a condition of graduation. We are unable to require employment be a condition of graduation because not all persons are able to meet this objective (e.g., moving back to family in another state, etc.). Therefore, it is strongly desirable and highly advised that all program participants whenever possible graduate employed.

EC127 Housing is not a condition of graduation. We are unable to require housing be a condition of gradation because not all persons are able to meet this objective. For example, some persons will need to discharge to a shelter to qualify for government aid in securing housing.

EC128 A center's program length is determined by the phase objectives, and the curriculum chosen as well as required.

**Beneficiary Education Programs (BEP)**

BEP101 The ARC ministry provides numerous education classes used to address the skills needed to cope with life's challenges, such a budgeting, conflict resolution, etc.

BEP102 The ARC provides access to education for persons without a high school diploma or General Equivalency Diploma (GED). This may be through an internal program at the center or a community resource. If a beneficiary attends an external program, this is counted as part of their self-care support system participation.

BEP103 Beneficiaries who desire vocational training are referred to the state's vocational service.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004195

**Teaching & Leading (TL)**

TL101 All education curriculums must be preapproved by CHQ.

TL102 All program staff are expected to teach at least one education or group class. Most program counselors will most likely teach or lead 2-4 classes per week.

TL103 Centers may develop their own curriculum and submit it for CHQ approval.

TL104 Centers are to provide curriculum in alignment with the official program graph, and within accordance to the number and type specified per phase.

TL105 All teachers and leaders of any type of education class must have local supervision to ensure the appropriateness of both content and representation of services in alignment with the mission of The Salvation Army.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004196

**Program Components (PC)**

PC101 All phases must have a minimum and a maximum time assigned to each phase. The minimum time is always decided by the required time it takes to complete the education curriculum, and the maximum is a 4-week extension to the minimum. For example, if phase two is a minimum of 6 weeks to complete the curriculum, the maximum is 10 weeks.

PC102 The maximum time allotted to each phase is to bring attention to the beneficiary who appears to not be completing the required phase objectives within the traditional time frame.

PC103 When a beneficiary reaches the maximum time frame allotted in any phase, and still has not completed the phase's objectives, the program staff is to meet with the beneficiary in an Advancement Meeting. The group's desire and focus is to see what supports need to be in place to help that beneficiary succeed.

PC104 The center posts a weekly schedule. This schedule may be the same from week to week, and it is not required that a new printing of a weekly scheduled be posted each week.

PC105 All centers are only to use the Unified Center Guidelines (UCG). Addendums are to be approved by CHQ prior to posting. Centers may not develop their own handbooks, rules, guidelines, or marketing materials unapproved by CHQ.

PC106 Centers are prohibited from designing their own promotional material, letters of correspondence, business cards, brochures, and similar external documents. Please send all desired concepts to CHQ for consideration of development. We need to continue to be vigilant in how we describe and represent the scope of this ministry. Approval procedures are the means to ensure we represent our scope and service correctly.

PC107 All centers must provide an individual class for phase 1 that teaches the center's guidelines.

PC108 All centers must provide an individual class for phase 1 that teaches an orientation to the center's program structure, journals, etc.

PC109 All centers are required to provide an educational class on how to develop a self-help support system (SHSS). SHSS typically include the following: 12 Step meetings, Celebrate Recovery, finding a home group, etc.

PC110 All centers are required to provide an educational class on how to develop a feedback support system (FBSS). FBSS typically includes having a sponsor and/or a mentor.

PC111 All centers are required to provide an education class during phase two that addresses health issues, such as substance abuse, hygiene, STD/HIV prevention, nutrition, etc.

PC112 All centers are required to ensure each beneficiary has a SHSS developed while in phase 3.

PC113 All centers are required to ensure each beneficiary has a FBSS developed while in phase 3.

PC114 CHQ requires all centers to address the issue of regression prevention. We provide on the Journey Education Material disk a course on both relapse and regression prevention. You may also receive CHQ approval for an alternative curriculum that addresses the same issue. To receive such approval, please provide an outline of the suggested alternative curriculum.

PC115 CHQ requires at least the following four individual classes in the Setting Up for Success series be provided:

a. How to obtain and maintain employment (i.e., interviews, resumes, opportunities, etc.).
b. How to dress for success.
c. How to obtain housing in the local center's area.
d. How to budget.

PC116 For beneficiaries who apply for an open position at The Salvation Army, they do so only when they have entered the "job search" time of phase 4, and only begin employment the day after they have met all conditions for graduation. Technically, they have then already graduated prior to employment even if the ceremony is held at a later date. For example, this person has completed ALL requirements of phase 4 including all classes and has begun to search for any employment which may or may not include The Salvation Army. No employment opportunities are able to be promised or offered prior to graduation.

PC117 Reminder: A person does not have to complete any specific time amount to complete the Transition Track. They may stay only if they prefer, and not longer than a maximum of eight weeks or a total of sixty days.

PC118 Participation in the Transition Track prefers 35-45 hours of employment. Part-time jobs that add up to the 35-45 hours are enough. Temporary labor, while not advised, is permissible. A person may begin participation in the Transition Track with a part-time job, but it is highly recommended that the equivalent of full-time employment be secured as soon as possible since the eight week maximum time has already started when they secured their part-time job.

PC119 The Transition Track provides for up to eight weeks of free room and board. After the first 30 days, approval must be applied for weekly, for each of the final four weeks. Approval will be based on the continuing positive impact of the program and influence of the participant on the Center, as well as adherence to Center guidelines and their personal Transition Plan (Galatians 6:10).



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004198

**Fellowship (FL)**

FL101 Fun, recreation, and times of fellowship should be considered as part of each beneficiary's individual schedule of rehabilitation.

FL102 Midweek evening program is typically concluded by 8 PM and definitely by 9 PM unless it is a special event, such as celebrating a holiday.

FL103 Two hours of programming for most weeknights (e.g., 3 of 5) per each beneficiary plus attendance of a self-care support meeting is anticipated.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004199

**Program Staff Development (PSD)**

PSD101 The counseling department is to have access to the latest version of the Program Resource Disk (PRD). All program counselors as well as the intake personnel are to be able to access the required correspondence letters and all other resources on their individual CHQ authorized and supported computer.

PSD102 The counseling department has access to the latest version of the Journey Education Material disk (JEM). This resource has all CHQ developed curriculum.

PSD103 CHQ has required that the program staff annually watch the following educational resources on our policies and practices: Commitment to Confidentiality, TSA Social Services Ethics, ARC Ethics, and Ensuring Safety.

PSD104 CHQ requires each counselor to participate in in-service training with materials from the e-learning resources (i.e., Litmos). Staff education from the eLearning Site (Litmos) is required for all centers on a routine basis. Each center may choose a monthly (3 hours) or quarterly date (8 hours). You may access the list of resources from the Lotus Notes database.

PSD105 Each new counselor is required to complete their Individual Staff Development Plan (ISDP) within 12 months or 365 days from their date of hire. One hour or more per week is to be set aside on their weekly schedule and planned for completion of their ISDP. The Administrator(s) supervise to ensure completion of this requirement within the time period.

PSD106 CHQ requires all program staff members to participate in continuing education on a yearly basis. A minimum of 18-20 continued education hours are expected on an annual basis of a calendar year. To achieve this goal, CHQ provides approximately 6 hours via Leadership Development Meetings (LDM) or the Program Conference held on a biyearly basis (e.g., 2013, 2015, etc.). All program staff members are required to review annually various PowerPoint from the latest PRD for a total of 4-5 hours. The remaining hours may be filled by way of the following:

a. eLearning Site (Litmos) resources available at no cost via CHQ (Contact the Command for details).
b. Local community education seminars, etc. Please note that CHQ's finance council must approve all continuing education seminars, which are of cost. Consideration will only be given to those centers that already participate in the Litmos educational platform learning.
c. Other resources of interest to your staff may also be considered for continuing education hours. Conceptual approval is required. Please contact the Program Development Director.

PSD107 The ARC ministry is unable to support internships and practicums where our program staff provide the supervision for clinically orientated programs. For example, programs leading to state sponsored certification in alcohol and drug counseling, licensure as a mental health counselor and other certifications and/or licenses are not able to use the direct



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004200

ARC ministry as experience and/or education. The ARC ministry is a residential church program and does not utilize a clinical approach to behavioral health issues.

PSD108 The ARC ministry may allow adjunct services to use interns (i.e., those participating in certification and/or licensure education programs). The agency and their supervisors are separate entities.

PSD109 The following PowerPoints are required annually for all program staff, and when adding new staff, they are considered part of their job orientation:

d. Commitment to Confidentiality
e. Ethics
f. Ensuring Safety

PSD110 CHQ requires copies of ***continuing education certificates*** be placed in each employee file. These are proof of training which is required to maintain employment.

PSD111 Please ensure all program staff member files contain the most current up-to-date forms of the following:

1.) Ethics – Statement of Policy from October 2012
2.) Non-disclosure Agreement from September 2012
3.). Certificates and/or signatures from the latest Program Resource Disk's annually required PowerPoints – Commitment to Confidentiality, Ensuring Safety, Ethics for the ARCC, Ethics for Social Services, Compliance Testing, Correspondence and Communication, and Four Core Values of Christian Counseling.

PSD112 Please ensure all program staff has signed the most recent version of the ethical statement (revised Oct. 2012). The signed ethical statement needs to remain in the employee file.

PSD 113 All program employees must have a signed job description for their current assignment. The original signature must remain in the employee file.

PSD114 Photocopies of continuing education are required to remain in all program staff members' employee file. These are proof that we have educated persons for the positions they have been given.

PSD115 Proof of education for program positions that require such must remain in the employee file. Proof of education includes photocopies of a degree(s), school transcripts, certifications, certificates, licenses, etc.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004201

**Counseling Care (CC)**

CC101 All positions that involve individual counseling require a Logistics, Attitudes, Skills, and Knowledge (LASK) interview to be completed by CHQ.

CC102 Only persons who are approved by CHQ via the use of a LASK interview are to counsel beneficiaries. Interns and volunteers must also receive CHQ LASK interviews if they are providing counseling.

CC103 All persons in the counseling department including the intake coordinator/counselor are to have the following documents signed and saved in their personnel file:

a. Non-disclosure agreement
b. Ethical statement by the ARC
c. Ethical statement by Social Services
d. Signed job description
e. Copy of their diploma or school transcript
f. Copy of certifications
g. Copies of continuing education certificates

CC104 Counseling sessions are to be highly structured, and progress notes describing each session are to be entered within 24 hours to the beneficiary record.

CC105 Counseling progress notes are to be completed with both legible handwriting and signature. When using electronic progress notes, typing is allowed and digital signatures as CHQ approved are accepted. When a program staff member's signature is not legible, they must print their name below the signature.

CC106 All counseling sessions are to be scheduled and conducted for a minimum of 30 minutes and a maximum of 50 minutes. The average counseling session is to be approximately 45 minutes with the beneficiary, and five minutes for documentation of the session.

CC107 The Administrator, Senior Counselor, or Lead Counselor as well as CHQ staff are allowed to provide in-session supervision.

CC108 The official beneficiary record is to be the sole depository of the charting and journaling of a participant's usage of the center's program. It is never to be considered a treatment, medical, or health record. It does not belong to the beneficiary, and they are never owed a copy of the record. It is the property of The Salvation Army, and our journal of our experience in providing ministry to the beneficiary.

CC109 Counselors are required to obtain a minimum of 20 hours of continuing education. Ideally, this is achieved by a combination of the following: Usage of e-learning on Litmos of approximately 10-12 hours, 6 hours of regional or territorial training, and 2-8 hours of community opportunities.

CC110 Counselors are required to attend regional and territorial training events.

CC111 Counselors are required to adhere to the ethical standards of The Salvation Army, including the standards of Social Service Department and the ARC.

CC112 Counselors are required to keep their supervisors informed of crucial issues pertinent to the care of each and every beneficiary.

CC113 Full-time counselors whose caseloads are lower than 25 persons are expected to provide weekly sessions.

CC114 The typical full-time counselor's week is anticipated to be as follows:

a. 20-25 hours of individual counseling sessions lasting approximately 45 minutes each
b. 5 hours of educational programming each week, such as a class or group process
c. 5 hours of staff interaction, such as meetings, supervision, and consultation
d. 5 hours of case management, including crisis care

CC115 All counseling offices must be designed for an "easy exit." CHQ wants a counselor to have the freedom to exit their office at any time, especially when they begin to feel uncomfortable with the behavior of a beneficiary. Safety of the staff and beneficiary is of the highest importance. Counselors are advised to exit their office and seek other staff support whenever they perceive the need to do so.

CC116 All beneficiary files are to be stored within a locked room and within a locked cabinet (i.e., double locked). Counseling colleagues and especially the Administrator must be able to access each other's beneficiary's files. Demonstration of a center's compliance with this policy is verified during each year's annual support visit (ASV).

CC117 Who & How Resource is to be developed and annually updated. This guide provides all the information on who we refer beneficiaries to and how are those referrals made. This document ensures the sharing of helpful information throughout the counseling department. A template is available on the PRD.

CC118 *We Still Care* is a locally developed brochure, and its template is provided on the PRD. This document is given to every program participant upon discharge from the program. The residence manager and front desk need to have copies on hand to provide to discharging beneficiaries.

CC119 The intake coordinator has copies of *We Still Care* and Who & How resources. They may give a copy of We Still Care to any person who is not able to be admitted into the program. They may NOT give a copy of the Who & How to anyone, but may still use the information to make a better referral to a higher level of care.

CC120 Higher Level of Care Listing is a resource of programs that provide care to persons who require a different, possibly higher, level of care. Typically, this list involves clinical

care facilities for persons whose issues are beyond either our competency or capacity to assist.

**Beneficiary Documentation and Record (BDR):**

BDR101 A full legible signature of the staff person's first and last name is required on all progress notes and other signed documents. Please have either legible signatures or print the name below a signature that does not clearly spell out the name.

BDR102 All applicants complete the Medical Information form as provided on the latest edition of the Program Resource Disk. Please know that an answer to both questions is required of all applicants, even if they don't believe the questions are applicable. We also require the signature of the applicant as well as the person who reviewed the form. Please also know that conditions listed in the first column are typically those which may require a physician's note to participate in the center's program. Items in the middle column may or may not require a physician's note. Issues identified in the third column are common among persons seeking our services, and it is recommended they obtain and maintain clinical care while in the program.

BDR103 A staff person's legal signature must be identifiable, and thus they need to print their name below the signature.

BDR104 Forms that require a witness must have a staff member sign as a witness.

BDR105 All signed forms must be correctly dated.

BDR106 The Room & Board form is to be completed correctly. The first line signifies the standard rate amount for your center's Room & Board. The second line is the dollar amount to be paid by a beneficiary who does have a current income. The program participant pays either the standard rate or 75% per week of their income, whichever is lower.

BDR107 We never refer to "Room and Board" as "Rent." There is a tremendous difference with great ramifications concerning this terminology. Please be reminded that all persons residing at our center who have an income are required to pay room and board. We never charge or receive any rent, nor are we to ever be considered a landlord of a person residing at the center. Renting requires eviction to have someone leave and renters must pay for their stay up front. Persons paying Room and Board stay as our guests; they only compensate the center if they have an income and the amount is based on time already spent at the center.

BDR108 All personal property of a beneficiary is to be documented on the Personal Property Agreement form (PPA). The PPA must list the quantity, specific item, and a description. It is NEVER appropriate or sufficient to write "COB" (i.e., clothes on back). We are required to document all items, and items found in beneficiaries' lockers must be returned to them upon discharge.

BDR109 The Context for Change form is to be completed either during or immediately after the second counseling session. This form is imperative, especially in ensuring each beneficiary who requires mental health or physical care is referred for such services.

BDR110 All work therapy supervisors must complete an evaluation on every beneficiary in the center on a minimum monthly basis. This form is required to be placed in the beneficiary record monthly.

BDR111 The BASK is the assessment portion of the progress note and documents the counselor's discernment regarding the participant. BASK is an acronym for B=Benefit; A=Attitude; S=Skills; K=Knowledge.

BDR112 The 5 Point Plan on the Direction portion of most progress notes is to be completed during every counseling session.

BDR113 A signed Authorization for Release of Information (ROI) for every disclosure, including law enforcement, courts, etc. is to be included in the beneficiary record. Prior to any correspondence being signed by the Administrator(s), a review of the ROI for that specific correspondence needs to be reviewed. Authorizations for Release of Information are to be made out to the agency. Notations of the specific contact person (i.e., representative, etc.) may be made on another paper or noted somewhere below. Please ensure all sections of an Authorization for Releases of Information (AROI) are completed prior to a beneficiary signing the form.

BDR114 Please ensure you have an officer's wet signature for all correspondence, and typically this is the Administrator.

BDR115 All forms used are to be a good, clean print or photocopy. This is crucial for all forms that have legal ramifications, such as agreements (i.e., Room & Board Agreement) or statements (Admittance Statement, etc.)

BDR116 The First Homework Assignment is given to the beneficiary as part of intake and is due to be reviewed during the first counseling session with their individually assigned counselor.

BDR117 The ARC properly identifies itself and avoids all treatment-oriented terminology. The PRD has a list for your reference.

BDR118 Please ensure all program staff has signed the nondisclosure agreement. The original needs to remain in the employee file.

BDR119 Please do not abbreviate agencies' names when listing them on official documents, such as Authorization for Release of Information.

BDR120 Please ensure the usage of medical grade gloves when anyone is exposed to another's bodily fluids, such as compliance testing.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004206

BDR121 Please ensure all counselors post a weekly schedule, and session appointments are coordinated with work therapy assignments and other program activities.

BDR122 Counseling sessions are required to be held at a minimum of biweekly (i.e., every other week). A center may require weekly counseling sessions.

BDR123 Please develop a We Still Care brochure as required by CHQ. A template is available on the 2012 PRD.

BDR124 Please develop a Who & How resource. A template is available on the 2012 PRD.

BDR125 A full legible signature of the staff person's first and last name is required on all progress notes and other signed documents. An illegible signature requires the name to be printed in addition to the signature.

BDR126 Forms that require a witness must have a staff member sign as a witness.

BDR127 Please ensure that all forms requiring a date are completed with the correct month, day, and year.

BDR128 Please ensure the Religious Inventory is completed within 30 days of admission and signed signifying it was reviewed by a counseling department staff member or an Officer.

BDR129 Please ensure both sides of the Beneficiary Application for Admission are completed, and a signature is provided by the beneficiary on page 2.

BDR130 Please ensure both sides of the Initial Assessment (IA) are completed by the Intake Counselor / Coordinator.

BDR131 Please ensure a complete BASK (i.e., answer each line of the "Discernment" section of the progress note; B=Benefit; A=Attitude; S=Skills; K=Knowledge) on every progress note.

BDR132 Please ensure to complete a 5 Point Plan on the Direction portion of most progress notes.

BDR133 Please ensure you have Scripture references included on most progress notes whenever you allude to or specifically reference the Bible during the sessions.

BDR134 Please use the NEWEST ROI for Compliance Testing that lists current approved vendors.

BDR135 Please discontinue usage of the former "***Rehabilitation Goals***" provided on earlier versions of the PRD. Instead, CHQ now prefers we use the "First Homework Assignment."

BDR136 Center correspondence regarding a beneficiary's past, current or future participation may only occur with CHQ approved form letters (see Program Resource Disk [PRD]). The following is guidance for all correspondence from the center to external entities:

- All correspondence regarding past or current participation requires a "wet" signature (i.e., original) of the program staff member as well as the administrator.
- Preprinted/pre-signed signatures are forbidden on all forms and documents including correspondences.
- The administrator must see an observable copy of an Authorization for Release of Information (AROI/ROI) that is signed by the beneficiary prior to any signed approval of disclosure.
- Witness signatures on any form including correspondences must be fresh and not pre-signed.
- Unless a form is designed to be amended, such as adding an addressee to a letter or a statement of participation such as satisfactory or unsatisfactory, centers cannot change, add, or delete (i.e., modify) the verbiage contained in a letter.
- Should a situation arise that requires the changing of a letter's content, CHQ must be notified and approve the temporary amending.
- All beneficiary documents that require a signature must have "wet"/original signatures from the beneficiary and the staff member who typically signs as a witness.
- No preprinted/signed signatures are allowed on any internal or external correspondence or beneficiary record forms (i.e., PRD).

BDR137 When sending correspondence, centers must use the preapproved forms provided on the Program Resource Disk (PRD). Please note the appropriate format as provided below for all correspondence that involves any letterhead *(insert sample of letter to probation department from Joseph Garabed)*.



THE SALVATION ARMY

ADULT REHABILITATION CENTERS COMMAND

September 15, 2021

City of Johnsonville
Department of Adult Probation
100 Main Street
Johnsonville, CT 01001

Dear Probation Officer Smith:

RE: Johnny A. Sample

I am writing to inform you of the program participation of the person named above. The following is a summary of their present participation:

- Beneficiary's Name: Johnny A. Sample
- Admission Date: 01-01-1901
- Program Participation Statement: Satisfactory
- Estimated time left in rehabilitation: 60-90 days

SAMPLE SAMPLE SAMPLE

We meet the basics of a person's needs including, shelter, food, and clothing. All beneficiaries participate in Christian worship services, Bible studies, and a host of other social activities. We provide individual counseling, groups, educational opportunities, and work therapy to prepare people to reconnect with their community. Our program time is flexible enough to allow us to work with each person at his/her pace. We maintain [illegible] environment [illegible] and [illegible] programs available.

SAMPLE SAMPLE SAMPLE

If you have any questions or concerns, please do not hesitate to contact me at the above-stated number. Thank you for your time and consideration of the above-mentioned person's need for our service.

Sincerely,
Joseph Garabed

Approved by Officer,
Lt. Colonel Lynn Gensler

**Redirection and Discipline within the Center (RDC)**

RDC101 CHQ prefers all centers require the discharge of persons who test positive on a compliance test for any substance, or whose specimen's results demonstrate a positive adulterant response. Persons who protest the accuracy of the compliance test result are informed that they may appeal the result by having a secondary urine test performed at an outside lab at their expense and within 12 hours of discharge. The secondary test must be an observed urine specimen, and the person is suspended from the program until the test results are supplied. If the local center questions the accuracy of our own compliance test, the beneficiary may be placed on PRT until the confirmation of the compliance test is received from the contracted laboratory. We do expect that all persons discharging for a substance use issue will be provided information on accessing a detoxification center as well as other treatment options. These resources are provided on the *We Still Care* brochure.

RDC102 CHQ prefers all centers readmit a person who has relapsed as soon as they are amenable to change and demonstrate a willingness to comply to holiness standards which include the abstinence of alcohol as well as narcotics. Persons should not be in need of a detoxification center when being admitted (i.e., must be sober).

RDC103 CHQ prefers that persons caught stealing items during phase one are first ~~disciplined through a redirection assignment versus discharge.~~ ~~Whenever possible, the center~~ seeks other measures for all disciplinary issues unless they involve safety to the individual and/or others. An example of a safety issue is the use of any alcohol or other mood altering, non-prescribed drug used in an abusive manner. The individual then poses a safety risk to himself/herself and or others and should be referred to a higher level of care until readmission can be considered.

RDC104 CHQ prohibits the use of any metal detecting wand on any person. Patting down any person is also strictly prohibited. You may at your discretion request the program participant to move to a more private area that is still in the sight of others and ask them to empty their pockets or roll up the legs of their pants. Persons are never to be asked to disrobe or remove any clothing item.

RDC105 CHQ prefers that all entrances/exits are monitored during beneficiary break times by work therapy supervisors to screen for theft.

RDC106 The ARC is not a "therapeutic community" (TC) or a "sober housing program", but rather a residential church. The primary difference is that in a therapeutic community, the "therapy" is brought by the issues raised and redirected as living within the community of others. A sober housing unit is established with a main purpose of providing a sober place for people with substance use disorders. By contrast, the ARC is a residential church and utilizes engagement with the Holy Spirit. GOD is the therapeutic, healing agent within the ARC, and conduct is confronted in alignment with Scriptural principles which may or may not be in alignment with secular community standards.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004209

RDC107 The ARC edifies (i.e., builds up) program participants. Ephesians 4:29 is a foundational principle in our communication with all persons, and it reads as follows: "Do not let any unwholesome talk come out of your mouths, but only what is helpful for building others up according to their needs, that it may benefit those who listen" (NIV), or "Don't use foul or abusive language. Let everything you say be good and helpful, so that your words will be an encouragement to those who hear them" (NLT). Therefore, all ministry staff are responsible to build people up. We do not use shaming, humiliating, or disrespecting approaches to confront a person.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004210

**Work Therapy (WT)**

WT101 Work therapy is an integral part of the rehabilitation experience. It assists the beneficiary with experiencing a healthy, routine lifestyle in alignment with scriptural standards (ref. Genesis 2:15; Proverbs 16:3; Ephesians 4:28; 1 Thessalonians 4:11; Galatians 6:4-5).

WT102 Work therapy supervisors (WTS) are to demonstrate attentiveness to each beneficiary, call them by their legal name, treat them with honor and respect, and edify them in communication (ref. Ephesians 4:29, 32).

WT103 Work therapy evaluations (WTE) are to be completed at a minimum of a monthly basis by the person who provides the direct supervision. Various approved forms of the evaluation are provided on the Program Resource Disk.

WT104 All beneficiaries are to have at least three different assignments during their rehabilitation experience.

WT105 Work therapy assignments (WTA) are never to become confused with employment. Therefore, we avoid calling any assignment a "job", and may use the term "task(s)" or "assignment" instead.

WT106 Work Therapy may prepare people for employment, volunteering, and other means of service to their community as well as GOD. However, beneficiaries are not eligible to be employed within the same assignment area (e.g., sorting room; bric-a-brac, truck, kitchen) as their most recent Work Therapy Assignment. They must have experienced a different WTA for at least fourteen days prior to their employment in an area or department.

WT107 WTS ensure the area is reasonably safe through a tour at the beginning of the workday. Any safety concern is addressed prior to beneficiaries being assigned to that area.

WT108 Beneficiaries are not placed in employment positions as a form of therapy.

WT109 Beneficiaries are not permitted to operate motorized licensed traveling vehicles owned by The Salvation Army, to handle money, or to supervise others.

WT110 Beneficiaries are not to be formally employed and thus laboring by other entities. The forty-hour work therapy week is used to help the beneficiary live within a balance of life's demands, including employment. It is understood that some beneficiaries will most likely do outside chore work for a family member or friend, and this is not understood as employment. However, it must not conflict with required program activities.

WT111 Work therapy must not prevent beneficiaries from attending ARC counseling, education classes, groups, and whole house activities, such as chapel.

WT112 Work therapy may require beneficiaries to compensate for the time missed due to outside obligations, such as medical, dental, social work, or other appointments. For example, a person who misses 3 hours of work therapy may be required to make up that time within the same week (7-day period of Sunday to Saturday).

WT113 Centers that provide on-site adjunct services are encouraged to consider their participation as part of the program, and thus, missing some time from work therapy is not the same as an outside appointment or obligation.

WT114 The cook or their supervisor is required to be or become ServSafe certified within 30 days of employment.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004212

**Residential Living (RL)**

RL101 The ARC ministry provides a residential church experience in alignment with the vision and values of The Salvation Army. The essential elements of every church are vital and integral aspects of the ARC. Worship, biblical teaching, fellowship, service, and prayer are required components of all centers and thus its program.

RL102 The ARC ministry provides services within the Christian, holiness tradition. As such, we forbid substances of various kinds that conflict with these traditional values. For example, adult movies, television shows and channels that promote principles against God's design and desire are banned from the center. Video games that are identified as mature are also prohibited. To ensure compliance with this standard, compliance testing to ensure a sober living experience free from the abuse of addictive/abusive chemicals is required of all persons living at the center.

a. The following TV channels must be blocked from all televisions: BET (Black Entertainment Television), Bravo, E (Entertainment), MTV (Music Television Videos), VH1 (Video Hits 1), and all non-Christian music video channels.
b. All premium subscription channels, such as HBO (Home Box Office), etc.
c. All adult movie channels that are intended for mature audiences.
d. Ideally, each television's channels should have the ratings features enabled, and only those that are intended for 17 and under should be permitted.
e. No movie that is unrated, NC17 (No Child Under 17), or rated "R" (Restricted) is permitted on campus. Only those movies that are religious with an "R" rating are permitted as exampled by The Passion of Christ (2004).

RL103 Compliance Testing (CT) is required to ensure a Christian, holiness and sober living facility. Any person living at the ARC is required to provide an observed collected sample within one hour of the request. They may be allowed to drink up to 12oz of water to assist in the collection of the sample. Persons returning from an overnight pass are required to demonstrate compliance with a test upon their return and are given one hour to provide the sample. All persons waiting to produce the sample are to remain in an observation area and are not permitted to their room or the bathroom.

a. Compliance testing is done in a private area such as a bathroom, but in the sight of others with the restroom door open/ajar.
b. All persons receiving and processing the specimen for the compliance test are to wear medical grade gloves. Kitchen cooking gloves are not sufficient.
c. No joking, mocking, or any derogatory comments are to be made during the process of collecting the compliance testing specimen. Honor, respect, dignity, and privacy are to be observed.
d. Compliance testing of transgendered persons is observed by staff whom are agreeable to provide the oversight and are acceptable to the transgendered person.

RL104 CHQ requires the discharge of any person who receives a positive compliance test result for any substance, or whose specimen's result demonstrate a positive adulterant response. We do expect that all persons discharging for a substance use issue will be provided information on accessing a detoxification center as well as other treatment options,



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004213

and a direct referral whenever possible is made to a detoxification center. These resources are provided in the *We Still Care* brochure. Persons who protest the compliance test result may at the discretion of the administrator have their discharge suspended pending the outcome of a laboratory-based confirmation test. Unless an obvious intoxication is present, the benefit of the doubt should be given to the beneficiary, a laboratory test should be provided, and the person's program suspended pending the outcome of test. Depending upon the safety of the circumstances and at the discretion of the administrator, the individual who presents as sober-minded and yet has a positive compliance test, excluding a breathalyzer, may continue to reside at the center pending the outcome of the laboratory test. Any cooperative person with a positive breathalyzer result may challenge the result and be retested in fifteen minutes. The person may not consume any liquids of any kind, must remain under observation, and may have another breathalyzer administered in fifteen to twenty minutes which should read zero if there is no presence of any alcohol. Some persons may experience "mouth alcohol" after eating a sugary food or smoking, but that is gone within fifteen minutes (Reference: WHITE PAPER SERIES: Substances That Can Affect A Breath Test, n.d.).

RL105 All persons living at the ARC residence are to be breathalyzed upon entrance to the ARC. A continued demonstration of abstinence from the use of alcohol is required to continue living at the center.

RL106 Alcohol is only permitted in wipes and must be centrally stored with all medication. No mouthwashes with alcohol are permitted in the center, and persons with a prescription mouthwash containing alcohol must centrally store it with all medications and use it only under supervision.

RL107 Glues, solvents, and air freshener cans are prohibited from dorms and private rooms. Nail polish is permissible as per local center addendums within the UCG.

RL108 All beds are to be provided a comforter unless it is summer.

RL109 All windows must have a shade, blind, or curtain.

RL110 All windows must work properly and may not be propped open on one side. As allowed by a local center, a window may be propped open with wood if it is there are two pieces used to hold up the window. In other words, the window must be opened with a wooden device that keeps both sides of the window in alignment so as not to stress its frame.

RL111 Air conditioners that are placed in windows must be adequately secured in order to avoid any falling hazard.

RL112 All electrical outlets in the center must be covered. This prevents a person from being shocked or debris from creating a fire.

RL113 All electrical outlets near any water producing area must be GFCI (Ground Fault Circuit Interrupter). This prevents electrocution.

RL114 All persons living at the center must be provided a bed and a locker with the ability to lock. A nightstand is preferred but is not required.

RL115 All living areas are to be clean and orderly. A trash can is to be present in every room. The room must have adequate ventilation and must not be odorous.

RL116 The residence mangers (RM) and their assistant(s) (RA) must always have access to all living areas. This means all rooms, whether dorms, semi-private, or private are to be immediately accessible to the RM/RA. All lockers must also be immediately accessible to the RM/RA. This is to ensure immediate access for emergency or safety concerns.

RL117 All medications including those designated as OTC (over-the-counter) are required to be centrally stored and personally identified in a locked cabinet and within a locked room (i.e., double locked). This includes all medications belonging to anyone participating in Alumni Housing or the Transition Track, as well as all staff persons living at the center. The exceptions to this policy are as follows:

a. Any rescue breathing medication, such as an inhaler for asthma, is allowed to be kept in a person's locker, nightstand, and/or ideally, on their person.
b. Any heart medication (e.g., nitroglycerin for angina).
c. Any topical cream.
d. Any eye drop product, such as Visine. However, no eye products containing any illicit drug are permitted on campus.
e. ~~Narcan may be stored by a program participant in their locker, nightstand, or on~~ their person, and is considered part of their personal property.
f. A weekend allotment of up to three days of prescribed and/or OTC medications may be stored in a locked locker by the beneficiary as allowed by the Administrator.
g. No narcotic of any kind may be stored in a beneficiary's locker, nightstand, bed, or on the person. Any temporary use of a narcotic must be used under observation of administration (e.g., oral).

The requirement for all OTC and prescribed medications to be centrally stored extends to all persons living at the center regardless of reason (e.g., staff housing, alumni housing*, transition track, beneficiaries, etc.). *In limited circumstances these are off site Alumni Housing facilities in compliance with the green book standard and approved by CHQ/THQ.

RL118 All herbal supplements, protein shakes, and other ingestible health products are to be centrally stored and personally identified and treated as if they are an OTC or prescribed medication. These items, if permitted by the Administrator, are not to be shared.

RL119 All washing machines are to be clean, and dryers are to be connected to vents leading to the outside of the building. No lint, clothing, or dirt may be present behind the dryer, and all venting materials are to be in good working order with no leakage.

RL120 All showers are to be cleaned every three days, and any breakage of tile or missing caulking needs to be immediately repaired.

RL121 Sinks are to be cleaned each day as well as all toilets. There is to be a working toilet paper dispenser in every stall. This dispenser protects the paper from contamination. For example, a roll of toilet paper that touches the floor or seat of the toilet may become contaminated with bodily materials. Dispensers protect the cleanliness of the paper. An extra unwrapped toilet paper roll may be left on top of the toilet. All dispensers are to be checked each day.

RL122 When greater than 10% of the center's dorm and/or private room areas have a non-functioning shower, toilet, or sink, the repair is considered a high priority requiring immediate communication with the property department at CHQ and the Command Finance Council.

RL 123 The atmosphere of the residence is to be conducive to a holiness lifestyle, and the tone, volume, use of language, and courtesies are to be reflective of Ephesians 4:32.

RL124 Accountability in residence management is important. Therefore, written reports to the Administrator(s) are required. A log of those reports is to be kept internally for six months by the Administrator.

a. A daily written report is required by the assigned custodial person; usually, this is a beneficiary. A sample report for use is found on the Program Resource Disk (PRD). This report is completed throughout the day and is given to the RM/RA at the end of each day.
b. ~~A weekly written report is required by the RM/RA and is given to the AP daily.~~ A sample report for us is found on the PRD. The report is to be maintained each day, and then provided for review each Monday morning to the Administrator(s) by 8 AM.

RL125 Clean linens are to be provided for every new beneficiary. Comforters and all other linen are to be cleaned whenever a beneficiary discharges and stored for the new beneficiary.

RL126 First Aid Supplies and Kits (FASK) are to be stored in the residence management office and are not to be locked in any cabinet. There are rescue measures, and all staff as well as any beneficiary may have access as required. The kits are to contain the following minimal supplies:

a. A First Aid Kit complete with bandages, medical tape, tweezers, alcohol wipes, antiseptic wipes, etc. These are the traditional kits as available OTC or in Walmart.
b. A box of medical grade gloves to be used with any open wound or other bodily fluid.
c. A portable bag of rescue materials that includes the following:
    1. Three CPR breathing barriers are to be included. These are masks that cover the mouth and nose of the person who is being given CPR and minimizes the exhale of fluids and air by the victim towards the rescuer. However, please note that currently mouth-to-mouth resuscitation is not required for CPR.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004216

2. A box of medical gloves.
3. Three tourniquets to be used as directed by medical personnel.
4. A blanket for warmth as may be needed to treat someone who has fallen and is not able to be moved.
5. A gallon or its equivalent of bottled water to pour on a burn. We do not remove clothing from burn victims, nor pour any other liquid other than water on to a burn victim. We allow medical and fire rescue to treat the burns of victims.
6. A large box of single wrapped gauze pads for use in applying pressure to open wounds.
7. 81mg low dose aspirin only to be used as directed by medical personnel.

RL127 Room and Board is charged to all persons with an income. All persons stay first, and then pay only for the time they have stayed. They are therefore never owed a refund. CHQ does realize some persons will discharge without paying what is owed, and recurrent theft of this nature from the ARC will be a factor in determining readmission. The ARC ministry seeks to provide rehabilitation, and not temporary housing while a person is waiting for their next income check. Persons who repeatedly (e.g., 5 times) use it only as a temporary solution between income checks will be referred to shelters.

RL128 Training on First Aid, CPR, and AED is helpful to the residential component. CHQ has authorized the following as a local expense for their initial training: two residence positions (RM/RA), one counseling member (IC/C/LC/SC), and one administrator. Recertification on an annual basis is authorized as a local expense for all persons.

RL129 Narcan training is deferred to the Territorial policy as this time (10/23/2018).

RL130 Canteen ministry is crucial for the fellowship aspects of the ARC. Whenever possible, the center operates an in-house canteen that provides a minimum of the following: bottled water, candy bars, coffee, fresh fruit, peanuts, soda, and yogurt. The prices are lower for each item than is common in any convenience store. When a canteen is unable to operate for greater than a one-week period, the front desk has a minimal supply of these items to be sold and accounted for on a daily basis, otherwise vending machines are used.

RL131 If the center has an operating canteen, either a gift canteen card or coins are given upon admission at intake and documented by a signed receipt. Please ensure that all canteen cards or coins provided to new beneficiaries are documented for accounting purposes. The documentation needs to include a signature, amount, date, etc.

RL132 Please ensure that all canteen cards are numbered, and the bookkeeper is documenting correctly the number of each card provided to the residence manger or house manager.

RL133 If the center is selling canteen cards and/or coins, the cash is turned in to the business office a minimum of two times per week, and an accounting of the cards is completed.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004217

RL134 Any time a canteen card is given away as a form of recognition, as an award, or for any special purpose (e.g., game night), please ensure the beneficiary signs a receipt which identifies the date, amount, and printed name of the person to whom it is given.

RL135 Please ensure all systems for accountability regarding the sale of canteen cards are in alignment with auditing requirements.

RL136 Please know the finance department at CHQ is willing to provide guidance on the management of canteen cards or coins.

RL137 Any exercise area has three signs from the PRD posted, and they address the following:

a. No usage of the exercise equipment within the first two weeks of a person's admission into the program,
b. No lifting any weights without a spotter being used, and
c. No person is allowed to use the exercise area alone.

We want to ensure the highest levels of safety for persons using an exercise area. CHQ has developed an agreement that must be signed by all persons who will be using the exercise room.

RL138 CHQ discourages the usage of free weights due to the risk of injury. We do allow cable and lever systems for weightlifting. Centers need to discontinue any free weight activity, such as bench pressing and dead lifting due to recurrent injuries that may require a person to discontinue their rehabilitation. However, kettle bells and dumbbells are allowed because they can be dropped and pose no threat to blocking a person's airway, as does bench pressing a weighted bar.

RL139 The personal property of a beneficiary is to be stored for at least 30 days in a locked room following the date of discharge unless one of the following has occurred:

a. The beneficiary left with their personal property,
b. The beneficiary sorted the property they wanted, and then abandoned the rest for the center to process.

RL140 Personal property is defined as those items listed on the Personal Property Agreement and identified on their Personal Property Inventory (PPI). These forms are provided on the latest version of the PRD.

RL141 Centers are to only use the inventory forms that are provided on the PRD and must not develop their own local forms. We need to be able to legally defend our policy and procedure of documentation of a person's personal property.

RL142 Centers must choose one of four means of handling the personal property of all persons living at the center. These four means are described as follows:

a. **Generous** – We allow all persons to keep all items loaned to them by The Salvation Army regardless of if they complete the center's program. We do keep an



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004218

inventory to ensure the accuracy of personal property, and to identify issues of theft. However, the beneficiary always keeps the items given by the center.
b. **Loaned** – We provide specific items as needed by the beneficiary, and if the person does not complete the program, the items loaned are returned to the center. The beneficiary only keeps their personal property.
c. **Shared:** This method allows the beneficiary to add to the Personal Property Inventory form. However, upon discharge, the center will at its discretion retain only those items identified as belonging to the ARC. Items not listed as belonging to the ARC are given to the beneficiary.
d. **Detailed:** This method requires every beneficiary item beyond what was originally listed on the Personal Property Agreement to be itemized on the approved forms provided on the Program Resource Disk (PRD). The center must use both the Personal Property Agreement and the Personal Property Inventory. Together, they identify all belongings within a person's possession and whose property is whose (i.e., TSA or the beneficiary).

RL143 Once a person does not pick up their personal property for 30 days after discharge, the items are then considered abandoned and donated to The Salvation Army.

RL144 Personal Property in storage must be "double tagged." There must be some form of an outside tag as well as a tag on the inside of the bag, luggage, etc. This allows us to identify the property should the outside tag be lost.

RL145 The personal property of all discharged beneficiaries must be stored in a locked room and each bag or container must be labeled with either a hanging tag or a label with clear tape placed over it. A **second label or tag** with the beneficiary's name must be placed within the bag in case the outer label or tag is accidentally removed.

RL146 All centers are required to have various means of recreation. These may include the following: a basketball court, ping-pong table, pool table, video games, or volleyball.

RL147 CHQ prefers each center have special times of retreat and recreation. The following are examples for your consideration based on your center's funding as well as access to community resources: Camping, bowling, fishing trips, picnics at a park, professional games, softball, and swimming.

RL148 All new beneficiaries are to be provided a new (i.e., never used or donated items) basic hygiene kit, towel and washcloth for their personal use, linens for their individual bed, and as needed, clothing including clean underwear and socks. The basic hygiene kit must include at a minimum the following: bar of soap, toothpaste, toothbrush, razor, shaving cream, shampoo, comb and/or brush, and an antiperspirant or deodorant. Women are to receive a welcome kit that is specific to their physical needs.

RL149 Beneficiaries on sick-call due to an illness or injury are to be advised to practice self-care. They are to follow their medical instructions as provided by a hospital, clinic, etc. They are still to receive all regular meals and snacks as all other persons, unless their medical

provider has provided a special dietary plan. They are to be allowed access to the smoking area consistent with break times at work therapy, etc. A person on sick call due to illness may be restricted from visitors and community involvement, including outside meetings, etc. However, a person on sick-call due to an injury, such as occurring at work therapy or recreation, is not to avoid participation in classes, meetings, etc. as allowed by their medical provider.

RL150 CHQ prefers that persons caught stealing items are first disciplined through a redirection assignment.

RL151 CHQ prefers that all entrances/exits are monitored during beneficiary break times by work therapy supervisors to screen for theft.

RL152 All beneficiary records are required to be stored within a locked room and within a locked cabinet. If the files are not centrally stored, other program staff associates still must have immediate access to those files for emergency purposes only.

RL153 A stocked first aid cabinet is required in the residence.

RL154 Please ensure your center does not have any rated "R" or "not rated" movies.

RL155 Please communicate with the Property Department at CHQ regarding all beds which are inoperable.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004220

**Transition Track (TT):**

TT101 The Transition Track (TT) is designed to provide a means of ability for a beneficiary to transition towards non-ARC housing. For example, the beneficiary might save enough funds for their own apartment, apply to a sober home, or move into a group home.

TT102 There is no minimum stay required for participation in the TT. A person may stay a day or two, and discharge into other housing as they prefer. No room and board payments are required during the Transition Track.

TT103 Transition Track is limited in duration. CHQ only allows up to eight weeks participation with no Room & Board being charged. The participant must follow a savings plan and be willing to demonstrate their compliance to that plan to remain eligible for continued participation. The Transition Track is an optional part of the program and those who wish to participate must apply for approval and agree to the expectations of this program.

TT104 There are no extensions to the TT beyond a total of 8 weeks (i.e., 60 days). Persons who have a very unusual circumstance requiring an additional day or two must speak to the Administrator, and consultation with CHQ is required on how to resolve the concern.

TT105 Full-time employment is ideal and preferred. It is considered working more than 35 hours per week. However, some persons may need to start the Transition Track with only a part-time job, and work towards two part-time employments or one full-time position. Regardless, there is a maximum of eight weeks total allowed for participation in the Transition Track regardless of the hours of employment. The eight weeks total count begins on the person's first day of any employment.

TT106 The Administrator is responsible for monitoring the participation of those persons in the TT. However, the RM/RA and primary counselor providing case management work together to ensure a successful transition to community living (i.e., discharge).

TT107 Case management with the beneficiary's primary counselor may continue during the TT. However, counseling is now the role of adjunct community services, and is not the focus of the center's case management.

TT108 A TT participation form is required each Monday by 7 AM to grant another week of participation. Otherwise, the person has chosen to discontinue participation in the TT when they have not turned in the form and may be discharged.

TT109 Gratuity is a gift from The Salvation Army and is never considered a wage. A participant in the TT discontinues receiving any gratuity once their first paycheck is received.

TT110 All TT participants are held to the conditions of the Transition Plan (TP), and only continue to reside at the center as long as they are compliant with their TP.

TT111 All TT participants adhere to the UCG along with all other program participants.

**Alumni Housing Option**

ALO101 Alumni Housing refers to a separate entranced facility devoted solely to helping graduates retain their rehabilitation accomplishments and promotes their continued holistic well-being. The size and type of facility can vary from single family houses to a block of apartments in an apartment house to purpose-built facilities with separate apartments. Whatever type of facility it should be in a residential neighborhood, preferably away from the center, with adequate provision for helping the resident become independent.

AHO102 Alumni housing requires on-going gainful employment.

AHO103 Participation in Alumni is approximately six months with the availability of six one-month extensions for a total participation of no greater than one year (365 days).

AHO104 There should be written procedures for application equally available to all graduates who are gainfully employed. The program staff should review the application to be sure the applicant has a clear plan for the future.

AHO105 A written CHQ provided agreement outlining all expectations including, the fees, security deposit, expected length of stay, six months to a year, drug and alcohol testing, hours of visitation and visiting areas, housekeeping responsibilities, procedures to be followed for late or non-payment of fees, should be signed by the applicant.

AHO106 A program of group meetings and individual counseling specific to the needs of current residents should be in place and appropriate staff to carry it out, and be sure the residents are complying with the expectations.

AHO107 Care should be taken to ensure that all graduates have equal opportunity to benefit from the facility and it does not become an extension of the center with only center employees.

AHO108 The facility and all furnishings and equipment should be maintained at the same standard as the center itself.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004223

**Staff Housing**

SH101 Staff Housing is provided at the discretion of the local administrator(s) for the mutual benefit of the center as well as the staff member. It is not a form of rent or lease, and payment for room and board is provided only after the individual first stays (i.e., first you stay, then you pay). The staff member never prepays for their stay, and there is no obligation of continued residency.

SH102 SH requires the individual to sign a Transient Statement. A copy is to be sent to CHQ, attention Program Development. The original is to stay in their employee file. The SH person is not to have an open beneficiary file.

SH103 SH is provided to only the following positions with approval from CHQ: Residence Manager, Residence Assistant, Head Cook, Cook, or Maintenance. As long as they are permitted by the Administrator(s) and they are observing all house rules, any exception must be approved by the ARC Commander and be presented with sufficient rationale.

SH104 CHQ does not allow required live-in positions, and thus, the desire to live at the center is only provided when it is a "win" for the employee, and a "win" for the Administrator(s). Employment does not terminate when the employee no longer lives at the center in staff housing.

SH105 Persons residing in SH will have a 90-day notice of termination from residential living when the position is no longer of benefit to the center as a live-in staff housing position. For example, when a new Administrator(s) is assigned to the center, they may decide with a 90-day notice to discontinue the option of staff housing for that position.

SH106 SH requires compliance with the Unified Center Guidelines, and an immediate discontinuation of stay will occur when the individual has violated any safety issue, such as use of an intoxicating substance, presence of a weapon with exception, abusive language, etc.

SH107 SH persons must attend whole house events when they are on campus. These include the attendance of devotions, house meetings, worship services, and other meetings as identified by the Administrator as "whole house."

**Alumni Ministry Services**

AMS101 An Alumni is a graduate of either the phase track (PT) or Tune-Up Track (TUT). Persons whose most recent participation in the ARC ministry was not a completion (i.e., unsatisfactory) are referred to as "former beneficiaries."

AMS102 The ARC ministry continues to provide general ministry as would any other church to persons who have graduated the program and continue to live according to Christian, holiness principles. Persons who do not live according to those standards and principles are to receive church discipline towards restoration (Galatians 6:1-10). Examples of behavior requiring discipline towards restoration involve those sins that involve others (e.g., fornication, adultery, and others mentioned in Galatians 5:19-22). Since Alumni are considered to be very influential people toward beneficiaries, some church discipline may require suspension of privileges on the ARC campus.

AMS103 Any alumnus who is an employee of the local ARC and returns to substance misuse is NOT allowed to use the same local ARC programs for restoration. We need to avoid the appearance of a dual interested relationship as a result of having an employee on disability or discipline receive rehabilitation from the same or most recent employer. They may want to consider participation in another ARC ministry anywhere throughout the Territory or even the nation. Other non-ARC services are available in all communities and are also options for the former employee.

AMS104 Any employee of the local ARC, Division, or Corps ministries is unable to use the ARC programs for restoration from substance misuse. We need to avoid the appearance of a dual interested relationship by having an employee being disciplined receive rehabilitation near the same or most recent employer. They may want to consider participation in another ARC ministry anywhere throughout the Territory or even the nation.

AMS105 All centers are required to have a minimum of two special Alumni Celebration events per year. For example, this can be an Alumni Banquet for one special event, and an Alumni Party for another event. Current beneficiaries may be required to attend these events.

AMS106 CHQ requires all centers to provide the following services to alumni whether they live in the building or not: worship services, an open Bible study, and on-campus holiday events. We do realize those participating must have local administrator approval to participate.

AMS107 CHQ prefers all centers provide some aftercare services which may include a group or alumni fellowship association.

**Relationship with Corps and the Division (RCD)**

RCD101 The ARC ministry is a separate division of the The Salvation Army. We seek to complement, and not compete with other ministries of TSA. We seek to provide a complete picture of unity to the community while at the same time acknowledging divisions of service.

RCD102 The Administrator and/or Program attends monthly the local Advisory Board meeting and is active in a committee regarding the ARC.

RCD103 The local ARC is involved in the Corps ministry. Examples of this involvement include any of the following:

a. Weekly attendance at their morning or evening worship service
b. Weekly participation in their Bible study and/or Sunday School
c. Weekly group activities at the Corps (e.g., men's or women's ministries, basketball tournaments, etc.)

RCD104 The ARC ministry may choose to participate at the Corps for their morning worship service, and therefore not have their own Sunday service at the center.

RCD105 The ARC ministry is required to have its own midweek service (i.e., Vespers, chapel, worship service).

RCD106 The ARC invites the Corps to times of fellowship at least two times per year (e.g., Christmas Party, Easter Party, 4th of July, Labor Day, etc.).

RCD107 An annual conversation with Corps leadership occurs with the topics as follows:

a. How can we work better together?
b. How can we complement the work the other ministry is doing?
c. How can we support each other's work?
d. When can we have mutual fellowship?
e. When can we honor the ministry of the other?
f. How can we better assimilate the beneficiaries of the ARC into the Corps?



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004226

**State and Community Supports (SCS)**

SCS101 The center does not directly receive Food Stamps on behalf of a beneficiary as advised by National Legal Counsel.

SCS102 The center does not participate in a food program that utilizes food or funds from The Emergency Food Assistance Program (TEFAP), or any other USDA service.

SCS103 The center can receive food from local foodbanks that do not prohibit the requirement of program participants to attend religious services as part of their rehabilitation.

SCS104 The center provides emergency financial assistance for prescriptions for approved medications for beneficiaries without any medical coverage. However, all other means of coverage have already been explored prior to paying for the prescription.

SCS105 The center utilizes clinics supported by Healthcare for the Homeless.

SCS106 CHQ prefers all administrators whenever possible to participate in local professional associations. Examples include, Rotary Clubs, clergy associations, social services networks, etc.

SCS107 CHQ prefers that speaking engagements to promote the ARC program at local service clubs (Rotary, Kiwanis, Lions, etc.), churches or social service agencies be explored and implemented as often as possible.

SCS108 CHQ prefers all officers to participate in a local clergy association or fellowship.

SCS109 CHQ prefers an ARC representative be involved in a local social services network.

SCS110 Where active Advisory Councils or Advisory Boards are present, the ARC requires participation in their monthly meetings as scheduled.

SCS111 The center does not charge food stamp cards.

SCS112 CHQ requires beneficiaries to apply for state medical insurance (i.e., Medicaid).

SCS113 Whenever Medicaid is not available or enough to meet the medical needs of a beneficiary, an alternative social program needs to be utilized. For example, most communities have some representation of Healthcare for the Homeless: www.nhchc.org

SCS114 Some beneficiaries will benefit from vocational training as part of their personal development. Please provide information during phase 4 on your state's local program to beneficiaries who may be interested.

SCS115 CHQ requires all centers to identify local community resources that provide ***GED*** and/or literacy education. While we may not directly provide this service, it is expected that



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004227

all centers will have knowledge of and refer as necessary persons to begin participation in those local community resources.

SCS116 The center's *Who & How directory* is updated annually in the format provided by CHQ.



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO TSA0004228

**Recognition towards Rehabilitation (RTR)**

RTR101 The center provides certificates of acknowledgement when someone has advanced to the next phase. A graduation certificate is used to acknowledge completion of the undergraduate phase or Tune-up Track. No certificate is provided for the Transition Track.

RTR102 Upon request by the beneficiary, the certificates for any recognition may be given privately instead of publicly. We seek to honor all beneficiary's privacy.

RTR103 Games nights, awards, and other forms of recognition may be used as per the discretion of the Administrator(s), and awards, such as canteen cards, may be provided as noted earlier in this document.

**Community Hosting and Self-care Support (CHSS)**

CHSS101 CHQ requires all centers to host ***12 Step meetings***, such as Alcoholics Anonymous, Narcotics Anonymous, Overcomers Anonymous, or Alcoholics Victorious. The meetings may be gender-specific (women's only or men's only) a meeting at the discretion of the Administrator. These may be open or closed meetings at the discretion of the Administrator. Only the Commander may provide approval for a center to not host a 12-step meeting and will do so in writing.

CHSS102 Each center will support to the extent possible their local Celebrate Recovery fellowship meeting or other Christian self-care meetings.

CHSS103 Please consider hosting an ***Al-Anon*** meeting for the families of beneficiaries.

CHSS104 Self-help Support Groups may also be described/identified as Self-care Support Groups.

CHSS105 Ideally, each center needs to be seen as a lighthouse in the community providing guidance towards all levels of spiritual formation (i.e., unsaved, agnostic, or atheistic towards saved, sanctified, disciple of Christ, etc.). The method will involve hosting meetings that warmly welcome the unsaved and inform them towards the Christian faith (i.e., outreach to inreach; Mars Hill to Mount Calvary).

CHSS106 Each center should annually review the effectiveness of their methodology at providing the vital link to the community of open self-help support meetings and develop a written strategy to enhance their outreach ministry. These self-help support meetings are also to be used for each beneficiary to develop their on-going support system.

**Outreach Services**

OS101 The Counseling Department, along with the Administrator(s) and IC, promote the program. For example, to network on a weekly basis with personnel from a detoxification center would be appropriate. To communicate monthly with long-term programs and/or institutions, such as jails, is also expected. Contacting shelters, agencies that assist the homeless, food pantries, soup kitchens, and churches on a quarterly basis may also prove helpful.

OS102 The center promotes the program in every Family Store as well as at the local Corps. We believe the CHQ approved posters may be helpful to inform the public of our programs.

OS103 The center is only to use brochures, resources, booklets, etc. that CHQ has approved for distribution. This helps to ensure we are accurately representing the ministry.

OS104 CHQ prefers intake personnel promote the program. For example, to network on a weekly basis with personnel from a detoxification center would be appropriate. To communicate monthly with long-term programs and/or institutions, such as jails, would also be expected. Contacting shelters, agencies that assist the homeless, food pantries, soup kitchens, and churches on a quarterly basis may also provide helpful.

OS105 There are numerous posters that CHQ has already approved for promoting your program. Please contact us for suggestions you may have for promotional material.

## APPENDIX A

List of Approved ARC Curriculum

**ARC Developed Curriculum**
Addiction and Grace (PowerPoint) by Gerald May
Basic Training: 11 Core Beliefs of the Christian Faith
Keys to Spiritual Renewal by Rev. AuBuchon (based on the book by Stephen Arterburn)
Laws of the Harvest by Rev. AuBuchon (based on the book by John W. Lawrence)
Life Skills Education by Maj. J. Sanderson
Live and Learn About Substance Abuse (various authors)
Orientation Series (JEM Disk)
Regression Prevention
Relapse Prevention
Relationship Resource by Gary Smalley
Relationships: A General Course for Beneficiaries
Setting Up for Success
Smoking Cessation
Substance Abuse Group Education (SAGE)
TSA Adherents' Course

**Book Studies***
*Addiction and Grace* by Gerald May, MD
*Boundaries* by Cloud and Townsend
*DNA of Relationships* by Gary Smalley
*Journey to Freedom: 30 Days to Forgiveness and Hope* by Dr. Rich Dorst
*Lies We Believe* by Chris Thurman
*Purpose Driven Life* by Rick Warren
*Relapse Traps* by Chandler Scott and Ronald Rogers
*Staying Sober* by M. Miller and Terrence Gorski

*Other books and materials from these authors are also allowed.

**Website Curriculum**

| | |
|---|---|
| Life Church | https://open.life.church/resources |
| National Association of Christian Recovery | https://www.nacr.org |
| Parents of Addicted Loved Ones | https://palgroup.org/ |
| Wesleyan Church | https://resources.wesleyan.org/ |