**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated, *Plaintiffs,* vs. THE SALVATION ARMY, A NEW YORK CORPORATION, *Defendant.* | Civil Action No. 1:21-cv-10806-LTS |

**DECLARATION OF ALICE X. WANG**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

I, Alice X. Wang, hereby declare:

1. I am an associate attorney at the law firm of Altshuler Berzon LLP, a member of the State Bar of California, and admitted *pro hac vice* in this Court. I have personal knowledge of the facts set forth below and could competently testify on these matters.

2. I am co-counsel for Plaintiffs and the certified classes in this action, along with other attorneys at Altshuler Berzon LLP and Justice Catalyst Law.

3. On February 7, 2023, Plaintiffs deposed Major Beth Muhs as one of the Rule 30(b)(6) designees of Defendant The Salvation Army, A New York Corporation. True and correct excerpts from the deposition transcript of Major Muhs are attached hereto as **Exhibit A**. Additional pages from Major Muhs' deposition transcript are already in the record, including at Doc. No. 141-1.

4. On March 10, 2023, Plaintiffs deposed Arthur "Beau" Hill as one of Defendant's Rule 30(b)(6) designees. True and correct excerpts from the deposition transcript of Mr. Hill are

attached hereto as **Exhibit B**. Additional pages from Mr. Hill's deposition transcript are already in the record, including at Doc. No. 141-3.

5. On March 23, 2023, Plaintiffs deposed Captain Joseph Swistak, Defendant's Boston ARC Administrator. True and correct excerpts from the deposition transcript of Captain Swistak are attached hereto as **Exhibit C**. Additional pages from Captain Swistak's deposition transcript are already in the record, including at Doc. No. 141-4.

6. On March 24, 2023, Plaintiffs deposed Reverend Don Coombs, Defendant's Director of Program Development. True and correct excerpts from the deposition transcript of Reverend Coombs are attached hereto as **Exhibit D**. Additional pages from Reverend Coombs' deposition transcript are already in the record, including at Doc. No. 141-5.

7. On August 11, 2025, I downloaded a report titled "Treatment for Opioid Use Disorder: Population Estimates — United States, 2022," which was included in the U.S. Centers for Disease Control and Prevention's June 27, 2024, Morbidity and Mortality Weekly Report, from the following website: https://www.cdc.gov/mmwr/volumes/73/wr/pdfs/mm7325a1-H.pdf. A true and correct copy of that report is attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of August 2025 in San Francisco, California.

*/s/ Alice X. Wang*

Alice X. Wang