# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:21-cv-10806-LTS

---------------------------------------------------x

MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE SALVATION ARMY A NEW YORK CORPORATION,

Defendant.

---------------------------------------------------x

40 Rector Street
New York, New York
February 7, 2023
10:00 a.m.

30(b)(6)DEPOSITION OF MAJOR BETH MUHS, appearing at the above-mentioned time and place before ANNMARIE OAKLEY, a Notary Public of the State of New York.

A P P E A R A N C E S

ALTSHULER BERZON LLP
Attorneys for Plaintiffs
177 Post Street
San Francisco
BY: MATTHEW MURRAY, ESQ.

JUSTICE CATALYST LAW
Attorneys for Plaintiffs
40 Rector Street
Buffalo, New York 10006
BY: MARIYAM HUSSAIN, ESQ.

CROWELL & MORING LLP
Attorneys for Defendant
590 Madison Avenue
New York, New York 10022

BY: THOMAS GIES, ESQ.
PAUL W. MOURNING, ESQ.

Also present: Deverell Write, videographer

B. MUHS

conference?

A. Four ARC commanders.

Q. Are there any other standing commissions related to the ARCs?

A. Not to my knowledge.

Q. On the previous page marked TSA 273 there's a paragraph that begins, "The basic social services developed by William Booth." Do you see that paragraph?

A. Yes.

Q. Does that paragraph describes Salvation Army principal activities?

MR. GIES: Objection. The document speaks for itself.

Q. You can answer the question.

A. Yes.

Q. And on page TSA 275 the second paragraph beginning, "Salvation Army church membership consists of adherence soldiers and officers." Do you see that paragraph?

A. Yes.

Q. Does that paragraph describe the Salvation Army church membership?

MR. GIES: Same objection.