# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~

MARK TASSINARI, RICHARD ESPINOSA,
and JOSEPH ALMEIDA, individually
and on behalf of all others
similarly situated,

Plaintiffs,

vs. Civil Action No.
1:21-cv-10806-LTS

THE SALVATION ARMY, a
New York Corporation,

Defendant.

~~~~~~~~~~~~~~~~~~~~

Videotaped Deposition of
ARTHUR B. HILL, III

March 10, 2023
9:07 a.m.

Location:
Veritext Legal Solutions
1100 Superior Avenue, Suite 1820
Cleveland, Ohio

Renee L. Pellegrino, RPR

APPEARANCES:

On behalf of the Plaintiff:
Altshuler Berzon, LLP
CHRISTINE M. SALAZAR, ESQ.
MATTHEW J. MURRAY, ESQ. (Via Zoom)
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
csalazar@altber.com
mmurray@altber.com
- and -
Justice Catalyst Law
LUCY BANSAL, ESQ. (Via Zoom)
40 Rector Street, Floor 9
New York, New York 10006
(518) 732-6703
lbansal@justicecatalyst.org

~ ~ ~ ~ ~

APPEARANCES, CONT'D:

On behalf of the Defendant:

Crowell & Moring LLP
THOMAS P. GIES, ESQ.
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(440) 323-2201
tgies@crowell.com

- and -

Crowell & Moring LLP
KIMBERLEY JOHNSON, ESQ. (Via Zoom)
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
(415) 986-2800
kjohnson@crowell.com

ALSO PRESENT:

Peter Graves, Videographer

~ ~ ~ ~ ~

TRANSCRIPT INDEX

APPEARANCES ................................2
INDEX OF EXHIBITS ..........................5
INDEX OF OBJECTIONS ........................6

EXAMINATION OF ARTHUR B. HILL, III:
BY MS. SALAZAR .............................9

AFTERNOON SESSION ..........................80

REPORTER'S CERTIFICATE ....................139

EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

INDEX OF EXHIBITS

| Number | Description | Marked |
| --- | --- | --- |
| Exhibit 153 | Plaintiffs' Notice of Deposition of Beau Hill | 23 |
| Exhibit 154 | Salvation Army Eastern Territory Website Screenshots - Combat Addiction | 90 |
| Exhibit 155 | Salvation Army Cleveland Harbor Light Complex Website Screenshots - Combat Addiction | 93 |
| Exhibit 156 | Salvation Army Cleveland Harbor Light Complex Website Screenshots | 97 |
| Exhibit 157 | Screenshots - Licensed Treatment Centers - The Salvation Amry USA Central Territory | 103 |
| Exhibit 158 | Document Entitled "The Salvation Army Harbor Light Complex" | 108 |
| Exhibit 159 | Document Entitled "The Salvation Army Harbor Light Complex" | 111 |
| Exhibit 160 | Harbor Light Privacy Policy - Salvation Army Cleveland Harbor Light Complex Screenshot | 120 |
| Exhibit 161 | Combat Addiction - Salvation Army Western Pennsylvania Division Screenshots | 122 |
| Exhibit 162 | Prison Rape Elimination Act (PREA) Audit Report | 132 |

of MAT within the detox program?
MR. GIES: Objection. Vague.
Q. I'll rephrase.
Are you involved in working with the medical director regarding determining appropriate protocols for medication use?
A. I don't know what you mean by "involved," but we discuss them.
Q. So it's fair to say that you've had conversations with the medical director of the program about the use of certain medications?
A. Yes.
Q. And you've had conversations with the medical director about the use of certain forms of MAT?
A. Yes.
Q. Have you had discussions with anyone other than the medical director about the use of certain forms of MAT within the substance abuse program?
MR. GIES: Objection. Asked and answered.
Q. You can answer.
A. I'm just trying to figure out a

way because MAT is so used. I mean, literally I would have no way to quantify how many times I've talked about that with whom. You know, it is -- it is pervasive in all the program areas as far as how that impacts different areas. So I would not know how to quantify that.

Q. Who's the medical director of the program?

A. The medical director's name is Dr. Ted, or Theodore I think is his official name, Parran, P-A-R-R-A-N. He's our medical director, the formal medical director of Rosary Hall and also the medical director for Stella Maris, and is at Case Western Reserve University and MetroHealth and a bunch of places he works with. I would never be able to list them all.

Q. How long has he been the medical director of the Harbor Light substance abuse program?

A. As long as I can remember. I do not remember a different one.

Q. You mentioned that MAT use is pervasive and that it impacts many parts of

the program. What do you mean by that?

A. When I was referring to pervasive, I was saying that it impacts the social services community and the services that are provided to people in general and to those people that we may touch that are homeless, those people that may be involved in the criminal justice system. And so when I was using the word "pervasive," I wasn't necessarily alluding to that every single person in our program uses it. I'm saying it's pervasive and the conversations are pervasive amongst the social services community.

Q. Would you say that the use of MAT by participants of the programs you oversee has an impact on those programs?

A. I would say that there are many pathways to recovery, and of those pathways to recovery, one of them could be use of MAT, and -- and whatever pathway that individual believes is the best pathway, then that's the one that we should encourage.

Q. For now I'm going to move on to some of the other programs, if that's okay

A. Yes.

Q. And is that true for eastern territory Harbor Light detoxification programs?

A. No.

Q. Suboxone is a form of buprenorphine, is it not?

A. That's my understanding, yes.

Q. And you testified that buprenorphine is allowed in detox?

A. I've testified that buprenorphine is part of the protocol that we use.

Q. So it is true that buprenorphine is part of the protocol used in eastern territory Harbor Light programs for detox?

A. That is correct. I don't know -- do not know -- I do not believe Suboxone is.

Q. Do you see on the following page the box that says, "Medication-Assisted Treatment"?

A. Yep. Yes, I do.

Q. Do you see where it says, "MAT is considered by experts to be the gold standard of care when treating opioid addiction disorders"?

A. Yes, I do.
Q. That's a true statement, is it not?
A. MAT is considered to be an evidence-based treatment. I don't know if it is a gold standard of care.
Q. You can set that aside.
The intensive outpatient program lasts how long?
A. So it recently changed with rules to a progression of the individual's treatment. It is not a prescribed number of sessions, and so typically someone is in there for six weeks, three sessions, but it could be longer, and it could be shorter depending upon their progress.
Q. Is there a maximum number of days that someone can participate in IOP?
A. I don't know, but I assume as long as it's clinically appropriate.
Q. But IOP is part of one of the programs that you oversee?
A. Intensive outpatient treatment, yes.
Q. So if you're not aware of any

A. Do they receive medication from the Salvation Army?
Q. Do they receive medication from Harbor Light?
A. To the best of my knowledge, they -- if they have medication, the Salvation Army holds it and then gives it to the client so that the client can take it. The Salvation Army does not administer it. They observe the individual taking it.
Q. Are participants in Pittsburgh's Harbor Light residential treatment program allowed access to medication for opioid use disorder?
A. Yes.
Q. Are they allowed access to Methadone?
A. I believe so, but it's not that frequent that people use it.
Q. Are they allowed access to Suboxone?
A. Yes.
Q. Are they allowed access to Sublocade?
A. Yes.