# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK TASSINARI,
Individually and on behalf of all
others similarly situated,
Plaintiffs,
vs.
THE SALVATION ARMY NATIONAL
CORPORATION; THE SALVATION ARMY I
(EASTERN); THE SALVATION ARMY USA
CENTRAL TERRITORY; THE SALVATION
ARMY II (SOUTHERN); THE SALVATION
ARMY III (WESTERN),
Defendants.
--------------------------------x

VIDEOTAPED DEPOSITION OF
JOSEPH JAMES SWISTAK
Thursday, March 23, 2023
10:10 a.m.
Veritext
101 Arch Street
Boston, Massachusetts 02110
Laurie K. Langer, RPR

APPEARANCES

ON BEHALF OF THE PLAINTIFF(s):

BY: Matthew J. Murray, Esq.

Christine Salazar, Esq. (appeared via Zoom)

ALTSHULER BERZON, LLP
177 Post Street
Suite 300
San Francisco, California 94108
(415) 421-71751
mmurray@altshulerberzon.com

ON BEHALF OF THE DEFENDANT(s):

BY: Thomas P. Gies, Esq.

CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2500
tgies@crowell.com

(Appearances continued.)

ON BEHALF OF THE DEFENDANT(s):

BY: Paul W. Mourning, Esq.

CROWELL & MORING, LLP

590 Madison

New York, New York 10022

(212) 895-4307

pmourning@crowell.com

ALSO PRESENT:

Alex Jandrow, Videographer

Ray Wenzell (appeared via Zoom)

Ayeesha Hossain (appeared via Zoom)

INDEX OF EXAMINATION

WITNESS: Joseph James Swistak

| EXAMINATION | PAGE NO. |
| --- | --- |
| By Mr. Murray | 7 |


INDEX TO EXHIBITS


| NO. | DESCRIPTION | PAGE NO. |
| --- | --- | --- |
| Exhibit 104 | The Salvation Army Adult Rehabilitation Centers Handbook of Standards, Principles and Policies | 25 |
| Exhibit 119 | The Salvation Army Adult Rehabilitation Centers - Eastern Territory Medication Guide | 59 |
| Exhibit 134 | Mark Tassinari's Beneficiary File | 88 |
| Exhibit 150 | Super Store Mangers; a Case Study in Excellence, Training and Development | 92 |
| Exhibit 152 | New Employee Orientation Resource | 94 |

| NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit 163 | Beneficiary Application for Admission | 98 |
| Exhibit 108 | Eastern Territory Minutes | 115 |
| Exhibit 164 | Adult Rehabilitation Center Command Proposed FY 2021 Budget | 132 |
| Exhibit 165 | Mission Support for 12 Months Ending September 30, 2022 | 136 |
| Exhibit 166 | ARC Command Monthly Ministry Report | 164 |
| Exhibit 125 | BITS Pro User Manual | 168 |

(Original exhibits attached to original transcript)

A. I am.
Q. Do you consider yourself to be a member of the Salvation Army faith?
A. I am. I am a member of the faith period, whether it's Salvation Army or not. I'm a member of the Christian faith. Plain and simple.
Q. Would it violate your religion for an ARC participant to use doctor prescribed Suboxone in the center?
A. So I'm not that person. I'm not the doctor, I don't make those decisions or those choices. My faith has really not much to do with the doctor and the client. My faith says I want the well-being of the individual. And depending on what that is I may or may not be hobbled with what may or may not be my belief, but, again, that's all suspect or speculation based upon any of this stuff happens. It's not anything set in truth.
I -- my faith says we're not supposed to intentionally harm another human being or individual. My belief given that, is that this type of treatment is a direct harm to the individual. So what do I believe? I believe that the way they're using that is a direct harm to an individual and I do not agree with it on a