# EXHIBIT D

Volume: I
Pages: 1-154
Exhibits: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 1:21-CV-10806-LTS

*************************************

MARK TASSINARI, RICHARD ESPINOSA AND JOSEPH ALMEIDA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

vs.

THE SALVATION ARMY, A NEW YORK CORPORATION,

Defendants.

************************************

AUDIOVISUAL DEPOSITION of DONALD COOMBS, a witness called on behalf of the Plaintiffs, before Michele DeCoste, a Professional Court Reporter and Notary Public, in and for the Commonwealth of Massachusetts, at 101 Arch Street, Boston, MA, on Friday, March 24, 2023, commencing at 9:08 a.m.

A P P E A R A N C E S

MATTHEW J. MURRAY, ESQ.
CHRISTINE SALAZAR, ESQ. (Via Zoom)
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
mmurray@altshulerberzon.com
Counsel for the Plaintiffs

THOMAS P. GIES, ESQ.
PAUL W. MOURNING, ESQ. (Via Zoom)
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000
tgies@crowell.com
Counsel for the Defendant

ALSO PRESENT:

Alex Jandrow, Videographer

Rose Farley, Justice Catalyst (via Zoom)

# I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DONALD COOMBS | | | | |
| (By Mr. Murray) | 5 | | | |

# E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 167 | NBCC List of Credentials | 20 |
| Exhibit 103 | Organizational Chart | 22 |
| Exhibit 116 | 10/18/02 Medication Guide | 42 |
| Exhibit 168 | NIDA Pamphlet | 46 |
| Exhibit 118 | 2012 ARC Medications Guide | 66 |
| Exhibit 117 | Talbott's Medication Guide Revision 1.0 | 68 |
| Exhibit 119 | 9/8/22 ARC Medications Guide | 99 |
| Exhibit 130 | Compliance Testing PowerPoint | 120 |
| Exhibit 169 | HIV Medication Chart | 122 |
| Exhibit 123 | 2012 Supplements Policy | 126 |
| Exhibit 124 | CARES Assessment PowerPoint | 129 |

which are below the traditional cut off levels of ensuring abstinence testing"?

A Correct.
Q That was one of the reasons why the Salvation Army chose to use MedTox?
A Yes. And I believe that had to do with THC. We tested that at, like, 25 versus 50 or something like that.
Q If you look at page 3138.
A Sure.
Q It says "SURE-SCREEN" at the top.
A There we go.
Q So SURE-SCREEN was the testing product from MedTox, right?
A Yes.
Q And page 3138 shows that the SURE-SCREEN product can test for the presence of methadone, whereas the traditional product does not. Did I read that correctly?
A Yes.
Q So one of the reasons the Salvation Army chose to use MedTox was to be able to test for methadone?

A Yes, I would assume so.

Q Let me show you a new exhibit, marked 169, as the next number.

(Exhibit Number 169, HIV Medication Chart, was Marked for Identification.)

Q I will represent for the record this is a document that was produced by the Salvation Army in discovery. It's a two-page document. It says, "HIV Medication Chart." There was a Bates number at the bottom of that page, which does not show up on the printed version, which I apologize for. If you're looking at the second page, there was a very small Bates number, TSA616.

MR. GIES: Just for the record, we'll take under advisement whether or not that's properly authenticated as something that we produced?

MR. MURRAY: Sure.

MR. GIES: And so tell me again my -- I can't without putting on glasses, what is the last number, the second page?