**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,<br>*Plaintiffs,*<br>vs.<br>THE SALVATION ARMY, A NEW YORK CORPORATION,<br>*Defendant.* | Civil Action No. 1:21-cv-10806-LTS |

**DECLARATION OF NINA HARRIS**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

I, Nina Harris, hereby declare:

1. I am a summer associate at the law firm of Altshuler Berzon LLP and a rising third-year law student at the University of California, Los Angeles School of Law. I have personal knowledge of the facts set forth below and could competently testify on these matters. Altshuler Berzon LLP attorneys are co-counsel for Plaintiffs and the certified classes in this action, along with attorneys at Justice Catalyst Law. This declaration details the process I took to locate publicly available data regarding federal financial assistance received by Defendant, The Salvation Army, a New York Corporation.

2. On August 1, 2025, I accessed USAspending.gov, the official source of United States government spending data maintained by the U.S. Department of the Treasury, Bureau of the Fiscal Service. I navigated to the drop-down menu titled "Explore the Data" and clicked on the hyperlink titled "Recipients." That led me to a webpage titled "Recipient Profiles," which provides a list of entities receiving financial assistance from the federal government. I then entered "Salvation Army" in the search bar on the "Recipient Profiles" webpage. The search

returned 353 recipients, including different Salvation Army corporations located in different parts of the United States. I reviewed each recipient and determined that the recipient with the Unique Entity Identifier ("UEI") KMXNXV2SBAQ3 corresponded to The Salvation Army corporation with a listed address in West Nyack, New York, where the headquarters of Defendant is located. There were three recipient webpages providing information on federal funding to the entity with this UEI: https://www.usaspending.gov/recipient/80d65aa0-9429-f5b1-93b2-3198e6d600c6-C/all; https://www.usaspending.gov/recipient/80d65aa0-9429-f5b1-93b2-3198e6d600c6-R/all; https://www.usaspending.gov/recipient/80d65aa0-9429-f5b1-93b2-3198e6d600c6-P/all.

3. All three of the UEI KMXNXV2SBAQ3 recipient webpages contained a hyperlink titled "View awards to this recipient." When I clicked on the hyperlinks on all three pages, they led me to the same webpage listing the federal funding awards that this Salvation Army corporation has received ("Awards Landing Page"). A true and correct copy of the Awards Landing Page, which I downloaded on August 4, 2025, and is also available at https://www.usaspending.gov/search/?hash=445f6dbbea174c516d2c341a3e44bf5d, is attached hereto as **Exhibit A**. The Awards Landing Page provides detailed information on contracts, grants, and direct payments made to this Salvation Army corporation.

4. I compared the information provided in the Awards Landing Page to the information in the three recipient webpages for UEI KMXNXV2SBAQ3 and determined that the information on one of the recipient webpages (for the entity labeled "Child Recipient") matched the information on the Awards Landing Page. A true and correct copy of that recipient webpage, which I downloaded on August 4, 2025, and is also available at https://www.usaspending.gov/recipient/80d65aa0-9429-f5b1-93b2-3198e6d600c6-C/all, is attached hereto as **Exhibit B**. This webpage reflects the amount of federal financial assistance awarded to The Salvation Army corporation located at 440 W. Nyack Rd., West Nyack, NY 10994, where Defendant's headquarters is located.

5. The "Transactions Over Time" graph on this page displays the total amount of federal financial assistance and number of new awards per year, covering the period from 2008 through 2025 (to date). The graph shows that Defendant received the following amounts:

| Year | Obligation | New Awards |
|---|---|---|
| 2008 | | 8 |
| 2009 | $627,862 | 10 |
| 2010 | $3.4 million | 17 |
| 2011 | $7.5 million | 40 |
| 2012 | $9.9 million | 39 |
| 2013 | $8.5 million | 38 |
| 2014 | $8.4 million | 45 |
| 2015 | $12.5 million | 43 |
| 2016 | $7.4 million | 35 |
| 2017 | $7.5 million | 33 |
| 2018 | $10.9 million | 36 |
| 2019 | $9.2 million | 33 |
| 2020 | $13.1 million | 42 |
| 2021 | $9.5 million | 35 |
| 2022 | $11.0 million | 32 |
| 2023 | $12.4 million | 39 |
| 2024 | $13.6 million | 39 |
| 2025 (to date) | $6.8 million | 25 |

6. The webpage also identifies the top five federal agencies that awarded financial assistance to The Salvation Army corporation located in West Nyack, New York, from 2008 through 2025 (to date). The top awarding agency was the Department of Housing and Urban

Development, which provided $92.62 million, accounting for 60.87% of the total amount of federal financial assistance that The Salvation Army corporation received during this time period. The other top awarding agencies were the Department of Health and Human Services ($24.38 million, 16.02%), Department of Justice ($13.39 million, 8.8%), Department of Veterans Affairs ($10.96 million, 7.2%), and Corporation for National and Community Service ($8.56 million, 5.63%).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of August 2025 in San Francisco, California.

Nina Harris