# EXHIBIT A

An official website of the United States government
Here's how you know

USASPENDING.gov

## Advanced Search

Filter by: Prime Awards and Transactions

1 FILTER

Learn how active filters work

### Prime Award Results

Contracts 32 | Contract IDVs 6 | **Grants 450** | Direct Payments 105 | Loans 0 | Other 0

| Prime Award ID | Recipient Name | Obligations | Outlays | Award Descripti |
|---|---|---|---|---|
| 02HP000337 | THE SALVATION ARMY | $7,736,065.98 | $5,144,455.98 | EARLY HEAD STA |
| 02HP0002 | THE SALVATION ARMY | $5,323,636.00 | $0.00 | EARLY HEAD STA EXPANSION |
| OH0166B5E070800 | THE SALVATION ARMY | $3,999,762.00 | -- | RAPID REHSNG I |
| 4339DRPRSATHIDCM | THE SALVATION ARMY | $2,181,996.00 | $0.00 | DISASTER ASSIS |
| 02HP000605 | THE SALVATION ARMY | $1,797,189.00 | $1,535,422.27 | EARLY HEAD STA |

| Prime Award ID | Recipient Name | Obligations | Outlays | Award Descripti |
|---|---|---|---|---|
| | | | | |
| 15POVC24GG01560HT | THE SALVATION ARMY | $1,200,000.00 | $72,542.39 | THE SALVATION TRANSITIONAL H read more |
| 15POVC24GG01545HT | THE SALVATION ARMY | $1,188,981.00 | $0.00 | THE SALVATION AND RELEVANT S |
| SANY351-1236-528A5-PD-21 | THE SALVATION ARMY | $1,167,784.64 | -- | VA IS PROVIDING OPERATIONAL C |
| 90CX7008 | THE SALVATION ARMY | $1,057,450.50 | $0.00 | TRANSITIONAL L |

‹ 1 2 3 ... 5 ›

1-100 of 450 results

Data sources and methodology

Results by Category

Awarding Agency




Data sources and methodology

## Results Over Time

By Year

Download data by Year

| Fiscal Year | Obligations |
| --- | --- |
| 2025 | $6,813,054 |
| 2024 | $13,605,987 |
| 2023 | $12,415,931 |
| 2022 | $10,995,284 |
| 2021 | $9,461,627 |
| 2020 | $13,082,635 |
| 2019 | $9,236,356 |
| 2018 | $10,909,673 |
| 2017 | $7,529,696 |
| 2016 | $7,379,571 |

1 2

1-10 of 18 results

Data sources and methodology

## Results by Geography

Place of Performance

Show on Map

AREA TYPE



States & Territories

AMOUNT TYPE

Total Spending




Data sources and methodology

# Stay in touch

## Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

## Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

USASPENDING.gov

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the federal government spends each year.

**ABOUT**

Mission

**HELP**

FAQs

Community

Email Us

**RELATED SITES**

Fiscal Data

Bureau of the Fiscal Service

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2025 USAspending.gov