# EXHIBIT B

An official website of the United States government
Here's how you know

USASPENDING.gov

RECIPIENT PROFILE
THE SALVATION ARMY

All Fiscal Years

Overview Transactions Over Time Top 5

# THE SALVATION ARMY

Also known by 16 other names

## Overview

This recipient is associated with multiple parents in the dataset:
SALVATION ARMY, THE
Show 1 more

CHILD RECIPIENT

**Total Awarded Amount**

$152.2 Million

from 1,232 transactions

View awards to this recipient

**Face Value of Loans**

$0

from 0 transactions

**Details**

| | |
|---|---|
| Recipient Identifier | KMXNXV2SBAQ3 (UEI)<br>062517941 (Legacy DUNS) |

| | |
|---|---|
| Address | 440 W NYACK RD<br>WEST NYACK, NY UNITED STATES 10994-1753 |
| Congressional District | NY-17 |
| Business Types | Business<br>Corporate Entity Tax Exempt<br>Nonprofit<br>Other Than Small Business |

## Transactions Over Time

This graph shows trends over time for all transactions to this recipient. Hover over the bars for more detailed information.

Years Quarter Month




## Top 5

The set of tables below provide a summary of awards to this recipient through multiple angles. To see more than the top 5, you can visit our Advanced Search page.

### Awarding Agencies

| Name | Obligations | % of Total |
|---|---|---|
| 1. Department of Housing and Urban Development (HUD) | $92.62M | 60.87% |

| Name | Obligations | % of Total |
|---|---|---|
| 2. Department of Health and Human Services (HHS) | $24.38M | 16.02% |
| 3. Department of Justice (DOJ) | $13.39M | 8.8% |
| 4. Department of Veterans Affairs (VA) | $10.96M | 7.2% |
| 5. Corporation for National and Community Service (CNCS) | $8.56M | 5.63% |

## Awarding Sub-Agencies

| Name | Obligations | % of Total |
|---|---|---|
| 1. Assistant Secretary for Community Planning and Development | $71.10M | 46.73% |
| 2. Administration for Children and Families (ACF) | $24.18M | 15.89% |
| 3. Assistant Secretary for Housing--Federal Housing Commissioner | $21.52M | 14.15% |
| 4. Office of Justice Programs (OJP) | $13.39M | 8.8% |
| 5. Under Secretary for Health/Veterans Health Administration | $9.71M | 6.38% |

## Federal Accounts

| Name | Obligations | % of Total |
|---|---|---|
| 1. 086-0192 - Homeless Assistance Grants, Community Planning and Development, Housing and Urban Develo… | $46.59M | 30.62% |
| 2. 075-1536 - Children and Families Services Programs, Administration for Children and Families, Health and H… | $20.02M | 13.16% |
| 3. 015-0404 - State and Local Law Enforcement Assistance, Office of Justice Programs, Justice | $11.89M | 7.82% |
| 4. 086-0303 - Project-Based Rental Assistance, Housing Programs, Housing and Urban Development | $8.89M | 5.84% |
| 5. 485-2728 - Operating Expenses, Corporation for National and Community Service | $4.87M | 3.2% |

## Assistance Listings (CFDA Programs)

| Name | Obligations | % of Total |
|---|---|---|
| 1. 14.267 - Continuum of Care Program | $57.19M | 37.59% |
| 2. 93.600 - Head Start | $14.99M | 9.85% |
| 3. 14.195 - Project-Based Rental Assistance (PBRA) | $14.84M | 9.75% |

| Name | Obligations | % of Total |
|---|---|---|
| 4. 16.320 - Services for Trafficking Victims | $12.92M | 8.49% |
| 5. 14.235 - Supportive Housing Program | $10.30M | 6.77% |

## NAICS Codes

| Name | Obligations | % of Total |
|---|---|---|
| 1. 624221 - Temporary Shelters | $597,107 | 0.39% |
| 2. 624229 - Other Community Housing Services | $450,197 | 0.3% |
| 3. 624120 - Services for the Elderly and Persons with Disabilities | $191,231 | 0.13% |
| 4. 623110 - Nursing Care Facilities (Skilled Nursing Facilities) | $10,253 | 0.01% |
| 5. 813110 - Religious Organizations | $3,000 | 0% |

## Product Service Codes

| Name | Obligations | % of Total |
|---|---|---|
| 1. X1AZ - LEASE/RENTAL OF OTHER ADMINISTRATIVE FACILITIES AND SERVICE BUILDINGS | $597,107 | 0.39% |
| 2. Q999 - MEDICAL- OTHER | $450,197 | 0.3% |
| 3. Q506 - MEDICAL- GERIATRIC | $176,951 | 0.12% |
| 4. G005 - SOCIAL- GERIATRIC | $14,280 | 0.01% |
| 5. Q201 - MEDICAL- MANAGED HEALTHCARE | $10,253 | 0.01% |

## Countries

| Name | Obligations | % of Total |
|---|---|---|
| 1. USA | $146.93M | 96.57% |

## U.S. States or Territories

| Name | Obligations | % of Total |
|---|---|---|
| 1. NY | $110.51M | 72.63% |

| Name | Obligations | % of Total |
|---|---|---|
| 2. OH | $22.25M | 14.62% |
| 3. PA | $9.22M | 6.06% |
| 4. NJ | $3.91M | 2.57% |

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

USASPENDING.gov

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the federal government spends each year.

ABOUT HELP RELATED SITES

Mission | FAQs | Fiscal Data
Community | Bureau of the Fiscal Service
Email Us

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2025 USAspending.gov