**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**MARK TASSINARI, RICHARD ESPINOSA, AND JOSEPH ALMEIDA**

individually and on behalf of all others similarly situated,

Plaintiffs,

**v.**

**THE SALVATION ARMY, A NEW YORK CORPORATION,**

Defendant.

**CASE NO. 1:21-CV-10806-LTS**

**DEFENDANT THE SALVATION ARMY'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

Pursuant to Federal Rule of Civil Procedure 56, Defendant The Salvation Army, a New York corporation ("Defendant" or "TSA"), hereby respectfully moves this Court for summary judgment on all counts in the Second Amended Complaint (Doc. No. 83) filed by Plaintiffs Mark Tassinari, Richard Espinosa, and Joseph Almeida on behalf of themselves and the Injunction and Damages Classes certified by the Court (collectively, "Plaintiffs"; *see also* Doc. No. 265 (Order Allowing in Part Plaintiffs' Motion for Class Certification)) on the grounds that the undisputed facts establish that TSA is entitled to judgment as a matter of law.

The grounds for this motion are set forth in the accompanying memorandum of law. Pursuant to Local Rule 56.1 and the Court's Standing Order Regarding Briefing of Summary Judgment Motions for Judge Leo T. Sorokin's Session, TSA will serve on Plaintiffs, but not file, the Supplemental Statement of Undisputed Material Facts upon which its motion and memorandum of law reply. Plaintiffs will then file a Combined Statement of Undisputed

Material Facts containing their responses thereto concurrently with their opposition to this motion. Where evidence upon which TSA relies has previously been filed with the Court, including but not limited to the previously filed Combined Statement of Undisputed Facts (Doc. No. 281), TSA cites to the record. Any new evidence is included in the supporting declaration and exhibits thereto, filed concurrently with this motion.

TSA respectfully requests that the Court grant its supplemental summary judgment motion and dismiss the Plaintiffs' Second Amended Complaint, with prejudice and/or that the Court grant its motion for summary judgment on the constitutional defenses previously filed (Doc. Nos. 274, 275).

## REQUEST FOR ORAL ARGUMENT

Unless the Court summarily grants this motion, Defendant respectfully requests a hearing on this motion pursuant to Local Rule 7.1(d).

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that, pursuant to Local Rule 7.1(a)(2), counsel for Defendant conferred with counsel for Plaintiffs in good faith on several occasions throughout this litigation, including most recently on February 26, 2026, and attempted to resolve or narrow the issues in good faith.

Respectfully submitted,

Dated: February 27, 2026

/s/ *Daniel W. Wolff*

Daniel W. Wolff (*pro hac vice*)
Kathryn Erno (*pro hac vice*)
Christine Hawes (*pro hac vice*)
Crowell & Moring LLP
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116 (fax)
Email: dwolff@crowell.com
kerno@crowell.com
chawes@crowell.com

Andrew Holmer (*pro hac vice*)
Crowell & Moring LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: aholmer@crowell.com

BARTON GILMAN LLP
*/s/Kevin M. Hensley*
Kevin M. Hensley (BBO#554824)
Barton Gilman, LLP
75 Federal Street, 9th floor
Boston, Massachusetts 02110
Telephone: (617) 654-8200
Facsimile: (617) 482-5350
khensley@bglaw.com

*Attorneys for Defendant The Salvation Army, a New York Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **THE SALVATION ARMY'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 27, 2026.

*/s/ Daniel W. Wolff*
Daniel W. Wolff