**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**MARK TASSINARI, RICHARD ESPINOSA, AND JOSEPH ALMEIDA**, individually and on behalf of all others similarly situated,

Plaintiffs,

**v.**

**THE SALVATION ARMY, A NEW YORK CORPORATION,**

Defendant.

**CASE NO. 1:21-CV-10806-LTS**

**DECLARATION OF KATIE ERNO IN SUPPORT OF THE SALVATION ARMY'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

I, Katie Erno, do hereby swear, affirm and attest as follows:

1. I am counsel at the law firm of Crowell & Moring LLP, and counsel of record for Defendant The Salvation Army, a New York corporation ("Defendant" or "TSA") in the above-captioned matter. I submit this declaration in support of TSA's Supplemental Motion for Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to the truth of these facts.

2. TSA submits the following exhibits for consideration, filed concurrently with the Motion:

   a. On March 24, 2023, Plaintiffs deposed Reverend Donald Coombs in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 1.

b. On May 16, 2023, TSA deposed Shawn Arcidiacono in the above-captions matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 2.

c. The ARC Intake Coordinator's/Counselor's Reference Guide, was produced by TSA as TSA0001070. A true and correct copy is attached hereto as Exhibit 3.

d. On February 7, 2023, Plaintiffs deposed Major Beth Muhs in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 4.

e. A true and correct copy of U.S. Drug Enforcement Administration, Diversion Control Division, Drug & Chemical Evaluation Section: Gabapentin, accessed on February 24, 2026 at https://deadiversion.usdoj.gov/drug_chem_info/gabapentin.pdf is attached hereto as Exhibit 5.

f. On February 8, 2023, Plaintiffs deposed Colonel James Betts in the above-captioned matter. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 6.

g. On April 23, 2023, TSA deposed Plaintiffs' expert witness, Dr. Claudia Rodriguez. A true and correct copy of excerpts from the transcript of this deposition is attached hereto as Exhibit 7.

h. On February 13, 2026, the Court heard oral argument on TSA's motion for summary judgment on its First Amendment defenses (Doc. No. 274). A true and correct copy of excerpts from that hearing is attached hereto as Exhibit 8.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 27th day of February 2026 in Maryland

*/s/ Katie Erno*
Katie Erno

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DECLARATION OF KATIE ERNO IN SUPPORT OF THE SALVATION ARMY'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 27, 2026.

/s/*Daniel W. Wolff*
Daniel W. Wolff