# Exhibit 1

Volume: I
Pages: 1-154
Exhibits: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 1:21-CV-10806-LTS

*************************************

MARK TASSINARI, RICHARD ESPINOSA AND JOSEPH ALMEIDA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

vs.

THE SALVATION ARMY, A NEW YORK CORPORATION,

Defendants.

************************************

AUDIOVISUAL DEPOSITION of DONALD COOMBS, a witness called on behalf of the Plaintiffs, before Michele DeCoste, a Professional Court Reporter and Notary Public, in and for the Commonwealth of Massachusetts, at 101 Arch Street, Boston, MA, on Friday, March 24, 2023, commencing at 9:08 a.m.

A P P E A R A N C E S

MATTHEW J. MURRAY, ESQ.
CHRISTINE SALAZAR, ESQ. (Via Zoom)
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
mmurray@altshulerberzon.com
Counsel for the Plaintiffs

THOMAS P. GIES, ESQ.
PAUL W. MOURNING, ESQ. (Via Zoom)
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000
tgies@crowell.com
Counsel for the Defendant

ALSO PRESENT:
Alex Jandrow, Videographer
Rose Farley, Justice Catalyst (via Zoom)

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DONALD COOMBS | | | | |
| (By Mr. Murray) | 5 | | | |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 167 | NBCC List of Credentials | 20 |
| Exhibit 103 | Organizational Chart | 22 |
| Exhibit 116 | 10/18/02 Medication Guide | 42 |
| Exhibit 168 | NIDA Pamphlet | 46 |
| Exhibit 118 | 2012 ARC Medications Guide | 66 |
| Exhibit 117 | Talbott's Medication Guide Revision 1.0 | 68 |
| Exhibit 119 | 9/8/22 ARC Medications Guide | 99 |
| Exhibit 130 | Compliance Testing PowerPoint | 120 |
| Exhibit 169 | HIV Medication Chart | 122 |
| Exhibit 123 | 2012 Supplements Policy | 126 |
| Exhibit 124 | CARES Assessment PowerPoint | 129 |

Salvation Army?
A Since 1989, except for a few years ago when I was a youth pastor in New Hampshire. And then I also have a private practice, so I'm self-employed as well.
Q What do you do in your private practice?
A Counseling.
Q And when was the few years when you were a youth pastor?
A Early '90s, after I left Dayton, Ohio.
Q So what was your first position with the Salvation Army?
A I was a counselor down at Hartford.
Q What is your current job title at the Salvation Army?
A Director of Program Development.
Q And how long have you had that position?
A If memory serves me correct, I think since 2001.
Q Can you please walk me through the other positions you've held at the Salvation Army since before that?
A I was a counselor in Hartford. Then I think they call it program directors or senior counselor at Dayton. And then in Springfield I was the senior

Q What makes --
A Very rare.
Q What is rare?
A That people misuse that. It's very, very rare.
Q And narcotic pain medications following surgery have the potential for abuse, right?
A Mm-hmm.
Q Yes?
A Yes.
Q And those are permitted at the ARC?
A For a short-term basis. In fact, if you look at, I think, the medications guide of page two, post admission.

MR. GIES: Just make sure, so the record is clear, what exhibit you are referring to.

THE WITNESS: 118, thank you.

A (Reading):

> "Once a person is admitted into the center's program and the prescriber identifies need for a caution or not allowed medication, the administrator or their

# C E R T I F I C A T E   P A G E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF NORFOLK, SS

I, Michele C. DeCoste, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing audiovisual deposition of Donald Coombs was taken before me on March 24, 2023. The said witness was duly sworn before the commencement of his testimony; that the said testimony was taken audiographically by myself and then transcribed under my direction. To the best of my knowledge, the within transcript is a complete, true and accurate record of said testimony.

I am not connected by blood or marriage with any of the said parties, nor interested directly or indirectly in the matter at hand.

In witness whereof, I have hereunto set my hand and Notary Seal this 9th day of April 2023.

*michele decoste*

Michele C. DeCoste