# Exhibit 2

CONFIDENTIAL Volume I
Pages 1 to 138
Exhibits 1 to 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -x

MARK TASSINARI, RICHARD ESPINOSA and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,
Plaintiffs,

vs.

THE SALVATION ARMY, A NEW YORK CORPORATION,
Defendant.

Civil Action No. 1:21-cv-10806-LTS

- - - - - - - - - - - - - - - - - -x

CONFIDENTIAL VIDEOTAPED DEPOSITION OF SHAWN ARCIDIACONO, a witness called by counsel for the Defendant, taken pursuant to the Federal Rules of Civil Procedure, before Jane M. Werner, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of the Providence Marriott Downtown, 1 Orms Street, Providence, Rhode Island, on Tuesday, May 16, 2023, commencing at 10:08 a.m.

PRESENT:

Altshuler Berzon LLP
BY: Christine M. Salazar, Esq.
Matthew Murray, Esq. (Via Zoom)
177 Post Street, Suite 300, San Francisco, CA 94108, for the Plaintiffs and the deponent.
csalazar@altshulerberzon.com
mmurray@altshulerberzon.com
415.421.7151

PRESENT: (Continued)

Crowell & Moring LLP
BY: Kathryn Erno, Esq.
Thomas Gies, Esq. (Via Zoom)
Jessica Nam, Esq. (Via Zoom)
1001 Pennsylvania Avenue NW, Washington, DC
2004, for the Defendant.
kerno@crowell.com
tgies@crowell.com
jnam@crowell.com
202.624.2500

Also Present: Shawn Budd, Videographer
Lucy Bansal, Esq. (Via Zoom)
Rose Farley (Via Zoom)
Major Beth Muhs (Via Zoom)

* * * * *

# I N D E X

| WITNESS: | DIRECT | CROSS |
|---|---|---|
| SHAWN ARCIDIACONO (By Ms. Erno) | 5 | |

* * *

## E X H I B I T S

| EX. NO. | | PAGE |
|---|---|---|
| Exhibit 1 | Document entitled "Declaration of Shawn Arcidiacono in Support of Plaintiffs' Motion for a Preliminary Injunction" | 25 |
| Exhibit 2 | Series of four photographs | 61 |
| Exhibit 3 | Photograph depicting a woman | 88 |
| Exhibit 4 | Photograph depicting a woman | 89 |
| Exhibit 5 | Photograph depicting a woman | 89 |
| Exhibit 6 | Photograph depicting a woman | 91 |

* * *

A. I believe so, yeah.
Q. And why was it that you decided to go to the ARC in Worcester?
A. Because I had been in Southbridge, so it was closer. I had people that were helping me as a resource in Southbridge.
Q. Did you speak with anyone at the Salvation Army ARC in Saugus about your application?
A. I don't think so. I just can't remember.
Q. Did you have a counselor at the ARC in Worcester?
A. There was a male and a female that I had met with. But I just don't remember, like, which one was counsel, because we were supposed to meet and set up, like, more plans, like treatment plans, but I ended up getting dropped off at the hospital before that happened.
Q. Can you turn back to Exhibit 1, your Declaration, please.
If you turn to Paragraph 11, you say, "...I was originally permitted to take my medications..."
How many days did you take your Suboxone at the ARC?
A. Two.

COMMONWEALTH OF MASSACHUSETTS)
SUFFOLK, SS. )

I, Jane M. Werner, RMR and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 16th day of May, 2023, at 10:08 a.m., the person hereinbefore named, who was by me duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath, and his examination reduced to typewriting under my direction; and that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any attorney or counsel employed by the parties hereto or financially interested in the action.

In witness whereof, I have hereunto set my hand and affixed my notarial seal this 19th day of May, 2023.



Notary Public
Commission expires 1/27/2028