# Exhibit 3

EXHIBIT
122

# Intake Coordinator's/Counselor's Reference Guide

## *(Substance Abuse Information – Does this person need detoxification?)*

**What alcohol or drugs, if any, have you used within the last two weeks (Circle the Answer)?**

| | |
|---|---|
| STIMULANTS (Cocaine, Ecstasy, Ritalin, Speed, etc.) | ALCOHOL |
| OPIOIDS (Heroin, Codeine, Oxycodone, etc.) | INHALANTS |
| SEDATIVES (Barbiturates, Benzodiazepines, etc.) | CANNIBUS (Marijuana, Hashish) |

**All persons having a positive urine test should apply for detoxification. However, once denied by a detoxification center as being unnecessary, please consider the following information. Substances usually requiring a clean urine test prior to admission to an ARC are as follows:**

**Alcohol:** If intoxicated at initial assessment &/or, any history of DTs or other life threatening conditions.

**BARBITURATES:**
- ❑ Pentobarbital (Nembutal)
- ❑ Amobarbital (Amytal)
- ❑ Phenorbarbital (Luminal)
- ❑ Secobarbital (Seconal)
- ❑ Butabarbital (Butisol)
- ❑ Meprobamate (Anxiolytics)
- ❑ Aprobarbital (Alurate)
- ❑ Mephobarbital (Merbaral)
- ❑ Methoaqualone (sedative)

**BENZODIAZEPINES:**
- ❑ Anxiolytics (Anti-Anxiety)
- ❑ Xanax (Alprazolam)
- ❑ Traxene (Clorazepate)
- ❑ Librium (Chlordiazepoxide)
- ❑ Klonopin (Clonazepam)
- ❑ Ativan (Lorazepam)
- ❑ Valium (Diazepam)
- ❑ Serax (Oxazepam)

**HYPNOTICS:**
- ❑ Dalmane (Flurazepam)
- ❑ Halcion (Triazolam)
- ❑ Restoril (Temazepam)
- ❑ Ambien (Zolpidem)

**OPIATES:**
- ❑ Heroin
- ❑ Oxycodone/Oxycotin
- ❑ Percocet/Percodan

## Principles for Admission without a Detoxification:

- ❑ As observed, does the potential beneficiary seem like a good and willing candidate for the program?
- ❑ Can we safely help the person without medical detox?

We can admit a person with a positive urine test if they are not under the influence and report not using any drug within the last 48 hours & a detoxification center has said detoxification is unnecessary.

## *(Mental Health Information)*
(Record answers of Initial Assessment)

Have you ever been diagnosed as having any form of a mental health condition including depression or anxiety condition? If yes, document the condition.

Have you ever been prescribed medications to assist with any of the following?

❑ Anxiety ❑ Depression ❑ Attention Span ❑ Mood Swings ❑ Anger/Rage ❑ Hallucinations

**Have you ever tried to injure yourself or commit suicide?** **Y / N** If yes, and the suicidality was within the last 6 months, consider referral to outpatient counseling.

Have you ever been prescribed these common medications used with many mental health concerns? (Below are examples of common mental health meds.)

| | | | | | |
|---|---|---|---|---|---|
| □ Thorazine | □ Risperidal | □ Zyprexa | □ Seroquel | □ Haldol | □ Ritalin |
| □ Neurontin | □ Topamax | □ Depakote | □ Lithium | □ Tegretol | □ Lamicatal |
| □ Zoloft | □ Prozac | □ Paxil | □ Celexa | □ Luvox | □ Wellbutrin |
| □ Effexor | □ Buspar | □ Xanax | □ Ativan | □ Klonopin | □ Valuium |

If a person is currently, or has recently been on a mental health medication, please refer to the latest edition of the ARCC Medications Guide. Persons requiring medications while residing at the ARC must be able to administer their own medication while it is centrally stored for safety.



CONFIDENTIAL PURSUANT TO THE
COURT'S DEFAULT PO

CONFIDENTIAL PURSUANT TO THE
COURT'S DEFAULT PO