# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------X
MARK TASSINARI, RICHARD ESPINOSA and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,

PLAINTIFFS,

-against- Case No.: 1:21-CV-10806-LTS

THE SALVATION ARMY, A NEW YORK CORPORATION,

DEFENDANTS.
------------------------------------------X

DATE: February 8, 2023
TIME: 10:11 A.M.

VIDEOTAPED DEPOSITION of the Defendant, THE SALVATION ARMY, A NEW YORK CORPORATION, by a witness, JAMES BETTS, taken by the Plaintiff, pursuant to a Notice and to the Federal Rules of Civil Procedure, held at the offices of Justice Catalyst Law, 40 Rector Street, New York, New York 10006, before Anna Khodachnik, a Notary Public of the State of New York.

A P P E A R A N C E S:

ALTSHULER BERZON, LLP
Attorneys for the Plaintiff
MARK TASSINARI, RICHARD ESPINOSA and
JOSEPH ALMEIDA, individually and on
behalf of all others similarly situated
177 Post Street
San Francisco, California 94108
BY: MATTHEW MURRAY, ESQ.
CHRISTINE SALAZAR, ESQ. (Via Zoom)

JUSTICE CATALYST LAW
Attorneys for the Plaintiffs
40 Rector Street
New York, New York 10006
BY: MARIYAM HUSSAIN, ESQ.
LUCY BANSAL, ESQ. (Via Zoom)
ROSE FARLEY
Director of Investigations
SIMI SOLANKE, Paralegal

CROWELL & MORING, LLP
Attorneys for the Defendant
THE SALVATION ARMY, A NEW YORK
CORPORATION
590 Madison Avenue
New York, New York 10022
BY: THOMAS P. GIES, ESQ.
PAUL W. MOURNING, ESQ.

ALSO PRESENT:
CARLOS KING
Videographer
Veritext Legal Solutions

* * *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*   *   *   *.

BETTS

A. There is both.

Q. Do you review and approve individual ARC budgets?

A. Yes.

Q. You mentioned auditing. Do you have a role in auditing of the eastern territory's financing as the whole territory?

A. I do not.

Q. Have you ever seen an audit of the eastern territory's finances?

A. I have not seen an audit of the eastern territory, no.

Q. You said one of your responsibilities is to -- you testified about bringing people into the room to talk about potential policy changes. If the eastern territory were to consider revising its medications policy to allow Methadone or buprenorphine at ARCs, who would need to be involved in that discussion?

A. That discussion would be beyond the type of things I was describing. That would be a policy that would, as you would

BETTS

say, over my pay grade, because that would be fundamentally a challenge for the Salvation Army and our approach to our ARC programs everywhere. So that level of conversation would be beyond me.

Q. Who would need to be involved in that conversation?

A. That would include leadership at the territorial level. That would include coordinating that conversation with other territories. That would be -- making sure that we have people who truly understand those things at the table.

Q. Could the eastern territory decide to revise its medication policy to allow methadone or buprenorphine for ARC participants without approval from the national Salvation Army?

A. For clarification, the national Salvation Army does not approve anything that we do in the eastern territory. They are not in any authority over the eastern territory. If your question is, could we legally attempt to do that, I don't know

BETTS

Q. And Commissioner Bamford is on the commissioners' conference, correct?

A. Yes.

Q. Who does Commissioner Bamford report to?

A. The general.

Q. Who is the general?

A. General Brian Peddle, P-E-D-D-L-E.

Q. And General Peddle -- and where is General Peddle located?

A. London, England.

Q. So if General Peddle gave Commissioner Bramford a directive, Commissioner Bramford would have to follow that directive?

A. Yes.

Q. If the eastern territory were to consider revising its medications policies for ARC participants, would General Peddle need to be involved in that conversation?

A. I don't know if he would need to be, but he would certainly -- I would

BETTS

want him at the table, for sure, because for us, these are questions of theology. These are questions of Christian belief and how we approach our program in general. And as I have never been a commissioner and I've never sat in those rooms, I don't know what that would look like, but I would think that we would want to reach out for, at least, dialogue regarding a decision of that magnitude.

Q. I am going to show you a document. It's previously been marked as Exhibit 149. We will mark it again as Exhibit 149.

(Whereupon, document was marked as Plaintiffs' Exhibit 149 for identification as of this date by the Reporter.)

Q. This is a -- one second. Let me get my version. This is a document that says "The Salvation Army, a New York corporation, taxable commercial paper notes" at the top. Do you see that?

A. I do.

BETTS

C E R T I F I C A T E

STATE OF NEW YORK )

: SS.:

COUNTY OF KINGS )

I, ANNA KHODACHNIK, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of February 2023.

_____________________________

ANNA KHODACHNIK