# Exhibit 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:21-CV-10806

MARK TASSINARI, RICHARD ESPINOSA, and
JOSEPH ALMEIDA, individually and on behalf
Of all others similarly situated,
Plaintiffs,
vs.
THE SALVATION ARMY NATIONAL CORPORATION; THE
SALVATION ARMY I (EASTERN); THE SALVATION ARMY USA
CENTRAL TERRITORY; THE SALVATION ARMY II
(SOUTHERN); THE SALVATION ARMY III (WESTERN),
Defendants.

REMOTE VIDEO DEPOSITION OF
CLAUDIA P. RODRIGUEZ, M.D.
April 23, 2024

REPORTED BY: Laura H. Nichols
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

A P P E A R A N C E S

FOR THE PLAINTIFFS:

Mr. Matthew Murray
Ms. Christine Salazar
Ms. Connie K. Chan
Attorneys at Law
Atshuler Berzon LLP
177 Post Street
San Francisco, California 94108
(415) 421-7151
mmurray@altshulerberzon.com
csalazar@altshulerberzon.com
cchan@altshulerberzon.com

FOR THE DEFENDANTS:

Ms. Christine B. Hawes
Attorney at Law
Crowell & Moring LLP
1001 Pennsylvania Avenue Northwest
Washington, DC 20004
(202) 624-2500
chawes@crowell.com

A P P E A R A N C E S (continuing)

OTHERS PRESENT:

Mr. Sha-la Hollis, Videographer

Veritext Legal Solutions

Correct?
A. Yes, that is right.
Q. Is it your opinion that the standard of care is to never end MOUD treatment if these end points have been met?
A. No. It is not to never end it. It is to individualize how treatment looks long-term for each patient, which for some may mean discontinuing their medication successfully or continuing the medication long-term.
Q. And so what is the point at which MOUD should be discontinued, in your opinion?
A. There's no point at which it should be discontinued per se. That is -- that is really a decision that is a collaboration between the patient and the provider.
Like I said, some people choose to be on treatment long-term because the risk of their addiction is -- is too -- too severe, too significant. I have had patients that have come to me after five overdoses in one year and then finally issue recovery with the medication. So their risk is high and they don't necessarily want to take -- take such a big leap.
And at the same time I have had

patients that have come off treatment after, you know, two, three, five years and sustained remission from substance use, and they have reestablished a lot of healthy patterns with their bodies, with their families, with their friends, with themselves and really feel like they are in a good place.

So it is hard to say that there's a kind of black or white answer to when someone should come off of treatment. And I think the big thing about this is that it really is different for each individual, and there's many, many factors that play a role in making that decision.

Q. And so just to try to summarize that, it is your opinion that there is no circumstance where the standard of care would be to discontinue MOUD once it has been started?

A. Yes.

MR. MURRAY: Objection. Misstates prior testimony, but you can go ahead and answer.

A. Yes, there's no standard of care that says if this patient has been without using for X amount of time, this is when you have to come off of medication. There's no standard of care that says anyone has to discontinue treatment.

C E R T I F I C A T E

STATE OF ALABAMA
JEFFERSON COUNTY

I hereby certify that the above and foregoing deposition was taken down by me in stenotypy, and the questions and answers thereto were reduced to typewriting under my supervision, and that the foregoing represents a true and correct transcript of the deposition given by said witness upon said hearing, to the best of my ability.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

Commissioner-Notary Public, State of AL
ACCR License No. 3, Exp. 9/30/2024
GA CCR No. 2714, Exp. 4/1/2024
TN LCR No. 679, Exp. 6/30/2025
Transcript Certified on 4/23/2024