# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, RANDY OWENS, JONATHAN ANDERSON, and JOSEPH ALMEIDA individually and on behalf of all others similarly situated, | ) | Civil Action. No. 21-10806-LTS |
| Plaintiffs, | ) | |
| V. | ) | |
| THE SALVATION ARMY NATIONAL CORPORATION; THE SALVATION ARMY, A NEW YORK CORPORATION | ) | |
| Defendants. | ) | |

BEFORE THE HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE

MOTION HEARING

February 13, 2026

John J. Moakley United States Courthouse
Courtroom No. 13
One Courthouse Way
Boston, Massachusetts 02210

Kelly Mortellite, RPR, RMR, CRR
Official Court Reporter
One Courthouse Way, Room 3200
Boston, Massachusetts 02210
mortellite@gmail.com

APPEARANCES:

Counsel on behalf of Plaintiff:
Matthew John Murray
Alice Xiaohe Wang
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415-421-7151
mmurray@altshulerberzon.com

Counsel on behalf of Defendant:
Daniel William Wolff
Crowell & Moring LLP
Kathryn K. Erno
1001 Pennsylvania Avenue, NW
Washington, DC 20004
202-624-2500
dwolff@crowell.com

THE COURT: In your view this really comes down to, in your view, are we a church, yes; is the church the defendant, yes; are we doing it as a matter of faith, yes. And then the fourth prong is how are we doing it. That is that we're helping the people with addictions, or poor, that's number three. And number four is how we're doing it. Three is the purpose, and four is the method. And the method you're saying is the way we're doing it is church doctrine, and so requiring you to do it a different way violates church autonomy.

04:05 MR. WOLFF: Exactly, yes.

THE COURT: I understand, I got it.

MR. WOLFF: Okay.

THE COURT: I don't have any other questions.

MR. WOLFF: That's all I've got, Your Honor.

THE COURT: That's okay. Thank you. Two minutes if you want, or a minute.

MR. MURRAY: I just -- -

THE COURT: I understand you disagree with them on the last point. You would say that the generally applicable law trumps, so to speak, the doctrine theory, and you have quarrels with whether it is really their doctrine.

04:05

MR. MURRAY: We don't have quarrels about whether something is really their doctrine. That's not what the case is. It's about, under *Smith*, generally applicable neutral laws apply. But, again, more importantly, you don't have to get

CERTIFICATE OF OFFICIAL REPORTER

I, Kelly Mortellite, Registered Professional Reporter, Registered Merit Reporter and Certified Realtime Reporter, in and for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing transcript is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter to the best of my skill and ability.

Dated this 23rd day of February, 2026.

/s/ Kelly Mortellite

______________________________

Kelly Mortellite, RPR, RMR, CRR

Official Court Reporter