**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,<br>*Plaintiffs,*<br>v.<br>THE SALVATION ARMY, A NEW YORK CORPORATION,<br>*Defendant.* | Civil Action No. 1:21-cv-10806-LTS |

**DECLARATION OF ALICE X. WANG**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGEMENT**

I, Alice X. Wang, hereby declare:

1. I am an associate attorney at the law firm of Altshuler Berzon LLP, a member of the State Bar of California, and admitted *pro hac vice* in this Court. I have personal knowledge of the facts set forth below and could competently testify on these matters.

2. I am co-counsel for Plaintiffs and the certified classes in this action, along with other attorneys at Altshuler Berzon LLP and Justice Catalyst Law.

3. On March 10, 2023, Plaintiffs deposed Arthur "Beau" Hill as one of Defendant's Rule 30(b)(6) designees. True and correct excerpts from the deposition transcript of Mr. Hill are attached hereto as **Exhibit A**. Additional pages from Mr. Hill's deposition transcript are already in the record, including at Doc. No. 141-3 and Doc. No. 282-2.

4. A true and correct copy of the "Settlement Agreement Between the United States of America and Ready to Work, LLC under the Americans with Disabilities Act," which is available at and has been downloaded from https://archive.ada.gov/ready_work_sa.pdf, is attached hereto as **Exhibit B**.

5. A true and correct copy of the "Settlement Agreement Between the United States and the Massachusetts Parole Board," which is available at and has been downloaded from https://www.justice.gov/d9/case-documents/attachments/2021/12/14/settlement_ agreement_-_u.s._v._the_massachusetts_parole_board.pdf, is attached hereto as **Exhibit C**.

6. A true and correct copy of the "Settlement Agreement Between the United States of America and Ashland Hospital Corporation d/b/a King's Daughters Medical Center, Under the Americans with Disabilities Act," which is available at and has been downloaded from https://www.justice.gov/d9/press-releases/attachments/2022/01/27/ settlement_agreement_-_fully_executed-_k.d.pdf, is attached hereto as **Exhibit D**.

7. According to its website, the Massachusetts Alliance for Sober Housing (MASH) certifies sober homes in Massachusetts that follow the National Alliance for Recovery Residences (NARR) standards and have been independently inspected. *See* https://mashsoberhousing.org/certified-residences/. "MASH-certified sober homes must … be drug- and alcohol free. Sober homes support various abstinence-based pathways to recovery …." https://mashsoberhousing.org/what-is-a-sober-home/.

8. A true and correct copy of the "Jordan Matthew House Guest Resident Handbook," which is available at and has been downloaded from https://www.resilienthomesfr.org/wp-content/uploads/2021/03/JMH-HandBk.Rev_.-3.9.21.pdf, is attached hereto as **Exhibit E**. Jordan Matthew House is a MASH-certified sober home. *See* https://mashsoberhousing.org/certified-residences/.

9. A true and correct copy of the Frequently Asked Questions page on Recovery House's website, which is available at and has been downloaded from https://www.wedorecoverllc.com/faqs, is attached hereto as **Exhibit F**. Recovery House is a MASH-certified sober home. *See* https://mashsoberhousing.org/certified-residences/.

10. A true and correct copy of the home page on Royal Sober Homes' website, which is available at and has been downloaded from https://www.royalsoberhomes.com/blank-4, is

attached hereto as **Exhibit G**. Royal Sober Home is a MASH-certified sober home. *See* https://mashsoberhousing.org/certified-residences/.

11. A true and correct copy of the "Settlement Agreement Between the United States of America and Hebrew SeniorLife," which is available at and has been downloaded from https://www.justice.gov/crt/case-document/file/1563866/dl, is attached hereto as **Exhibit H**.

12. A true and correct copy of Exhibit E to the July 21, 2021 national opioid "Distributor Settlement Agreement," which is available and has been downloaded from https://nationalopioidsettlement.com/wp-content/uploads/2023/02/Final-Distributor-Settlement-Agreement-3.25.22-Final-Exhibit-C-as-of-5.27.22-Exhibit-G-and-I-as-of-02.22.23.pdf, is attached hereto as **Exhibit I**.

13. A true and correct copy of The National Alliance for Recovery Residences, *Helping Recovery Residences Adapt to Support People with Medication-Assisted Recovery*, which is available at and has been downloaded from https://narronline.org/wp-content/uploads/2024/05/2019-Supporting-MAT_MAR-in-Recovery-Residences.pdf, is attached hereto as **Exhibit J**.

14. A true and correct copy of The National Alliance for Recovery Residences, *MAT-Capable Recovery Residences: How State Policymakers Can Enhance and Expand Capacity to Adequately Support Medication Assisted Recovery*, which is available at and has been downloaded from https://narronline.org/wp-content/uploads/2024/05/NARR-MAT-Capable-Recovery-Residences-Guide-for-State-Policy-Makers-2018.pdf, is attached hereto as **Exhibit K**.

15. A true and correct copy of the Admissions Page of Integrity Sober Living's website, which is available at and has been downloaded from https://www.integritycapecod.com/admissions, is attached hereto as **Exhibit L**. Integrity Sober Living is a MASH-certified sober home. *See* https://mashsoberhousing.org/certified-residences/.

16. A true and correct copy of Luis Sordo et al., *Mortality risk during and after opioid substitution treatment: systematic review and meta-analysis of cohort studies*, 357 BMJ (2017),

which is available at and has been downloaded from https://www.bmj.com/content/357/bmj.j1550, is attached hereto as **Exhibit M**.

17. A true and correct copy of Rahul Gupta et al., *Transforming Management of Opioid Use Disorder with Universal Treatment*, 387(15) New Eng. J. of Med. 1341 (2022), which is available at and has been downloaded from https://www.medschool.umaryland.edu/media/som/microsites/esmcc/docs/nejmp2210121-(1).pdf, is attached hereto as **Exhibit N**.

18. A true and correct copy of Jake J. Smith et al., *Potential health impacts of comprehensive access to opioid use disorder treatment in United States correctional facilities: A synthetic analysis*, 121(1) Addiction 108 (2025), which is available at https://onlinelibrary.wiley.com/doi/epdf/10.1111/add.70170, is attached hereto as **Exhibit O**.

19. A true and correct copy of Claire A. Wood et al., *Acceptance of medications for opioid use disorder in recovery housing programs in Missouri*, 138 Journal of Substance Abuse Treatment 1 (2022), which is available at and has been downloaded from https://www.jsatjournal.com/article/S0740-5472(22)00029-0/abstract, is attached hereto as **Exhibit P**.

20. A true and correct copy of Sarah E. Wakeman & Josiah D. Rich, *Barriers to Medications for Addiction Treatment: How Stigma Kills*, 53 Substance Use & Misuse 330 (2018), which is available at https://www.tandfonline.com/doi/full/10.1080/10826084.2017.1363238, is attached hereto as **Exhibit Q**.

21. A true and correct copy of Julia Dickson-Gomez et al., *"You're Not Supposed to be on it Forever": Medications to Treat Opioid Use Disorder (MOUD) Related Stigma Among Drug Treatment Providers and People who Use Opioids*, 16 Substance Abuse: Research and Treatment 1 (2022), which is available at and has been downloaded from https://journals.sagepub.com/doi/10.1177/11782218221103859, is attached hereto as **Exhibit R**.

22. A true and correct copy of pages 1-13, 45-70, and 98-101 of the "National Drug Control Strategy" published by the Executive Office of the President in 2022, which is available at and has been downloaded from https://bidenwhitehouse.archives.gov/wp-content/uploads/2022/04/National-Drug-Control-2022Strategy.pdf, is attached hereto as **Exhibit S**.

23. A true and correct copy of the article "The Staggering Cost of the Illicit Opioid Epidemic in the United States," published by the White House in 2025, which is available at and has been downloaded from https://www.whitehouse.gov/articles/2025/03/the-staggering-cost-of-the-illicit-opioid-epidemic-in-the-united-states/, is attached hereto as **Exhibit T**.

24. A true and correct copy of Michael Fairley et al., *Cost-effectiveness of Treatments for Opioid Use Disorder*, 78(7) JAMA Psychiatry (2021), which is available at and has been downloaded from https://pmc.ncbi.nlm.nih.gov/articles/PMC8014209/, is attached hereto as **Exhibit U**.

25. A true and correct copy of Avik Chatterjee et al., *Estimated Costs and Outcomes Associated With Use and Nonuse of Medications for Opioid Use Disorder During Incarceration and at Release in Massachusetts*, 6(4) JAMA Network Open (2023), which is available at and has been downloaded from https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2803897, is attached hereto as **Exhibit V**.

26. A true and correct copy of United States Attorney's Office, District of Massachusetts, Press Release, *Four Skilled Nursing Facility Entities Agree to Resolve Allegations of Americans with Disabilities Act Violations* (Sept. 27, 2021), which is available at and has been downloaded from https://www.justice.gov/usao-ma/pr/four-skilled-nursing-facility-entities-agree-resolve-allegations-americans-disabilities, is attached hereto as **Exhibit W**.

27. A true and correct copy of the United States Attorney's Office, District of Massachusetts, Press Release, *U.S. Attorney's Office Settles Disability Discrimination Allegations with the Massachusetts Trial Court Concerning Access to Medications for Opioid*

*Use Disorder*, which is available at and has been downloaded from https://www.justice.gov/usao-ma/pr/us-attorney-s-office-settles-disability-discrimination-allegations-massachusetts-trial, is attached hereto as **Exhibit X**.

28. On December 13, 2022, Defendant deposed Joseph Almeida. True and correct excerpts from the deposition transcript of Mr. Almeida are attached hereto as **Exhibit Y**. Additional pages from Mr. Almeida's deposition transcript are already in the record, including at Doc. No. 141-49 (filed under seal) and Doc. No. 160-5 (filed under seal).

29. On May 10, 2023, Defendant deposed Mark Tassinari. True and correct excerpts from the deposition transcript of Mr. Tassinari are attached hereto as **Exhibit Z**. Additional pages from Mr. Tassinari's deposition transcript are already in the record, including at Doc. No. 160-1 (filed under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of March 2026 in San Francisco, California.

*/s/ Alice X. Wang*

Alice X. Wang