# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~

MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,

Plaintiffs,

vs. Civil Action No. 1:21-cv-10806-LTS

THE SALVATION ARMY, a New York Corporation,

Defendant.

~~~~~~~~~~~~~~~~~~~~~

Videotaped Deposition of
ARTHUR B. HILL, III

March 10, 2023
9:07 a.m.

Location:
Veritext Legal Solutions
1100 Superior Avenue, Suite 1820
Cleveland, Ohio

Renee L. Pellegrino, RPR

APPEARANCES:

On behalf of the Plaintiff:
Altshuler Berzon, LLP
CHRISTINE M. SALAZAR, ESQ.
MATTHEW J. MURRAY, ESQ. (Via Zoom)
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
csalazar@altber.com
mmurray@altber.com
- and -
Justice Catalyst Law
LUCY BANSAL, ESQ. (Via Zoom)
40 Rector Street, Floor 9
New York, New York 10006
(518) 732-6703
lbansal@justicecatalyst.org

~ ~ ~ ~ ~

APPEARANCES, CONT'D:

On behalf of the Defendant:

Crowell & Moring LLP
THOMAS P. GIES, ESQ.
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(440) 323-2201
tgies@crowell.com
- and -
Crowell & Moring LLP
KIMBERLEY JOHNSON, ESQ. (Via Zoom)
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
(415) 986-2800
kjohnson@crowell.com

ALSO PRESENT:

Peter Graves, Videographer

~ ~ ~ ~ ~

TRANSCRIPT INDEX

APPEARANCES ....................................2
INDEX OF EXHIBITS ..............................5
INDEX OF OBJECTIONS ............................6

EXAMINATION OF ARTHUR B. HILL, III:
BY MS. SALAZAR .................................9

AFTERNOON SESSION .............................80

REPORTER'S CERTIFICATE .......................139

EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

# INDEX OF EXHIBITS


| Number | Description | Marked |
|---|---|---|
| Exhibit 153 | Plaintiffs' Notice of Deposition of Beau Hill | 23 |
| Exhibit 154 | Salvation Army Eastern Territory Website Screenshots - Combat Addiction | 90 |
| Exhibit 155 | Salvation Army Cleveland Harbor Light Complex Website Screenshots - Combat Addiction | 93 |
| Exhibit 156 | Salvation Army Cleveland Harbor Light Complex Website Screenshots | 97 |
| Exhibit 157 | Screenshots - Licensed Treatment Centers - The Salvation Amry USA Central Territory | 103 |
| Exhibit 158 | Document Entitled "The Salvation Army Harbor Light Complex" | 108 |
| Exhibit 159 | Document Entitled "The Salvation Army Harbor Light Complex" | 111 |
| Exhibit 160 | Harbor Light Privacy Policy - Salvation Army Cleveland Harbor Light Complex Screenshot | 120 |
| Exhibit 161 | Combat Addiction - Salvation Army Western Pennsylvania Division Screenshots | 122 |
| Exhibit 162 | Prison Rape Elimination Act (PREA) Audit Report | 132 |

A. Direct reports?

Q. Yes.

A. Direct reports, it is the program managers of the respective program areas, the people responsible for our facility food service, and I have an administrative assistant, an HR person, and a lead accounting person.

Q. You've mentioned that there are multiple programs within the Harbor Light -- the Cleveland Harbor Light complex; is that correct?

A. Yes.

Q. What are all of those programs?

A. We have a program called the Zelma George Family Shelter that houses homeless families, and also within that scope of that is a small unit for survivors of human trafficking.

We have a homeless program for men titled PASS, P-A-S-S. The acronym stands for Pickup Assessment Shelter Services.

We have a community corrections program.

We have a substance abuse program,

and that substance abuse program basically is detox, a residential subacute detox level of care and intensive outpatient treatment.

And we also -- I'm sorry. We also do a program called Project SHARE, which is a small program for marginally employed men who are homeless.

And we do a community outreach canteen that we -- where we go into East Cleveland in the evenings and serve meals.

And, lastly, while I do not oversee it, I think an important component is the New Hope Corps. It is a part of Harbor Light, but the pastor there does not fall under my supervision.

Q. So you named the family shelter, the PASS program that I understand is a men's homeless shelter; is that accurate?

A. It's a men's homeless program, yes.

Q. A men's homeless program.

The community corrections program?

A. Yes.

Q. The substance abuse program?

A. Yes.

Q. Project SHARE?
A. Yes.
Q. Community outreach for food service?
A. It's -- when you say "food service," I would say it's provision of meals to those that are homeless. I'm not sure that food service connotation is the best.
Q. Understood.
Is there a specific name for that program?
A. We call it our canteen.
Q. Apart from those programs and the New Hope program, are there any other programs that are part of Harbor Light?
A. Everything would fall under those umbrellas. There may be sub, like, areas underneath there that some people would view as a particular program, but I would say it would fall -- everything falls under those umbrellas.
Q. If I understand that correctly, there may be additional smaller programs within those categories?
A. The best example would be

substance abuse. Underneath that category we provide residential subacute detox and intensive outpatient. Some people would view those as individual programs.

MR. GIES: Christine, we've been going just about an hour and a half by my clock. When you're at a convenient point, can we take a quick break?

MS. SALAZAR: We can take a break right now.

THE VIDEOGRAPHER: Going off the record. The time is 10:29.

(Recess had.)

THE VIDEOGRAPHER: We're now back on the record. The time is 10:47.

BY MS. SALAZAR:

Q. Mr. Hill, I'd like to walk through each of the programs that you oversee, starting with the substance abuse program.

Is there a specific name for the substance abuse program?

A. Not a, quote, formal name or even an informal name. We pretty much call it either detox or intensive outpatient.

Q. If I refer to this program as the

Q. I believe you stated a short while ago that MAT may be offered after someone leaves detox. What did you mean by that?

A. We have had people that want to go on Vivitrol or another form of MAT, and if so, we will refer them to different people in the community. And when I say "people," I mean agencies or organizations.

Q. But outside of detox, IOP does not provide any other -- I'll rephrase.

Other than within the detox program itself, the Harbor Light substance abuse program does not otherwise provide medication?

A. Yes, we don't provide medication.

Q. What services are provided as part of IOP?

A. It would be a lot of services that you could have, recovery-based, life skills, relapse prevention, addressing criminogenic needs. You know, a whole host of things that leads to that individual's personal change.

Q. Does IOP provide counseling?

A. Yes. We may call it case management or counseling.

with you.

A. Yes.

Q. I'd like to start with the community corrections program. Is that the full title of the program?

A. I think for the purposes of this conversation, that's the best, accurate way to describe it. It's actually a licensed halfway house by the State of Ohio Department of Rehabilitation and Corrections and Bureau of Community Sanctions, but if we say community corrections, I think that would be appropriate.

Q. So you just mentioned that this program is a licensed halfway house. What does this program do?

A. In the big picture, this program assists people in lieu of going to jail, returning from jail, in lieu of going to prison and returning from prison.

Q. What services are provided in this program?

A. There's a whole host of services that are provided; employment services, relapse prevention services, cognitive

behavioral therapy, music therapy. You know, lots of services, and those services are the ones that would be kind of expected and/or required under our license.

Q. Does this program provide housing?

A. When you say "housing," there are different ways to interpret housing, and so I'll answer that as do the people stay with us, yes. Are they permanent residents in permanent housing, I would say no.

Q. How long do people stay in this program?

A. The typical length of stay is three to four months.

Q. Is there a maximum amount of time that someone can stay?

A. We don't have a formally delineated maximum amount of time because there are people that complete their time or supervision with the state that otherwise would be homeless, and we would prefer to continue care with those individuals and not ask them to leave and make their situation worse.

Q. And how is the community

Q. What was the full name of the family shelter?
A. We call it the Zelma George Family Shelter.
Q. Can you spell that?
A. Zelma is spelled Z-E-L-M-A; George, G-E-O-R-G-E; and then Family Shelter.
Q. And you mentioned earlier this is a homeless shelter for families?
A. Correct.
Q. And that there is a segment that also provides services to victims of human trafficking?
A. Survivors of human trafficking, yes.
Q. Other than housing, other than temporary housing, does the Zelma George Family Shelter provide other services?
A. It would be very similar to what was discussed in our PASS program, and that would include then, in addition to those items, children's activities and linking kids up to school and things of that nature.
Q. With respect to the PASS program, you mentioned case management services, some

employment services, some educational services and some life skills services. Are those also provided in the Zelma George Family Shelter?

A. Yes. Yes. Sorry to interrupt you before you finished.

Q. Are there any additional services that are provided by the Zelma George Family Shelter other than the children's that you just mentioned?

A. The only thing -- and I would put it under case management, but many of the families that are in there are involved with the Department of Children and Family Services, and so working through those challenges, but I would categorize that in this program area as case management.

Q. And how is the Zelma George Family Shelter funded?

A. So similarly to PASS, it receives HUD funding, state funding, county funding. There is some city funding that comes through there, but that actually is pass-through dollars from federal, and then there's some FEMA funding and child and adult food funding. There's a larger amount of foundation support

Q. And the canteen serves anyone in the community?

A. Yes.

Q. Are there any policies that would prohibit someone from receiving food from the canteen?

A. The only way that they wouldn't receive food is if they didn't come up to the truck. And it's not a truck. It's a van that's like a FedEx van, so --

Q. Okay. Then the last program you mentioned earlier was New Hope Corps. What is the New Hope Corps?

A. The New Hope Corps is essentially the spiritual ministry that we have within the Harbor Light complex, and there's a Salvation Army officer or pastor that is responsible for that ministry. That ministry is available to every single person that was in our -- in our fold. And as we've been -- we were talking about different pathways to recovery, one of the things that is an important pathway to recovery is the spiritual transformation of an individual, and in that -- in the chapel there's the availability of bible studies and

a whole host of spiritual-based programs that the Salvation Army believes in, that is, you know, basically that if you accept Jesus Christ as your savior, that he will forgive you from sin. And it is -- that's ultimately what the Salvation Army is all about. You know, our message is based on the bible, ministry is motivated by the love of God and the mission is to preach the gospel of Jesus Christ and meet human need in his name without discrimination. So if we didn't have the chapel, we would be just like any other social services agency, but that's what makes the Salvation Army the Salvation Army.

Q. So you say it's available for participants in all programs. Is it required for participants in these programs?

A. No, it is not required, but after 25 years or 26 years, there is a direct link between the spiritual transformation of an individual and their social transformation. I believe that with all of my heart.

Q. And is the New Hope Corps funded entirely by the Salvation Army?

A. Correct.

- - - - -

AFTERNOON SESSION

THE VIDEOGRAPHER: We're now back on the record. The time is 1:23.

CONTINUED EXAMINATION OF ARTHUR B. HILL, III

BY MS. SALAZAR:

Q. Mr. Hill, how many Harbor Light Centers are there in the eastern territory?

A. There are two.

Q. And where are those facilities?

A. There's the one in Cleveland that I'm responsible for and there's one in Pittsburgh.

Q. Do you know how many Harbor Light Centers there are in the United States?

A. I do not know exactly. The number has been decreasing significantly over the years.

Q. Do you have an approximate understanding?

A. If I were to guess, at this point in time it's somewhere around nine or ten.

Q. And do you work with any of the directors of those facilities outside the eastern territory?

programs we've been discussing today?

A. If I were to answer the question, I think I would answer it this way; that there is no, quote, defined program or service that the Harbor Light in Cleveland or the Harbor Light in Pittsburgh does. There's not commonality. You know, it's really kind of a description of the programs that are offered, and it's based on need and funding and that respect of community. So if you say intensive rehabilitation unit, residential treatment, as we discussed earlier, we provide detox. We do not provide a long-term residential treatment level of care in Cleveland. Intensive outpatient, we do. We do have -- and we also have employment services, and -- but we do not have an adolescent substance abuse treatment program in Cleveland or in Pittsburgh.

Q. So then to clarify, some Harbor Light Centers include intensive rehabilitation units but not all?

A. So the one in Pittsburgh does residential treatment, which is a defined -- as we discussed earlier, detoxification is a specific level of care, and -- that we do not

provide in Cleveland. But in Pittsburgh they provide residential treatment. I do not know if intensive rehabilitation unit, while it would be a good descriptor for the public, is the defined level of care that I -- you know, I don't know exactly what their -- someone is referring to if you say "intensive rehabilitation unit," but I do know what residential treatment is.

Q. So the Harbor Light Center here in Cleveland offers residential treatment only insofar as through the detox?

A. Detox is a level of care for people that have a substance abuse disorder that is different than the level of care of residential treatment. We provide detox. We do not provide residential treatment in Cleveland.

Q. And the Pittsburgh program does provide residential treatment?

A. Yes.

Q. And to confirm, here in Cleveland the intensive outpatient program does not include a residential component?

A. You can be in a residential bed in

limits on how long someone can participate, who would be responsible for setting those policies?

A. So it wouldn't necessarily be a policy as much as it would be the individual's progress in their treatment, and so there's -- in the intensive outpatient treatment protocol, once they reach a certain milestone, then they have completed that clinical level of care. That could take 15 sessions. It could take 20 sessions. It could take longer. But they can be engaged until they reach that session -- session of care. I would say typically it would not be longer than, you know, six or seven weeks, but -- if it would be longer than that, you know, I could see where it possibly could be the case.

Q. Do ARC participants ever receive services through IOP?

A. No.

MS. SALAZAR: Can we mark this as Exhibit 158?

\- - - - -

(Thereupon, Deposition Exhibit 158, Document Entitled "The

Salvation Army Harbor Light Complex," was marked for purposes of identification.)

- - - - -

MR. GIES: So the first side doesn't match mine. I don't have this. Mine is not the same thing you marked. Beau now has it but I don't.

Q. Mr. Hill, have you seen this document before?

A. Yes, I have.

Q. And what is this document?

A. This is a document that we use to summarize some of the services that we have at Harbor Light, and I frequently use it when there is a donor or legislator that comes for a tour to share what our services are and what they do.

Q. Did you create this document?

A. I had a hand in creating the document. Chances are it was someone on our staff. I don't think I physically created the document.

Q. And do you happen to know the year of this program -- of this document?

A. We stopped doing it because we were no longer getting the numbers to justify the expense, and at the time -- that was at the time of COVID, where there were significant personnel challenges and there was a need to transfer the nurse that was providing that service into the regular rotation of nurses within our detox program.

Q. We've established that participants in the community corrections program are permitted to access MAT, and earlier I believe we discussed that there was potential for individuals to receive medication from a clinic down the street. Is that correct?

A. Yes, that is correct.

Q. Other than that clinic, are you aware of anywhere else where participants go to access their MAT medication?

A. Not -- I'm not aware of any.

Q. And when someone goes to that facility -- I'll rephrase.

When a participant in the community corrections program who needs MAT goes to that clinic, how do they get there?

A. They walk.
Q. If a participant in the community corrections program needed to receive their medication from a different clinic, would they have to arrange their own transportation?
MR. GIES: Object to the form.
You may answer.
THE WITNESS: I don't know what that means. Sorry.
MR. GIES: Well, we don't have argumentative objections. For the record, I'm objecting to the way Christine phrased the question.
A. So can you ask it again? I'm sorry.
Q. Sure.
If a participant in the community corrections program with a need for MAT needed to go to a different clinic other than the one that you mentioned earlier that's down the street, would they need to arrange their own transportation to get there?
A. Yes.
Q. Would the Harbor Light Center ever make travel arrangements for a program

participant to receive medical care?
A. Typically when people leave for medical care, they will go via EMS. That's what they typically do because -- if they go to a hospital. If they are going to a regular medical appointment, then they would make their own transportation via public transportation typically.
Q. To your understanding, would a Harbor Light program participant receiving MAT have to receive it from the clinic? Sorry.
To your understanding, would a Harbor Light participant receiving MAT have to take that medication at the clinic?
MR. GIES: Objection. Vague.
A. We don't allow them to take it within Harbor Light, so I'm assuming that it's distributed by the clinic and taken at the clinic.
Q. So does Harbor Light have a policy regarding what medications are allowed in the facility itself?
A. Yes.
Q. And based on your answer, would it be accurate to say that there are limits on

pennsylvania/combat-addiction.
Mr. Hill, have you seen this website before?
A. No.
Q. Do you see on the second page at the bottom where there's a heading of Harbor Light Center?
A. Yes.
Q. This page describes the Western Pennsylvania Harbor Light Center as located on Pittsburgh's north side, a licensed 48-bed long-term residential treatment program?
A. Yes.
Q. Is that an accurate description of the Pittsburgh Harbor Light Center?
A. Yes.
Q. And this center is located in Pittsburgh, Pennsylvania?
A. Yes.
Q. Is the Pittsburgh Harbor Light program different from the Cleveland Harbor Light program?
A. Yes.
Q. How is it different?
A. It is a residential licensed

treatment center. We are not -- in Cleveland Harbor Light is not a licensed residential treatment center.

Q. And how does the Pittsburgh Harbor Light Center operate its residential treatment program?

A. I'm not sure. Can you rephrase that because I don't understand how to answer that question?

Q. What services are provided?

A. The services provided are case management, counseling, group therapy, life skills, and there's a -- it is a 90 to 180-day residential treatment program that has 30 hours of care per week, and so as we were referring to earlier, that there's a different level of care between detox that we provide in Cleveland and intensive outpatient; residential treatment would be in between those two.

Q. Do you see on this page in the very last paragraph where it says, "The Harbor Light Center also offers a licensed outpatient counseling program for adults with substance use disorders"?

A. Do they receive medication from the Salvation Army?
Q. Do they receive medication from Harbor Light?
A. To the best of my knowledge, they -- if they have medication, the Salvation Army holds it and then gives it to the client so that the client can take it. The Salvation Army does not administer it. They observe the individual taking it.
Q. Are participants in Pittsburgh's Harbor Light residential treatment program allowed access to medication for opioid use disorder?
A. Yes.
Q. Are they allowed access to Methadone?
A. I believe so, but it's not that frequent that people use it.
Q. Are they allowed access to Suboxone?
A. Yes.
Q. Are they allowed access to Sublocade?
A. Yes.

Q. Is that medication provided by the Harbor Light Center?
A. When you say "provided by," what do you mean by that?
Q. If a participant in Pittsburgh's residential treatment program needed Methadone, would it be administered by someone at the Harbor Light Center?
A. No. That would be something -- the only medication that, quote, is administered at the Salvation Army is not really administered. It is offered. So if a medication needs to be done -- administered by a medical professional, it would not be done within the center.
Q. So an individual participating in the Pittsburgh residential treatment program would need to leave the facility to receive their medication for opioid use disorder?
A. It would depend upon the type of medication you're referring to.
Q. If an individual were taking Methadone orally, would they be able to self-administer that within the center?
A. I do not believe that they would

Locations Donate




The Salvation Army has been helping those battling substance abuse since our founding over 150 years ago. Today, we are continuing this pledge of helping people recover with holistic help at our Adult Rehabilitation Centers and Harbor Light Centers. Our programs include emotional, spiritual and social services components that focus on the root causes of the struggle. We understand that every person's addiction is different, and has a devastating impact on family and friends - both emotionally and economically - so our programming is always free.

I want to help

I need help

## EACH YEAR WE HELP EQUIP OVER 150,000 PEOPLE IN THE U.S. TO:

**Combat Addiction**

EXHIBIT 155 SUPPLYJUSTICE.COM

Locations Donate

## Build Work and Social Skills

The physical and spiritual components of the program equip members to provide for themselves and others as they set and maintain sustainable employment goals. Salvation Army Stores were started more than 100 years ago as a way to provide work experience for the men, and now women, in our rehabilitation programs. These same stores also raise the funds that make it possible for the program to be offered free of charge to participants.

## Regain Health and Stability

Drugs, alcohol, pornography and other addictions have a strangling grip that is hard to break. Our rehabilitation programs can help you break free and reclaim the hope that was once lost. The circumstances of addiction are often unthinkable, but with counseling, patience, prayer and a limitless supply of God's love, we offer a starting point on the path to freedom from addiction.

## Restore Family Relationships

Many who have been rehabilitated are reunited with their families and are able to resume healthy daily routines. Kids get their parents back. People get their lives back.

## Detoxification Unit & Intensive Outpatient Treatment Program

Certified by the Ohio Department of Mental Health and Addiction Services, Harbor Light's sub-acute detoxification unit and intensive outpatient program offer exceptional clinical care at a fraction of the cost of hospital or clinic treatment.

## OTHER WAYS WE MEET NEEDS

Provide Housing

Alleviate Hunger

Combat Addiction

Share God's Love

Locations Donate

**The Salvation Army Mission Statement**

The Salvation Army, an international movement, is an evangelical part of the universal Christian Church. Its message is based on the Bible. Its ministry is motivated by the love of God. Its mission is to preach the gospel of Jesus Christ and to meet human needs in His name without discrimination.

Who We Are
How We Help
Ways to Give
Volunteer
Careers

Site Search Search

Platinum Transparency 2022 Candid.

Around the World
USA | Eastern USA | Southern USA | Western USA | International

Salvation Army Cleveland Harbor Light Complex
1710 Prospect Avenue, CLEVELAND, Ohio 44115 | 1-800-SAL-ARMY | Privacy Policy | © The Salvation Army Eastern Territory

THE SALVATION ARMY

# HARBOR LIGHT COMPLEX

**1710 PROSPECT AVENUE ~ CLEVELAND, OHIO 44115**

**(216) 781-3773**

***The Salvation Army, an international movement, is an evangelical part of the universal Christian church. Its message is based on the Bible. Its ministry is motivated by the love of God. Its mission is to preach the gospel of Jesus Christ and to meet human needs in His name without discrimination.***

**The Harbor Light Complex, an eight story multi-service facility, provides the following programs and services to the community:**

- **Substance Abuse Treatment (medically supervised) & Intensive Outpatient Treatment**
- **Community Corrections & Electronic Monitoring Services**
- **Emergency Shelter Services for Families**
- **Transitional Housing Programs for Men**
- **Distribution, by canteen, of over 100 meals/snacks to the homeless, six (6) days a week**
- **Spiritual Enrichment & Support through the New Hope Corps (Salvation Army Church)**

**Program success rates:**

- **Alcohol Drug Addiction Services** – Approximately 75% of clients move on to the next level of care. The national average is 50%.
- **P.A.S.S. Program** – More than 73% of men obtain permanent housing, about 50% secure jobs. Housing and Urban Development (HUD) expectations for transitional housing is 71%.
- **Community Corrections Program** – 70% of the clients secure employment, 79% successfully complete the program. The average for successful completions in the State of Ohio is 69%.
- **Electronic Monitoring** – 70% of clients complete the program. The entire State of Ohio averages 58%.
- **Zelma George Family Emergency Shelter** – 72% of families achieve residential stability. Housing and Urban Development (HUD) expectations for transitional housing is 61%.
- **Community Corrections Program** (8th floor) – About 88% of the clients successfully complete the program.




| BUDGET | |
|---|---|
| **2011** | **$8,527,864** |
| **2012** | **$8,501,978** |
| **2013** | **$8,569,987** |
| **2014** | **$9,021,632** |

**Founded in 1949 as a 10-bed program for homeless, alcoholic men, Harbor Light had an annual budget of $11,000. In 1970, the facility moved from its original location on Eagle Avenue to the current site at 1710 Prospect Avenue. Today the operating budget for the Harbor Light Complex is in excess of $9 million.**

**Key Partnerships:**

American Correctional Association, Ohio Department of Rehabilitation & Correction, Cuyahoga County Probation Department, Ohio Justice Alliance for Community Corrections, The International Community Corrections Association, Ohio Department of Mental Health & Addiction Services, Alcohol, Drug Addiction & Mental Health Services Board of Cuyahoga County, Cleveland/Cuyahoga County Office of Homeless Services, Department of Housing and Urban Development, Ohio Development Services Agency, United Way.



EXHIBIT

158

SUPPLYJUSTICE.COM

# The Salvation Army Harbor Light Complex

**In existence for over 65 years, the Harbor Light Complex has been a beacon of hope and help, providing services to the most disenfranchised members of society including homeless men, women and children, the alcoholic, the drug addict, and the felon.**

## A FLOOR BY FLOOR GUIDE

| FLOOR | FACILITY GUIDE |
|---|---|
| 1 | **Intensive Outpatient Treatment Program** (Substance Abuse) and **Electronic Monitoring** (Corrections) |
| | **Chapel** Salvation Army officers provide spiritual guidance and support that reinforces the recovery and rehabilitation process. Traditional Sunday worship services, a Gospel Meeting on Thursday evening, and weekly Bible discussion groups compliment Harbor Light's therapeutic environment. |
| | **Kitchen & 3 Dining Rooms ~ Men's, Women's & Staff** Kitchen staff prepares and serves over 980 nutritious meals a day. A nutritionist ensures adherence to all dietary regulations is maintained. Special diets are accommodated and bag lunches provided to residents working outside the facility. |
| | **Gym and Mini Park** Areas for recreation, reflection and relaxation. |
| 2 | **HLC Central Administrative Offices** |
| | **Zelma George Family Emergency Shelter** In combination with the 3rd floor, the shelter has room for about 110 individuals. Up to 10 families are housed on the 2nd floor. A large conference room on this floor is used for children's activities as well as community meetings. |
| 3 | **Zelma George Family Emergency Shelter** The 3rd floor can accommodate up to 25 families & has newly refurbished meeting rooms. Case managers & a housing specialist provide various supportive services to residents. *About 63% of the shelter's families achieve residential stability.* |
| 4 | **Community Corrections Program – Men** The Ohio Department of Rehabilitation and Correction licenses Harbor Light to supervise the effective transition of ex-offenders from penal institutions back into the community. *Of approximately 30 clients on Electronic Monitoring, approximately 70% will successfully complete the program.* |
| 5 | **Community Corrections Program – Men** Over 140 men are finishing out their criminal sentence at Harbor Light. Caseworkers assist the clients with securing such things as a GED, vocational training and gainful employment. *Approximately 79% of the clients secure jobs and effectively complete the program.* |
| 6 | **Community Corrections Program – Women** Located along the north, west and south hallways, this program follows the same guidelines as the men's corrections program. Caseworkers are now assisting about 25 women with securing a successful reintegration into society. |
| | **Alcohol Drug Addiction Services** Harbor Light's detoxification and intensive outpatient program offer exceptional clinical care at a fraction of the cost of hospital or clinic treatment. Both programs are certified by the Ohio Department of Mental Health & Addiction Services. Over 1,500 individuals are assisted each year. An interim housing component aids clients in their quest for sobriety. *Upon receiving medically supervised detoxification services, approximately 75% of the clients move on to the next level of care.* |
| 7 | **P.A.S.S. Program** The **P**ick Up, **A**ssessment, **S**helter & **S**ervices program is designed to assist homeless men. Case managers work with each client to increase training/abilities and develop life-changing skills. 75 men reside on this floor and may remain in the program for up to 2 years. *More than 70% of the men obtain permanent housing and about half secure gainful employment.* |
| 8 | **Community Corrections Program – Men** Criminal behavior is often linked with alcohol and/or drug abuse. Men in this program are given the opportunity to address the multifaceted challenges of addiction and recidivism through participation in music therapy classes, AA meetings, cognitive behavior therapy sessions, discussion groups, life skills workshops and optional spiritual programming. Primarily for Lorain County clients, this program also includes men from the Cuyahoga County Jail Reduction Program. *More than 80% of the clients successfully complete this program.* |
| | **Transitional Housing – Men** This small group of residents pay a monthly fee based on their financial resources. Group and individual meetings foster self-sufficiency. |

**TO ARRANGE FOR A TOUR OF THE FACILITY AND/OR A SPECIFIC PROGRAM, PLEASE CONTACT ONE OF THE FOLLOWING AT (216) 781-3773:**

Beau Hill, Executive Director
Major Dorothy Lykes, Pastoral Care
Captain Christine Tilley, Corps Officer/Pastor
Barbara Butler, Zelma George Shelter Program

Matt Bechtold, Corrections Program
Frank Fuseck, Environmental Services
Dennis Giroski, Food Service
Jim Haber, Alcohol & Drug Addiction Services

Rob Lax, Railton House
Michelle White, Human Resources
Deb Winston, Corrections Program
John Wolak, P.A.S.S. Program

Jesus said, *"I Am the Light of the world.*
*So if you follow Me, you won't be stumbling through the darkness, for living light will flood your path."* John 8:12