# EXHIBIT E

Resilient Homes
Monitored Recovery Residences

# JORDAN MATTHEW HOUSE
# GUEST RESIDENT HANDBOOK

# Table of Contents

Introduction ....... 3
Declaration of Non-Discrimination ....... 3
Mission & Vision Statement ....... 3
Eligibility Requirements ....... 4
Policies and Procedures ....... 4
A. Orientation ....... 4
B. Medications ....... 5
C. Drug & Alcohol Testing ....... 5
I. Breathalyzer ....... 6
D. Guest Resident Fee ....... 6
I. Refund Policy ....... 7
E. Coded-Entry ....... 7
F. Violations/Contraband ....... 7
G. Restriction ....... 8
H. Health & Safety ....... 8
I. Sign In/Out ....... 9
J. Chore Policy ....... 10
I. Chore Delegation Clause ....... 10
II. Chore Descriptions ....... 10
K. Bedrooms ....... 11
L. Kitchen ....... 11
I. Dirty Dishes ....... 12
II. Refrigerators/Cabinets ....... 12
M. Bathrooms ....... 12
N. Visitation ....... 12
O. Overnight Privileges ....... 13
P. Community/Recreational Room ....... 13
Q. Storage ....... 13
R. Case Management ....... 14
S. House Meeting ....... 14
T. 12 Step Commitments/Groups ....... 14
U. Security Cameras ....... 14
V. Night Staff ....... 14
W. Probation/Parole ....... 15
X. Smoking ....... 15
Y. Senior Peer/Transitional Unit ....... 15
Z. House Schedule ....... 16

# JORDAN MATTHEW HOUSE

## INTRODUCTION TO THE RESIDENT POLICY MANUAL

Welcome to the Jordan Mathew House (JMH) a Resilient Homes, Limited Liability Company. We congratulate you for your continued effort and desire to further your recovery. We believe the Jordan Mathew House is able to meet your needs and support you in your transition back to the community.

The JMH is a monitored recovery residence that promotes recovery through self-efficacy and self-determination. Attending 12 step meetings in NOT a requirement. We encourage our guest residents to explore different pathways of recovery and find what works for them. Guest residents are held accountable to participate in their own recovery and are encouraged to meet with our case manager twice a month to follow-up with recovery goals.

There is a ZERO TOLERANCE policy in place concerning the use of drugs and alcohol, as a guest resident of this sober living community ALL guest residents are to remain abstinent from the use of illicit drugs, alcohol and non-prescribed medication, failure to do so will result in residential termination.

With an all-inclusive atmosphere our guest residents are given the opportunity to plan and participate in recreational outings that are held quarterly. Such outings will be discussed at our weekly house meetings. We encourage our guest residents to take advantage of all the opportunities offered here at the Jordan Matthew House.

## DECLARATION OF NON-DISCRIMINATION

The Jordan Matthew House does not and shall not discriminate on the basis of race, color, religion (creed), gender, gender expression, age, national origin (ancestry), disability, marital status, sexual orientation, or military status, in any of its activities or operations.

## MISSION

It's the mission of the Jordan Matthew House to provide opportunities for guests to reach their goals by focusing on the needs of each individual and assisting them along the way.

## VISION

Jordan Matthew House strives to be a place where those in recovery can reach and sustain long-term stability by empowering its guests to take part in their recovery.

## ELIGIBILITY REQUIREMENTS

JMH makes every effort to ensure that guest residents meet the criteria for this level of care. In order to be accepted into this recovery residence applicants must identify as a female over the age of 18 who has a Substance Use Disorder and must pass a drug test. Applicants must also be medically stable and not at risk of acute withdrawal. In addition, all applicants must have a source of income or someone willing to pay on their behalf before being accepted to the JMH. JMH accommodates guest residents on Medication Assisted Treatment and ALL prescription medications, please refer to our medication policy.

## POLICIES AND PROCEDURES

We believe that providing a safe, structured environment with clear expectations will aid in your recovery process. We do not offer a daily program of activities or groups as all guest residents are required to work, go to school or be active in the community for a minimum of 30 hours per week. However, participating in house meetings, 12 step commitments and case management is strongly encouraged.

All guest residents are expected to follow the policies and procedures as laid out in this handbook and as directed by staff on duty. Questions are to be directed to the House Manager/Peer Leader and/or JMH Director. We expect you make a priority of and manage your life around your recovery throughout your stay with us.

## ORIENTATION

Guest resident is placed on a 14-day probationary period upon entrance. This period gives the guest resident an opportunity to acclimate to the JMH structure, policies and procedures. It allows the guest resident and the director a period of time to determine whether this is an appropriate fit for the resident and the resident's needs. Guest resident will have a curfew of 9:00pm with the exception of work, in which case guest resident will be asked to provide a work schedule. Guest resident is allowed to go back outside until curfew once they have signed back in. Guest Resident will not be permitted to leave the premises after 9:00pm.

Guest residents are encouraged to meet with our case manager twice during the probationary period in effort to establish a relationship with our case manager and to build a weekly routine from 9a-3p for those who are not yet working or active in the community a minimum of 30 hrs/week. During case management sessions guest residents are encouraged to identify needs, (identification needs, employment needs, mental health needs etc.) develop goals and create a recovery plan.

Guest residents automatically transition off of this orientation status upon completing their initial 14 days of residency.

## MEDICATIONS

With the exception of asthma inhalers, nitro glycerin heart tablets and other life sustaining medications, all medications for our guest residents will be monitored and under lock and key or combination code in the office and will need to be taken under supervision during med pass. Med pass is at 7:30am and 9:30pm Mon-Sun. Guest residents may pack their 12pm and 4pm medications the morning of or the night before the dose is to be taken.

Each guest resident will be assigned a locked medication box and will be permitted to retain a 7-day supply of their medications in a separate pill container kept in their locked medication box. Guest resident will be responsible for the key to the lock box, there is a $20 fee for a lost key.

Medications that can be abused are placed on our watch list and those medications must be signed for and their quantity accounted for in front of a staff member each time it is taken.

Guest residents are not permitted to bring medications (including medication refills) into their apartment. All refills are to be dropped off at the office M-F 8:00a-4:00p or M-Sun 7-9pm. Residents are also able to put them directly into their med box during med times if they don't feel comfortable with leaving them locked up in the office.

## DRUG/ALCOHOL URINE TESTS

All guest residents are required to submit to two (or more) mandatory urine drug tests per week and random quick cup tests at any time when requested by an authorized staff member.

The following severe violations will result in **IMMEDIATE TERMINATION:**

- Refusing to submit to a mandatory or random urine test will be considered as positive for alcohol and drugs and will be discharged immediately
- Testing positive
- Refusing to allow an authorized staff member or lab technician to witness your peeing into the test sample cup will be deemed as a refusal. Guest residents must comply with tester instructions at all times.

- Using any substance in order to thwart or otherwise contaminate a urine sample will be considered a positive and discharged immediately. Examples are vaseline, wizards, bleach, etc…
- Using a device taped or inserted into the body or using a bottle of clean urine
- Using any drug not prescribed to you
- Testing for higher elevations of milligram dosage than instructed by prescribing doctor will be considered as actively using
- Displaying a negative attitude or combative behaviors when asked to line up and submit to a test will be discharged (please see JMH rules for a complete understanding regarding negative attitudes and combative behaviors).

Scheduled urine testing is done in the early morning hours by Optimum Labs, guest residents will be escorted to the waiting area; failure to wake up and be walked into the waiting area with the group will result in losing any overnight privilege for that week.

JMH staff conducts supervised random drug testing outside of the normal scheduled test times conducted by Optimum Labs Inc. Any resident who fails to produce a random urine sample within three hours will be terminated. Blood work may be honored in place of the drug test upon consent from the director and must be provided within 3 hours from the end of the three-hour window given.

Talking is not permitted during testing unless the lab collector asks a question. The use of cell phones is also not permitted while in the waiting area and all guest residents must remain in staff sight during this procedure. Those who talk or make noise will be seated at the end of the line and will be the last to be tested as this can become distracting to the lab collector. The television along with all other electronic devices should also be off during this time.

## BREATHALIZER

A breathalyzer test will be administered periodically to all guest residents at JMH. To ensure that this will be a non-intrusive procedure the breathalyzer is digital and does not require anyone to place anything into their mouth. Simply blow toward the device. Anyone refusing (or pretending to blow) to submit will be considered positive and terminated.

## GUEST RESIDENT FEE

All weekly guest fees are due on Friday no later than 9:00 pm unless otherwise approved by a manager. If weekly guest fee is not received by 9:00pm on Friday the guest resident will be considered non-compliant and is subject to termination. For a first-time offense the guest resident will be given a 48-hour period of time to pay the guest fee and will serve a 48-hour restriction beginning at 9:00pm Friday. If guest resident fails to pay guest fee on time a second time JMH will proceed with a termination of residency.

## REFUND POLICY

In order to be eligible for a refund, Guest Residents that pay weekly or bi-weekly must provide a 14-day written notice of termination. Guest Residents that pay monthly must provide a 30-day written notice of termination. All notices are to be submitted to the office during office hours.

## CODED ENTRY

Upon entrance to JMH, guest residents will be given a unique code specific to that resident. The code allows access into the building through the front door and will be deactivated upon termination of residency at the JMH.

## VIOLATIONS

There are two levels of violations moderate and severe, both of which will be tracked on a daily basis. Three moderate violations (Tally's) in one week will result in a loss of privileges. One severe violation (tally) will result in termination of residency.

<u>Moderate violations, without limitation, include:</u>

1. Using confrontational, discriminatory or disrespectful language to staff, guests, visitors or neighbors
2. Leaving dirty dishes in the sink
3. Not having bed made by 9:00am
4. Not completing chore's twice/week
5. Having any food or beverages other than water in the bedroom
6. Having another guest sign in or out on behalf of another guest resident also, signing another guest resident in or out or not signing in/out at all
7. Coming to the office for medication pass after 9:00am or after 9:00pm

8. Being more than 5 minutes late for curfew will result in a 9pm curfew the following day in addition to receiving a tally
9. Being in the residence anytime between 9a-3p unless a work schedule was turned in to the office that reflects the guest resident works or goes to school a minimum of 30 hours per week
10. Being in another guest resident's bedroom or unit with the exception of being on the first floor to report to the office during office hours
11. Having contraband on the unit (Please review list of contraband below)
12. Giving or exchanging items with other residents to include but not limited to cigarettes, money, headphones etc. Food may be shared if it is being shared with all the residents in the unit.

<u>Severe violations, without limitation, include:</u>

1. Not following the drug test policy and procedures which can be found in the handbook
2. Physical/verbal threats or violence
3. Smoking/vaping in the residence
4. Destruction of property
5. Drug talk/romanticizing
6. Gambling in the house
7. Participating in the sale, purchase or sharing of any illegal drugs, alcohol or prescription medications
8. Not paying the guest fee by Friday at 9:00 pm for a second time
9. Being out of the residence overnight without a work schedule in the office that reflects he is working (Please know, If guest resident's work schedule reflects that he departs from work anytime between curfew (10:30pm or 11:30pm) and 5:30am guest resident will have a 45 minute travel time to get to work and to return to the residence.
10. Touching the thermostat or surveillance cameras on any unit
11. Bringing a visitor into the unit without consent.

## CONTRABAND

1. Drugs or drug paraphernalia
2. Energy drinks
3. Scratch tickets
4. Any medications (including over the counter meds)
5. Hand Sanitizer, Scope or anything else that has an alcohol content

6. Pocket knives or anything that can be used as a weapon
7. Personal lock boxes

## RESTRICTION

If a guest resident is placed on a restriction by receiving three moderate violations (3 Tally's), that resident may not leave the residence outside of their normal work/IOP/volunteer etc. schedule. The guest resident will be given 45 minutes to get to their destination and 45 minutes to sign back into the residence. No overnight privileges will be approved for that week or the week following a restriction. Resident may request going to a meeting with a sponsor if the restriction lasts longer than 3 days. A release must be signed in order for the director to confirm that the guest resident is going to a meeting with resident's sponsor. No visits in the community room at 61 Covel Street during normal visit hours (sat & sun) are allowed however, sponsor requests may still be approved.

## HEALTH & SAFETY

The safety and well-being of our guest residents is of utmost importance to us. In the event of a medical or any other emergency requiring outside assistance, please call 911 and then the director/funder. We will not hesitate to press charges for any criminal actions that occur in the recovery residence.

- Inform staff immediately if you feel threatened or unsafe, or if you feel like you might harm yourself or someone else.
- Inform staff immediately if you observe or have knowledge of any unsafe situations or behaviors that could potentially cause harm to another resident.
- In the event of medical emergency please call 911.
- In the event of a suspected overdose, Narcan is located in the bathroom and hallway of every unit.
- In the event of a fire, there are two exits on each unit, please follow the "EXIT" signs and exit the building. In the event of a fire there is a fire extinguisher located in the kitchen on each unit. Instructions can be found on the side of each extinguisher.

## SIGN IN/OUT POLICY

Guest residents must sign in/out on the resident log located near the door of each unit upon departure and arrival. Please know, that it is NOT necessary to sign out in the event that the guest resident is staying on the premises. Date, time and

location must ALL be filled out prior to leaving and upon returning to the residence. If the staff cannot read residents writing, or resident fails to sign in/out resident will receive a tally. Guest resident must sign in no more than five minutes after returning and no less than 5 minutes of departing.

## CHORE POLICY

All guest residents will be assigned a chore which must be done weekly on Sunday anytime and Wednesday from 5:30pm-6:45pm. It is the guest resident's responsibility to inform the peer leader that their chore is ready for inspection after each time the chore is done. Anyone failing chore inspections or refusing to do their chore will receive a tally. Chores will be reassigned on the first Wednesday of every month during the house meeting. Those assigned more time-consuming chores will be assigned an easier chore the following month.

## CHORE DELEGATION CLAUSE

Guest residents may delegate their chore obligation provided that the other guest resident agrees. A chore delegation pass must be filled out and signed by both parties and given to the house manager or director prior to the house meeting on Wednesday's.

The house manager may revoke this privilege if he feels in any way that a guest resident is manipulating, intimidating, "strong arming" blackmailing, bribing, coercing, bullying or in any way pushing his agenda on another guest resident to accept his chore obligation.

The house manager does not need proof nor does he need to offer reasons or explanations to justify pulling a chore delegation pass. He may simply want to see the delegated individual do his own chore. The house manager may reinstate this privilege any time he deems.

## CHORE DESCRIPTIONS

Bathroom: Toilet, sink, tub, floor, clean mirror, empty bathroom trash.

Kitchen (A): Counters, breakfast nook, microwave, kitchen trash and recyclables to be taken outside, refrigerator, stove, window and sill, sweep and mop kitchen floor

Living room/hallway/stairs: Sweep and mop living room, toss any loose items in lost and found bin, windows and sills

Outside chore: Sweep entry, take trash to the street, empty cigarette butts

Entry way/hallway 1: sweep and mop stairway from first to second floor.

Entry way/hallway 2: sweep and mop stairway from second to third floor.

Basement: Sweep stairs, wipe down laundry machines, toss any loose items in the lost and found bin, clean lint trap and throw away any loose lint or trash and sweep

## BEDROOMS

Beds must be made every morning by 9:00 a.m. and whenever it is not being occupied.

Guest residents are not permitted to burn candles or incense nor to use hot plates, coffee makers nor to cook in rooms or use any device in bedroom that could be used to cook food. Portable heaters are also not permitted.

All clothing (washed or dirty) may not be strewn about on the floor nor stored in plastic bags or boxes on the floor. Rooms are to be free of excess trash and kept free of cups, containers, bottles improvised as spittoons and other forms of cluttered trash.

Guest residents are not allowed in another guest resident's bedroom.

There is a 4-month maximum stay for residents in our 2 person bedrooms

Guest residents are not allowed to have food or drinks in their room, except for water. Food found in the bedroom will result in a tally.

Guest residents are required to keep their bedroom clean and free from foul odors.

To maintain safety at JMH, staff members are permitted to search the guest resident's belongings when there is probable cause to believe that there may be contraband in that guest resident's bedroom. Guest resident will be notified before the search and given the opportunity to be present during the search.

## KITCHEN

Kitchens are off limits and locked from 10:30p to 5:30a Sun-Thu and 11:30p to 5:30a on Fri. & Sat. (entry-level units only).

## DIRTY DISHES

All dishes must be washed immediately, every time dishes are left unattended for more than 5 minutes the guest resident will receive a tally. Please note: It makes no difference whether you own the dirty dish, etc. or it belongs to the house, the guest

resident that dirties it will be the person responsible to wash it. Those assigned to the kitchen chore will not be washing dishes they did not dirty.

Dirty dishes found hidden in a bedroom will imply that a guest resident brought food into the bedroom, in which ALL guest residents in that bedroom will receive a tally unless there is a confession made.

Any guest resident observed on security cameras or seen placing dirty dishes in with clean dishes will receive a tally, as this behavior is disrespectful and unsanitary and repeated offenses will be subject to termination for non-compliance. **Dishes are not allowed to be left or stored in refrigerators**. Guest residents are required to store leftover food in containers such as Tupperware's etc. Dishes belonging to the house are not allowed to be hoarded or stored or retained in the bedrooms.

## REFRIGERATORS/CABINETS

Guest residents will be assigned a space in a kitchen cabinet to store food. Guest residents are not permitted to go into any other cabinet space that was not assigned to them.

Guest residents are required to initial all of their food products that are kept in the refrigerator. Periodically, refrigerators will have its contents evaluated for spoiled rotten and unlabeled food which will be discarded.

## BATHROOMS

Guest residents are not permitted to store any personal hygiene products or property in the bathroom, including but not limited to soap, shampoo, scrubbers etc. Anything left behind will be put in a box and stored in the office for 10 days. After that, unclaimed items will be discarded. If a guest resident believes that something was left behind and taken to the office, that guest resident will be responsible to ask staff and retrieve during the evening med pass hours only.

No radios or other devices capable of producing noise or delivering music or television programs etc. into the bathroom.

## VISITATION

All guest residents including residents on orientation status are allowed visitation with whomever they'd like on Saturday and Sunday from 12:00p-4:00p. Approval by staff is not necessary. All visits are held in the community/recreational room.

Guest residents may have up to two visitors at one time not including children. Bathrooms in the apartments are off-limits for visitors. All visitors must sign in and write down the name of the person they will be visiting with as well as the time of departure. Guest residents may also request in- unit sponsor visits 72 hours in advance.

## OVERNIGHT PRIVILEGES

Guest residents will be eligible for a 24-hour overnight privilege after residing at JMH for a minimum of 30 days. After 60 days of residing at JMH guest residents will be eligible for a 48-hour overnight privilege every week, same rules apply. An overnight privilege will not be approved if a guest resident receives more than two tallies' in one week, not working toward recovery goals, has an outstanding rent balance or on restriction. Overnight privilege approval is at the discretion of the director and not confined to the rules stated above.

## COMMUNITY/RECREATIONAL ROOM

The JMH community/rec room is open from 9:00am-10:00pm from May 1st – November 1st and 4:00pm-10:00pm from Nov 2nd - April 30th. The community room is used to hold house meetings, 12 step commitments, event planning, exercise, games (Foosball, darts, cards etc.). The JMH laundry facility and house linen/supply closet is also located in the community room. Guest residents are not allowed to go into the house linen/supply closet at any time.

## STORAGE POLICY

Guest residents with excessive belongings may store their additional items in a tote that is locked with lock and key and stored in a locked room in the community room for a fee of $20/month to be paid the first Friday of every month. If the guest resident leaves JMH before the end of the paid month that money gets forfeited. Please note there are only 4 storage bins, and are used on a first come first serve basis.

Guest residents who have terminated from the JMH or residents that go AWOL and leaves their belongings behind will have 10 days to collect their property or have someone collect it on their behalf including the belongings in storage bins. All property will be disposed of after 10 days.

## CASE MANAGEMENT

All guest residents at the Jordan Matthew House are highly encouraged to meet with the case manager a minimum of twice a week during orientation status and two to four times per month thereafter. We encourage our guest residents to utilize this service.

## HOUSE MEETING

Guest residents are required to attend the on-site weekly house meeting every Wednesday night from 7:00pm-8:00pm. Those that do not attend the house meeting will serve a 3-day restriction. This policy does not apply to guest residents who are at work and have submitted a work schedule that reflects that.

## 12 STEP COMMITMENTS/ GROUPS

All guest residents are required to report to the community/rec room every Friday at 6:45p for a 1-hour group/commitment. Guest residents are only allowed to take an overnight privilege after 8:15pm on Friday's. Guest residents may miss the commitment if a staff member gives them a written consent. Guest residents with a written consent will be required to hand it to staff on the day of and will be asked to stay in the residence until 8:15p. Otherwise, missing this commitment will result in a 3 day restriction.

## SECURITY CAMERAS

Security cameras are mounted throughout all common areas except for bedrooms and bathrooms. They are also positioned around the exterior of this building. These measures were taken to maintain the goals and objectives of Resilient Homes and the Jordan Matthew House which is to provide a safe, structured, transitional living environment.

## NIGHT STAFF

Guest residents must follow the directions of the house manager/peer leader at all times and may not refuse to comply with his instructions regarding the JMH policies and procedures. Some examples include but are not limited to noise level, not being in bed after "lights out", curfews, medications, urine tests, breathalyzer etc.

## PROBATION/PAROLE

Guest residents who are on probation or parole must provide all information to the director. This should include the probation/parole officer's name district, phone number, e-mail, office hours, address and court stipulations and reporting requirements.

Guest residents must sign an authorization to release information including urine screenings to the officer and consent for verbal communication between the program director and the officer.

Letters of continued residency and progress reports must be requested 72 hours prior to the date needed. Please fill out a "House/Case Manager Request" in the office and place in the director's mailbox.

## SMOKING POLICY

Guest residents are allowed to smoke from 5:30a until curfew in the designated smoking area only. Residents who smoke outside of smoking area or outside of smoking times will be given a tally. No chewing tobacco, vaping or smoking in the residence will be tolerated.

After completing 3 months in one of our entry level units, our Guest Residents may apply to become a Senior Peer and move into our Transitional Unit.

## SENIOR PEER PRIVLEGES

1. Midnight curfew 7 days a week
2. 48 hour passes every week, no approval necessary
3. No compliancy monitoring (No tally's)
4. Medication self-management, other than controlled meds
5. Allowed to miss the first two house meetings of every month
6. Allowed to sign out after chores on the first two Wednesdays of the month
7. 72-hour overnight privileges may be approved every other week after completing 3 months on Senior Peer status
8. 72-hour overnight privileges may be approved every week after completing 6 months on Senior Peer status

## TRANSITIONAL UNIT PRIVLEGES

1. Kitchen does not close
2. Your children can be with you in the TU from 8am-8pm any day of the week; they may be accompanied by their primary caretaker
3. T.V.'s in all the bedrooms
4. Lights out at midnight 7 days a week
5. Do Not have to Sign In/Out

## HOUSE SCHEDULE

All guest residents are required to leave residence from 9am-3pm with the exception of guest residents who work or go to school a minimum of 30 hours a week. All guest residents that are employed or go to school are expected to submit a copy of their work schedule prior to the beginning of their work week.

**OFFICE HOURS**
**61 Covel Street, Fall River, MA 02723**
**M-F 8:00am-4:00pm & 7:00p-9:00p**
**Sat & Sun 8:00am-9:00am & 7:00p-9:00p**

### Monday

8a-9a Medication monitoring for a.m. meds and pack noon meds

9a-3p School, work, volunteer, IOP etc.

7p-9p Medication monitoring

Curfew 10:30pm (Orientation 9:00pm)

Lights out/In your bedrooms at 11:00p (Half hour after curfew)

All electronic devices in bedroom off at 11:30p (Including T.V. in 1st Fl bedroom)

### Tuesday

5:00 am alcohol/drug urine testing

8a-9a Medication monitoring for a.m. meds and pack noon meds

9a-3p School, work, volunteer, IOP etc.

7p-9p Medication monitoring

Curfew 10:30pm (Orientation 9:00pm)

Lights out/In your bedrooms at 11:00p (Half hour after curfew)

All electronic devices in bedroom off at 11:30p (Including T.V. in 1st Fl bedroom)

All 24-48-hour overnight privilege requests are due by 9p on Wednesday and are to be turned into the office. (Please note, if you have three or more tally's in any given week beginning Thursday at 12:00 am through Wed at 9pm, a privilege request will not be approved.)

Privilege requests that have been submitted will be reviewed and marked as approved or denied; such requests can be picked up by the resident on Thursday during office hours.

Before using the overnight privilege, guest resident must hand his accepted privilege request to the Peer Leader or House Manager before leaving the residence. (Please note that it is the responsibility of the resident to pack medications during med pass prior to using an overnight privilege).

**Wednesday**

8a-9a Medication monitoring for a.m. meds and pack noon meds

9a-3p School, work, volunteer, IOP etc.

Curfew 5:30pm

5:30-6:45pm Chores

6:45-7pm Smoke break

7-8pm House meeting

8p-9p Med pass and packing 7-day planners.

Lights out/In your bedrooms at 11:00p (Half hour after "house" curfew)

All electronic devices in bedroom off at 11:30p (Including T.V. in 1st Fl bedroom)

**Thursday**

8a-9a Medication monitoring for a.m. meds and pack noon meds

9a-3p School, work, volunteer, IOP etc.

7p-9p Medication monitoring

Curfew 10:30pm (Orientation 9:00pm)

Lights out/In your bedrooms at 11:00p (Half hour after curfew)

All electronic devices in bedroom off at 11:30p (Including T.V. in 1st Fl bedroom)

**Friday**

5:00 am alcohol/drug urine testing

8a-9a Medication monitoring for a.m. meds and pack noon meds

9a-3p School, work, volunteer, IOP etc.

**7:00 MANDATORY 12 STEP COMMITMENT or PSYCHO-EDUACTIONAL GROUP (unless the guest is at work or on a 48 hour overnight privilege from the day before)**

8p-9p Medication monitoring

Curfew 11:30pm

Lights out/In your bedrooms at 12:00a

All electronic devices in bedroom off at 12:00a

**Saturday**

8p-9p Medication monitoring for a.m. meds and pack noon meds

**12p-4p Guests may have up to two visitors at one time, all visits must be held in our recreational/community room and do not need prior approval. All guests must sign in and out upon arrival and departure.**

7p-9p Medication monitoring

Curfew is 11:30pm

Lights out/In your bedrooms at 12:00a

All electronic devices in bedroom off at 12:00a

**Sunday**

8p-9p Medication monitoring for a.m. meds and pack noon meds

**12p-4p may have up to two visitors at one time, all visits must be held in our recreational room and do not need prior approval. However, all guests must sign in and out upon arrival and departure.**

7p-9p Medication monitoring

Curfew is 11:30pm

Lights out/In your bedrooms at 12:00a

All electronic devices in bedroom off at 12:00a

I ____________________________________ HAVE READ AND AGREE TO THE TERMS OF THIS POLICY HANDBOOK AND UNDERSTAND THAT FAILURE TO ABIDE BY SUCH POLICES AND PROCEDURES MAY RESULT IN IMMEDIATE EVICTION FROM THE JORDAN MATTHEW HOUSE.

I ALSO UNDERSTAND THAT THE POLICIES IN THIS HANDBOOK MAY BE SUBJECT TO CHANGE UPON THE DISCRETION OF THE OWNER OF RESILIENT HOMES, LLC.

________________________________________
Print

________________________________________ _________________
Signature Date