# EXHIBIT F

# Frequently Asked Questions

### Is Recovery House MASH certified?

Yes. We maintain our MASH (Massachusetts Alliance For Sober Housing) certification by adhering to all MASH requirements, including annual inspections.

### Do you Accept self Referrals?

Yes.

### What is the Weekly rent?

The rent is $200 per week. We accept cash and card payments.

### When is rent due?

Rent is due every Sunday.

### Is there a fee to move in?

We require 2 weeks rent upfront to move in. This is not a security deposit, but literally the first 2 weeks rent. You will not be invoiced again until the third week.

### Is there a clean time requirement to move in?

No. However, residents will be required to pass a drug screen upon move-in.

### Do residents need to attend a 12-step program?

Yes. We do not require any number of meetings per week, just that you are attending meetings every week, and maintaining your recovery.

### Do you accept residents on MAT?

Yes. All are welcome at Recovery House, regardless of the medications that they are on - Marijuana is not considered medication by Recovery House.

### How many beds are in the house?

There are 20 beds in the Euclid Ave location.

### How many bathrooms are there?

There are at least 2 full bathrooms in the house.

### How many residents per room?

Most rooms are 2-man rooms, while there is one 3-man room.

### How much food storage space is there?

There are 4 refrigerators and plenty of cabinet space for dry goods.

### Is there a community room?

Yes. There is a living room with plenty of seating and a TV.

### Can residents have visitors?

No, visitors are not allowed at Recovery House.

## Are residents allowed to have pets?

No. There are no pets (service animals will be evaluated on a case by case basis) allowed at Recovery House.

## Is there a curfew?

Yes. The curfew is 11pm every night.

## Who cleans the house?

All residents are responsible for the upkeep of the house, including cleaning of their rooms and the common areas.

## Do you supply toilet paper and cleaning supplies?

No. residents are responsible for all consumables, including toilet paper, paper towels, soap, cleaning supplies, etc. Recovery House supplies all the capital products (mop/broom/dustpan/etc.), as well as the appliances, cups, dishes, silverware, etc.

## Do you supply food?

No. Residents are responsible for feeding themselves. On occasion, Recovery House does sponsor a cook-out.

## Locations

Recovery House

Recovery House

103 Euclid Ave.

Springfield, MA

58 Howes St.

Springfield, MA

## Contact Us

(413) 301-2209

Contact@WeDoRecoverLLC.com