# EXHIBIT G

Home Our Purpose Our Approach

ROYAL SOBER HOMES
Sober Living for Men

Homes FAQ's Contact

# Frequently Asked Questions

**What is sober living?**

**Where are Royal Sober Homes located?**

**What is the application and referral process?**

**Do you accept individuals with felonies?**

**How much does it cost and what is included?**

**Do I have to attend AA or NA meetings?**

**How long can I live here?**

**Am I allowed to do overnights?**

**Can I have visitors at the house?**

**Am I expected to work?**

**Is there a house manager?**

**Will I be drug tested?**

**Can I bring my medications with me?**

**Are Royal Sober Homes MAT (Medication Assisted Treatment) friendly?**

Yes. We believe that individuals should exercise every option available to help maintain sobriety.

**Are Royal Sober Homes MASH certified?**

Owner/Operator: Mark Culpo
Phone Number: 508-524-1042
E-Mail: mjculpo@gmail.com

Contact Us

ROYAL SOBER HOMES
Sober Living for Men

**Penny Royal Home**
33 Penny Royal Lane
East Falmouth, MA 02536

**Ashumet Road Home**
216 Ashumet Road
East Falmouth, MA 02536