# EXHIBIT L



# Admissions

Integrity Sober Living is more than just a sober home to it's residents - it is a recovery and wellness experience.

Our admissions process is simple,  complete a referral form to be considered or added to our waitlist.

More details about our admissions process and guidelines are outlined below.

Click for Admissions & Referral Form

## Admissions Information

- Integrity Sober Living prefers at least thirty (30) days of continued abstinence from all substances, or completion of an inpatient detoxification and rehabilitation program at an accredited treatment center.
- To keep our homes clean and organized, we have restrictions on what residents are permitted to bring. For a complete list of permitted personal items, please visit our "What to Bring" page.
- Integrity Sober Living welcomes Medication Assisted Recovery (MAR). Please contact us for more information on our medication policy.



CALL
508-289-1555

EMAIL
info@integritycapecod.com

FOLLOW



## Questions? Contact Us

Name: *

Email *

*Type your message here...*

Submit

lousing

roud to

.

ury,
e Cod.
tts - this
distance
ee,
close
ers like
enters,
ecovery
ent and
ms.

HON

ABC

REFE

THE

CON

BLO

© 2024 by INTEGRITY SOBER LIVING Created with love and light by MadeWell Marketing.