# EXHIBIT Q

SUBSTANCE USE & MISUSE
2018, VOL. 53, NO. 2, 330–333
https://doi.org/10.1080/10826084.2017.1363238

Taylor & Francis
Taylor & Francis Group

COMMENTARY

# Barriers to Medications for Addiction Treatment: How Stigma Kills

Sarah E. Wakeman[a,b,c] and Josiah D. Rich[c,d]

[a]Massachusetts General Hospital, Department of Medicine, Boston, Massachusetts, USA; [b]Harvard Medical School, Department of Medicine, Boston, Massachusetts, USA; [c]Center for Prisoner Health and Human Rights, Providence, Rhode Island, USA; [d]Warren Alpert Medical School of Brown University, Department of Medicine, Providence, Rhode Island, USA

The toll of untreated opioid use disorder is tremendous. In 2015, 33,091 Americans died from a drug overdose involving an opioid. In just one year, the death rate from heroin increased by 21% and from fentanyl and other synthetic opioids, excluding methadone, by 72% (Rudd, 2016).Globally, opioids result in an estimated 9.2 million disability-adjusted life years and accounted for 55% of drug-related deaths in 2010 (Degenhardt, 2013). Maintenance treatment with the opioid agonists methadone and buprenorphine is the best proven intervention to prevent overdose in people with opioid use disorder (UNODC/WHO, 2013). On a population level, access to opioid agonist therapy in both U.S. and international studies has been associated with a 50–79% reduction in heroin overdose death (Carrieri, 2006; Schwartz, 2013). A recent U.S. study found that among those who survived a non-fatal overdose, being started on methadone or buprenorphine reduced the risk of overdose death in the subsequent year by 50% (Massachusetts Department of Public Health, 2016). In addition, maintenance treatment with opioid agonists reduces the risk of recurrence of active opioid use by 50% or more (Clark, 2015).When dosed adequately, opioid agonist therapy results in treatment retention rates in excess of 60%, with only 15% of those treated using heroin at one year (Bart, 2012).

In spite of the evidence, access to these lifesaving medications is limited. More than 30 million people live in U.S. counties without a single prescriber of medications for addiction treatment (Senate Committee on Finance, 2016).Even if current treatment capacity for opioid agonist therapy in the United States was maximized there would be nearly a million excess people with opioid use disorder without access to treatment (Jones, 2015). In 2016, there were 926,119 licensed physicians in the United States and only 36,715 waivered to prescribe buprenorphine; of those, 67% had a 30 patient-limit (SAMHSA, 2016). Although patient caps are a limiting factor, most physicians do not prescribe to the limit. A recent study of the seven states with the most buprenorphine-waivered physicians found that the median monthly patient census ranged from 7 patients in California to 22 in Massachusetts (Stein, 2016). Globally, less than 10% of those in need of treatment are receiving opioid agonist therapy (WHO, 2008).Tragically, those at highest risk of death are often the least able to access care, for example those who were recently incarcerated. The risk of drug overdose death following prison release is 129 times increased (Binswanger, 2007). A U.K. study demonstrated that prison-based opioid agonist therapy initiation is associated with a 75% reduction in all-cause mortality and an 85% reduction in fatal overdose in the first month after release (Marsden, 2017). Yet only 29 countries have implemented programs to offer opioid agonist therapy in prison and a majority of prisoners globally are unable to access treatment, even in those countries that provide such programs (Larney, 2009). In the United States, only a handful of correctional facilities, including the Adult Correctional Institute in Rhode Island and Riker's Island in New York City, offer opioid agonist prior to release.

Stigma is a major driver behind the lack of access to opioid agonist therapy. Four factors which have been described as mediators of the stigma associated with medications for addiction treatment include the misconception that addiction is a willful choice, not a disease; the separation of addiction treatment from the rest of the medical system; the language that is used for addiction; and the way the criminal justice system does not incorporate medical judgment into its approach to people with addiction (Olsen, 2014). Even the widely adopted terminology to refer to opioid agonist therapy, medication-assisted treatment, implies that medications are an adjunct to treatment rather than lifesaving interventions in and of themselves (Wakeman, 2017). Stigma about medications for addiction treatment is common within mutual help organizations and some psychosocial programs, which may not allow individuals receiving opioid agonist therapy to participate (Wakeman, 2016).This stigma is also demonstrated in the medical system, with

CONTACT Sarah E. Wakeman swakeman@partners.org 55 Fruit Street, Founders 880, Boston, MA 02114, USA.
© 2018 Taylor & Francis Group, LLC

many post-acute care facilities unwilling to accept individuals who require skilled nursing care if they are on these medications (Wakeman, 2017).

Lack of treatment within the criminal justice system highlights the intersection of many of these issues. Despite increased national rhetoric about opioid use disorder being a disease and a public health crisis, we still criminalize drug use. From 1993 to 2011 there were 30 million arrests for drug crimes and 3 million federal and state prison admissions for drug-related offenses (Rothwell, 2015). Although a minority of these drug-related offenses were for opioids, the criminalization approach has resulted in the warehousing of a vulnerable population with little access to evidence-based treatment. Despite decades of research showing the superior efficacy of opioid agonist therapy, almost no prisoners receive these maintenance treatments and even compassionate withdrawal treatment is not the norm (Fiscella, 2004; Wakeman, 2015). Lack of treatment results in more than just suffering. In the criminal justice system stigma around medications has resulted in deaths both from withdrawal and from overdose in individuals mandated to stop successful opioid agonist therapy by a judge's ruling (Szalavitz, 2015; Darke, 2017).Although death from opioid withdrawal is uncommon, there are numerous documented cases in U.S. jails which have received little attention and would have been entirely preventable with good clinical care (Darke, 2017). Lack of treatment also drives up societal costs. Following incarceration, many individuals with a history of drug use disorder are released into environments where there is frequent drug use, minimal structure or support, and numerous stressors (Binswanger, 2012). These stressful circumstances coupled with no treatment is a recipe for recurrence of drug use disorder, which leads to increased overdose, recidivism, and the associated healthcare and criminal justice costs. In addition, lack of access to opioid agonist therapy within correctional facilities strengthens the appeal of diverted buprenorphine. This diversion further worsens stigma amongst correctional staff and perpetuates negative beliefs about opioid agonist therapy.

There are proposals and also real world examples for how to reduce stigma and increase access to opioid agonist therapy. A campaign which combines personal narrative from individuals being treated with opioid agonist therapy coupled with science-based education about opioid use disorder and the benefit of medication treatments has been proposed as a useful approach to reduce stigma (White, 2010). Stop Stigma Now, a non-profit organization dedicated to eradicating the stigma around opioid agonist therapy, is an example of such a model (http://www.stopstigmanow.org/). The setting in which treatment occurs can play a role in decreasing stigma. Methadone maintenance treatment in the United States is initially dispensed under observation within opioid treatment programs; a set-up which is distinct from the care of other chronic illnesses. This can perpetuate stigma, and qualitative research has found some individuals prefer the model used in other countries where methadone is dispensed out of pharmacies. Patients cite increased privacy in this model, noting that upon entering a pharmacy a person would not be immediately labeled as someone with addiction as opposed to entering an opioid treatment program (Anstice, 2009). It is important to note that pharmacy dispensing models have also been associated with stigma, particularly related to interactions with nonclinical staff (Harris, 2012). Another model which normalizes medications for addiction treatment is delivering this treatment within primary care. A study examining methadone treatment integrated into primary care found unanimous preference by patients for an integrated approach in part due to the freedom from stigma attached to attending an opioid treatment program (Merrill, 2005). In addition this model improved physician attitudes towards treatment with methadone. Successful implementation of a physician office-based model for methadone treatment generally requires robust support from addiction specialists, peer experts, and behavioral health clinicians. Given the varying reports in the existing literature, research is needed to further clarify which treatment models are most acceptable and effective for different patient populations.

Lastly, true parity from a coverage perspective is required. To fight stigma and expand access, policymakers must ensure that public and private insurers cover both methadone and buprenorphine and remove arbitrary dosing and duration restrictions (PEW Charitable Trusts, 2017). While insurance may not be a factor in countries with a public health system which includes coverage for opioid agonist therapy, it remains a significant barrier in the United States despite the passage of Mental Health Parity and Addiction Equity Act (MHPAEA) of 2008. Cost and lack of coverage have been identified as major barriers to treatment enrollment for out-of-care individuals with opioid use disorder (Peterson, 2010). U.S. methadone programs charge a weekly fee which can range from $2 to $70 or more per week depending on whether the program is publicly or privately funded. A study of Medicaid coverage for medication treatments for opioid use disorder found that methadone was the least covered medication, with only 32 state Medicaid programs offering coverage (Grogan, 2016). In fact, more states covered oral naltrexone, a medication that is no better than placebo, than methadone. All state Medicaid programs covered buprenorphine; however the authors found limits on buprenorphine such as prior authorization

requirements in all but one state. Coverage in the United States by commercial plans varies, but promisingly some private insurers such as Aetna have recently dropped prior authorization restrictions for buprenorphine (Luthra, 2017).

Expanded access to medications for addiction treatment, particularly the opioid agonists methadone and buprenorphine, may be the most powerful tool we have to stop the death toll from the current opioid epidemic. Deeply entrenched stigma, embedded within our language, our policies, and our systems of care currently limits this expansion. Addressing this stigma will be crucial, and for many may literally be a matter of life or death.

## Conflict of interest

Dr. Rich owns stock in Alkermes.

## References

Anstice, S., Strike, C. J., & Brands, B. (2009). Supervised methadone consumption: Client issues and stigma. *Subst Use Misuse*, *44*(6), 794–808.

Bart, G. (2012). Maintenance medication for opiate addiction: The foundation of recovery. *Journal of Addictive Diseases*, *31*(3), 207–225.

Binswanger, I. A., Stern, M. F., Deyo, R. A., Heagerty, P. J., Cheadle, A., Elmore, J. G., & Koepsell, T. D. (2007). Release from prison—A high risk of death for former inmates. *The New England Journal of Medicine*, *356*(2), 157–165.

Binswanger, I. A., Nowels, C., Corsi, K. F., Glanz, J., Long, J., Booth, R. E., & Steiner, J. F. (2012). Return to drug use and overdose after release from prison: A qualitative study of risk and protective factors. *Addiction Science & Clinical Practice*, *7*, 3.

Carrieri, M. P., Amass, L., Lucas, G. M., Vlahov, D., Wodak, A., & Woody, G. E. (2006). Buprenorphine use: The international experience. *Clinical Infectious Diseases*, *43*(Suppl 4), S197–215.

Clark, R. E., Baxter, J. D., Aweh, G., O'Connell, E., Fisher, W. H., & Barton, B. A. (2015). Risk factors for relapse and higher costs among medicaid members with opioid dependence or abuse: Opioid agonists, comorbidities, and treatment history. *Journal of Substance Abuse Treatment*, *57*, 75–80.

Darke, S., Larney, S., & Farrell, M. (2017). Yes, people can die from opiate withdrawal. *Addiction*, *112*(2), 199–200.

Degenhardt, L., Whiteford, H. A., Ferrari, A. J., Baxter, A. J., et al. (2013). Global burden of disease attributable to illicit drug use and dependence: Findings from the Global Burden of Disease Study 2010. *Lancet*, *382*(9904), 1564–1574.

Fiscella, K., Pless, N., Meldrum, S., & Fiscella, P. (2004). Alcohol and opiate withdrawal in US jails. *American Journal of Public Health*, *94*(9), 1522–1524.

Grogan, C. M., Andrews, C., Abraham, A., Humphreys, K., Pollack, H. A., Smith, B. T., & Friedmann, P. D. (2016). Survey highlights differences in medicaid coverage for substance use treatment and oud medications. *Health Aff (Millwood)*, *35*(12), 2289–2296.

Harris, J., & McElrath, K. (2012). Methadone as social control: Institutionalized stigma and the prospect of recovery. *Qualitative Health Research*, *22*(6), 810–824.

Jones, C. M., Campopiano, M., Baldwin, G., & McCance-Katz, E. (2015). National and state treatment need and capacity for opioid agonist medication-assisted treatment. *American Journal of Public Health*, *105*(8), e55–63.

Larney, S., & Dolan, K. (2009). A literature review of international implementation of opioid substitution treatment in prisons: Equivalence of care? *European Addiction Research*, *15*(2), 107–112.

Luthra, S. (2017). Facing pressure, insurance plans loosen rules for covering addiction treatment. Kaiser Health News. February 21, Retrieved from http://khn.org/news/facing-pressure-insurance-plans-loosen-rules-for-covering-addiction-treatment/ Accessed on April 14, 2017.

Marsden, J., Stillwell, G., Jones, H., Cooper, A., Eastwood, B., Farrell, M., Lowden, T., Maddalena, N., Metcalfe, C., Shaw, J., & Hickman, M. (2017). Does exposure to opioid substitution treatment in prison reduce the risk of death afterrelease? A national prospective observational study in England. *Addiction*, *112*(8), 1408–1418. doi: 10.1111/add.13779

Massachusetts Department of Public Health. (2016). Data brief: An assessment of opioid-related deaths in massachusetts 2013–2014. Posted September, Retrieved from http://www.mass.gov/eohhs/docs/dph/stop-addiction/chapter-55-opioid-overdose-study-data-brief-9-15-2016.pdf Accessed on April 13, 2017.

Merrill, J. O., Jackson, T. R., Schulman, B. A., Saxon, A. J., Awan, A., Kapitan, S., Carney, M., Brumback, L. C., & Donovan, D. (2005). Methadone medical maintenance in primary care. An implementation evaluation. *Journal of General Internal Medicine*, *20*(4), 344–349.

Olsen, Y., & Sharfstein, J. M. (2014). Confronting the stigma of opioid use disorder–and its treatment. *JAMA*, *311*(14), 1393–1394.

Peterson, J. A., Schwartz, R. P., Mitchell, S. G., Reisinger, H. S., Kelly, S. M., O'Grady, K. E., Brown, B. S., & Agar, M. H. (2010). Why don't out-of-treatment individuals enter methadone treatment programs? *International Journal of Drug Policy*, *21*(1), 36–42.

PEW Charitable Trusts. (2017). The case for medication-assisted treatment. Feb. Retrieved from http://www.pewtrusts.org/~/media/assets/2017/02/thecasemedicationassistedtreatment.pdf Accessed on April 13, 2017.

Rothwell, J. (2015). *Drug offenders in American prisons: The critical distinction between stock and flow*. Brookings Institution. Retrieved from https://www.brookings.edu/blog/social-mobility-memos/2015/11/25/drug-offenders-in-american-prisons-the-critical-distinction-between-stock-and-flow/ Accessed on April 13, 2017.

Rudd, R. A., Seth, P., David, F., & Scholl, L. (2016). Increases in drug and opioid-involved overdose deaths — United States, 2010–2015. *MMWR Morbidity and Mortality Weekly Report*, ePub, 16 December. Retrieved from https://www.cdc.gov/mmwr/volumes/65/wr/mm655051e1.htm

SAMHSA Physician and Program Data, (2016). Retrieved from https://www.samhsa.gov/programs-campaigns/medication-assisted-treatment/physician-program-data Accessed on April 13, 2017.

Schwartz, R. P., Gryczynski, J., O'Grady, K. E., Sharfstein, J. M., Warren, G., Olsen, Y., Mitchell, S. G., & Jaffe, J. H. (2013). Opioid agonist treatments and heroin overdose deaths in Baltimore, Maryland, 1995–2009. *American Journal of Public Health*, *103*(5), 917–922.

Senate Committee on Finance. (2016). Dying waiting for treatment: The opioid use disorder treatment gap and the need for funding. A report by the Democratic Staff of the Senate Committee on Finance. October 10, Retrieved from https://www.finance.senate.gov/imo/media/doc/101116%20Opioid%20Treatment%20Gap%20Report%20Final.pdf Accessed on April 13, 2017.

Stein, B. D., Sorbero, M., Dick, A. W., Pacula, R., Burns, R. M., & Gordon, A. J. (2016). Physician capacity to treat opioid use disorder with buprenorphine-assisted treatment. *JAMA*, *316*(11), 1211–1212.

Szalavitz, M. (2015). How america overdosed on drug courts. May 18, Retrieved from https://psmag.com/how-america-overdosed-on-drug-courts-a813ff745a6e#.jj3ds44c4 Accessed on April 13, 2017.

United Nations Office on Drugs and Crime/World Health organization (UNODC/WHO). (2013). Opioid Overdose: Preventing and reducing opioid overdose mortality. Retrieved from https://www.unodc.org/docs/treatment/overdose.pdf Accessed on April 13, 2017.

Wakeman, S. E., & Rich, J. D. (2015). Addiction treatment within U.S. correctional facilities: Bridging the gap between current practice and evidence-based care. *Journal of Addictive Diseases*, *34*(2,3), 220–225.

Wakeman, S. E. (2016). Using science to battle stigma in addressing the opioid epidemic: opioid agonist therapy saves lives. *American Journal of Medicine*, *129*(5), 455–456.

Wakeman, S. E. (2017). Medications for addiction treatment: Changing language to improve care. *Journal of Addiction Medicine*, *11*(1), 1–2.

Wakeman, S. E., & Rich, J. D. (2017). Barriers to post-acute care for patients on opioid agonist therapy; An example of systematic stigmatization of addiction. *Journal of General Internal Medicine*, *32*(1), 17–19

White, W. L., & Mojer-Torres, L. (2010). Recovery-oriented methadone maintenance. Retrieved from http://www.smmgp.org.uk/download/rcgp-certificates/cert04/cert04-p09-d01.pdf Accessed on April 13, 2017.

The World Health Organization (WHO). The Methadone Fox. (2008). *Bulletin of the World Health Organization, 86*(3), 161–240. Retrieved from http://www.who.int/bulletin/volumes/86/3/08-050308.pdf on August 22, 2017.

Copyright of Substance Use & Misuse is the property of Taylor & Francis Ltd and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.