IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, AND JOSEPH ALMEIDA individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.  1:21-CV-10806 |
| V. | ) ) | |
| THE SALVATION ARMY, A NEW YORK CORPORATION | ) ) ) | |
| Defendant. | ) ) ) ) ) ) ) ) | |

**JOINT STATUS REPORT**

This status report is filed jointly by the parties as directed by the Court's order of July 6, 2026. Doc. No. 321. The Court allowed Defendant The Salvation Army's (TSA) motion for summary judgment as to the Injunction Class. *Id.* The Court directed the parties to file a joint status report setting out their joint or separate positions as to how the Court should proceed with respect to the Damages Classes. *Id.* at 20.

As the Court recognized, the parties agree that TSA's motion for summary judgment cannot bind unnamed members of the Damages Classes because they have not been given notice and an opportunity to opt out. *Id.* at 8 n.11; Doc. No. 273. In response to the Court's direction to the parties to file this status report, counsel met and conferred. Consistent with prior on-the-record discussions with the Court, counsel discussed the idea that the Damages Classes be

decertified. TSA does not oppose decertifying the Damages Classes. As of the filing of this

status report, Plaintiffs need additional time to evaluate next steps.

The parties propose that the Court grant the parties additional time, until August 14, 2026, to meet and confer and submit a joint status report.

Dated: July 20, 2026

Respectfully Submitted By:

*/s/Daniel W. Wolff*
Daniel W. Wolff
Kathryn Erno
Christine Hawes (*pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DD  20004
Telephone: (202)624-2500
Facsimile:  (202) 628-5116
Email: dwolff@crowell.com
          kerno@crowell.com
          chawes@crowell.com

Andrew Holmer
Crowell & Moring LLP
515 South Flower Street, 41st Floor
Los Angeles, CA  90071
Telephone: (213) 622-4750
Facsimile:  (213) 622-2690
Email:      aholmer@crowell.com

BARTON GILMAN, LLP

*/s/ Kevin M. Hensley*
Kevin M. Hensley (BBO# 554824)
Barton Gilman, LLP
75 Federal Street, 9th Floor
Boston, MA  02110
Telephone: (617) 654-8200
khensley@bglaw.com

*Attorneys for Defendant The Salvation Army, A New York Corporation*

July 20, 2026

Respectfully Submitted,

*/s/ Matthew J. Murray*
Matthew J. Murray* (CA Bar No. 271461
Connie K. Chan* (CA Bar No. 284230)
Alice X. Wang* (CA Bar No. 335224)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064
Email: mmurray@altber.com
        cchan@altber.com
        awang@altber.com
*Pro Hac Vice*

Janet Herold (Bar No. 632479)
**Justice Catalyst Law**
40 Rector Street, Floor 9
New York, NY  10006
Main: 518-732-6703
Email: jherold@justicecatalyst.org

*Attorneys for Plaintiffs*

-4-

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **Joint Status Report** was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 20, 2026.

*/s/ Daniel W. Wolff*
Daniel W. Wolff