UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE SALVATION ARMY NATIONAL CORPORATION; THE SALVATION ARMY, A NEW YORK CORPORATION,

Defendants.

Civil No. 21-10806-LTS

JUDGMENT

August 18, 2026

Pursuant to the Court's Order, Doc. No. 72, dated June 22, 2022, Count I is DISMISSED WITH PREJUDICE, and all claims brought against the National Corporation are DISMISSED WITH PREJUDICE.

Pursuant to the Court's Order, Doc. No. 265, dated March 26, 2025, three classes were certified:

> Injunction Class: All individuals with opioid use disorder (OUD) who, in accordance with a healthcare provider's treatment plan, take any form of prescribed FDA approved methadone or buprenorphine medication for opioid use disorder, including Suboxone and Sublocade ("MOUD"), who are participating or seek to participate in any of Defendant The Salvation Army, a New York Corporation's Adult Rehabilitation Center (ARC) housing or services, and who are otherwise qualified for such housing or services.

> Section 504 Damages Class: All individuals with opioid use disorder (OUD) for whom, from the period May 14, 2018, to the date of class notice (the "Section 504 Class Period"), Defendant's beneficiary files show they were discharged from any of Defendant's ARCs for taking prescribed FDA-approved methadone or

buprenorphine medication for opioid use disorder, including Suboxone and Sublocade ("MOUD").

FHA Damages Class: All individuals with opioid use disorder (OUD) for whom, from the period May 14, 2019, to the date of class notice (the "FHA Class Period"), Defendant's beneficiary files show they were discharged from any of Defendant's ARCs for taking prescribed FDA-approved methadone or buprenorphine medication for opioid use disorder, including Suboxone and Sublocade ("MOUD").

Pursuant to the Court's Order, Doc. No. 321, dated July 6, 2026, judgment entered in favor of The Salvation Army, a New York Corporation, on Counts II and III of the Injunction Class's claims.

Pursuant to the Court's Order, Doc. No. 329, dated August 18, 2026, the Section 504 and FHA Damages Classes were decertified.

Pursuant to the Court's Order, Doc. No. 329, dated August 18, 2026, judgment entered in favor of The Salvation Army, a New York Corporation, on Counts II and III of the named plaintiffs' damages claims.

Each side shall bear its own fees.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge