**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK TASSINARI, RICHARD ESPINOSA, and JOSEPH ALMEIDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY and THE SALVATION ARMY, A NEW YORK CORPORATION,<br><br>Defendants. | Case No. 1:21-cv-10806-LTS |

**PLAINTIFFS' NOTICE OF APPEAL**

**NOTICE OF APPEAL**

Plaintiffs Richard Espinosa and Joseph Almeida hereby appeal the Court's Memorandum and Order docketed on July 6, 2026 (ECF No. 321) and Final Judgment entered on August 18, 2026 (ECF No. 330), and all orders fairly encompassed, to the U.S. Court of Appeals for the First Circuit.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Janet Herold*
Janet Herold (Bar No. 632479)
**Justice Catalyst Law**
40 Rector Street, Floor 9
New York, NY 10006
Main: 518-732-6703
Email: jherold@justicecatalyst.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Janet Herold*
Janet Herold